UNITED STATES OF AMERICA _____.

Lance Delon Alvarado

   In proper person

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

  **-against-**

California Unemployment Appeals Board_

Employment Development Division

All Unknown Intra State Parties

_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Restatement (third) Civil Case**

Case No. 2:23-cv- 3041 TLN KJN (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial: x Yes ☐ No
   *(check one)*

**FILED**

DEC 29 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**I.    The Parties to This Complaint A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

1.  UNITED STATES OF AMERICA

2.  Lance Delon Alvarado
    Mailing Address is
    803 Evergreen # A
    City of Wheatland
    In the County of Yuba
    California 95692
    ___(775) 899-2632_____

Street Address    _____

City and County    _____

State and Zip Code     _____

Telephone Number     _____

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name        California Unemployment Insurance Appeals Board and Contracted Intra State Cooperation Agreements Factually Caused And In Issue And In The Scope Of Liability (CUIAB)
2400 Venture Oaks Way Suite #300
City of Sacramento
County of Sacramento
Sacramento 944275
(916) 263-6783

    Job or Title (if known)     _____
_____

    Street Address     _____

    City and County

    State and Zip Code     _____
_____

    Telephone Number

_____

Defendant No. 2

    Name        California Unemployment Development Department. and Contracted Intra State Cooperation Agreements Factually Caused And In Issue And In The Scope Of Liability (EDD)
722 Capitol Mall #5098
City of Sacramento
County of Sacramento
Sacramento 95814
1 (800) 560-3616

| | |
|---|---|
| | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | |
| | _____ |

Defendant No. 3
Name
Job or Title (if known)    All Unknown Parties  and Contracted Intra State Cooperation Agreements Factually Caused And In Issue And In The Scope of Liability (A.U.P)

Street Address    _____

City and County    Whereabouts
Unknown
To
Plaintiff
Bringing
Cause
 In
Action_____

State and Zip Code    _____
Telephone Number    _____


Defendant No. 4

Name    _____
Job or Title (if known)    _____
Street Address    _____
City and County    _____
State and Zip Code    _____
Telephone Number    _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any Plaintiff

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

X  Federal question                     X Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  Including but not limited to:

  i.  **Universal Declaration of Human Rights Bill (1948)**
  ii.  **Title III of the Superfund Amendments and Reauthorization Act of 1986, 8 USC 1154**
II.  **The Securities Act of 1933**
III.  **Article VI paragraph 2 of the US  Constitution,**
IV.  **Articles of Confederation and Bill of Rights,**
V.  **Pandemic Unemployment Assistance under the Coronavirus Aid, Relief and Economic Security Act, Public Law 116-136, section 2110, 2102(a)(3)(A)(ii) (March 27, 2020)**
VI.  **Code of Federal Regulations, title 22, section 625.5(c) (TRA),**
VII.  **18 USC 211,  232, 350, 346(b)(2), 1341, 1589, 1590, 1591, 3731**
VIII.  **Rehabilitation Act 1973 29 U.S.C section 701 et seq., 502, 504, 508, 510**
IX.  <u>**Article IV**</u>**, Section I of the Constitution, 31 U.S.C. §§ 3729-33 with anti-fraud requirements in 3729 and qui tam provisions in 3730,**
X.  False Claims Act (FCA),  31 U.S.C. §§ 3729 – 3733,
XI.  **22 CFR 93.2,**
XII.  **29 CFR 22**

5

**XIII.**   **Section 5003 BBA (2018) Public Law 115-123**
**XIV.**    **Due Process**
**XV.**     **35 CFR 111 patent writing regarding intra state privileged party intrusion.**
            **"Wharton's Rule"**
**XVI.**    **14th Amendments US Constitution**
XVII.       Insurance Frauds Prevention Act ("IFPA"), located under Section 1871.7 of the California
            Insurance Code

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

    1.      The Plaintiff(s)

        a.      If the plaintiff is an individual

        The plaintiff, *(name)* **Lance Delon Alvarado** is a citizen of the
        United States of America

        b.      If the plaintiff is a corporation

        The plaintiff, *(name)* **Lance Delon Alvarado** is not a Corporation,
        yet is under all US laws and Reserved Rights including freedoms
        and protections granted there in by way of **Special Appearance**
        in and for actions including but not limited for the **Recovery of**
        **Federal Interests and for recovery of in person damages**
        **factually caused in issue and in the scope of liability** involving
        issues brought forth including but not limited in this complaint, is
        incorporated under the laws of the State of *(name)* **California** and
        has its principal place of business located within the State of
        *(name)* **California**

        *(If more than one plaintiff is named in the complaint, attach an additional*
        *page providing the same information for each additional plaintiff.)*

    2.      The Defendant(s)

        a.      If the defendant is an individual

6

The defendant's, Using employees that are Public Servants and are/is a citizen/s of the State of *(name)* A.U.P by the Plaintiff *Or* is a citizen of *(foreign nation)* A.U.P by the Plaintiff.

b.   If the defendant is a corporation

The defendants *named* **CUIAB** within proper jurisdiction of issues in complaint and incorporated under the laws of the **CA UI Code Ca Government Code 8567  8627 and 8665 and orders in regards to** *Factually Caused In Issue Or In The Scope Of Liability* and has its principal place of business in the **state of California** *Or* is incorporated under the laws of the state of California, ***UI Ca code 410 (37 Ops.Cal.Atty.Gen.133) (precedent decisions B-10 and P-T-13), Pandemic Unemployment Assistance under Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(ii)(March 27, 2020) Code of Federal Regulations title 22 section 625.5(c)*** *and has* its principal place of business in **The United States Of America**

The defendants ***EDD*** within proper jurisdiction of issues in complaint and incorporated under the laws of the state of California, **Ca UI Code section 410, (37 Ops.Cal.ATTY.Gen.133), Pandemic Unemployment Assistance under the Coronavirus Aid Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(ii)(March 27, 2020), Code of Federal Regulations, title 22, section 625.5(c) Contracted Intra State Cooperation Agreements Factually Caused In Issue And In The Scope Of Liability limited** *to* **California** and has its principal place of business in the **United States of America**. *Or* is incorporated under the laws of **The United States of America,** and has its principal place of business in **The United States of America.**

The defendants *named* **All Unknown Parties (AUP) and Intra State Parties Contracted Intra State Cooperation Agreements Factually Caused and In Issue and In The Scope Of Liability including but not limited to Unemployment Claims Factually Caused and In Issue and In The Scope Of Liability** within proper jurisdiction of issues in complaint and incorporated under the laws of the  AUP **Contracted State Intra State Cooperation Agreements Factually Caused *including but not limited to California In Issue And In The Scope Of Liability*** and has its

principal place of business in the **United States of America**. *Or* is incorporated under the laws of **The United States of America,** and has its principal place of business in **The United States of America.**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

(A) The Amount in Controversy: including but not limited to

(B) California Unemployment Insurance PUA amounting to $14637.00

(C) Other Considerations including but not limited to overall relief of Court costs and attorney fees associated during and following Summary Judgment in favor of Plaintiff and Plaintiff's Bi Furcation of Actions request with Jury Trial for culpability factually caused amounts to be awarded on presumption the Court orders Mediation of Parties and such mediation fails for an agreed settlement amount for early resolution purposes Plaintiff having Judicial Economy in mind.

- Section 3805 of title 31 U.S.C., authorizes judicial review by an appropriate United States District Court of a final decision of the authority head imposing penalties or assessments under this part and specifies the procedures for such review.

(l) *Initial decision* means the written decision of the ALJ required by § 22.10 or § 22.37, and includes a revised initial decision issued following a remand or a motion for reconsideration and incompliance with the laws set forth including but not limited to laws mentioned above:

(s) *Statement* means any representation, certification, affirmation, document, record, or accounting or bookkeeping entry made—(1) With respect to a claim or to obtain the approval or payment of a claim (including relating to eligibility to make a claim against the Defendant(s) or (2) With respect to (including relating to eligibility for)— (i) A contract with, or a bid or proposal for a contract with; or

(ii) A grant, loan, or benefit from, the authority, or any State, political subdivision of a State, or other party, if the United States Government provides any portion of the money or property under such contractor [8]for such grant, loan, or benefit, or if the Government will reimburse such State, political subdivision, or party for any portion of the money or property under such contract or for such grant, loan, or benefit. [52 FR 48492, Dec. 22, 1987, as amended at 61 FR 19985, May 3, 1996; 72 FR 37098, July 9, 2007; 86 FR 1781, Jan. 11, 2021]

The Attorney General has exclusive authority to compromise or settle a case under this part during the pendency of any review under § 22.42 or of any action to recover penalties and assessments under 31 U.S.C. 3806.

(t) **"Intendment"** has the meaning as used and can be found within Black's Law Dictionary 3rd Pocket edition. (note: persons continuing to question intellectual property of the Plaintiff probably need a lesson as to their own?)

(u) **"GOD"** has the meaning as all living person's individual belief in "GOD" and in being free from any discrimination and not be oppressed for "believing in" either "intelligent design" based "maker" or "Theory of Creatism" in reference to "Big Bang" and All other individual persons "GOD Given" right to believe in "IS".

.

Plaintiff Hereby "Pledges Allegiance to the Flag of the United States of America and to the Republic for which It Stands One Nation under GOD Indivisible with Liberty and Justice For All!"

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other

relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.  Any argument based on and in adverse to this Complaint having deadline breeches: In Reply the Plaintiff believes he has to file this complaint and is based on the 4 years deadline to bring a complaint against the USA Government. Date being from the time Plaintiff first became aware of and time to seek those benefits offered and applied to the first date when plaintiff filed for relief under the Pandemic Unemployment Assistance claim seeking benefits being 4yrs from the date of an appointment Plaintiff attended at the IRS Federal Building located in Reno Nevada when Plaintiff first became aware of the PUA benefits being offered and no other time limits are to be in considered even the 4 year end of PUA comes near. That time of 4 years is being July 2024. And is nowhere even close to being or having lapsed.

2.  Plaintiff became aware of the PUA Assistance while attending an IRS interview to verify his identity in late July 2021.

3.  Plaintiff sent in an application for PUA Assistance to the Defendant EDD. AUGUST 22, 2021.

4.  Plaintiff requested a retro effective date to be applied to the in issue claim March 2020 when his unemployment began and allowed under the title 22 FCR

5.  Plaintiff has not applied for extended benefits. Plaintiff only asking for the added $600 weeks directed that number reduced to $300 weeks that was allowed by the President.

6.  Damages exceeding and shown within record are reasonable and logical and caused in the course of actions "**locus standi**"

7.  Plaintiff went through ALJ hearing that was Appealed by Defendant CUIAB

8.  Plaintiff won Appeal in decision dated Sep 23rd 2022 from CUIAB " eligible for benefits payable"

9.  Thus evidenced in Exhibits Index accordingly and attached as Exhibit "A" page 4

10. Exhibit "B" is admitted for review of the CUIAB having reversed its own prior decision and is in violation of rules set within page 4 of Exhibit "B" and is also within Exhibit "A" page 5 titled "Further Appeal Information"

11. The Plaintiff is fully aware of the contemptuous nature of the following statements if its interpretation are misunderstood and begs for excused neglect from the Court if the Court feels the Plaintiff is being in contempt.

12. The Plaintiff assuring the Court that the Plaintiff has the highest and deepest respect and in no way is the Plaintiff mocking or disrespecting the Court or the Parties in any way.

13. While those having interest in The Court's decision and wish to adjourn to intercourse while debating the correct decisions in its findings on what awards regarding Plaintiff's claim and how easily this complaint is decided upon.

14. Extending over the course of time and how those discussions will roll over into panel discussions having great weight and influence

15. During which time and for all Branches of Government where that question of intelligence, actions taken of those being accused, judgment in satisfactory monetary amounts of the total awards "in issue damages" and who is liable for causing the delay, and who is to be found "liable for culpable negligence factually caused" and held accountable for the remaining amounts of any awarded damages arising and continuing until a satisfactory amount is offered and accepted for early resolution during negotiations where mediation may be ordered.

16. Amongst these determining factors Plaintiff is fully aware of the Court's entire scope of this action being **"am, is, are, was, were, be, being, been, have, has, had, do, does, did, may, might, must, can, could, will, would, shall, and should** the Court find and determining the Plaintiff's request and seeking an appropriate amount for a just judgment within the Plaintiff's Complaint(s) when, not if, due process according to the rules of evidence are admitted.

17. An amount that is incontestable and justified! Not for any form of pressuring those making their determination nor is any attempt made to cause a public outrage by the Plaintiff who seeks only a fair and just accounting and will determine its satisfaction to resolve any attempts by any of the Parties who may seek an appeal by either sides in interest. And those who might be held to repay those amounts.

18. Plaintiff wishes those reviewing to consider an adage Plaintiff's Grandmother had relayed amongst the many stories shared before her passing and thus questioning the Plaintiff's intelligence and if researched properly would find Plaintiff's lineage is quite vast!

19. Extending through out many Published Articles and Books as fiction and non fiction stories located on uncountable shelves within the archives of literature including those of Law, and genealogy

20. A fact after any investigation. Thus when final analysis is performed the Court will make their determination with a fair amount while basing that amount by today's standards of economic finalizing.

21. After a short tale shall be comprehended from the highest of those in society to the vast outnumbering and common form of status which I personally am induced to reside in this most unfortunate moment in history.

22. One who is trying to stay warm yet by far not illiterate to say the least, nor do I wish to pass judgment to those as to how one perceives their own knowledge in any social setting and the language and vocabulary being thus used. So All the world may "understand"!

Plaintiff's **Intendment:**

There are 3 forms of branches that make up a government and always at debate. Where each branch currently sits in form of this debate is who is, and always be in charge of running the entire body and are always seeking praise and recognition:

1. The 1st is the Brain, the 2nd the Heart, and 3rd is the Stomach. Always arguing who pray tell is running the body?
2. Where those readers may place one another within this tale is not up to the Plaintiff nor does the Plaintiff wish any reader be contemptuous upon his person in making their determination.
3. Only that the one reader put themselves as one of the three forming a single body in perspective. As an individual in whole. So that any reader may immerse themselves while reading.
4. The brain argues: "If not for me one could not think and therefore how would the heart know to pump blood or to even eat? Therefore I should be in charge!"

5. The heart then replies "If not for my pumping blood through out the body the brain would not receive oxygen nor the sustaining nutrients to survive and how would the stomach be even able to digest food? So I should be in charge!

6. The stomach laughs and says gentlemen please if I may? If I did not break up the food and distribute it through the body how could the blood even carry what both of you need to survive! Therefore it is I the stomach who is the true leader and that is why I should be running the Body!

7. Now as these 3 continue for days on end one day the brain says I cannot think it is to hot I cannot regulate the temperature properly I don't know what to do? The heart says it's not my fault I cannot beat steadily and cannot slow my pace? The stomach somebody do something I'm going to vomit and if something is not done quick the Body is going to perish help!!

8. That is when the three above hear a trumpet sounding while breaking the wind and In comes a foul smell the 3 have been ignoring! All earlier cries to enter the debate have been silenced!

9. The Colon loudly and directly stopping all! Now in demand of the attention thus received!

10. "You see" the colon gently barks out as the gust of wind glides effortless through the doors and fills the air! Deafening the halls being used and now breeched the doors kept closed for reasons of debate!

11. "While you three continue arguing I the Colon have shut down! Where I will no longer listen to the three of you until all three of your worthless mouths stop arguing and finally work together! Being the only incontestable fact that if not for me the Colon all three of you and this entire body would whither away and die!

12. Base this tale while you still ponder your discussions as to the intelligence of the Plaintiff' and the evidence that is contained and indexed properly in review. While deciding an award that is fair and just.

13. Index of Exhibits are attached and categorized for review

## IV.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12_/_29_, 20_23_

Signature of Incorporated Issuer and the Plaintiff above named: Lance Delon Alvarado while in

Special Appearance and acting in Proper Person: _____

Printed Name of Plaintiff:   Lance Delon Alvarado

14

IN PROPER PERSON

Lance D Alvarado

Mailing Address:

803 Evergreen # A

City of Wheatland

County of Yuba

California 95692

 (775) 899-2632

delonlalvarado@gmail.com

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Lance Alvarado
803 Evergreen
Wheatland
County Yuba
Ca 95692
(775) 899-2632
delonlalvarado@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBITS INDEX

A. California  Unemployment Insurance Appeals Board Decision case# 460751 dated the
   day of September 2022 in total pages numbering 12.

B. California Unemployment Appeals Board Decision case# 471295 dated the 27th day of
   June 2023 in total pages numbering 12

C. Any and all Unknown affiliated reports arising out of the list below and are adverse an
   Unknown to Plaintiff and are being used or associated with the continued delay of the
   PUA Unemployment Insurance  the Plaintiff  was found eligible.. Plaintiff hereby
   complains of all Culpable Negligence In Issue In damages for Defamation of Characte

**Including but not limited to the examples below:**

1. NEVADA STATE BAR ASSOCIATION
2.  State of Nevada
3. Washoe County
4. Washoe County School District
5. UNIVERSITY OF NEVADA RENO OR UNR
6. UNR Athletic Camera Crews
7. ESPN/Disney
8. City of Sparks
9. Community Organizations formed from branches of State Governments including
deemed "domestic violence" and "elderly caregiving" and conducting operations arisin
Nevada Courts and Judgements and State of Nevada Statutes in direct conflict with
Constitutional Common Law Bill of Citizen Rights and are funded using Federal Trust
are obviously being used in racketeering of Federal Securities by the Judicial Bran
Departments associated within defining "Corporate Insider Trading" Verbatim in defir
a Federal Crime under Human Trafficking and Sales of Slaves for personal and Corpo
and gains
10. Sparks Police Department
11. Sparks Justice Court
12. Sparks Municipal Court
13. Supreme Court of Nevada

14. Liberty Mutual Insurance

15. Farmers Insurance

Agencies total of 4 agencies may be specific

16. Second Judicial District Court In and For The County of Washoe

17. Burning Man corporate coordination committee planners agents attendees including insurance providers

18. Nevada Rodeo

19. Nevada Gaming Commission

20. Nevada Insurance Commissions

21. State of Nevada Retirement Advisory Committee

22 .Possible Christian Religious organizations unknown to plaintiff

23. Robert Bell Nevada State Bar licensed attorney

24. District Attorneys of Nevada

25. Religious Organizations, Corporate or Otherwise not held harmless by Plaintiff

26. All Corporations Seeking Advertisements For Profit using communications via air, televised, radio, satellite, or further based individual profiteering for corporate gain and to kill the Fascist Party Hate Belief once and for ALL!

27. THE SUPREME COURT OF THE UNITED STATES OF AMERICA IN ITS OWN RULING THAT EVERY AMERICAN IS TO PURCHASE INSURANCE! INDIVIDUAL AUTO   INDIVIDUAL MEDICAL, INDIVIDUAL HOMEOWNER! UNEMPLOYMENT INSURANCE!

The Plaintiff hereby admits into evidence For the Courts review as

EXHIBIT C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT

# "A"

**CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD DECISION**

**CASE# 460751**

**Dated**

September 21st 2022

Numbering

**12**

pages



CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD
P O Box 944275
SACRAMENTO CA 94244-2750

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No.: **AO-460751 (PUA)**<br><br>OA Decision No.: 7172770<br><br>EDD:   0250 |

# DECISION

Attached is the Appeals Board decision in the above-captioned case issued by Board Panel members:

## LAURA KENT-MONNING

## MICHAEL ALLEN

This is the final decision by the Appeals Board. The Appeals Board has no authority to reconsider this decision. If you disagree with the decision, please refer to the information attachment which outlines your rights.

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

Date Mailed: 9/21/2022

**Case No.:    AO-460751**
**Claimant:    LANCE D ALVARADO**

The claimant appealed from the decision of the administrative law judge that held the claimant was not eligible for Pandemic Unemployment Assistance under the Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(ii) (March 27, 2020) and Code of Federal Regulations, title 22, section 625.5(c).

ISSUE STATEMENT

We adopt the administrative law judge's issue statement.

FINDINGS OF FACT

We adopt the administrative law judge's findings of fact, with the exception of the words "but no compensation." We add the following.

In addition to room and board, the claimant's employer agreed to pay for tuition for the claimant to attend paralegal courses.

When the claimant returned to his place of work after the stay-at-home order was lifted in California, he was locked out of his place of work, which was also the place where he lived. The claimant's possessions were outside the door, and there was a notice on the door stating that there was no entry due to Covid-19. The person for whom the claimant provided caregiving services was high risk for Covid-19.

The person for whom the claimant provided caregiving services had paid part, but not all of the claimant's tuition for paralegal courses.

REASONS FOR DECISION

We adopt the paragraphs one, two, five, and six of the administrative law judge's reasons for decision and add the following in reversing the appealed decision.

Section 1336 of the Unemployment Insurance Code provides, in part, that the Appeals Board may affirm, reverse, modify, or set aside the decision of the administrative law judge.

For purposes of sections 1252 and 1279, "wages" includes any and all compensation for personal services, including work as an independent contractor. (Unemployment Insurance Code, section 1252(c) and 1279(c).)

In this case, the claimant received compensation for personal services in the form of room and board, as well as payment of tuition. This constitutes wages. Assuming the claimant was an employee, his place of employment closed as the direct result of Covid-19 in that he was locked out due to the Covid-19 public health emergency. (Section 2102 (a)(3)(A)(ii)(I)(jj).) Assuming the claimant was an independent contractor, the claimant also stopped working due to the pandemic. (Section 2102 (a)(3)(A)(ii)(I)(kk).) Accordingly, the claimant is eligible for benefits under sections 2102(a)(3)(A)(ii)(I)(jj) and Section 2102 (a)(3)(A)(ii)(I)(kk).

On appeal, the claimant argues that his claim should be backdated. This issue is not before us and must be addressed by the Employment Development Department (EDD). The California Unemployment Insurance Appeals Board is separate from the EDD. Should the claimant wish to backdate his claim, he must contact the EDD. The EDD may be reached by telephone at 1-800-300-5616, online at www.edd.ca.gov/unemployment, or by mail at EDD, P.O. Box 826880-UIPCD MIC40, Sacramento, CA, 94280-0001.

The claimant also argues on appeal that the record is incomplete and requests additional documents. We decline the claimant's request in that there are sufficient documents on which to base this decision on the record as it stands.

The claimant also asserts arguments based on various contractual theories (unjust enrichment, color of law, impossibility, unconscionability, excuse of performance, error in judgement, anticipatory repudiation or breach, detrimental reliance), and also on res ipsa loquitur. We do not find these arguments to be applicable to the issue before us.

The claimant also argues on appeal that he was not paid all the monies due to him by the person for whom the claimant provided caregiving services. The claimant's work was performed in Nevada. For information on collecting unpaid wages, the claimant can look at the Nevada Labor Commissioner website located at https://labor.nv.gov/About/Forms/FORMS_FOR_EMPLOYEES/ or call (775) 684-1890.

The claimant makes substantially the same contentions as those made during the hearing. These arguments were considered by the administrative law judge and treated adequately. After carefully studying the record, we cannot say that the administrative law judge's findings are against the weight of the evidence.

AO-460751                                3

Therefore, the findings will not be disturbed on appeal. (Precedent Decisions P-B-10 and P-T-13.)

The claimant has submitted additional evidence and requests that we consider it. The additional evidence is the claimant's June 23, 2022 Social Security Statement, a Stratford Career Institute bill dated January 20, 2020, an August 21, 2021 letter from the EDD regarding the claimant's online account, and an undated notice from the EDD to the claimant regarding the end of the Federal Pandemic Unemployment Assistance and Pandemic Additional Compensation Programs. In these adjudicative proceedings, any relevant evidence may be admitted if it is the sort of evidence on which responsible persons are accustomed to relying on in the conduct of serious affairs, regardless of the existence of any common law or statutory rule which might make improper the admission of such evidence over objection in civil actions. (Cal. Code Regs., tit. 22, § 5062(e).) We decline to admit the additional evidence as the documents are not relevant to the issue before us.

## DECISION

The decision of the administrative law judge is reversed. The claimant is eligible for Pandemic Unemployment Assistance under the Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(ii) (March 27, 2020) and Code of Federal Regulations, title 22, section 625.5(c). Benefits are payable provided the claimant is otherwise eligible.

## FURTHER APPEAL INFORMATION

The Appeals Board's decision is final and can be changed only by action of a judicial court. (Unemployment Insurance Code section 410.) The Appeals Board cannot reconsider or set aside the enclosed decision. (37 Ops.Cal.Atty.Gen.133.)

If you wish to appeal the enclosed decision, you may seek review in Superior Court by filing a **Petition for Writ of Mandate** against the California Unemployment Insurance Appeals Board (Appeals Board) pursuant to section 1094.5 of the Code of Civil Procedure.

The Appeals Board does not process petitions for court review. **You must file such petitions directly with the Superior Court not later than six (6) months after the date of the decision of the Appeals Board. You must also serve a copy of the Petition for Writ of Mandate on the Appeals Board** at its headquarters, 2400 Venture Oaks Way, Suite 100, Sacramento, California 95833. Service of the Petition must comply with legal requirements set forth in the Code of Civil Procedure, sections 414 to 415.95.

The Appeals Board does not pay benefits, handle claims or claim forms, or collect overpayments. If you have questions about these matters, you must contact the Employment Development Department (EDD), not the Appeals Board. It is important that you notify the appropriate EDD office of any change in your address. You may contact EDD at (800) 300-5616 for further information.

If you are a claimant, you are reminded to continue to file weekly claim forms with the EDD while seeking a Petition for Writ of Mandate. If you prevail in court, you will only be paid for those weeks in which you file weekly claim forms and meet other eligibility requirements.

199 (REV 2/18)

## INFORMACIÓN ADICIONAL PARA LA APELACIÓN

La decisión de la Junta de Apelaciones es definitiva y sólo puede ser modificada por acción de la corte judicial. (Código del Seguro de Desempleo artículo 410). La Junta de Apelaciones no puede reconsiderar ni anular la decisión adjunta. (37 Ops.Cal.Atty.Gen.133.)

Si usted desea apelar la decisión aquí adjunta, usted puede solicitar una revisión en el Tribunal Superior mediante una **Petición de Reviso de Mandato** contra la Junta de Apelaciones Del Seguro del Desempleo de California (Junta de Apelaciones) conforme al artículo 1094.5 del Código de Procedimiento Civil.

La Junta de Apelaciones no procesa las peticiones para revisión del tribunal. **Usted debe presentar dicha petición directamente con el Tribunal Superior no más tarde de seis (6) meses después de la fecha de la decisión de la Junta de Apelaciones**. **Usted también debe enviar una copia de la Petición de Reviso de Mandato a la Junta de Apelaciones** a su oficina central al domicilio 2400 Venture Oaks Way, Suite 100 Sacramento, California 95833. El servicio de la Petición debe cumplir con los requisitos legales establecidos en el Código de Procedimiento Civil, artículos 414 a 415.95

La Junta de Apelaciones no paga beneficios, no maneja solicitud de beneficios o formularios de solicitud de beneficios, ni cobra pagos de beneficios hechos en exceso. Si tiene preguntas sobre estos asuntos, usted debe comunicarse con el Departamento del Desarrollo del Empleo (EDD), no con la Junta de Apelaciones. Es importante que usted se comunique con la oficina apropiada del EDD para informarle de cualquier cambio en su dirección. Comunicándose al (800) 300-5616 para obtener más información.

Si usted es el solicitante de beneficios, se le recuerda que debe continuar presentando formularios de solicitud de beneficios semanales con el EDD mientras solicita la Petición para revisar el Mandato. Si usted prevalece o gana en el tribunal, sólo se le pagará por las semanas en las que presentó los formularios de solicitud de beneficios semanal y que reúne otros requisitos de elegibilidad.

199S (NEW 2/18)

P O Box 944275
SACRAMENTO, CA 94244-2750
Telephone: (916) 263-6619
Fax: (916) 263-6836

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036



# CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD

## LOS ANGELES OFFICE OF APPEALS
### 300 S. Spring Street, Rm 1502 Ground Floor
## LOS ANGELES CA 90013-1204

**(213) 897-5267**

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No. **7172770 (PUA)**<br><br>Issue(s): 2102(a)(3)(A)(ii)<br><br>Date Appeal Filed: 01/20/2022<br><br><br>EDD:   0250 |

**Date and Place of Hearing(s):**
(1)  06/23/2022

**Parties Appearing:**
Claimant

---

# DECISION

The decision in the above-captioned case appears on the following page(s).

The decision is final unless appealed within 30 calendar days from the date of mailing shown below. See the attached "Notice to Parties" for further information on how to file an appeal. If you are entitled to benefits and have a question regarding the payment of benefits, call EDD at 1-800-300-5616.

**Faith I. Mitchell**, Administrative Law Judge

**FILE COPY**

Date Mailed:
RC  JUN 3 0 2022

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

025 - RANCHO CORDOVA PAC
PO BOX 419132
RANCHO CORDOVA, CA 95741-9132

# EXHIBIT

# "B"

## CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD DECISION

### Case# 471295

### DATED

June 27th, 2023

Numbering

**12**

pages



CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD
P O Box 944275
SACRAMENTO CA 94244-2750

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No.: **AO-471295 (PUA)**<br><br>OA Decision No.: 7471886<br><br>EDD:  0250 |

# DECISION

Attached is the Appeals Board decision in the above-captioned case issued by Board Panel members:

### MIKE ENG

### MICHAEL ALLEN

This is the final decision by the Appeals Board. The Appeals Board has no authority to reconsider this decision. If you disagree with the decision, please refer to the information attachment which outlines your rights.

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

Date Mailed: 6/27/2023

**Case No.:  AO-471295**
**Claimant:  LANCE D ALVARADO**

---

The claimant appealed from the decision of the administrative law judge that held the claimant not eligible for unemployment insurance benefits under section 602 of the Unemployment Insurance Code beginning August 22, 2021.

We have carefully and independently reviewed the record in this case, and have considered the contentions raised on appeal. We find no material errors in the issue statement or in the findings of fact. As modified, the reasons for decision properly apply the law to the facts. Therefore, we adopt the issue statement, the findings of fact and the modified reasons for decision as our own.

We modify the reasons for decision by changing the word "ranges" to "wages" at page five, paragraph 4, line one.

On appeal, the claimant makes general due process objections. Under section 1334(a) of the Unemployment Insurance Code, the parties shall be afforded "a reasonable opportunity for a fair hearing." A fundamental requisite of due process of law is the opportunity to be heard. At a minimum this requires that a party have timely and adequate notice of the proposed action and the issues to be discussed at the hearing, as well as an effective opportunity to present one's own evidence, confront or cross-examine adverse witnesses and make final arguments. (*Goldberg v. Kelly* (1970) 397 U.S. 254.) After a careful review of the record, we have found no due process violations which would necessitate a new hearing.

On appeal, the claimant contends that the administrative law judge did not apply the law correctly.  The claimant asserts that we should adopt his interpretation of the law that because he was present in California from March to May of 2020, he should be eligible for benefits in California. Based on our review of the record, we find that the administrative law judge correctly applied the law to the facts in this matter.  We concur with the conclusions reached.

On appeal, the claimant argues that the administrative law judge incorrectly interpreted the facts. In reviewing appeals from decisions of administrative law judges, this Board follows the principle that the findings of the trier of fact who heard the testimony and observed the witnesses in the proceedings below will not be disturbed unless they are against the weight of the evidence. Since we find no material error in this case, we will not substitute our judgment for that of the administrative law judge. (Precedent Decision P-B-10.)

The claimant makes substantially the same contentions as those made during the hearing. These arguments were considered by the administrative law judge and treated adequately. After carefully studying the record, we cannot say that the administrative law judge's findings are against the weight of the evidence. Therefore, the findings will not be disturbed on appeal. (Precedent Decisions P-B-10 and P-T-13.)

It is unclear why the claimant has not opened a claim for unemployment insurance benefits or pandemic unemployment assistance in Nevada. A claim for benefits in Nevada may be opened through the on-line portal at https://ui.nv.gov/css.html or via telephone at (775) 684-0350 or via facsimile at (775) 684-0338 or in person at Nevada Department of Employment, Training and Rehabilitation (DETR) 500 East Third Street, Carson City, NV 89713.

We acknowledge that the claimant's circumstances have caused significant hardship. However, eligibility for benefits is not based on need but rather upon specific requirements set forth in the law. As we are bound to follow the law, the decision of the administrative law judge will be affirmed.

The claimant testified that he was homeless for a time. In that the claimant is currently located in Nevada, he may access social services through https://idcnv.dwss.nv.gov/nidp/idff/sso?id=13&sid=0&option=credential&sid=0&target=https%3A%2F%2Faccessnevada.dwss.nv.gov%2FACNVServices%2Fapi%2Faccount%2Fauthenticate%3FtargetURL%3D%2Faccess%2Fdashboard%2Fdashboard-launch or by dialing 311 or by dialing (775) 684-7200.

Any further questions should be directed to the Employment Development Department (EDD). The claimant can contact EDD by phone, Monday through Friday 8 a.m. to 5 p.m., at 1-800-300-5616 (English), or 1-800-326-8937 (Spanish), or by addressing mail to EDD, P.O. Box 826880 - UIPCD, MIC 40, Sacramento, CA 94280-0001. Information and further guidance may also be found through EDD's website www.edd.ca.gov/unemployment.

The decision of the administrative law judge is affirmed. The claimant is not eligible for benefits under code section 602. Benefits are denied as provided in the appealed decision.

AO-AO-471295                                    2

## FURTHER APPEAL INFORMATION

The Appeals Board's decision is final and can be changed only by action of a judicial court. (Unemployment Insurance Code section 410.)  The Appeals Board cannot reconsider or set aside the enclosed decision. (37 Ops.Cal.Atty.Gen.133.)

If you wish to appeal the enclosed decision, you may seek review in Superior Court by filing a **Petition for Writ of Mandate** against the California Unemployment Insurance Appeals Board (Appeals Board) pursuant to section 1094.5 of the Code of Civil Procedure.

The Appeals Board does not process petitions for court review.  **You must file such petitions directly with the Superior Court not later than six (6) months after the date of the decision of the Appeals Board**.  **You must also serve a copy of the Petition for Writ of Mandate on the Appeals Board** at its headquarters, 2400 Venture Oaks Way, Suite 100, Sacramento, California 95833.  Service of the Petition must comply with legal requirements set forth in the Code of Civil Procedure, sections 414 to 415.95.

The Appeals Board does not pay benefits, handle claims or claim forms, or collect overpayments.  If you have questions about these matters, you must contact the Employment Development Department (EDD), not the Appeals Board. It is important that you notify the appropriate EDD office of any change in your address. You may contact EDD at (800) 300-5616 for further information.

If you are a claimant, you are reminded to continue to file weekly claim forms with the EDD while seeking a Petition for Writ of Mandate.  If you prevail in court, you will only be paid for those weeks in which you file weekly claim forms and meet other eligibility requirements.

## INFORMACIÓN ADICIONAL PARA LA APELACIÓN

La decisión de la Junta de Apelaciones es definitiva y sólo puede ser modificada por acción de la corte judicial. (Código del Seguro de Desempleo artículo 410). La Junta de Apelaciones no puede reconsiderar ni anular la decisión adjunta. (37 Ops.Cal.Atty.Gen.133.)

Si usted desea apelar la decisión aquí adjunta, usted puede solicitar una revisión en el Tribunal Superior mediante una **Petición de Reviso de Mandato** contra la Junta de Apelaciones Del Seguro del Desempleo de California (Junta de Apelaciones) conforme al artículo 1094.5 del Código de Procedimiento Civil.

La Junta de Apelaciones no procesa las peticiones para revisión del tribunal. **Usted debe presentar dicha petición directamente con el Tribunal Superior no más tarde de seis (6) meses después de la fecha de la decisión de la Junta de Apelaciones**. **Usted también debe enviar una copia de la Petición de Reviso de Mandato a la Junta de Apelaciones** a su oficina central al domicilio 2400 Venture Oaks Way, Suite 100 Sacramento, California 95833. El servicio de la Petición debe cumplir con los requisitos legales establecidos en el Código de Procedimiento Civil, artículos 414 a 415.95

La Junta de Apelaciones no paga beneficios, no maneja solicitud de beneficios o formularios de solicitud de beneficios, ni cobra pagos de beneficios hechos en exceso. Si tiene preguntas sobre estos asuntos, usted debe comunicarse con el Departamento del Desarrollo del Empleo (EDD), no con la Junta de Apelaciones. Es importante que usted se comunique con la oficina apropiada del EDD para informarle de cualquier cambio en su dirección. Comunicándose al (800) 300-5616 para obtener más información.

Si usted es el solicitante de beneficios, se le recuerda que debe continuar presentando formularios de solicitud de beneficios semanales con el EDD mientras solicita la Petición para revisar el Mandato. Si usted prevalece o gana en el tribunal, sólo se le pagará por las semanas en las que presentó los formularios de solicitud de beneficios semanal y que reúne otros requisitos de elegibilidad.

199S (NEW 2/18)

P O Box 944275
SACRAMENTO, CA 94244-2750
Telephone: (916) 263-6619
Fax: (916) 263-6836

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036



**CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD**

### LOS ANGELES OFFICE OF APPEALS
### 300 S. Spring Street, Rm 1502 Ground Floor
### LOS ANGELES CA 90013-1204

**(213) 897-5267**

---

LANCE D ALVARADO
Claimant-Appellant

Case No. **7471886 (PUA)**

Issue(s): 602

Date Appeal Filed: 12/05/2022

EDD:  0250

---

**Date and Place of Hearing(s):**
(1) 02/02/2023

**Parties Appearing:**
Claimant

---

# DECISION

The decision in the above-captioned case appears on the following page(s).

The decision is final unless appealed within 30 calendar days from the date of mailing shown below. See the attached "Notice to Parties" for further information on how to file an appeal. If you are entitled to benefits and have a question regarding the payment of benefits, call EDD at 1-800-300-5616.

**S. Cruz-Moreno**, Administrative Law Judge

**FILE COPY**

**Date Mailed:**

FEB 1 4 2023

**Case No.: 7471886**                        **Los Angeles Office of Appeals**
CLT/PET: Lance D Alvarado                ALJ: S. Cruz-Moreno
Parties Appearing:  Claimant
Parties Appearing by Written Statement:  None

---

## ISSUE STATEMENT

The claimant appealed from a determination that held the claimant not eligible for benefits under Unemployment Insurance Code section 602. The issue in this case is whether the claimant performed services in California covered employment and whether the claimant's employment was localized in California.

## FINDINGS OF FACT

The claimant filed a PUA claim with the EDD in California effective 8-22-21.  The claim information states that the EDD found base period wages in Nevada.

Before the claimant filed his claim he lived in California in March 2020 and left in May 2020.  He was living with his mother in California.  He left to go back to Nevada where he had been living and working since 1997.

He had been a live in caretaker for a veteran named George Paine in Nevada for 2 years from 2018 through 2020. He last worked 3-15-20. He went to go see his mother in Wheatland, California near Marysville and Yuba City to take time off work. He got paid room and board at George Paine's home and George Paine paid his tuition for the Stratford Online University. George Paine gave him funding once or twice a month to help Mr. Paine gamble at the Casino. He applied to get paid wages but the annual budget was not finalized in 2018 and 2019 which was pending and does not know if they were approved.

The EDD found wages in the base period of his claim from his Nevada employment.  He did not file a claim in Nevada because he helped his friend move in Oklahoma in June 2020 and flew back to Nevada in July 2020. The last time he filed a claim in Nevada was in 2008.

He filed a PUA claim in California because his interpretation was that he could file in the state he was affected by covid, and he was affected with the travel ban in California when he was at his mothers' home from March 2020 until May 2020.

While he was in California he applied to be a Google guide on the internet, to show where he traveled and to rate businesses where he traveled in 2021 in Northern California.  He is not a Google employee; he is an independent contractor.

He asked his Cecilia Bredesen is his mother's caretaker to do repairs at her home for payment but as an independent contractor work but he has not done any work and has not been paid because she has financial problems.

In 2021 he worked in Nevada for Sani-Hut for one week in September. He could not work more because he had a gallbladder surgery. He received a 1099 from that work for about $200.

He has not filed a PUA claim in Nevada because he was hoping the California EDD approve his claim because he read that the EDD has to pay PUA claims.

The claimant's mother was a witness at the hearing and confirmed that the claimant was living with her in 2020. She confirmed he had documents that researched to do a business and tried to find out the start up costs and food products prices. He has a tablet of about 20 pages with this information. He applied with Smart Foods but did not finish the application for credit for the proposal he was going to pitch. He left her residence because he had been there for more than 3 months from the end of April through the beginning of May 2022 and the landlord notified her that she was only allowed guests for 2 weeks. He stayed with her because he lost his employment in Nevada and there was a travel ban during the onset of the covid pandemic.

The claimant's mother's care giver Cecilia testified that she has been her caregiver for about 3 or 4 years through present, paid through the IHSS platform. She confirmed that when the claimant was in California in May 2020 off and on at his mother's she saw him working on the computer on his appeal. She confirmed that he told her he had worked in the past as a restoration specialist and he asked if he could work for her. He came to her home to see the work to be performed but she could not hire him due to financial problems. She still needs the work done. She is still waiting for him to perform the work.

The claimant contends that section 602 applies to his case on the basis that the California governor had control over his location in California when the governor ordered a travel ban in 2020 during the covid pandemic which kept the claimant in California when he was affected by the covid pandemic.

## REASONS FOR DECISION

California Unemployment Insurance Code Section 602 provides:

"Employment" includes an individual's entire service performed within, or both within and without, this State if:
  (a) The service is localized in this State; or

(b) The service is not localized in any state but some of the service is performed in this State and (1) the base of operations, or, if there is no base of operations, then the place from which such service is directed or controlled, is in this State; or (2) the base of operations or place from which such service is directed or controlled is not in any state in which some part of the service is performed, but the individual's residence is in this State.

Except as otherwise provided by law, the burden of proof requires proof by a preponderance of the evidence. (Evidence Code, section 115.)  Preponderance of the evidence simply requires proof that a matter in question is more likely to be true than not true. (Precedent Decision P-T-493.)

Unemployment insurance benefits are based on wages paid in the base period of a claim.  The standard base period of a claim with a benefit year beginning in July, August, or September is the four consecutive quarters which ended the preceding March. (Unemployment Insurance Code, section 1275(a).)

Board, lodging, or any other payment in kind, received by an employee in addition or in lieu of cash wages, is wages on the basis of a reasonably estimated cash value to the employee which shall not be less than the bona fide value stipulated in a union agreement or employment contract, or, the value established as the basis of the employer's compliance with minimum wage law. (California Code of Regulations, title 22, section 926-3(a)(1).)

To be eligible for Pandemic Unemployment Assistance, an individual must not be eligible for regular unemployment compensation or extended benefits under State or Federal law or for Pandemic Emergency Unemployment Compensation (PEUC) under section 2107 of the CARES Act, including an individual who has exhausted all rights to regular unemployment compensation or extended benefits under State or Federal law and for PEUC under section 2107 of the CARES Act. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(i) (March 27, 2020) 15 United States Code section 9021(a)(3)(A)(i).)

In the present matter, there is no dispute that the claimant was temporarily residing in California in 2020 from about March or April 2020 through about May 2020.  Also, the evidence shows that the claimant was researching how to start a business when he was in California but did not finish the application.  The evidence shows that he became an internet travel host on the Google platform while he was in California however he has not been paid and is not an employee. The claimant offers the legal argument that since he was living in California when he was affected by the pandemic, he meets the "service" elements in section 602.  These facts and arguments were considered.

7471886-000000                          4

However, since the claimant did not work as a W2 employee in California during the four consecutive quarters which ended the preceding March, he does not have California wages in the base period of his claim. (Unemployment Insurance Code, section 1275(a).) .

Therefore, the claimant does not meet the "service" element in the state of California under section 602, therefore, section 602 does not apply. Google does have locations in most states including California, which meet the "base of operation" element of section 602, however, since he did not perform employment "services" for Google, he does not meet the "service" element in section 602 and section 602 does not apply.

However, although the evidence shows that he was residing and searching for work in California when the pandemic began in 2020, and although this would usually be sufficient to establish a California footprint and attachment to its labor market, since the evidence shows that he performed services and had registered wages in the state of Nevada from his employment with George Paine during the four consecutive quarters which ended the preceding March, he meets eligibility to file a claim in Nevada and therefore does not meet the eligibility criteria for a PUA claim in California. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(i) (March 27, 2020) 15 United States Code section 9021(a)(3)(A)(i).)

Finally, the EDD did find registered ranges in the Nevada system; the claimant was compensated by room and board, and board, lodging, or any other payment in kind, received by an employee in addition or in lieu of cash wages, is wages on the basis of a reasonably estimated cash value to the employee which shall not be less than the bona fide value stipulated in a union agreement or employment contract, or, the value established as the basis of the employer's compliance with minimum wage law. (California Code of Regulations, title 22, section 926-3(a)(1).)

Therefore, unfortunately the PUA claim is not covered by the EDD in California under section 602.

DECISION

The notice of determination is affirmed. The claimant is not eligible for PUA benefits under California Unemployment Insurance code section 602. PUA benefits are denied.

The claimant is referred to file a claim in Nevada. He can present his filing documents for a PUA claim in California to see if he can use it to establish a retroactive claim filing date in Nevada.                    LOA:scm2/6

7471886-000000                    5

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

025 - RANCHO CORDOVA PAC
PO BOX 419132
RANCHO CORDOVA, CA 95741-9132

Case

FV 11 - 04096

Exhibit

C

unknown
Pages
Count them
yourself



Customer Relations/Rapid Rewards

Love Field
P.O. Box 36647
Dallas, TX 75235-1647
(214) 932-0333
(214) 792-5099 (fax)

## SOUTHWEST AIRLINES RECORDS

Ticket No: **5262194970391**   PNR No: **W670EW**

PAX: **ALVARADO, LANCE**
Purchaser: **LESLIE, MAYUMI**

Issue Date: 21/Aug/2011
TKT EXP: 20/Aug/2012

Customer No:
ARC No:

Payee –   FirstName: LANCE        LastName: ALVARADO

☐ Itinerary  ☐ Payments  ☐ Fare Calc line  ☐ Address  ☐ Remarks ☐ all

Itinerary

| CPN | FLT | FLT Time | FLT Date | Ori-Dest | Status | FBC | Seg Cost |
|-----|-----|----------|----------|----------|--------|-----|----------|
| 0-1 | 719 | 1655 | 06/Sep/2011 | RNOLAS | USED | ODACHNRO | |
| 0-2 | 512 | 1910 | 06/Sep/2011 | LASMKE | USED | ODACHNRO | $199.40 |

$199.40    Total Tkt

Payments

| FOP | Exp Date | Orig Amt | Ref | Remaining Amt NonRef | Amt |
|-----|----------|----------|-----|---------------------|-----|
| ☐ CC 432371XXXXXX1809 | | $199.40 | $0.00 | $0.00 | $ 0.00 |

*Adverse party was in Wisconsin.*
*Not in Nevada Breaking into his own home*
*Scaring children and Applicant? But was*
*Sending Funds to Applicant while working!*

*Not residing at 155 Staci Sun Valley*
*Nevada 89433 for Past 2 months as Stated*
*in Applicants complaint!*

*Exhibit 1*
*Page 5 of 6*

WEST AIRLINES CO
Customer Relations/Rapid Rewards

Love Field
P.O. Box 36647
Dallas, TX 75235-1647
(214) 932-0333
(214) 792-5099 (fax)

## SOUTHWEST AIRLINES RECORDS

| | |
|---|---|
| Ticket No: **5262105603024**   PNR No: **IAN56A** | PAX: **ALVARADO, LANCE** |
| | Purchaser: **LESLIE, MAYUMI** |

Issue Date: 11/Oct/2011                          Customer No:
TKT EXP: 10/Oct/2012                              ARC No:
Payee –     FirstName: LANCE          LastName: ALVARADO

Itinerary    Payments    Fare Calc line    Address    Remarks    All

Itinerary

| CPN | FLT | FLT Time | FLT Date | Ori-Dest | Status FBC | Seg Cost | |
|---|---|---|---|---|---|---|---|
| 0-1 | 318 | 1610 | 21/Oct/2011 | MKELAS USED | OXACNNRO | | |
| 0-2 | 3240 | 2010 | 21/Oct/2011 | LASRNO USED | OXACNNRO | $190.50 | |
| | | | | | | $190.50 | Total Tkt |

Payments

| | | | Remaining Amt | | |
|---|---|---|---|---|---|
| FOP | | Exp Date  Orig Amt  Ref | NonRef | Amt | |
| CC 432371XXXXXXX1809 | | $190.50   $0.00 | $0.00 | $ | 0.00 |

Return Flight where Applicant
left Adverse Party Abandoning him
then Blocked all contact with Adverse
Parties Children! where Adverse Party
Called Applicants work leaving message
to boss that numerous calls would be made
if Applicant didn't unblock children's Phones
which Applicant did and calls were never made!

Exhibit '
Page 6 of 6

9.  (a) Does the Adverse Party possess a firearm, or does the Adverse Party have a firearm under his or her custody or control? ☐ Yes ☒ No ☐ I don't know

(b) Has the Adverse Party ever threatened, harassed, or injured you, the minor child(ren), or anyone else with a firearm or any other weapon? ☐ Yes ☒ No ☐ I don't know

If yes, give details:

_____

_____ N/A _____

_____

_____

10.  (a) ☒ I have been or reasonably believe I will become a victim of domestic violence committed by the Adverse Party.

(b) ☒ The child(ren) have been or are in danger of becoming a victim of domestic violence committed by the Adverse Party.

In the following space, state the facts that support your Application. Be as specific as you can, starting with the most recent incident. Include the <u>approximate dates</u> and locations, and whether law enforcement or medical personnel have been involved.

### THIS APPLICATION IS A PUBLIC RECORD

Within the last 72 hours he has been harrassing me. Dozens of text messages threatning various things. "I will get you fired if you dont let me back! You are my wife and there is nothing you can do about it". not threatning violence but life changing things soley out of anger that I ~~dont want to be married~~. He moved out on 7-13-11 and I have not let him come back. ~~We~~ The home I live in is owned by my mother and the rental agreement is between her + I. He continues to break into my house, scaring me and the children. His behavior is completly irratic and out of control. He calls my job up to 100 times in one day. He leaves angry messages for my boss threatning that if I don't reconcile he will harras me at work still to the point I cannot do my job. (Yes my boss saved) I am terrified to make this stand to free myself of his abuse mental and at times physical. I am at a point where I am fearful for my safety as he is so out of control. I cannot have him breaking into my home + frightning the kids when

Exhibit 1    Page 3 of 6

He has kicked down my bedroom door after breaking into the house. I have had to call, or kids have had to call 911 numerous times over the last 3 months due to his behavior. He has tried to steel my car, b has taken our kids out of school just to park at a grocery store and cry to them about how its my fault, I wont let him back and please talk to your mom. to The kids and I are afraid when we come home never knowing if he is inside waiting. His behavior will go from: So angry he is spitting and his veins are bulging out of his head + hes shaking..... to in an INSTANT Lovey dovey Im sorry I didnt mean to please forgive me I love you. It is very scary. I know there is a lot more Im just so distraut from all this Im sure Im missing things.

PLEASE DO NOT WRITE ON THE BACKS OF ANY PAGES.

Exhibit 8
Page 4 of 6

1 | **CODE 1670**

FILED

2011 NOV 28 AM 9: 35

CRAIG FRANDEN, ACTING CLERK

HOWARD W. CONYERS

A. Potts

BY _____ DEPUTY

2 | Name: _Lance Alvarado_

3 | Address: _1408 Shady Oak dr_
_Sparks NV 89434_

4 | Telephone No _(775) 830-9417_

5 | Appearing in Proper Person

6

7

8 | IN THE FAMILY DIVISION

9 | OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

10 | IN AND FOR THE COUNTY OF WASHOE

11 | _Jacqueline Dawn Alvarado_

12 | Applicant,

Case No. _FV11-04096_

13 | vs.

Dept. No.  DM

14 | _Lance Delon Alvarado_,

15 | Adverse Party.

16

17 | **EX PARTE MOTION AND AFFIDAVIT**

18 | The above-named Applicant/Adverse Party, hereby moves the Court to grant the following relief:

19 | _____   Extension of Order for Protection

20 | _____   Modification of Order for Protection

21 | ✓   Dissolve the Order for Protection

22

23 | _____   Order to Show Cause

24 | _____   Other: _____

25 | This motion is made for the following reasons:

26 | _Thank you for this opportunity to respond to the following TPO_

27 | _that has been placed upon me Mr Lance Alvarado._

28 | _I have been living out of a suitcase for the past 5 months  after_

REV 8/2010 AA                                          1                          F-13 EX PARTE MOTION

1  being illeglly evicted from our home of 10 yrs 1408 Shady
2  Oak dr Sparks NV 89434. For taking a break from a heated
3  dispute over personal and financial obligations That started
4
5  affecting our children and extended family. numerous calls to
-6  the police have been recorded. I would keep the peace by
7  taking breaks and leave to be a guest of a friend until we
8  would be able to talk rationally about our situation
9  From sep 6 2011 Thru oct 26 2011 I have been in the
10  state of Wisconsin working. Upon my return my
11
12  wife blocked all access to our financial records and
13  blocked contact between my children and myself.
14  Then Filed a TPO instead of facing reality of
15  our families current situation. Thank You for helping
16

17  This document does not contain the Social Security Number of any Person.

18  I declare, under penalty of perjury under the law of the State of Nevada, that the

19  foregoing is true and correct.

20

21  Dated: 11-28-11

22

(Signature)

23

Luna Alvarado

24  (Printed Name)

25

26

27

28

1  our family thru this crisis. I would like to
2  have this court explain to my wife her actions are confusing
3  to all involved. I would like to work thing out as to
4  keep the peace in our home. Thru counseling if need be
5  or File a joint petition for divorse, where I may,
6  be in our home to gather information and assess our
7  current situation and work together for a resolution
8  both of us may agree upon. Finally I will have no
9  choise but to file a divorce complaint packet. I am
10  in no way a perfect man, husband or father. I make
11  mistakes like all persons, spouses, and parents everywhere.
12  I am not a wife beating child abuser as claimed. I
13  have been seeing my therapist Dr Huggins in hope to
14  control my depression these events have caused. In no
15  way do I wish to break this TPO order that has been
16  placed. I in no way wish to harrass or harm my
17  wife or children in any way. Her avoiding these issue
18  privatly I wrongfully turned to numerous calls to her
19  employment in an effort to discuss and form a plan
20  to help our family move forward for the benefit of
21  all of us. It is the holidays, what a better time to come
22  together than now. Please abolish this order so I may return
23  home to my wonderful family and work together rather
24  than be seperated causing, fear, doubt, and anger by the
25  both of us Jacqueline and Myself. Thank you,
26
27
28

Page Number ____

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

_Jacqueline Dawn Alvarado_ )
)
vs. )
)
_Lance Delon Alvarado_ )
)
)

| FAMILY COURT |
| MOTION/OPPOSITION NOTICE |
| (REQUIRED) |

CASE NO. _FV11-04096_

DEPT. NO. _DM1_

**NOTICE:** THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS _and_ to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
|---|---|---|---|
| | **1**. Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | X |
| | **2**. Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | X |
| | **3**. Is this a motion or an opposition to a motion filed only to change the amount of child support? | | X |
| | **4**. Is this a motion or an opposition to a motion for reconsideration or a new trial _and_ the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is YES, write in the _filing date_ found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are _exempt_ from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will _not_ be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date: _Nov 24_ , _2011_    Signature: _L-D-_

Print Name: _Lance D Alvarado_

Print Address: _1408 Shady Oak dr_
_Sparks NV 89434_

Telephone Number: _Temp #(775) 830-9417_

FILED

CODE 2937

'11 NOV -9 A9 :23

CRAIG FRANDEN ACTING CLERK

BY_____
DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

JACQUELINE DAWN ALVARADO _____ ,

                                        Applicant,                    Case No. FV11-04096

        vs.

                                                                      Dept. No. DM1

LANCE DELON ALVARADO _____ ,

                                        Adverse Party.
_____ /

### ORDER FOR HEARING TO EXTEND
### MODIFY OR DISSOLVE THE PROTECTION ORDER

Upon Motion of ☒ Applicant                   ☐ Adverse Party, to:

        ☒ EXTEND the Protection ORDER          ☐ MODIFY the Protection ORDER

        ☐ DISSOLVE the Protection ORDER        ☐ OTHER

YOU ARE HEREBY NOTIFIED that a hearing will be held in the Family Division of the

Second Judicial District Court located at One S. Sierra Street, First Floor, Reno, Nevada,

on December 13, 2011, 08:30 AM, to determine whether or not to EXTEND, MODIFY

or DISSOLVE the PROTECTION ORDER against the above named Party.

ANY PROTECTION ORDER WILL CONTINUE IN EFFECT UNTIL SUCH HEARING AND

FURTHER ORDER OF THIS COURT.

PRO: 159443

1

2

A copy of the Motion for hearing, Affidavit and copy of this ORDER/Notice, shall be

served on the other party by ☐ MAIL    ☒ PERSONAL SERVICE

3

4

Dated  11/9/11

5

6

Judge/Hearing Master

7

8

Transmitted to the state repository on  11/9/11

9

10

11

12

Clerk of the Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFIED COPY
The document to which this certificate is
attached is a full, true and correct copy of
the original on file and of record in my office.
DATE: _____
CRAIG FRANDEN, Acting Clerk of the Second
Judicial District Court, in and for the County
of Washoe, State of Nevada.
By _____ Deputy

b.      If the defendant is a corporation

The defendant, *(name)* ___State of California Unemployment
Insurance Appeals Board_____, is incorporated
under the laws of the State of *(name)*
____California_____, and has its principal place
of business in the State of *(name)*
__California_____. *Or* is
incorporated under the laws of *(foreign nation)*
___The United States of America_____, and has
its principal place of business in *(name)* ___United States of
America_____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

__Contracts to dispurse Disaster Unemployment Assistance thru Intra
State Cooperation Agreement

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

__Plaintiff filed for benefits Aug 2021 within the granted time limits for disaster
Federally funded DUA unemployment aid relief in California after  temporarily residing
within California at the time Plaintiff was directly affected over pandemic related public

August 2, 2012



Aug 2, 2012 6:20 AM

fyi i was prepared back in december when you cancelled after agreement on a date. The epo clearly stating as arranged thru texting not for an officer. We agreed in court as to taking to long. The no contact which is void stated an officer. Again Due to your actions of false violation allegations im not addressing our divorce until either the appeal is over or you file. Again in order to

File. Again in order to remove all my belongings the floor you installed has to be removed or payed for. As well as the money owed from ur mom. Sorry. Yes ill be by to get the thumb drive and all paperwork only, as soon as i hear from the court. Again my primary address is shady oak i reside off of staci due to a order for protection. Until the divorce is finalized. Why is that so Hard for you to understand? You cant abuse orders for

address to shady oak i reside off of staci due to a order for protection. Until the divorce is finalized. Why is that so Hard for you to understand? You cant abuse orders for protection. By using them to evict husbands and magically become single. Cause you are mad at them. Sorry the law doesnt like women using dirty divorce tactics when the law is for abused women

only.

*Sent in June not Aug when Applicant had counsel*

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

1

August 9, 2012

Aug. 9, 2012 1:27 PM

tell the kids just a while
longer till Daddy gets to
see them without fear of
you.

Aug. 9, 2012 1:30 PM

OR ur affiliates!

Aug. 9, 2012 6:13 PM

Have you actually added
up how many days u have
kept the kids from me?
tell em i love em!

Sent July 20th
After Peace center orientation
with Robin who stated That
visits would not be affected
when objection was to be filed
she called Aug and recanted.

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

Aug. 10, 2012 8:34 PM

Do they have all their supplies?

Aug. 10, 2012 10:07 PM

Responsible Parent to Jacki come in Jacki.... Responsible Parent texting regarding children come in Jacki....

TO Show Court that She continued to ignore texts regarding Children Pleading for a return text to a responsible father

Aug. 10, 2012 10:37 PM

U can put down the pipe for a bit and return my texts regarding the kids jacki.

Sarcasm as to her ignorance of issues that need resolution

Text Messages from Lance Alvarado to Jacqueline Alvarado   Case No.: DV12-01286

August 11, 2012

Aug 11, 2012 8:18 AM

I am expecting a return
text from you today Jacki
regarding the childrens
need for clothes and
school supplies. Along

with my thumb drive and
documents. I am going to
take legal action if you
continue to ignore. I ask
you to quit wasting the
courts time an issue that
will be in my complaint

Aug 11, 2012 9:21 AM

Time to move on jacki
stop living in the past.
People make their own
decisions remember? My
decision is inquiring
about th childrens needs
for clothes and supplies
my tax information. u
know moving on. urs is to

know moving on. urs is to
ignore valid issues. Text
me back.

response to 9 text
Applicant Sent to Adverse Party
claiming Adverse Party wasn't
moving on. Text is in regards
to their needs and
Personal Property, and
Applicants Avoidance of
comunication

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

Aug 11 2012 12:15 PM

No need to be angry and keep ignoring me Jacki. Do the kids need clothes and supplies for schhool or not? Very simple question i would ask them if you didnt have them blocked and alienated from me. Simmple yes for a start or a no to confirm Time keeps on ticking ticking ticking into the future

reading for a return text over subject matter and a resolution to no longer text in regards to these issues

Messages    Lance Alvarado

Aug 11 2012 8:20 PM

Ur Trully heartless regarding a father Rights to know about his children jacki. u should be ashamed Yet u have no consious. Only caring about youself As usual. and yes this text is regarding the children And my rights. things u keep neglecting and violating.

Adverse party isn't entitled to his opinion?

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

8

Aug 11 2012 8:32 PM

10 To 1 the kids dont even know where ur at

Altered text
actual text says
Do the kids even know where you are at?

Aug 11 2012 10:47 PM

Tell the kids goonite when you see them

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

August 12, 2012

Aug. 12, 2012 7:00 PM

ooh! u prob think im
nutz! im not jokin! The
sun valley schools start
tomorrow! Lol
Let me know about
supplies needed and
clothes For the kids
upcoming First day

Text Messages from Lance Alvarado to Jacqueline Alvarado    Case No.: DV12-01286

Assigned PSO _____

# PRETRIAL SERVICES O/R RELEASE CONTRACT

**DEFENDANT'S NAME** Alvarado     Lance

## RESPONSIBILITIES TO MAINTAIN YOUR O/R PRIVILEGE

1. **Report to Pretrial Services the next working day** after your release, between the hours of 8:30 a.m. until 12:00 p.m.; and 1:30 p.m. until 4:00 p.m. Failure to report may result in revocation of your O/R release.

☑ Report in person on   1-25-12      ☐ Report by phone on _____

  630 Greenbrae Dr. Sparks          (775) 353-7633 Main Number
  Sparks Justice Court               (775) 352-3019 Fax Number
  On Pyramid and Greenbrae

2. **Make all Court Appearances**

☐ **SPARKS MUNICIPAL COURT**        Court Date/Time: _____
  1450 C Street, Sparks
  (775) 353-2373 Court Phone

☑ **SPARKS JUSTICE COURT**          Court Date/Time: 3-15-12 @ 10AM
  630 Greenbrae Dr., Sparks
  (775) 353-7600 Court Phone

**OTHER JUSTICE COURTS:**

☐ Incline / ☐ Verdi / ☐ Wadsworth / ☐ Gerlach    Court Date/Time: _____

**Report any changes** in residence, phone number, or employment immediately.

4. **Check in as assigned,** UNTIL told by a Pretrial Services Officer that it is no longer necessary. Rearrests will be viewed as grounds for O/R Release revocation. You are required to appear for all court appearances drug and acohol free or be subject to arrest for contempt of court.

5. **Special Conditions:**

* ☐ No Drinking/No use of Controlled Substance
* ☐ Attend _____ AA or Alcohol Counseling sessions per week with proof.
* ☐ Attend _____ NA or Drug Counseling sessions per week with proof.
* ☐ No contact with alleged victim.
* Follow all terms of TPO/EPO
* other conditions to be set upon check-in

155 Stony
Sun Valley Nevada
Virginia Black
8509417

I agree to appear at all scheduled court appearances. I agree to comply with the standard O/R conditions as well as all special conditions contained in this contract. If I fail to appear at a scheduled court hearing, and I am taken into custody outside this state, I hereby do waive extradition to the State of Nevada from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Nevada. I will also be responsible for paying restitution for all extradition costs incurred in returning me to Washoe County. I understand any court of competent jurisdiction can revoke the order of release without bail, and may order that I return to custodial status or be required to post bail to ensure my court appearance.

Date: 1-24-12          Defendant's Signature _____

Pretrial Services Officer/Witness _____

Exhibit #3
Page 1 of 2

CS-5

# ...e County Jail

## ...mate Booking Information Form

| Jail ID# | Booking No | Soc | | MNI | Booking Date | | Booking Time |
|---|---|---|---|---|---|---|---|
| P-112182 | 11-22312 | 7941 | | 1054166 | ~~12/28/2011~~ | | 15:11 |

| Name |
|---|
| ALVARADO, LANCE |

| Booking Name |
|---|
| ALVARADO, LANCE DELON |

| Address | | City | State | ZIP Code |
|---|---|---|---|---|
| 1468 SHADY OAK DR | | SPARKS | NV | 89433 |

| Race | | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|
| WHITE | | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | 1 | | | | |

| DOB |
|---|
| 12/16/1972 |

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| GENERAL CONTR- | SELF EMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SPARKS POLICE DEPARTMENT | 12/28/2011 | 14:09 |

| Vehicle Stored At |
|---|
| NA |

## Charge 1

| NCIC/Charge | Charge Literal | Level |
|---|---|---|
| 08005 | VIOL O/RESTRAIN/TEMP & EXTEND ORDER 5099NV | M |

| Court | | OCA# |
|---|---|---|
| SPARKS JUSTICE COURT | | 11-11949 |

| Warrant No | Warrant Agency |
|---|---|
| | |

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| SPPD0022657C | $1,137.00 | CB | |

| Remarks |
|---|
| **CASH ONLY *** |

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $1,137.00 | $1,137.00 |

Case resulting in dismissal
Sparks Justice Court March 13th 2012
see Exhibit 4 page 4
Charge 15

| Printed At | | |
|---|---|---|
| 12/28/2011 17:29:29 | Exhibit 2 | ~~Page 1 of 1~~ |
| | Page 2 of 2 | |

*EXHIBIT I, LAW HRST Report          KL 4/12*

## Inmate Release Information Form

| Booking Name | | | | Jail ID# | Booking No | Booking Date | Booking Time |
|---|---|---|---|---|---|---|---|
| ALVARADO, LANCE DELON | | | | P-112182 | 12-1452 | 01/25/2012 | 19:15 |
| 1054166 | Fac WC | Unit H09 | Cell 04 | Rls Reason DEFAULT RELEASE REASON AT BOOK IN | | Release Date | Rels Time |

### Charge 1

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| ARREST | 09478 | | VIOL OF TEMPORARY PR | SPPD0026569C |

Court
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| 04/26/2012 | 14:00 | JUDGE O/R |

| Disposition Date | Disp Time |
|---|---|
| 03/29/2012 | 18:07 |

Remarks
BAIL PER OFFICER; 01/30/12 TRIAL DATE SET, 3/29/12-O/R PER JUDGE

SPOO ($1137), CTDT SET

### Charge 2

| Authority | NOC/Charge | Charge Literal | PCN |
|---|---|---|---|
| ARREST | 09478 | VIOL OF TEMPORARY PR | SPPD0026569C |

Court
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| | | JUDGE O/R |

| Disposition Date | Disp Time |
|---|---|
| 03/29/2012 | 18:07 |

Remarks
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

### Charge 3

| Authority | NOC/Charge | Charge Literal | PCN |
|---|---|---|---|
| ARREST | 09478 | VIOL OF TEMPORARY PR | SPPD0026569C |

Court
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| | | JUDGE O/R |

| Disposition Date | Disp Time |
|---|---|
| 03/29/2012 | 18:07 |

Remarks
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

### Charge 4

| Authority | NOC/Charge | Charge Literal | PCN |
|---|---|---|---|
| ARREST | 09478 | VIOL OF TEMPORARY PR | SPPD0026569C |

Court
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| | | JUDGE O/R |

| Disposition Date | Disp Time |
|---|---|
| 03/29/2012 | 18:07 |

Remarks
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

| Printed At 03/29/2012 18:09:29 | *Exhibit 4* *page 1 of 4* | Page 1 of 5 |
|---|---|---|

_____
_____
_____

**Complaint for a Civil Case**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: X☐X Yes ☐ No

        *(check one)*

**-against-**

California Unemployment Appeals Board_

Employment Development Division

All Unknown Parties Intra State Contracted

_____
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## I.   The Parties to This Complaint A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Lance Delon Alvarado |
|---|---|
| | Mailing Address 803 Evergreen # A |
| | City of Wheatland in the County of Yuba |
| | California 95692 |

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | _California Unemployment Insurance Appeals Board or CUIAB |
| Job or Title (if known) | __Panel Members_____ Commity |
| Street Address | __2400    Venture    Oaks Way_____ |
| City and County | City of Sacramento County of Sacramento |
| State and Zip Code | California |
| Telephone Number | __(916) 263-6706 |

Defendant No. 2

| | |
|---|---|
| Name | California Unemployment Development Department or EDD |
| Job or Title (if known) | |
| Street Address | _722    Capitol    Mall__# 5098_____ |
| City and County | __Sacramento    County    of Sacramento_____ |
| State and Zip Code | _California 95814_____ |
| Telephone Number | _1 800 560 3616 |

Defendant No. 3

Name

| | |
|---|---|
| Job or Title (if known) | All Unknown Parties Contracted with Intra State Agreements to Distribute Unemployment Pandemic Aid Relief _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    X☐X  Federal question          X☐X  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

4

Name Lance D Alvarado_____

Street Address

Mailing address 803 Evergreen # A

_____Wheatland_ City

and County

Of Yuba        _____ State and

Zip Code California

95692_____

Telephone Number _(775) 899-2632_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Lance Delon Alvarado

Printed Name of Plaintiff _____Lance Delon
                                             Alvarado_____

mate Release Information Form

## Charge 5

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| ARREST | 09478 | | VIOL OF TEMPORARY PR | SPPD0026569C |

Court

SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | |
|---|---|---|
| 03/29/2012 | 18:07 | |

Remarks

01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 6

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| ARREST | 09478 | | VIOL OF TEMPORARY PR | SPPD0026569C |

Court

SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | |
|---|---|---|
| 03/29/2012 | 18:08 | |

Remarks

01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 7

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| ARREST | 09478 | | VIOL OF TEMPORARY PR | SPPD0026569C |

Court

SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | |
|---|---|---|
| 03/29/2012 | 18:08 | |

Remarks

01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 8

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| ARREST | 09478 | | VIOL OF TEMPORARY PR | SPPD0026569C |

Court

SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | |
|---|---|---|
| 03/29/2012 | 18:08 | |

Remarks

01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

mate Release Information Form

## Charge 9

| Authority | NOC/Charge | | | Charge Literal | PCN |
|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | SPPD0026569C |

**Court**
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|
| | | | |

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | | |
|---|---|---|---|
| 03/29/2012 | 18:08 | | |

**Remarks**
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 10

| Authority | NOC/Charge | | | Charge Literal | PCN |
|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | SPPD0026569C |

**Court**
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|
| | | | |

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | | |
|---|---|---|---|
| 03/29/2012 | 18:08 | | |

**Remarks**
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 11

| Authority | NOC/Charge | | | Charge Literal | PCN |
|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | SPPD0026569C |

**urt**
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|
| | | | |

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | | |
|---|---|---|---|
| 03/29/2012 | 18:08 | | |

**Remarks**
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

## Charge 12

| Authority | NOC/Charge | | | Charge Literal | PCN |
|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | SPPD0026569C |

**Court**
SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431

| Bail Amount | | Rels Condition | |
|---|---|---|---|
| | | | |

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | JUDGE O/R | |

| Disposition Date | Disp Time | | |
|---|---|---|---|
| 03/29/2012 | 18:08 | | |

**Remarks**
01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137),

SEE CHG #1 FOR CTDT

| Printed At | *Exhibit 4* | Page 3 of |
|---|---|---|
| 03/29/2012 18:09:29 | *Page 3 of 4* | |

shoe County Jail

mate Release Information Form

## Charge 13

| Authority | NOC/Charge | | | Charge Literal | | PCN |
|---|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | | SPPD0026569C |
| Court | | | | | | |
| SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431 | | | | | | |
| Bail Amount | | | Rels Condition | | | |
| Court Date | | Court Time | Disp Type | | | |
| | | | JUDGE O/R | | | |
| Disposition Date | | Disp Time | | | | |
| 03/29/2012 | | 18:08 | | | | |
| Remarks | | | | | | |
| 01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137), | | | | | | |
| SEE CHG #1 FOR CTDT | | | | | | |

## Charge 14

| Authority | NOC/Charge | | | Charge Literal | | PCN |
|---|---|---|---|---|---|---|
| ARREST | 09478 | | | VIOL OF TEMPORARY PR | | SPPD0026569C |
| Court | | | | | | |
| SPARKS MUNICIPAL COURT, 1450 C ST, SPARKS, NV 89431 | | | | | | |
| Bail Amount | | | Rels Condition | | | |
| Court Date | | Court Time | Disp Type | | | |
| | | | JUDGE O/R | | | |
| Disposition Date | | Disp Time | | | | |
| 03/29/2012 | | 18:08 | | | | |
| Remarks | | | | | | |
| 01/30/12 SEE CHG #1 FOR CTDT, 3/29/12-O/R PER JUDGE SPOO ($1137), | | | | | | |
| SEE CHG #1 FOR CTDT | | | | | | |

## Charge 15

| Authority | NOC/Charge | | | Charge Literal | | PCN |
|---|---|---|---|---|---|---|
| REBOOK | 08005 | | | VIOL O/RESTRAIN/TEMP | | SPPD0022657C |
| Court | | | | | | |
| SPARKS JUSTICE COURT, 630 GREENBRAE DR, SPARKS, NV 89431 | | | | | | |
| Bail Amount | | | Rels Condition | | | |
| Court Date | | Court Time | Disp Type | | | |
| | | | DISMISSED | | | |
| Disposition Date | | Disp Time | | | | |
| 03/13/2012 | | 13:18 | | | | |
| Remarks | | | | | | |
| 01/25/2012 REBOOK ORG BK #: 11-2232 O/R REVOKE PER JUDGE DERISO*** | | | | | | |
| BAIL RESET @$25,000 CASH ONLY***  1/26/12 - TRIAL SET, 3/13/12-DISM | | | | | | |

All Charges have been dismissed except
one which is in Appeal at this time
City Attorney actually going for all
14 violations adding up to 7 yrs for
Texting Applicant regarding children ending
in an invited divorce Text argument
expessive?

| Printed At | | |
|---|---|---|
| 03/29/2012 18:09:29 | Exhibit 4 | Page 4 of 5 |

page 4 of 4

*Exhibit I No contact order pg 1,2 letter pg 3*
*Order Altered part 4,5*

FILED
SPARKS MUNICIPAL COURT

Case No.    12 C 000143
Dept. No.   Two

2012 MAR 29  PM 2: 52

BY _____

IN THE MUNICIPAL COURT OF THE CITY OF SPARKS

COUNTY OF WASHOE, STATE OF NEVADA

CITY OF SPARKS,

                              Plaintiff,

    vs.

LANCE DELON ALVARADO
DOB   12/16/1972

                              Defendant.
_____/

**NO CONTACT ORDER
AS A CONDITION OF
PRE-TRIAL RELEASE**

AS A CONDITION OF YOUR RELEASE FROM CUSTODY ON BAIL, BOND OR ON

YOUR OWN RECOGNIZANCE PENDING TRIAL ON April 26, 2012 AT 2:00 P.M.:

You, directly or through an agent acting on your behalf, are prohibited from contacting

JACQUELINE ALVARADO in any manner whatsoever, including but not limited to, in person, by

telephone, by U.S. Mail or by e-mail.

You, directly or through an agent acting on your behalf, are prohibited from coming within

100 yards of the above-named person's or persons' residence(s), place(s) of employment, or

school(s) attended, wherever these places may be located.

Accompanied by a law-enforcement officer, you may obtain personal property at said

residence(s) on one occasion only. Any items in dispute shall remain at the residence.

OFFICER _____ BADGE# _____ DATE: _____

Notwithstanding the above provisions, this Order does NOT prohibit your attorney from

contacting the above individuals in the preparation of your defense.

///

///

///

///

*Full Document is 2 pages — 1 and 2*
*Full Document Altered 2 pages — ~~1,2,3~~ 4 and 5*
*Exhibits*
*Page 1 of ~~5~~*

Page 1

## NOTICE

VIOLATION OF THIS ORDER MAY RESULT IN ARREST, CONTEMPT PROCEEDINGS, REVOCATION OF YOUR RELEASE FROM CUSTODY, AND/OR ADDITIONAL CRIMINAL CHARGES. SPARKS MUNICIPAL CODE SECTION 1.12.040 MAKES IT A MISDEMEANOR TO WILLFULLY VIOLATE THE TERMS OF ANY ORDER ISSUED BY THIS COURT.

IT IS SO ORDERED.

DATED this _____ day of _____, 2012.


_____
James Spoo, Municipal Judge
Department Two


   I HAVE READ AND AGREE TO THE ABOVE CONDITIONS FOR MY PRE-TRIAL RELEASE. I UNDERSTAND THAT A VIOLATION OF THIS ORDER MAY RESULT IN AN OCCURRENCE OF ANY OF THE CONDITIONS DESCRIBED IN THE NOTICE ABOVE.


3-29-12                       _____
DATE                          DEFENDANT'S SIGNATURE

*Marshal whom determined violation would be found is Divorce Attorney/mediator made contact*

Served by: C.Schmdr     Badge No. 9354    Date: 3-29-12

If Applicable:  Interpreted by: _____

*Exhibits*
*page 2 of 5*
~~page 2~~

ORIGINAL

1    Code: 2905  2315
2    Daniel L. McCormick
     Nevada State Bar No. 332
3    36 Stewart Street
     Reno, Nevada 89501
4    (775) 322-4838
5    Attorney for Mr. Alvarado
6
7

FILED

2012 JUL 31  PM 4: 29



8         IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
9                    IN AND FOR THE COUNTY OF WASHOE
10                            ooOoo
11   LANCE DELON ALVARADO,
12              Appellant,
13   vs.                              Case No.    CR12-1121
14   CITY OF SPARKS,                  Dept. No.   10
15              Respondent.
16   _____/
17                        **MOTION TO DISMISS APPEAL**
18        COMES NOW, Appellant, LANCE DELON ALVARADO, through his counsel
19   appointed by the Sparks Municipal Court, to represent him in the appeal filed in this
20   Court, to move this Court for its Order dismissing said appeal. This motion is made at
21   the request of Appellant, after further consideration of the outcome of his trial.
22              **AFFIRMATION PURSUANT TO NRS 239B.030**
23        The undersigned does hereby affirm that the preceding document does not
24   contain the social security number of any person.
25        DATED this _3o_ day of _July_____, 2012.
26
27                                    _____
28                                    DANIEL L. McCORMICK, ESQ.

Daniel L. McCormick
Attorney at Law
36 Stewart Street
Reno, Nevada 89501
(775) 322-4838                              1

1  Code: **1670**

2  Name: __Lance Delon Alvarado__

3  Address: __155 ,Staci Way__

__Sun Valley Nv 89433__

4  Telephone Number: __(775)830-9417__

5  Appearing in Proper Person

FILED

2012 OCT 24  PM 3: 26

JOEY ORLIA HASTINGS
CLERK OF THE COURT
BY __H. Cheek__
DEPUTY

6  IN THE FAMILY DIVISION

7  OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8  IN AND FOR THE COUNTY OF Washoe County

9

10  __Jacqueline Dawn Alvarado__

Plaintiff/Petitioner,

11  vs.

12  __Lance Delon Alvarado__

Defendant/Respondent.

13  _____/

Case No. __FV11-04096__

Dept. No. __DM 1__

14  **EX PARTE EMERGENCY MOTION**

15

16  **MOTION TO** ___EMERGENCY MOTION UNDER NRAP 27(e)___

(Fill in the name of this motion)

17

18  ___LANCE DELON ALVARADO___, appearing in Proper Person, hereby move this

(Your name)

19

20  Court to issue an emergency order, without notice to __JACQUELINE DAWN ALVARADO__

(The Other Party's name)

21  granting the following:

22

23  *State what you want the Court to order. At this point <u>do not explain why the order should issue <u>or why the other party</u> should not be contacted</u>. Those explanations will come later in the form.*

24

25  Above named ADVERSE PARTY LANCE DELON ALVARADO prays:(1)NEW VENUE TRIAL BY JURY

26  [DV12-01286](2)BENEFIT OF COUNSEL(3)INTERLOCUTORY,INJUNTIVE and/or AFFIRMATIVE
RELIEF,(4)EXEMPTION of PROPERTY and EARNED INCOME (5)STAY of EXECUTIONS and all

27  PROCEEDINGS, MODIFICATIONS, and ORDERS and EXPUNGMENT OF RECORD resulting from
APPLICANT'S APPLICATION FILED NOVEMBER 8 2011,HEARINGS held DECEMBER 8 2011,July

28  23 2012,August 28 2012, and October 17 2012, heard before Master S Edmonson and
Honorable Bridgett Robb Peck regarding adjoined cases FV11-04096 AND DV12-01286

1    I believe this Order should issue because:

2

3    | *Explain why you believe the order should be granted.* |

4    (1) ADVERSE PARTY in PROPER PERSON asks and prays for EXCUSED NEGLECT within motion filed SEPTEMBER 4

5    2012 OBJECTION TO ORDER AFTER HEARING DENYING OBJECTION TO MASTERS RECOMMEND, and to review filed

6    motion regarding hearings held AUGUST 28 2012.( NRS 34.020[3]) (NRS 41.670) HONORABLE BRIDGETTE ROBB PECK

7    informing ADVERSE PARTY during hearing held OCTOBER 17 2012,  (NRS 34.120)  that said OBJECTION was not the

8    PROPER PROCEDURE. ADVERSE PARTY APOLOGIZES to the court for ANY and ALL ERRORS within ADVERSE PARTY'S

9    filings.  PRAYING FOR AB INITIO CERTIORARI (NRS 13.050[2b]) (NRS 34.220) (NRS 36.010) (NRS 41.637) (NRS 41.650)

10

11    (2) ADVERSE PARTY is INFORMA PAUPRIS acting in PROPER PERSON with GOOD CAUSE SHOWING prays for BENEFIT

12    OF COUNSEL for representation during  ANY AND ALL FURTHER PROCEEDINGS IN CASES (FV11-04096) and INCHOATE

13    DIVORCE (DV12-01286). ADVERSE PARTY'S RIGHTS to CUSTODY OF CHILDREN IN COMMON IN BIAS FORUM are in

14    JEAPARDY.  (NRS 34.050) (NRS 34.070) (NRS 34.220) (NRS 36.010) (NRS 41.637 ) (NRS 41.670)

15

16    (3) ADVERSE PARTY has complied to orders regarding  CASE #FV11-04096 including the LIMITED COMMUNICATION

17    with APPLICANT by way of TEXT MESSAGING. ADVERSE PARTY SURRENDERING HIMSELF OCTOBER 20 2012 as

18    ordered OCTOBER 17 2012 by Honorable Bridgette Robb Peck. ADVERSE PARTY COMPLIED to a NO CONTACT ORDER

19    issued as a CONDITION FOR EARLY RELEASE PENDING TRIAL,  issued by Judge Spoo in case #12 C 000143 within

20    SPARKS MUNICIPAL COURT. ADVERSE PARTY showing good cause in support of AFFIRMATIVE DEFENSE.

21    (NRS 13.050[2b])  (NRS 36.010) (NRS 41.637 "Good faith communication in furtherance of the right to petition")

22    (NRS 41.650)

23

24    (4)  ADVERSE PARTY bringing  SUPPORTING EVIDENCE CRUTIAL to AFFIRMATIVE DEFENSE to HEARING HELD

25    OCTOBER 17 2012 (NRS 52.205[3]) (NRS 52.235). ADVERSE PARTY filed a RESPONSE to APPLICANT'S INITIAL

26    NOVEMBER 8 2011 COMPLAINT on NOVEMBER 28 2011. COURT ORDERED HEARING DECEMBER 13 2011.  RESETTING

27    said HEARING DECEMBER 8 2011. COURT FAILING to provide PRIOR NOTICE of the CHANGE to ADVERSE PARTY.

28    ADVERSE PARTY RESPONDED to ORDERS TO SHOW CAUSE and SUPPLIMENT TO ORDER TO SHOW CAUSE JULY 26

2012, AUGUST 6 2012, OCTOBER 1 2012 giving NOTICE to the COURT and APPLICANT  of  FRAUD, OMISSION,

REV 8-2010 AA                    2                    E2-EX PARTE MTN

1  ALTERATION, and LACHES of ORIGINAL TEXT MESSAGES were within APPLICANTS EXHIBITS in motions ORDER TO

2  SHOW CAUSE FILED July 23 2012, APPLICANT'S SUPPLEMENT ORDER TO SHOW CAUSE filed JULY 24 2012,

3     I believe this Motion should be granted without contacting the other party because:

4
5  *Explain why you believe this motion should be granted without allowing notice to the other party so the other party has a chance to respond or object to the motion.*

6  ADVERSE PARTY LANCE DELON ALVARADO continues being subject to DOMESTIC VIOLENCE for the
7  USE of his INELIABLE RIGHTS in SUPPORT of his AFFIRMATIVE DEFENSE for DIVORCE under CONSTANT
8  THREAT of INCARSERATION through WRONGFUL PROSECUTION and EXCESSIVE PUNISHMENTS
9  UNDER COLOR OF LAW by APPLICANT and AFFILIATES. ADVERSE PARTY giving APPLICANT and
10  AFFILIATES plenty of NOTICE of ADVERSE PARTY'S true INTEREST of a FAIR AND IMPARTIAL
11  DIVORCE with an EQUAL DIVISION OF CUSTODY and PROPERTY, CONTINUALLY IGNORED within
12  FORUM and has CAUSED ADVERSE PARTY SEVERE DAMAGES CONTINUING TO ACCUMULATE.
13  ADVERSE PARTY misses his CHILDREN and PRAYS for VISITATION AWAY from any THREAT or FEAR
14  of REPRISAL by APPLICANT AND AFFILIATE INTERVENTION.
15
16
17
18
19
20
21  (If you need more space, you may attach additional sheets of paper.  Be sure to write only on one
22  side of the paper and clearly identify it as a continuation of this explanation.)

23     This document does not contain the Social Security Number of any person.

24     I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is
25  true and correct.

       DATED this __24__ day of __OCTOBER__ , 20 _12_ .

27                           _____
                                    (Signature)

28                           LANCE DELON ALVARADO
                                 (Printed Name)

1    ORDER TO SHOW CAUSE filed September 20 2012. COURT IGNORING ADVERSE PARTY"S

2    AFFIRMATIVE DEFENSE and ORIGINAL EVIDENCE during HEARING HELD OCTOBER 17

3    2012. (NRS 47.030)

4

5    (5) ADVERSE PARTY SUFFERS from CONSTANT DURESS now FOUND IN CONTEMPT OF COURT

6    OCTOBER 17 2012 for TEXTING APPLICANT regarding the CHILDREN IN COMMON and

7    THEIR NEEDS in COMPLIANCE with EPO SECTION 12[d,e], issued DECEMBER 8 2011

8    case #FV11-04096 (**NRS 41.637), and** ABUSE OF DISCRETION during joined CASE

9    MANAGEMENT CONFERENCE #DV12-01286. ADVERSE PARTY PRAYS for a STAY of

10   PROCEEDINGS, FINDINGS, MODIFICATIONS, ORDERS, and JUDGMENTS seeking a CHANGE

11   OF VENUE, JURY TRIAL AB INITIO.

12   (NRS 13.050[2b) (**NRS 34.070**) (NRS 41.637)

13

14   (6) Honorable Bridgette Robb Peck ORDERED ADVERSE PARTY to serve 8 DAYS IN

15   CUSTODY for CONTEMPT OF COURT for COMPLYING and LIMITING CONTACT with

16   APPLICANT thru TEXT MESSAGE COMMUNICATION. (NRS 13.050[2b) (**NRS 34.070**) **(**NRS

17   41.637) to be served STARTING OCTOBER 20 2012, and EVERY SATURDAY thereafter.

18   In COMPLIANCE ADVERSE PARTY SURRENDERED to WASHOE COUNTY SHERRIFFS at their

19   Parr Boulevard facility where ADVERSE PARTY was INFORMED that the 8 DAY

20   SENTENCE IMPOSED OCTOBER 17 2012 had GROWN to 9 1/2 DAYS OCTOBER 20 2012,

21   ADVERSE PARTY also being LIABLE for a $25.00 A DAY FEE, ADVERSE PARTY being

22   INFORMA PAUPRIS is UNABLE to AFFORD FEE and prays for an IMMEDIATE STAY of

23   CONTEMPT OF COURT SENTENCE AND WAIVER OF FEES.

24

25   (7) ADVERSE PARTY WILL COMPLY WITH MODIFIED ORDER FOR PROTECTION ISSUED

26   OCTOBER 17 2012 EXCLUDING CONTACT OF BOTH PARTIES. ADVERSE PARTY SHOWING GOOD

27   CAUSE AND **COMPLIANCE WITH NO CONTACT ORDER ISSUED AS CONDITION OF RELEASE**

28   **PENDING TRIAL SMC CASE#12 C 000143, (NRS 13.050[2b) (NRS 34.070) (NRS 36.010)**

(8) ADVERSE PARTY'S OTHER MOTIONS DENIED INCLUDE MUTUAL RESTRAINT JUNE 11

2012BENEFIT OF COUNSEL JULY 2 2012, ORDER TO SHOW CAUSE JULY 2 2012,

PRODUCTION OF DOCUMENTS AUGUST 31 2012, OBJECTION TO ORDER AFTER HEARING

DENYING OBJECTION TO MASTERS RECOMMENDATIONS FILED SEPTEMBER 4 2012


(9) THAT APPLICANT'S PLACE OF EMPLOYMENT GRANTING ITS AFFILIATES DISCOUNTS FOR

SERVICES PROVIDED AND POSSIBLE PRIVATE CONTRIBUTIONS, AND AFFILIATES

APPLYING FOR FEDERAL GRANTS SOUGHT TO FUND PROGRAMS REQUIRING PROGRESS

REPORTS FOR ACTIONS TAKEN TO RECEIVE SAID GRANTS, 112 CONGESS 125 STAT. 370

PUBLIC LAW 112-34—SEPT. 30, 2011 IS SUFFICIENT EVIDENCE TO SUSTAIN

OBJECTION TO MASTERS RECOMMENDATION AND ACKNOWLEDGE RESPONSE TO APPLICANTS

SUPPLIMENT FOR ORDER TO SHOW CAUSE FILED AUGUST 6 2012 GRANTING CERTIORARI


CAPERTON *et al. v.* A. T. MASSEY COAL CO., INC., *et al.*

certiorari to the supreme court of appeals of west virginia

No. 08-22. Argued March 3, 2009--Decided June 8, 2009

(a)  The Due Process Clause incorporated the common-law rule requiring

recusal when a judge has "a direct, personal, substantial, pecuniary interest" in a

case, *Tumey* v. *Ohio*,                  , but this Court has also identified additional

instances which, as an objective matter, require recusal where "the probability of

actual bias on the part of the judge or decisionmaker is too high to be

constitutionally tolerable," *Withrow* v. *Larkin*,                . Two such instances

place the present case in proper context. Pp. 6-11.


(1) The first involved local tribunals in which a judge had a financial

1   interest in a case's outcome that was less than what would have been considered

2   personal or direct at common law. In *Tumey*, a village mayor with authority to try

3   those accused of violating a law prohibiting the possession of alcoholic beverages

4   faced two potential conflicts: Because he received a salary supplement for performing

5   judicial duties that was funded from the fines assessed, he received a supplement only

6   upon a conviction; and sums from the fines were deposited to the village's general

7   treasury fund for village improvements and repairs. Disqualification was required

8   under the principle that "[e]very procedure which would offer a possible temptation to

9   the average man as a judge to forget the burden of proof required to convict the

10   defendant, or which might lead him not to hold the balance nice, clear and true

11   between the State and the accused, denies the latter due process of law." 273 U. S.,

12   at 532. In *Ward* v. *Monroeville*,                    , a conviction in another mayor's court

13   was invalidated even though the fines assessed went only to the town's general fisc,

14   because the mayor faced a " ' possible temptation' " created by his "executive

15   responsibilities for village finances." *Id.*, at 60. Recusal was also required where an

16   Alabama Supreme Court justice cast the deciding vote upholding a punitive damages

17   award while he was the lead plaintiff in a nearly identical suit pending in Alabama's

18   lower courts. *Aetna Life Ins. Co.* v. *Lavoie*,                    . The proper constitutional

19   inquiry was not "whether in fact [the justice] was influenced," *id.*, at 825, but

20   "whether sitting on [that] case ... ' "would offer a possible temptation to the

21   average ... judge to ... lead him not to hold the balance nice, clear and true," ' "

22   *ibid.* While the "degree or kind of interest ... sufficient to disqualify a judge ...

23   '[could not] be defined with precision,' " *id.*, at 822, the test did have an

24   objective component. Pp. 7-9.

25

26   ADVERSE PARTY ASKS READER TO SUBSTITUTE THE WORD "DEFENDANT" WITH

27   "APPLICANT" IN REGARDS TO THIS CASE IN CONTEXT TO POINTS ARGUED

28

1    (2) The second instance emerged in the criminal contempt context, where a judge had

2    no pecuniary interest in the case but had determined in an earlier proceeding whether

3    criminal charges should be brought and then proceeded to try and convict the

4    petitioners. *In re Murchison*,                . Finding that "no man can be a judge in

5    his own case," and "no man is permitted to try cases where he has an interest in the

6    outcome," *id.*, at 136, the Court noted that the circumstances of the case and the

7    prior relationship required recusal. The judge's prior relationship with the

8    defendant, as well as the information acquired from the prior proceeding, was

9    critical. In reiterating that the rule that "a defendant in criminal contempt

10   proceedings should be [tried] before a judge other than the one reviled by the

11   contemnor," *Mayberry* v. *Pennsylvania*,               , rests on the relationship

12   between the judge and the defendant, *id.*, at 465, the Court noted that the objective

13   inquiry is not whether the judge is actually biased, but whether the average judge in

14   his position is likely to be neutral or there is an unconstitutional " 'potential for

15   bias,' " *id.,* at 466. Pp. 9-11

16   (b) Because the objective standards implementing the Due Process Clause do not require

17   proof of actual bias, this Court does not question Justice Benjamin's subjective

18   findings of impartiality and propriety and need not determine whether there was actual

19   bias. Rather, the question is whether, "under a realistic appraisal of psychological

20   tendencies and human weakness," the interest "poses such a risk of actual bias or

21   prejudgment that the practice must be forbidden if the guarantee of due process is to

22   be adequately implemented." *Withrow*,                .

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE

\* \* \*

JACQUELINE DAWN ALVARADO )
)
)
)
vs. )
)
)
LANCE DELON ALVARADO )
)
)
)

| FAMILY COURT |
| MOTION/OPPOSITION NOTICE |
| (REQUIRED) |

CASE NO.  FV11-04096

DEPT. NO.   DM 1

**NOTICE:**  THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS <u>and</u> to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
|---|---|---|---|
| | **1.** Has a final decree or custody order been entered in this case? If <u>yes</u>, then continue to Question 2.  If <u>no</u>, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If <u>yes</u>, then continue to Question 3.  If <u>no</u>, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial <u>and</u> the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is YES, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered NO to either Question 1 or 2 or YES to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:   OCTOBER 24 , 2012         Signature:

Print Name:      LANCE DELON ALVARADO

Print Address:      155 STACI WAY SUN VALLEY NV 89433

Telephone Number:    (775) 830-9417

Rev. 10/24/2002

1

Code: 3860

2    Name:   LANCE DELON ALVARADO

3    Address:   155 STACI WAY

4           SUN VALLEY NV 89433

    Telephone:   (775) 830-9417

5               Appearing in Proper Person

```
                 FILED
          2012 OCT 24  PM 3: 26
          JOEY ORDUNA HASTINGS
           CLERK OF THE COURT
          BY  H. Cheek
              DEPUTY
```

6                IN THE FAMILY DIVISION

7     OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8            IN AND FOR THE COUNTY OF WASHOE

9

10   JACQUELINE DAWN ALVARADO

              Plaintiff/Petitioner,

11      vs.

12   LANCE DELON ALVARADO

            Defendant/Respondent.

13                            /

Case No.   FV11-04096

Dept. No.   DM 1

14

15          **REQUEST FOR SUBMISSION OF EX PARTE MOTION**

16     I,   LANCE DELON ALVARADO        , request that the Ex Parte Motion

17              (print your name here)

18    EMERGENCY MOTION UNDER NRAP 27(e)     filed on    OCTOBER 24 2012   ,

19     (Print the name of the Ex Parte Motion)         (Date the Ex Parte Motion was filed)

20 be submitted to the Court for it's consideration and Order.

21       This document does not contain the Social Security number of any person.

22       DATED this   24   day of    OCTOBER      , 20 12    .

23

24                    Signature: _____

25            Print Your Name:   LANCE DELON ALVARADO

26

27

28

Code: **3880**

FILED

Name: __Lance Delon Alvarado__

2012 JUL 26  PM 0: 41

Address: __155 Staci Way__

JOEY ORELLIA HASTINGS
CLERK OF THE COURT

__Sun Valley Nv 89433__

D. Jarani..

Telephone: __(775)830-9417__

BY_____
DEPUTY

Appearing in Proper Person

## IN THE FAMILY DIVISION

## OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

__Jacqueline Dawn Alvarado__
<div align="center">Plaintiff</div>

vs.                                              Case No. __FV11-04096__

__Lance Delon Alvarado__                         Dept. No. __DM1__
<div align="center">Defendant</div>
_____/

### <u>RESPONSE TO MOTION</u>

I, __Lance Delon Alvarado__ appearing in Proper Person, respond to
<div align="center">(Your Name)</div>

the Motion filed by __Jacqueline Dawn Alvarado__ on __July 23 2012__
<div align="center">(Other Party's Name)              (Date Motion was filed)</div>

as follows:

> *Explain specifically why you oppose or why you agree with the Motion or Request. If you*
> *agree with one part but disagree with another part of the Motion or Request,*
> *explain that also.*

Adverse Party named above Lance Delon Alvarado opposes the Motion

to Show Cause Filed by Applicants Attorney of record Caryn R

Sternlicht Esq, of Washoe Legal Services, filed July 23 2012 as

follows, Order for Protection issued December 8 2012 allows Adverse

Party to text Applicant regarding children stated in Section 12

paragraph D Line 16, Adverse Part's text clearly regarding Applicant

REV 12/21/2010 AA                    1                    A3 RESPONSE TO MOTION

1   attempt to revoke visitation of CHILDREN IN COMMON and stating

2   ACTION THAT HAS BEEN TAKEN, objection to Masters recommendation

3   regarding visitation of CHILDREN IN COMMON, Adverse Party filing

4   said objection July 23 2012, Master's modified Order For Protection

5   CLEARLY STATING on Lines 18 thru 20, all prior orders remain in

6   effect, Adverse Party also opposing fees to be granted to Washoe

7   Legal Services after Masters comment that Attorneys are not

8   required for civil matters during hearing July 17, 2012, after

9   Adverse Party asking for same relief not granted. Award of funding

10  from court would be bias, unless same relief was to be granted to

11  Adverse Party for benefit of council for representation. Adverse

12  Party moving for dismissal of Applicants Order to Show Cause.

13  (If you need more room you may attach additional sheets of paper. Be sure you write only on one side of the paper.)

15  I _____ DO _____ request a hearing on this matter.
          (Do or Do Not)

17  *If a hearing is requested, please state why you believe a hearing is necessary.*

19  Adverse Party requesting hearing to be set in regards to Order To

    Show Cause filed July 23 2012 on behalf of Applicant who clearly

    disregards exceptions written within Order for Protection issued.

21  This document does not contain the Social Security Number of any person.

22  I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is true and correct.

24  DATED this __25__ day of _____July_____, 20_12_.

26                              (signature)
                                _____
                                (Your Signature)

27                              Lance Delon Alvarado
28                              _____
                                (Your Printed Name)

REV 12/21/2010 AA                    2            A3 RESPONSE TO MOTION

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE

\* \* \*

| | |
|---|---|
| Jacqueline Dawn Alvarado ) | |
| ) | |
| ) | **FAMILY COURT** |
| ) | **MOTION/OPPOSITION NOTICE** |
| vs. ) | **(REQUIRED)** |
| Lance Delon Alvarado ) | |
| ) | |
| ) | CASE NO.   FV11-04096 |
| ) | |
| ) | DEPT. NO.    DM 1 |

**NOTICE:**   THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE
LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B
or 125C of NRS <u>and</u> to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | **YES** | **NO** |
|---|---|---|---|
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | **X** |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | |
| | 3. Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | 4. Is this a motion or an opposition to a motion for reconsideration or a new trial <u>and</u> the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:    July 25 , 2012        Signature:

Print Name:        Lance Delon Alvarado

Print Address:        155 Staci Way Sun Valley Nv 89433

Telephone Number:        (775) 830-9417

Rev. 10/24/2002

1  Code: 2620
2  Name: _Lance Delon Alvarado_
   Address: _155 Staci_
3  _Sun Valley NV 89433_
   Telephone: _(775) 830-9417_
4  Acting In Proper Person

FILED

2012 JUL 23  PM 12: 04

JOEY ORSUNA MASTINGS
CLERK OF THE COURT
BY _D. Jaramilk_
DEPUTY

7  IN THE FAMILY DIVISION

8  OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

9  IN AND FOR THE COUNTY OF WASHOE COUNTY

10

11

12  _Jacqueline Dawn Alvarado_

13                 Plaintiff/Obligee,               Case No. _FV11-04096_

14
                          vs                         Dept. No. _____
15

16  _Lance Delon Alvarado_

17                 Defendant/Obligor.

18  _____/

19  OBJECTION TO MASTER'S RECOMMENDATIONS and NOTICE TO SET

20  TO: _Jacqueline Dawn Alvarado_                and his/her attorney of record,
              (Other Party's Name)
21

22  _Caryn R Sternlicht_                          ;
    (Name of other Party's Attorney, or if this is a child support case, the District Attorney's name)
23

24  Notice is hereby given that _Lance Delon Alvarado_                ,
                                         (Your Name)
25

    who is the _Adverse Party_                in this action, does hereby request
26         (Plaintiff, Defendant, Obligee, or Obligor)

27  a review of the Master's Recommendation entered on _July 17 2012_
28                                        (Date recommendation was entered)

Updated 9/2009                              1                              A7

1 by Master    S Edmonson    .
2         (Name of Master who signed the Recommendation)
   Review of the Master's Recommendations is requested for the following reasons:
3  Children are not afraid nor in danger of Adverse Party
4  Adverse Party's Ex Parte filed July 3 2012 not addressed as stated
5  Adverse Party's motions all denied. Adverse Party believing bias in
   Masters recommendations. Applicant having representation giving
6  one day notice to Adverse Party when asked for continuance to
7  retain counsel being denied by Master. Master threatened Adverse
   Party causing fear to object or speak during hearing held July 17
8  2012. Protection order violating freedom of Speech Rights resulting
9  in visitation almost being terminated. Applicant using collateral
10 Estopel on Adverse Party Then claiming Adverse Party not showing
   to pick up Children on times allotted. Contradicting written statement
11 that Children are afraid of Adverse Party. Supervised visitation
12 not warranted. Adverse Party is afraid of Applicant filing charges
13 every time Adverse Party seeks visitation resulting in Ex Parte filings
   Which have been denied by Master Every time. Master disregarding evidence
14      NOTICE TO SET HEARING ON OBJECTION TO MASTER'S RECOMMENDATIONS
15     Notice is hereby given that   Lance Delon Alvarado
16                                        (your name)
17 the   Adverse Party    in the above-entitled action, will appear before Department _____
       (Plaintiff, Defendant, Obligee, or Obligor)
18
19 of the above-entitled Court on   ~~June~~ Aug 9 2012    at the hour of
                   (Date you are going to appear to set the hearing on your objections)
20
21   10:00    a.m. to set this matter for hearing.
   (Time you will appear to set the hearing on your objections)
22

23 | *If you cannot appear at the setting in person and want to appear by telephone for the* |
   | *setting, (for instance, if you are out of State or cannot travel ) please initial the following* |
24 | *statement and fill in the reason you will be appearing by telephone. If you are going to* |
   | *appear in person to set, just print "Not Applicable" in the spaces.* |
25
26 | *IF YOU ARE GOING TO APPEAR BY TELEPHONE TO SET, IT IS YOUR* |
   | *RESPONSIBILITY TO CALL THE CLERK OF THE COURT ON THE APPOINTED* |
27 | *DATE AND TIME.* |

28

1 _____ I will appear by telephone to set the hearing on my Objection to the Master's

2 Initials    Recommendation.

3     I will appear by telephone to set the hearing because:

4 _____

5     This document does **not** contain the Social Security number of any person.

6     I declare, under penalty of perjury under the law of the State of Nevada, that the

7 foregoing is true and correct.

8

9     DATED this   23   day of   July                 , 20 12 .

10

11                                   _____

12                                        (Signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Exhibit 1 4 Pages from*

Applicants Application
Flight records pages 5, 6
showing out of state whereabouts
of Adverse Party Sep - Oct 2011
Falsifying Applicants statements
No notice of hearing change / wasn't addressed Dec 8 2011

Total 6 pages

FILED
Electronically
11-08-2011:03:29:03 PM
Craig Franden
Clerk of the Court
Transaction # 2578762

Code: 1255

IN THE FAMILY DIVISION

OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNT OF WASHOE

Jacqueline Dawn Alvarado @ 111384

Applicant,

vs.

Lance Delon Alvarado @ 1140975

Adverse Party.

Case No. FV11-04096

Dept No. DM

APPLICATION FOR A TEMPORARY AND/OR EXTENDED ORDER FOR PROTECTION AGAINST DOMESTIC VIOLENCE

Please write or print clearly. Use black or dark blue ink.
Complete this Application to the best of your knowledge.

Applicant states the following facts under penalty of perjury:

1.  Applicant's Date of Birth: 3-11-73    Adverse Party's Date of Birth: 12-16-72

Relationship: I am the wife            (for example, wife, ex-husband, girlfriend, father,

sister, etc.) of the Adverse Party.

(a)   Length of relationship: 15 years          .

(b)   Have you ever lived together? Yes ☒  No ☐ If so, how long? 14 years, up until 7-13-11

(c)   Are you living together now?  Yes ☐  No ☒

(d)   Date of Separation:  7-13-11

(e)   We have child(ren) **TOGETHER:** Yes ☒ or No ☐ If yes, where and with whom are

these child(ren) living? with Jacqueline Dawn Alvarado -

2.  My address is: ☐ **CONFIDENTIAL.** (If confidential, do not write address here)
☐ If address is not confidential, write below:

Address 1468 Shady Oak Dr   Sparks NV 89434

exhibit 1

page 1 of 6

FILED

**CODE: 2630**
Name: LANCE DELON ALVARADO
Address: 155 STACI WAY
        SUN VALLEY NV 89433
Telephone: (775)830-9417
Appearing **in Proper Person**

2012 SEP -4  AM 11: 57

JOEY ~~~~~~ ~~STINGS
CLERK OF THE COURT.
BY____A. Croghan____
        DEPUTY

## IN THE FAMILY DIVISION

## OF THE SECOND JUDICIAL COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

JACQUELINE DAWN ALVARADO         ,
        Plaintiff/petitioner,

                                    Case No. **FV11-04096**

        Vs.

                                    **Dept. No. DM 1**

LANCE DELON ALVARADO         ,
        **Defendant/Respondent,**

        ACTING PROPER         /

### OBJECTION TO ORDER AFTER HEARING DENYING OBJECTION TO MASTERS RECOMMENDATIONS

ADVERSE PARTY ABOVE NAMED LANCE DELON ALVARADO OBJECTS TO THE ORDER DENYING OBJECTION FILED AUGUST 29 2012.

THAT THE ABUSE OF DISCRETION BY HONERABLE BRIDGETT ROBB PECK PERTAINING TO ANY BIAS THE COURT HAS PREVIOUSLY SHOWN ALONG WITH HER DEFANITION REGARDING CSN ARTICLE 1 SEC 9 FREEDOM OF SPEECH IS IN ERROR.

THAT THE COURTS CONTINUES TO AIDE AND ABED APPLICANT BY AWARDING MOTIONS, ALIENATING CHIDREN, ABATEMENT OF ADVERSE PARTY, MALICIOUS PROCECUTION WITH CONVICTION, WHILE DENYING ALL MOTIONS SUBMITTED BY ADVERSE PARTY AND ALLOWING LOWER COURTS TO PROSECUTE AND CONVICT ADVERSE PARTY FOR USING NOT ABUSING THE EXCEPTIONS WITHIN THE EXTENDED ORDER FOR PROTECTION ISSUED DEC 8 2011

ADVERSE PARTY MOVES TO STRIKE THE ORDER FOR SUPERVISED VISITATION

ADVERSE PARTY MOVES TO STRIKE THE EXTENDED ORDER FOR PROTECTION ENTIRELY FOR THE FAILURE TO PROVIDE DEFINATIVE PROOF THAT AN ACT OF DOMESTIC VIOLENCE IN THE PAST HAS EVEN OR EVER OCCURRED, FOR THE FACT THAT IT HAS NOT.

ADVERSE PARTY AFFIRMS THAT THERE ARE MANY FORMS OF ABUSE AND WISHES TO

CONVEY TO THE COURT THE ONLY ACTS OF DOMESTC VIOLENCE OCCURING ARE THOSE THAT THIS COURT CONTINUES TO COMMIT AGAINST THE ADVERSE PARTY NAMED ABOVE LANCE DELON ALVARADO

CSN ARTICLE 1 SEC 9 CLEARLY STATES THE RIGHT OF FREEDOM OF SPEECH IS GRANTED ON ALL SUBJECTS BEING REASONABLE FOR THE ABUSE OF THAT RIGHT AND NO LAW SHALL BE PASSED TO ABRIDGE THAT RIGHT.

ADVERSE PARTY ARGUES THAT THE EXTENDED ORDER FOR PROTECTION VIOLATES HIS INELIABLE RIGHTS GRANTED UNDER CSN ARTICLE 1 SECTION 9 PREVENTING THE DISCUSSION OF ADULT ISSUES WITH HIS CHILDREN VIOLATING ANOTHER INELIABLE RIGHT UNDER CSN ARTICLE 1 SECTION 4 AND ADVERSE PARTIES RELIGIOUS BELIEF AND OBLIGATION TO TEACH HIS CHILDREN THAT AUDULTRY, THEFT, SLANDER, AND LYING ARE WRONGFUL ACTS

TO CONVEY TO HIS CHILDREN HIS BELIEF THAT THE ABUSE OF LAW THAT IS MEANT FOR VICTIMS OF DOMESTIC VIOLENCE. AN ACT THAT THIS COURT HAS FAILED TO PROVE DEFINATIVLY REGARDING APPLICANT'S INITIAL COMPLAINT FILED NOVEMBER 8 2011, IGNORING THE MULTIPAL FALSE STATEMENTS WITHIN AND ALLOWING PERJURY TO BE COMMITED WHILE FAILING TO RECOGNIZE ADVERSE PARTIES RESPONSE FILE NOVEMBER 28 2011 AND THE ACTS OF DOMESTIC VIOLENCE COMMITED AGAINST ADVERSE PARTY DENYING ADVERSE PARTY DUE PROCESS AND CONDEMNING HIS USE OF CSN ARTICLE 1 SECTION 9 IN HIS DEFENCE OF CSN ARTICLE 1 SECTION 1, THAT EVERY PERSON HAS INELIABLE RIGHTS UNDER THE CONSTITUTION AND HOLDS THE RIGHT TO DEFEND ALL RIGHTS HELD WITHIN.

THAT CHILDREN ARE OLD ENOUPH TO REPORT ANY ABUSE TO AUTHORITIES, USING NUMEROUS MEANS AT ANY TIME THEY SEE FIT. NOT THRU COORESION OF AUTHORITY.

IF APPLICANT WISHES TO FILE A TORT IN ANOTHER FORUM FOR SLANDER OR DEFAMATION OF CHARACTER IT IS WELL WITHIN HER RIGHTS TO DO SO FOR ISSUES ADVERSE PARTY DISCUSSES WITH CHILDREN PRIVATLY.

THE COURT HAS NO AUTHORITY TO DENY ADVERSE PARTY'S USE OF HIS INELIABLE RIGHTS UNDER CSN ARTICLE 1 SECTION 9 OR ORDER SUPERVISED VISITATIONS, WHEN NO THREATS OF VIOLENCE ARE CONVEYED.

THAT APPLICANT'S PLACE OF EMPLOYMENT GRANTING ITS AFFILIATES DISCOUNTS FOR SERVICES PROVIDED AND POSSIBLE PRIVATE CONTRIBUTIONS, AND AFFILIATES APPLYING FOR FEDERAL GRANTS SOUGHT TO FUND PROGRAMS REQUIRING PROGRESS REPORTS FOR ACTIONS TAKEN TO RECEIVE SAID GRANTS, 112 CONGESS 125 STAT. 370 PUBLIC LAW 112-34—SEPT. 30, 2011 IS SUFFICIANT EVIDENCE TO SUSTAIN OBJECTION TO MASTERS RECOMMENDATION AND ACKNOWLEDGE RESPONSE TO APPLICANTS SUPPLIMENT FOR ORDER TO SHOW CAUSE FILED AUGUST 6 2012 GRANTING CERTIORARI

CAPERTON *et al.* *v.* A. T. MASSEY COAL CO., INC., *et al.*
certiorari to the supreme court of appeals of west virginia
No. 08-22. Argued March 3, 2009--Decided June 8, 2009
(a) The Due Process Clause incorporated the common-law rule requiring recusal when a judge has "a direct, personal, substantial, pecuniary interest" in a case, *Tumey* v. *Ohio*, 273 U. S. 510, 523, but this Court has also identified additional instances which, as an objective matter, require recusal where "the probability of actual bias on the part of the judge or decisionmaker is too high to be constitutionally tolerable," *Withrow* v. *Larkin*, 421 U. S. 35, 47. Two such instances place the present case in proper context. Pp. 6-11.

(1) The first involved local tribunals in which a judge had a financial interest in a case's outcome that was less than what would have been considered personal or direct at common law. In *Tumey*, a village mayor with authority to try those accused of violating a law prohibiting the possession of alcoholic beverages faced two potential conflicts: Because he received a salary supplement for performing judicial duties that was funded from the fines assessed, he received a supplement only upon a conviction; and sums from the fines were deposited to the village's general treasury fund for village improvements and repairs. Disqualification was required under the principle that "[e]very procedure which would offer a possible temptation to the average man as a judge to forget the burden of proof required to convict the defendant, or which might lead him not to hold the balance nice, clear and true between the State and the accused, denies the latter due process of law." 273 U. S., at 532. In *Ward* v. *Monroeville*, 409 U. S. 57, a conviction in another mayor's court was invalidated even though the fines assessed went only to the town's general fisc, because the mayor faced a " ' possible temptation' " created by his "executive responsibilities for village finances." *Id.*, at 60. Recusal was also required where an Alabama Supreme Court justice cast the deciding vote upholding a punitive damages award while he was the lead plaintiff in a nearly identical suit pending in Alabama's lower courts. *Aetna Life Ins: Co.* v. *Lavoie*, 475 U. S. 813. The proper constitutional inquiry was not "whether in fact [the justice] was influenced," *id.*, at 825, but "whether sitting on [that] case ... ' "would offer a possible temptation to the average ... judge to ... lead him not to hold the balance nice, clear and true," ' " *ibid.* While the "degree or kind of interest ... sufficient to disqualify a judge ... '[could not] be defined with precision, ' " *id.*, at 822, the test did have an objective component. Pp. 7–9.

ADVERSE PARTY ASKS READER TO SUBSTITUTE THE WORD "DEFENDANT" WITH "APPLICANT" IN REGARDS TO THIS CASE IN CONTEXT TO POINTS ARGUED

(2) The second instance emerged in the criminal contempt context, where a judge had no pecuniary interest in the case but had determined in an earlier proceeding whether criminal charges should be brought and then proceeded to try and convict the petitioners. *In re Murchison*, 349 U. S. 133. Finding that "no man can be a judge in his own case," and "no man is permitted to try cases where he has an interest in the outcome," *id.*, at 136, the Court noted that the circumstances of the case and the prior relationship required recusal. The judge's prior relationship with the defendant, as well as the information acquired from the prior proceeding, was critical. In reiterating that the rule that "a defendant in criminal contempt proceedings should be [tried] before a judge other than the one reviled by the contemnor," *Mayberry* v. *Pennsylvania*, 400 U. S. 455, 466, rests on the relationship between the judge and the defendant, *id.*, at 465, the Court noted that the objective inquiry is not whether the judge is actually biased, but whether the average judge in his position is likely to be neutral or there is an unconstitutional " 'potential for bias,' " *id.*, at 466. Pp. 9–11
(b) Because the objective standards implementing the Due Process Clause do not require proof of actual bias, this Court does not question Justice Benjamin's subjective findings of impartiality and propriety and need not determine whether there was actual bias. Rather, the question is whether, "under a realistic appraisal of psychological tendencies and human weakness," the interest "poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented." *Withrow*, 421 U. S., at 47.

ADVERSE PARTY RESPECTS AND IS THANKFUL FOR THE HARD WORK AND COMMITMENT THIS COURT STRIVES TO PROVIDE THE CITIZENS OF THE STATE OF NEVADA REGARDING PROTECTIONS AGAINST DOMESTIC VIOLENCE. ITS NEGLECT OF CSN ARTICLE 1 SECTION 20 IN IMPLEMENTING AND UNBALANCING THE SCALES OF JUSTICE IS OF GREAT CONCERN. THIS DEBATE MUST BE RECOGNISED AND DEALT WITH FAIRLY, EQUALLY, IMPARTIALLY AND WITHOUT PREJEDUCE NO MATTER IF YOU ARE THE APPLICANT OR THE ADVERSE PARTY. WITHIN THE JURISTICTION ANY COURT OF LAW.

DUE TO THE ACTIONS, NEGLECT, PURSUIT, MALICIOUS PROSECUTION WITH CONVICTION OF ALL INVOLVED WHO CONTINUE TO SLANDER, POSTPONE, COMPILE, AND PROMOTE SAID ACTIONS LEADING TO THE DEFACATION OF CHARACTER OF THE ADVERSE PARTY HAS CAUSED NUMEROUS DAMAGES.

ADVERSE PARTY PRAYING FOR THE RELIEF REQUESTED, INCLUDING BUT NOT LIMITED TO SAID RELIEF AND EXAMPLES STATED ABOVE.

## AFFIRMATION PURSUANT TO NRS 239B.030

THE UNDERSIGNED DOES HEREBY AFFIRM THAT THE PRECEDING DOCUMENT DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.

DATED THIS 31ST DAY OF AUGUST 2012

LANCE DELON ALVARADO
ACTING PROPER

UNDER PENALTY OF PERJURY DEFENDANT LANCE DELON ALVARADO DOES HEREBY SWEAR THE FOREGOING ASSERSIONS TO BE TRUE

THAT THE DEFENDANT ACTING IN PROPER PERSON LANCE DELON ALVARADO HAS PREPARED AND REQUESTS THE FOLLOWING DOCUMENT

## OBJECTION TO ORDER AFTER HEARING DENYING OBJECTION TO MASTERS RECOMMENDATIONS

BE SUBMITTED TO THE COURT FOR REVIEW

**DATED** 31ST DAY OF AUGUST 2012

LANCE DELON ALVARADO
155 STACI WAY
SUN VALLEY NV 89433
(775) 830-9417

ACTING PROPER

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE

* * *

JACQUELINE DAWN ALVARADO )
)
)
)
vs. )
LANCE DELON ALVARADO )
)
)
)
)

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
|---|
| CASE NO.  FV11-04096 |
| DEPT. NO.    DM1 |

**NOTICE:**    THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS **and** to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
|---|---|---|---|
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | |
| | 3. Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | 4. Is this a motion or an opposition to a motion for reconsideration or a new trial **and** the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the filing date found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are exempt from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will not be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:   AUGUST 31  2012          Signature:

Print Name:        LANCE DELON ALVARADO

Print Address:        155 STACI WAY SUN VALLEY NV 89433

Telephone Number:        (775) 830 - 9417

Rev. 10/24/2002

FILED

CODE: 2630
Name: LANCE DELON ALVARADO
Address: 155 STACI WAY
          SUN VALLEY NV 89433
Telephone: (775) 830-9417
Appearing in Proper Person

2012 SEP -4 AM 11: 57

JOEY ORLOTIR HASTINGS
CLERK OF THE COURT,
BY____A. Croghan____
          DEPUTY

## IN THE FAMILY DIVISION

## OF THE SECOND JUDICIAL COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

JACQUELINE DAWN ALVARADO_____,
          Plaintiff/petitioner,

          Vs.

LANCE DELON ALVARADO_____,
          Defendant/Respondent,

          ACTING PROPER____/

Case No. **FV11-04096**

Dept. No. **DM 1**

### OBJECTION TO ORDER AFTER HEARING DENYING OBJECTION
### TO MASTERS RECOMMENDATIONS

ADVERSE PARTY ABOVE NAMED LANCE DELON ALVARADO OBJECTS TO THE ORDER DENYING OBJECTION FILED AUGUST 29 2012.

THAT THE ABUSE OF DISCRETION BY HONERABLE BRIDGETT ROBB PECK PERTAINING TO ANY BIAS THE COURT HAS PREVIOUSLY SHOWN ALONG WITH HER DEFANITION REGARDING CSN ARTICLE 1 SEC 9 FREEDOM OF SPEECH IS IN ERROR.

THAT THE COURTS CONTINUES TO AIDE AND ABED APPLICANT BY AWARDING MOTIONS, ALIENATING CHIDREN, ABATEMENT OF ADVERSE PARTY, MALICIOUS PROCECUTION WITH CONVICTION, WHILE DENYING ALL MOTIONS SUBMITTED BY ADVERSE PARTY AND ALLOWING LOWER COURTS TO PROSECUTE AND CONVICT ADVERSE PARTY FOR USING NOT ABUSING THE EXCEPTIONS WITHIN THE EXTENDED ORDER FOR PROTECTION ISSUED DEC 8 2011

ADVERSE PARTY MOVES TO STRIKE THE ORDER FOR SUPERVISED VISITATION

ADVERSE PARTY MOVES TO STRIKE THE EXTENDED ORDER FOR PROTECTION ENTIRELY FOR THE FAILURE TO PROVIDE DEFINATIVE PROOF THAT AN ACT OF DOMESTIC VIOLENCE IN THE PAST HAS EVEN OR EVER OCCURRED, FOR THE FACT THAT IT HAS NOT.

ADVERSE PARTY AFFIRMS THAT THERE ARE MANY FORMS OF ABUSE AND WISHES TO

CONVEY TO THE COURT THE ONLY ACTS OF DOMESTC VIOLENCE OCCURING ARE THOSE
THAT THIS COURT CONTINUES TO COMMIT AGAINST THE ADVERSE PARTY NAMED ABOVE
LANCE DELON ALVARADO

CSN ARTICLE 1 SEC 9 CLEARLY STATES THE RIGHT OF FREEDOM OF SPEECH IS GRANTED
ON ALL SUBJECTS BEING REASONABLE FOR THE ABUSE OF THAT RIGHT AND NO LAW
SHALL BE PASSED TO ABRIDGE THAT RIGHT.

ADVERSE PARTY ARGUES THAT THE EXTENDED ORDER FOR PROTECTION VIOLATES HIS
INELIABLE RIGHTS GRANTED UNDER CSN ARTICLE 1 SECTION 9 PREVENTING THE
DISCUSSION OF ADULT ISSUES WITH HIS CHILDREN VIOLATING ANOTHER INELIABLE
RIGHT UNDER CSN ARTICLE 1 SECTION 4 AND ADVERSE PARTIES RELIGIOUS BELIEF
AND OBLIGATION TO TEACH HIS CHILDREN THAT AUDULTRY, THEFT, SLANDER, AND
LYING ARE WRONGFUL ACTS

TO CONVEY TO HIS CHILDREN HIS BELIEF THAT THE ABUSE OF LAW THAT IS MEANT FOR
VICTIMS OF DOMESTIC VIOLENCE. AN ACT THAT THIS COURT HAS FAILED TO PROVE
DEFINATIVLY REGARDING APPLICANT'S INITIAL COMPLAINT FILED NOVEMBER 8 2011,
IGNORING THE MULTIPAL FALSE STATEMENTS WITHIN AND ALLOWING PERJURY TO BE
COMMITED WHILE FAILING TO RECOGNIZE ADVERSE PARTIES RESPONSE FILE NOVEMBER
28 2011 AND THE ACTS OF DOMESTIC VIOLENCE COMMITED AGAINST ADVERSE PARTY
DENYING ADVERSE PARTY DUE PROCESS AND CONDEMNING HIS USE OF CSN ARTICLE 1
SECTION 9 IN HIS DEFENCE OF CSN ARTICLE 1 SECTION 1, THAT EVERY PERSON HAS
INELIABLE RIGHTS UNDER THE CONSTITUTION AND HOLDS THE RIGHT TO DEFEND ALL
RIGHTS HELD WITHIN.

THAT CHILDREN ARE OLD ENOUPH TO REPORT ANY ABUSE TO AUTHORITIES, USING
NUMEROUS MEANS AT ANY TIME THEY SEE FIT. NOT THRU COORESION OF AUTHORITY.

IF APPLICANT WISHES TO FILE A TORT IN ANOTHER FORUM FOR SLANDER OR
DEFAMATION OF CHARACTER IT IS WELL WITHIN HER RIGHTS TO DO SO FOR ISSUES
ADVERSE PARTY DISCUSSES WITH CHILDREN PRIVATLY.

THE COURT HAS NO AUTHORITY TO DENY ADVERSE PARTY'S USE OF HIS INELIABLE
RIGHTS UNDER CSN ARTICLE 1 SECTION 9 OR ORDER SUPERVISED VISITATIONS, WHEN
NO THREATS OF VIOLENCE ARE CONVEYED.

..... ......... PLACE OF EMPLOYMENT GRANTING ITS AFFILIATES DISCOUNTS FOR
SERVICES PROVIDED AND POSSIBLE PRIVATE ........., ... ....... 
APPLYING FOR FEDERAL GRANTS SOUGHT TO FUND PROGRAMS REQUIRING PROGRESS
REPORTS FOR ACTIONS TAKEN TO RECEIVE SAID GRANTS, 112 CONGESS 125 STAT. 370
PUBLIC LAW 112-34-SEPT. 30, 2011 IS SUFFICIANT EVIDENCE TO SUSTAIN
OBJECTION TO MASTERS RECOMMENDATION AND ACKNOWLEDGE RESPONSE TO APPLICANTS
SUPPLIMENT FOR ORDER TO SHOW CAUSE FILED AUGUST 6 2012 GRANTING CERTIORARI

CAPERTON et al. v. A. T. MASSEY COAL CO., INC., et al.
certiorari to the supreme court of appeals of west virginia
No. 08-22. Argued March 3, 2009--Decided June 8, 2009
(a) The Due Process Clause incorporated the common-law rule requiring
   recusal when a judge has "a direct, personal, substantial, pecuniary
   interest" in a case, Tumey v. Ohio, 273 U. S. 510, 523, but this Court
   has also identified additional instances which, as an objective matter,
   require recusal where "the probability of actual bias on the part of the
   judge or decisionmaker is too high to be constitutionally tolerable,"
   Withrow v. Larkin, 421 U. S. 35, 47. Two such instances place the
   present case in proper context. Pp. 6-11.

1   (1) The first involved local tribunals in which a judge had a financial
interest in a case's outcome that was less than what would have been

2   considered personal or direct at common law. In *Tumey*, a village mayor with
authority to try those accused of violating a law prohibiting the possession

3   of alcoholic beverages faced two potential conflicts: Because he received a
salary supplement for performing judicial duties that was funded from the

4   fines assessed, he received a supplement only upon a conviction; and sums
from the fines were deposited to the village's general treasury fund for

5   village improvements and repairs. Disqualification was required under the
principle that "[e]very procedure which would offer a possible temptation to

6   the average man as a judge to forget the burden of proof required to convict
the defendant, or which might lead him not to hold the balance nice, clear

7   and true between the State and the accused, denies the latter due process of
law." 273 U. S., at 532. In *Ward* v. *Monroeville*, <u>409 U. S. 57</u>, a conviction

8   in another mayor's court was invalidated even though the fines assessed went
only to the town's general fisc, because the mayor faced a " ' possible

9   temptation' " created by his "executive responsibilities for village
finances." *Id.*, at 60. Recusal was also required where an Alabama Supreme

10  Court justice cast the deciding vote upholding a punitive damages award while
he was the lead plaintiff in a nearly identical suit pending in Alabama's

11  lower courts. *Aetna Life Ins: Co.* v. *Lavoie*, <u>475 U. S. 813</u>. The proper
constitutional inquiry was not "whether in fact [the justice] was

12  influenced," *id.*, at 825, but "whether sitting on [that] case ... ' "would
offer a possible temptation to the average ... judge to ... lead him not to

13  hold the balance nice, clear and true," ' " *ibid.* While the "degree or kind
of interest ... sufficient to disqualify a judge ... '[could not] be defined

14  with precision, ' " *id.*, at 822, the test did have an objective component.
Pp. 7–9.

15

16  ADVERSE PARTY ASKS READER TO SUBSTITUTE THE WORD "DEFENDANT" WITH
"APPLICANT" IN REGARDS TO THIS CASE IN CONTEXT TO POINTS ARGUED

17  (2) The second instance emerged in the criminal contempt context, where a
judge had no pecuniary interest in the case but had determined in an earlier

18  proceeding whether criminal charges should be brought and then proceeded to
try and convict the petitioners. *In re Murchison*, <u>349 U. S. 133</u>. Finding that

19  "no man can be a judge in his own case," and "no man is permitted to try
cases where he has an interest in the outcome," *id.*, at 136, the Court noted

20  that the circumstances of the case and the prior relationship required

21  information acquired from the prior proceeding, was critical. In reiterating
that the rule that "a defendant in criminal contempt proceedings should be

22  [tried] before a judge other than the one reviled by the contemnor," *Mayberry*
v. *Pennsylvania*, <u>400 U. S. 455, 466</u>, rests on the relationship between the

23  judge and the defendant, *id.*, at 465, the Court noted that the objective
inquiry is not whether the judge is actually biased, but whether the average

24  judge in his position is likely to be neutral or there is an unconstitutional
" 'potential for bias,' " *id.*, at 466. Pp. 9–11

25  (b) Because the objective standards implementing the Due Process Clause do
not require proof of actual bias, this Court does not question Justice

26  Benjamin's subjective findings of impartiality and propriety and need not
determine whether there was actual bias. Rather, the question is whether,

27  "under a realistic appraisal of psychological tendencies and human weakness,"
the interest "poses such a risk of actual bias or prejudgment that the

28  practice must be forbidden if the guarantee of due process is to be
adequately implemented." *Withrow*, <u>421 U. S., at 47.</u>

ADVERSE PARTY RESPECTS AND IS THANKFUL FOR THE HARD WORK AND COMMITMENT THIS COURT STRIVES TO PROVIDE THE CITIZENS OF THE STATE OF NEVADA REGARDING PROTECTIONS AGAINST DOMESTIC VIOLENCE. ITS NEGLECT OF CSN ARTICLE 1 SECTION 20 IN IMPLEMENTING AND UNBALANCING THE SCALES OF JUSTICE IS OF GREAT CONCERN. THIS DEBATE MUST BE RECOGNISED AND DEALT WITH FAIRLY, EQUALLY, IMPARTIALLY AND WITHOUT PREJEDUCE NO MATTER IF YOU ARE THE APPLICANT OR THE ADVERSE PARTY. WITHIN THE JURISTICTION ANY COURT OF LAW.

DUE TO THE ACTIONS, NEGLECT, PURSUIT, MALICIOUS PROSECUTION WITH CONVICTION OF ALL INVOLVED WHO CONTINUE TO SLANDER, POSTPONE, COMPILE, AND PROMOTE SAID ACTIONS LEADING TO THE DEFACATION OF CHARACTER OF THE ADVERSE PARTY HAS CAUSED NUMEROUS DAMAGES.

ADVERSE PARTY PRAYING FOR THE RELIEF REQUESTED, INCLUDING BUT NOT LIMITED TO SAID RELIEF AND EXAMPLES STATED ABOVE.

## AFFIRMATION PURSUANT TO NRS 239B.030

THE UNDERSIGNED DOES HEREBY AFFIRM THAT THE PRECEDING DOCUMENT DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.

**DATED** THIS 31ST DAY OF AUGUST 2012

LANCE DELON ALVARADO
ACTING PROPER

UNDER PENALTY OF PERJURY DEFENDANT LANCE DELON ALVARADO DOES HEREBY SWEAR THE FOREGOING ASSERSIONS TO BE TRUE

THAT THE DEFENDANT ACTING IN PROPER PERSON LANCE DELON ALVARADO HAS PREPARED AND REQUESTS THE FOLLOWING DOCUMENT

## OBJECTION TO ORDER AFTER HEARING DENYING OBJECTION TO MASTERS RECOMMENDATIONS

BE SUBMITTED TO THE COURT FOR REVIEW

DATED 31ST DAY OF AUGUST 2012

LANCE DELON ALVARADO
155 STACI WAY
SUN VALLEY NV 89433
(775) 830-9417

ACTING PROPER

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

JACQUELINE DAWN ALVARADO )
)
)
vs. )
LANCE DELON ALVARADO )
)
)
)
)

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
| --- |
| CASE NO.  FV11-04096 |
| DEPT. NO.     DM1 |

**NOTICE:**   THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS **and** to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
| --- | --- | --- | --- |
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial **and** the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is YES, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or YES to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:   AUGUST 31  2012       Signature:

Print Name:        LANCE DELON ALVARADO

Print Address:       155 STACI WAY SUN VALLEY NV 89433

Telephone Number:      (775) 830 - 9417

Rev. 10/24/2002

1    Code: **3880**

2    Name: __Lance Delon Alvarado__

3    Address: __155 Staci Way__

            __Sun Valley Nv 89433__

4    Telephone: __(775)830-9417__

5    Appearing in Proper Person

FILED

2012 AUG -6 PM 3: 42

JOEY ORTON HASTINGS
CLERK OF THE COURT
**V. Allen**
BY_____
DEPUTY

6                  IN THE FAMILY DIVISION

7      OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8              IN AND FOR THE COUNTY OF WASHOE

9

10    __Jacqueline Dawn Alvarado__

                Plaintiff

11      **vs.**                             Case No. __FV11-04096__

12    __Lance Delon Alvarado__        Dept. No. __DM1__

                Defendant

13                               /

14      **RESPONSE TO SUPPLEMENT TO APPLICANT'S ORDER TO SHOW CAUSE**

15

16      I, __Lance Delon Alvarado__ appearing in Proper Person, respond to

               (Your Name)

17

18    the Motion filed by __Jacqueline Dawn Alvarado__ on __July 24 2012__

                   (Other Party's Name)        (Date Motion was filed)

19

20    as follows:

21    *Explain specifically why you oppose or why you agree with the Motion or Request. If you*

22    *agree with one part but disagree with another part of the Motion or Request,*

                  *explain that also.*

23    ADVERSE PARTY AFFIRMS sending texts as entered as exhibits 1 and 2 of APPLICANT'S SUPPLEMENT,

24    ADVERSE PARTY AGREES to Points and Authorities IN PART within APPLICANT'S MOTION Order To Show Cause,

25    ADVERSE PARTY ASKS IMMEDIATE DISMISSAL of APPLICANT'S MOTION Order To Show Cause

26    OFFICIAL MISCONDUCT UTILIZING SUPPLEMENT TO MOTION AND OMMISSION OF POINTS AND AUTHORITIES

27    ADVERSE PARTY OPOSSES FEES TO WASHOE LEGAL SERVICES FOR FILING MOTION

28    ADVERSE PARTY NOT IN VIOLATION OF (NRS22.040) OR (EPO) ISSUED DEC 8 2011

     ADVERSE PARTY ASKING (ADV EXHIBITS) ATTACHED BE CONSIDERED

REV 12/21/2010 AA              1             A3 RESPONSE TO MOTION

1  ADVERSE PARTY MOVES TO STRIKE EXHIBIT 1. TEXT CLEARLY IN REGARDS TO CHILDREN.IN COMMON

2  Acknowledgment of APPLICANTS ARGUMENT within a LEGAL HEARING over VISITATION with CHILDREN IN

3  COMMON in a "WORRIE FREE ENVIRONMENT", Family Peace Center IS WELCOMED BY ADVERSE PARTY WHILE

4  AWAITING OBJECTION to MASTERS RECOMMENDATION of SUPERVISED VISITATION AND NOTICE TO SET

5  to be heard on 3RD FLOOR OF COURTHOUSE PER INSTRUCTIONS WITHIN PACKET A-7 ATTAINED AT SELF HELP

6  CENTER. (ADV EXHIBIT 1) ( EPO 12 D LINE 16, NSC 1.1,9,20)

7

8  ADVERSE PARTY'S RIGHTS REGARDING TEXT MESSAGING  BI LATTERAL AGREEMENT BETWEEN PARTIES IN

9  REGARDS TO  PERSONAL BELONGINGS  AND REMOVAL FROM SHARED RESIDENCE OMMITTED FROM POINTS

10  AND AUTHORITIES AND MAKER'S CONTINUED NEGLECT DURING SUPPLEMENT MOTION AND EXHIBIT 2

11  ABATES ADVERSE PARTY'S RIGHT OVER TEXT MESSAGES REGARDING SUBJECT MATTER, EXCLUSION OF

12  ADV EXHIBIT 2  (EPO 12, E) WOULD WITHOUT A DOUBT MERIT A VIOLATION OF EPO ISSUED DEC 8, 2011,

13  (If you need more room you may attach additional sheets of paper.  Be sure you write only on one
side of the paper.)

14

15      I ____DO_____ request a hearing on this matter.
             (Do or Do Not)

16

17  *If a hearing is requested, please state why you believe a hearing is necessary.*

18

19                    "First Amendment Petition"

                      CSN Section 9 of Article 1

20                           NRS 34.030

21  This document does not contain the Social Security Number of any person.

22  I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is

23  true and correct.

24  DATED this ___6___ day of ____August_____, 20_12__.

25

26                                    _____
                                         (Your Signature)

27
                                    ___Lance Delon Alvarado____
28                                       (Your Printed Name)

1  APPLICANTS CONTINUED USE OF SUCH DEMONSTRATED EVIDENCE HAS CAUSED DAMAGES.

2  APPLICANTS USE OF HER PLACE OF EMPLOYMENT AND AFFILIATES AS WELL AS TOWNSHIPS AND

3  DEPARTMENTS WITHIN CONTINUE TO AID AND ABED SAID ACTIONS, BY PERSECUTION, WRONGFUL

4  PROSECUTION WITH CONVICTION. PROLONGING RETENTION AND ALLOWING EVASION OF OBLIGATIONS

5  TO DIVIDE PARTIES ACCRUED INTERESTS ACUMULATED, OVER A 14 YEAR MARRIAGE.INCLUDING BUT

6  NOT LIMITED TO CUSTODY, EQUITABLE INTEREST, BENEFITS AND SECURITIES PRIVATE AND

7  COMMUNITY PROPERTY LEAVING ADVERSE PARTY IN FORMA PAUPERIS

9  ADVERSE PARTY MOVES TO VACATE APPLICANTS ORDER TO SHOW CAUSE

11  ADVERSE PARTY RESPONDS TO APPLICANTS ORDER TO SHOW CAUSE AND SUPPLEMENT FILED JULY 24

12  2012

13  ADVERSE PARTY REPLYS TO APPLICANTS RESPONSE TO EX PARTE ORDER SHOWING CAUSE FILED

14  JULY 2 2012

15  ADVERSE PARTY WISHES A HEARING BE SET

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

Jacqueline Dawn Alvarado )
_____ )
_____ )
vs. )
Lance Delon Alvarado )
_____ )
_____ )
_____ )

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
| --- |
| CASE NO.   FV11-04096 |
| DEPT. NO.   DM 1 |

**NOTICE:**  THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS **and** to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
| --- | --- | --- | --- |
| | **1.** Has a final decree or custody order been entered in this case?  If **yes**, then continue to Question 2.  If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3.  If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial **and** the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:   Aug 6   ,  2012        Signature:   _____

Print Name:   Lance Delon Alvarado

Print Address:   155 Staci Way Sun Valley Nv 89433

Telephone Number:   (775) 830-9417

Rev. 10/24/2002

# Exhibit Index

| Exhibit # | Description | Pages |
|:---:|:---:|:---:|
| 1 | PAGE 4 OF PACKET A-7<br>OBJ MASTER RECOMMEND. | 1 |
| 2 | SECTION 12 OF EXTENDED ORDER FOR<br>PROTECTION ISSUED DECEMBER 8 2011<br>PARARAPH E LINES 17, 18, 19 | 1 |
| 3 | SPARKS MUNICIPAL MOTION<br>'ORDER TO SHOW CAUSE" CLERK DENYING<br>TO FILE ACTING PRO PER AFTER COUNCEL<br>FOR APPEAL WAS AWARD | 2 |

## STEP 4

### FILLING IN AND FILING THE FIRST PROOF OF SERVICE

*The importance of filling out and filing the Proof of Service cannot be emphasized strongly enough! Without the proper filing of the Proof of Service, the matter cannot be set for hearing.*

The Proof of Service is to be filled in and signed by the person who either mails the copy of the Objection to the other party or personally serves the Objection on the other party.

Print your name, address and telephone number in the upper left corner and fill in the heading just as it appears on all your other documents, including the Case Number and the Department Number.

The rest of the Proof of Service must be completed by the person who serves the documents on the other party.

After the Proof of Service has been completed and signed, make one copy of the document. Take the original and the copy of the Proof of Service to the filing clerk's office and file it in. The Filing Clerk will keep the original and return a file stamped copy to you for your records.

### STEP 5

### APPEARING TO SET THE MATTER FOR HEARING

### APPEARING IN PERSON TO SET THE MATTER

On the day and time stated in your Notice To Set, take the following documents with you:

*Text Sent Statement*
*"Take you to higher Court"*
*reference*

The Application for Setting
Your copy of the Objection and Notice To Set
Your copy of the Proof of Service

Go to the counter on the third floor of the Courthouse at One South Sierra Street and tell the clerk at the counter that you are there to set a hearing on your Objection.

On the APPLICATION FOR SETTING form, fill in the heading just as it appears on your other documents.

Avil Exhibit 1          page 1 of 1

# Exhibit

# 2

# Exhibit

# 2

(b) ☐ **YOU ARE PROHIBITED**, either directly or through an agent, from taking possession of any animal owned or kept by the Applicant or the minor child(ren).

(c) ☐ The arrangements for the possession and care of any animal(s) referenced:

11. ☐ **YOU ARE ORDERED** to comply with the attached Firearms Addendum.

12. ☒ The following provisions and exceptions are made a part of this Order:

A. Adverse Party may have visitation with the parties' minor children on Wednesdays and/alternate weekends, beginning Friday, December 9, 2011. Pickup will be after school at the children's schools and drop off will be curbside at Applicant's residence. Drop-off on Wednesdays shall be at 8:00 p.m. and on Sundays at 5:00 p.m.

B. Additional visitation will be from Friday, December 23, 2011, until Friday, December 30, 2011, pick up will be at the children's school and drop off will be curbsided at Applicant's residence at 8:00 pm.

C. Adverse Party is prohibited from discussing adult issues with or in the presence of the children. Failure to abide by this condition may result in suspension of visitation.

D. Adverse Party may correspond in writing with Applicant to address divorce issues. Adverse Party may telephone Applicant for the sole purpose of discussing any medical emergencies regarding the minor children. The parties may text regarding the children.

E. Adverse Party may go one time to Applicant's residence as arranged by the parties through text messaging only to obtain his undisputed personal property and property in dispute shall be addressed in another forum.

F. The extension hearing scheduled for December 13, 2011, at 8:30 am is hereby VACATED

G. Adverse Party's motion filed on November 28, 2011 is DENIED.

**THIS ORDER WILL REMAIN IN EFFECT UNTIL 11:59 P.M. ON THE DATE SET FORTH ON PAGE 1, UNLESS THIS COURT ORDERS OTHERWISE.**

☐ The Adverse Party is ordered to pay all previously deferred court costs and fees of

$_____ payable to _____ by _____ (date).

**Pursuant to NRS 33.030(2) the Adverse Party is ordered to pay in the amount of $ and payable to by _____(date).**

*Applicant wanted points and authorities*

ADV Exhibit
2    Pg 1 of 1

# IN THE MUNICIPAL COURT OF THE CITY OF SPARKS
## COUNTY OF WASHOE, STATE OF NEVADA
### (PLEASE PRINT OR TYPE)

**CITY OF SPARKS,** *Plaintiff*

  **vs**

NAME: Lance Delon Alvarado

ADDRESS: 155 Staci Way

CITY / ZIP: Sun Valley Nv 89433

PHONE: (775)830-9417

  **HOME**    **WORK**

CASE NO: 12 c 000143

ATTY BAR NO: _____

ATTORNEY: _____

ADDRESS: _____

CITY / ZIP: _____

PHONE / FAX: _____

---

Pursuant to NRCP 5(b) I certify that I deposited for mailing a true copy of the attached document addressed to:

&#9746;City Attorney  &#9711;Defendant's Attorney  &#9711;Defendant

Has the opposing party been verbally notified of this motion? &#9746;Yes &#9711;No

Comes now the undersigned affiant and moves the court to: &#9711; Interpreter required (*Language:* _____ )

&#9711; Enter a Not Guilty Plea &#9711; Waive Time for Trial &#9711; Continue Arraignment Date

&#9711; Continue Sentence Date &#9711; Continue Trial Date &#9711; Forfeit Bail

&#9711; Dismiss Charge &#9711; Amend Charge &#9711; Change of Plea

&#9746; Other: Order to Show Cause

This relief is sought for the following reasons: Judge Mcarthy granting motion filed for Production Of Documents  by Lance Delon Alvarado in order to file taxes for 2011, Mr. Alvarado again attempting to take leave of court, sending Jacqueline Alvarado text requesting said documents be sent by mail, has continued to ignore motion granting production to Defendant, Mr. Alvarado text Jacqueline Alvarado of intent to file this Order Showing Cause if said Neglect continued, in response Mr Alvarado received letter regarding complaint filed by Jacqueline Alvarado in regards to a violation of protection order issued by Master Edmonson Dec 8 2011, allowing text comunication in regards to children and personal belongings. Said documents being personal belongings of of Mr Alvarado, who offered to pay mailing costs, yet is in fear of Sparks Police to request an officer to keep the peace for personal retrieval of documents needed. Requesting ORDER TO SHOW CAUSE be granted having said documents released to Defendant

An Authorization to Represent &#9711;Has &#9711;Has not been filed. *(Authorization to Represent must be filed within 10 days.)*

## AUTHORIZATION TO REPRESENT

, Not Applicable _____ , in accordance with NRS 178.388, hereby designate my attorney, Not Applicable

o represent me in all proceedings in the Sparks Municipal Court in the above captioned matter.

DATED: _____  SIGNED : _____ Not Applicable _____

         *(Defendant)*

          _____

         *(Attorney)*

ADv Exhbit 3 page 2 of 2

## AFFIRMATION

Lance Delon Alvarado _____, hereby solemnly swear (affirm) and declare that the above statements are true to the best of my knowledge, belief, and made in good faith and not merely for delay.

DATED: July 26-2012 _____     SIGNED : _____

                                                      *(Defendant / Attorney)*

## ORDER

Good cause appearing, it is hereby ordered this motion be:  ◯ Granted    ◯ Denied    ◯ Other _____

_____

DATED: _____          SIGNED : _____

                                                      *MUNICIPAL COURT JUDGE*

*Revised 3/10/05   I:worddocuments/Motion Template.doc*

ADV Exhibit 3  Page 2 of 2

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE

\* \* \*

Jacqueline Dawn Alvarado )
 )
_____ )
 )
vs. )
Lance Delon Alvarado )
 )
_____ )
 )
_____ )

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
|---|
| CASE NO.   FV11-04096 |
| DEPT. NO.   DM 1 |

**NOTICE:** THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS and to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
|---|---|---|---|
| | **1.** Has a final decree or custody order been entered in this case?  If **yes**, then continue to Question 2.  If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3.  If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial and the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is YES, write in the filing date found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are exempt from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will not be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:   Aug ___, 2012

Signature:   _____

Print Name:   Lance Delon Alvarado

Print Address:   155 Staci Way Sun Valley Nv 89433

Telephone Number:   (775) 830-9417

*Clerk who filed motion this day removed this page — tung only on the Page off motion clearly says from submission nd other Filed Request lea removed divider Tabs Filed*

Rev. 10/24/2002

FILED

1    Code: **3880**

2    Name: __Lance Delon Alvarado__    2012 OCT -1 AM 1: 39

3    Address: __155 Staci Way__    JOEY ORDUÑA HASTINGS
              CLERK OF THE COURT
         __Sun Valley Nv 89433__

4    Telephone: __(775)830-9417__    BY__A. Croghan__
                                         DEPUTY

5    Appearing in Proper Person

6                 IN THE FAMILY DIVISION

7    OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8                 IN AND FOR THE COUNTY OF WASHOE

9

10   __Jacqueline Dawn Alvarado__
                        Plaintiff

11       vs.                           Case No. __FV11-04096__

12   __Lance Delon Alvarado__          Dept. No. __DM1__
                        Defendant

13   _____/

14   **RESPONSE ~~TO SUPPLEMENT~~ TO APPLICANT'S ORDER TO SHOW CAUSE**

15

16       I, __Lance Delon Alvarado_____ appearing in Proper Person, respond to
                    (Your Name)

17

18   the Motion filed by __Jacqueline Dawn Alvarado__ on __SEPTEMBER 20 2012__
                    (Other Party's Name)              (Date Motion was filed)

19

20   as follows:

21   | *Explain specifically why you oppose or why you agree with the Motion or Request. If you agree with one part but disagree with another part of the Motion or Request, explain that also.* |
22

23   ADVERSE PARTY LANCE DELON ALVARADO HEREBY RESPONDS WITH COUNTERCLAIM TO A MOTION FOR AN ORDER TO

24   SHOW CAUSE FILED SEPTEMBER 20 2012 BY CAROLYN STERNICHT OF WASHOE LEGAL SERVICES ON BEHALF OF

25   APPLICANT NAMED ABOVE JACQUELINE DAWN ALVARADO

26                 AFFIRMATIVE DEFENSE OF POINTS AND AUTHORITIES

27   SEC I   ADVERSE PARTY AFFIRMS PROCEDURAL HISTORY IN PART

28   ADVERSE PARTY AFFIRMS IN PART  COUNSEL'S  CLAIM OF ACTING IN THE BEST INTEREST OF JUDICIAL ECONOMY

1  SEC II   ADVERSE PARTY AFFIRMS SENDING TEXT MESSAGES TO APPLICANT REGARDING CHILDREN AND PERSONAL

2  BELONGINGS IN PART.

3  (a)   APPLICANTS EXHIBITS CONFIRM SUBJECT MATTER REGARDING EPO SEC 12 (d,e)  AND COMPLY TO NRCP 9(d)

4  (b) NOTICE (NRS 104.1202 Notice)  UNAUTHORIZED SIGNATURES OF DATES AND TIMES WITHIN APPLICANTS EXHIBITS

5  ENTERED. (EXAMPLE EXHIBIT 1 SENT JUNE 29,  7:19PM) ALTERATION OF TEXT MESSAGES SENT CONSTITUTES FURTHER

6  PURGERY AND FRAUD

7  (c)   APPLICANT USING TEXT MANIPULATION (EXAMPLE "SNAPSHOT")  OR OTHER FRAUDULENT MEANS IN RETALIATION,

8  GAIN ADVANTAGE, FURTHER SANCTION  AND/OR DELAY UPCOMING CASE MANAGEMENT CONFERENCE.

9  (d)   ADVERSE PARTY SHOWING GOOD CAUSE AND IN TRUE INTEREST OF JUDICIAL ECONOMY AND IN THE BEST

10  INTEREST OF APPLICANT, ADVERSE PARTY GIVING APPLICANT OPPORTUNITY TO WITHDRAWL MOTION TO SHOW CAUSE

11  FILED SEP 20 2012 PRIOR TO HEARING OCTOBER 17 2012 , BRINGING EVIDENCE IN SUPPORT NRS 719.320  NRS 719.330 [3(2d)]

12  SEC III  ADVERSE PARTY AFFIRMS, PARTIES ARE GIVEN RIGHTS UNDER NRS 22.040.

13  (If you need more room you may attach additional sheets of paper.  Be sure you write only on one side of the paper.)

15  I _____DO_____ request a hearing on this matter.
   (Do or Do Not)

17  *If a hearing is requested, please state why you believe a hearing is necessary.*

19  APPLICANT'S ATTORNEY NOT ACTING IN GOOD FAITH OR FOR JUDICIAL ECONOMY BY BRINGING MOTION INTENDING MAYHEM  AND IS AD LITEM  MALUM IN SE TO ATTAIN FEES FOR PRO BONO REPRESENTATION AND GAIN ADVANTAGE OVER ADVERSE PARTY IN UPCOMING CASE MANAGEMENT CONFERENCE

20  APPLICANT INCLUDING AFFILIATES NAMED THRU OUT CONTINUE TO CAUSE ADVERSE PARTY'S  DAMAGES TO ACCUMULATE AND EXCEED WELL OVER $10,000. IN EFFORTS TO ATTAIN APPLICANT A DEFAULT JUDGEMENT FOR DIVORCE.

21  This document does not contain the Social Security Number of any person.

22  I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is

23  true and correct.

24  DATED this __29__ day of __September_____, 20 _12_ .

26  _____
                                    (Your Signature)

27  _____Lance Delon Alvarado_____
                                    (Your Printed Name)

1 | ADVERSE PARTY DENIES BEING IN CONTEMPT OF COURT ORDER ISSUED DECEMBER 8 2011 OR ITS

2 | MODIFICATION JULY 23 2012, GRANTING MOTION IN PART AFFECTING VISITATION, EPO SEC

3 | 12(a,b) CLEARLY STATING, IT IS FURTHER ORDERED THAT ALL PRIOR ORDERS NOT MODIFIED BY

4 | THIS ORDER REMAIN IN EFFECT. ALLOWING TEXT COMMUNICATION BETWEEN PARTIES WITHIN

5 | SUBJECT MATTER TO REMAIN

6 | EPO SEC 12(d,e).   NRS 123.080 NRS 123.110 **NRS 189.007(3)** NRS 194.010(4)

7 |

8 | SEC IV   APPLICANT HAS DENIED GRANDMOTHER VIRGINIA MAY BLACK ANY CONTACT WITH

9 | CHILDREN IN COMMON IN ADDITION TO ADVERSE PARTY. INQUIRING AS TO THE CHILDREN'S

10 | INTEREST IN ATTENDING RELIGIOUS SERVICES, AND/ORHER PRESENCE REQUESTED FOR HAIRCUTS,

11 | NO RESPONSE WAS RECIEVED.  MS. BLACK AGREES TO TESTIFY BY PHONE (775)830-9417 (DAYS

12 | OFF ARE WED AND THURS), BY LETTER, OR APPEAR AND TESTIFY IF REQUIRED BY COURT.

13 |

14 | SEC V   ADVERSE PARTY SHOWING COMPLIANCE TO EPO ISSUED DECEMBER 8 2011, MODIFIED JULY

15 | 23 2012, APPLICANTS EXHIBITS SUBMITTED WITH MOTION FOR ORDER TO SHOW CAUSE FILED

16 | SEPTEMBER 20 2012. ADVERSE PARTY DENIES IN PART DATES AND TIMES TEXT BEING SENT WITHIN

17 | APPLICANTS NEXHIBITS SUBMITTED.

18 | (a)  ADVERSE PARTY MOVES TO STRIKE COMPLAINT AND CONTEMPT PROCEEDINGS AGAINST ADVERSE

19 | PARTY IN UPCOMING CASE MANAGEMENT CONFERENCE FOR DIVORCE SET FOR OCT 17 2012  CASE#

20 | DV12-01286.

21 | (b)   ADVERSE PARTY CONTESTS GRANTING FEES TO WASHOE LEGAL SERVICES FOR COSTS

22 | RESULTING FROM MOTION FOR ORDER TO SHOW CAUSE FILED SEPTEMBER 20 2012.

23 | (c)  ADVERSE PARTY MOVES TO DISMISS APPLICANTS MOTION FILED SEPTEMBER 20 2012 AND

24 | SANCTION APPLICANT FROM FUTURE MISCONDUCT. NRS 189.007(3)   NRCP 11(c)

25 |

26 |                         COUNTER CLAIM

27 | I  ADVERSE PARTY SUFFERS FROM INCLUDING BUT NOT LIMITED TO, CONTINUED DURESS, FEAR,

28 | LOSS, BIAS, DEFAMATION OF CHARACTOR AND SLANDER BY NUMEROUS FALSE ACCUSATIONS AND

1  FRIVILOUS COMPLAINTS BY APPLICANT AND AFFILIATES ALLEDGING EPO VIOLATIONS COMMITTED,

2  BEING COERCED TO CONTINUALLY DEFEND HIS RIGHTS IN NUMEROUS COURTS, DETAINED BY

3  INCARSERATION, PREPERATION AND DRAFTING RESPONCES, COUNTER MOTIONS, AND PLEAS BEING

4  DENIED, ADVERSE PARTY CONTINUALLY RESTRAINED FROM SEEKING VISITATION, EMPLOYMENT,

5  SECURITY, HAPPINESS, AND FREEDOM, TO PURSUE TRUE SUBJECT MATTER BEING OBVIOUSLY

6  AVOIDED, THE PARTIES DIVORCE.

7

8  II   ADVERSE PARTY ENDURING POVERTY, ABATEMENT AND OPPRESSION THRU WRONGFUL

9  IMPRISONMENT, MALICIOUS PROSECUTION USING THREATS AND INTIMIDATION BY WAY OF EXCESSIVE

10  PUNISHMENTS GIVEN IF CONTESTATION OF CONVICTION CONTINUED, SANCTIONS IMPLIMENTED BY

11  APPLICANT AND/OR EMPLOYER USING AFFILIATES, TOWNSHIPS AND DEPARTMENTS WITHIN, WASHOE

12  COUNTY AND THE STATE OF NEVADA RENDERING AIDE AND ABEDDING APPLICANT USING FRIVILOUS

13  AND PURGED STATEMENTS IN COMPLAINTS, ALLOWING UNDER PRETENCE, APPLICANT A DISOLUTION

14  OF MARRIAGE, CUSTODY, ALL ASSETS, COMMUNITY AND REAL PROPERTY WITHIN SINCE DECEMBER 8

15  2011 TO DATE, BY THE AWARD OF AN EXTENDED ORDER FOR PROTECTION WITHOUT CAUSE OR MERIT.

16  THE ABUSE OF DESCRETION AND NEGLECT OF EXCEPTIONS, INCLUDING BUT NOT LIMITED TO THE

17  STATEMENTS ABOVE AND REFFERRAL TO MRS. JACQUELINE DAWN ALVARADO AS MS. ALVARADO,

18  WITHIN REPORTS FILED AND HEARINGS HELD IN A DOMESTIC VIOLENCE FORUM. ADMITTED BY

19  APPLICANT WITHIN APPLICATION FILED NOVEMBER 8, 2011, THAT NO THREATS OF VIOLENCE EVER

20  OCCURRED. WHEN DIVORCE COURT AND DIVISION OF PROPERTY REAL AND COMMUNITY BEING THE

21  THREATS OF LIFE CHANGING EVENTS APPLICANT REFFERRED TO, AND ALWAYS HAS BEEN THE PROPER

22  SUBJECT JURASTICTION OF BOTH PARTIES. YET CONTINUE USING FUNDING FOR VICTIMS OF

23  DOMESTIC VIOLENCE IN A MISAPROPRIATED AND FRAUDULENT MANNER, IN EFFORT TO AWARD

24  APPLICANT A DEFAULT JUDGEMENT FOR DIVORCE.     NRS 123.080(4) **NRS 189.007(3)**

25

26  III   ADVERSE PARTY INCLUDING BUT NOT LIMITED TO PRAYS FOR SANCTIONS ON APPLICANT AND

27  AFFILIATES FROM FURTHER FRIVILOUS COMPLAINTS AND FRAUDULENT CLAIMS OF DOMESTIC

28  VIOLENCE OR CONTEMPT OF COURT ON ANY PERSONS TO CONTINUE, THAT LACK MERIT.

IV    TO ACCOUNT FOR ANY PURGED STATMENTS RECORDED AND IGNORED, PURPOSEFUL ADMISSION

OF DOCUMENTARY, DEMONSTRATIVE, AND FRAUDULENT EVIDENCE, OMITTING ADVERSE PARTY'S

DEFENSE, RULING SOLEY IN SUPPORT OF APPLICANTS CLAIMS, WITH CONTINUED GROSS

NEGLIGENCE, ABUSE OF DISCRETION, INTRINSIC AND EXTRINSIC FRAUD BEING ALLOWED,

CONSTANTLY NEGLECTING ADVERSE PARTY'S INALEABLE RIGHTS RESULTING IN FORMA PAUPERIS

STATUS AND SUBSTANTIAL LOSS INCLUDING BUT NOT LIMITED TO A PERSONS HOME, CHILD CUSTODY

AND VISITATION, RETENTION OF EQUITABLE INTEREST, DIVISION OF COMMUNITY PROPERTY BY

JUDICIAL FRAUD AND COLLATERAL ESTOPPEL.

V    ADVERSE PARTY ACTING PRO PER PRAYS FOR TREBLE DAMAGES AWARDED FOR THE COSTS IN

INCURRED, MEANT FOR RETALIATION AND/OR TO FRAUDULENTLY APPROPRIATE FEES AND COSTS, BY

HINDERING, DELAYING, DEFFERING, CRIMINALIZING, ABATING, PROLONGING, HARRASSING,

DEFACATION OF ADVERSE PARTY'S CHARACTOR, TO GAIN ADVANTAGE AND/OR ESTOPPEL OF PENDING

AND/OR FUTURE ACTIONS FOR RELIEF BY ADVERSE PARTY, INCLUDING BUT NOT LIMITED TO THE

TRUE SUBJECT MATTER, PARTIES DIVORCE AND CASE MANAGEMENT CONFERENCE TO BE HEARD

OCTOBER 17 2012.

<div align="center">CONCLUSION</div>

ADVERSE PARTY HAS CONTINUALLY BEEN COOERSED TO DEFEND ACTIONS TAKEN SINCE HEARING

HELD DECEMBER 8 2011 ISSUING EXTENDED ORDER FOR PROTECTION, REMINDING THE COURT

REGARDING ADVERSE PARTY'S RESPONSE FILED NOVEMBER 23 2011. SAID ABUSE AND NEGLECT OF

PERSONAL AND FINANCIAL ISSUES AFFECTING CHILDREN BY APPLICANT'S CONTINUED COMPLAINTS

AND IGNORANCE OF COMMUNICATION FOR RESOLUTION CONTINUE.

ADVERSE PARTY CAN DOCUMENT SUBSTANTIAL NUMBERS OF RULES UNDER NRCP, NRS, CASE LOGS

AND TREATIES, TO ARGUE, PLEA, COUNTER AND COMPLAIN, WITH GOOD CAUSE, IN SUPPORT OF

AFFIRMATIVE DEFENSE ON ALL ISSUES ARGUED. ACTING IN PROPER PERSON ADVERSE PARTY LANCE

DELON ALVARADO CONTINUES BEING VICTIM OF ABUSE OF PROCESS WITH JUDICIAL BIAS AND

DISREGARD TO JUSTICE BEING EQUALLY ADMINISTERED.

1    ADVERSE PARTY PLEAS TO ALL INVOLVED TO STOP CRIMINALIZING INNOCENT PERSONS FOR

2   JUSTIFICATION OF ACTIONS TAKEN, WASTING THE VALUABLE RESOURCES ALLOTED FOR THE TRUE

3   VICTIMS OF DOMESTIC VIOLENCE. THESE FUNDS ARE NOT INTENDED FOR THOSE SEEKING TO LINE

4   THEIR POCKETS WITH CORPRATE DISCOUNTS FOR SERVICES RENDERRED AND FEDERAL FUNDING

5   GRANTED.

6

7   INCLUDING BUT NOT LIMITED TO

8

9   CSN ARTICLE 1 SEC 1[8(4,5), 9 ,14, 15, 20, 21], NRS 12.010 NRS 12.015 NRS 12.110 **NRS**

10  **12.105 NRS 22.010(7) NRS 18.010(2(b) NRS 123.080 NRS 179.245(4) NRS 179.255 NRS**

11  **189.007(3) NRS 194.010(4)   NRS 719.320   NRS 719.330[3(c)] NRS 197.160 NRS 197.180 NRS**

12  **197.200 NRS 197.210, NRCP RULE 11(c)**

13

14    INCLUDING BUT NOT LIMITED TO

15

16   United States v. Throckmorton, 98 U.S. 61, 66, 25 L.Ed. 93 (1878).   See Savage v.

17  Salzmann, 88 Nev. 193, 195, 495 P.2d 367, 368 (1972) (citing Throckmorton and noting

18  that fraud on the court involves situations where, as a result of the fraud, a "party

19  is kept away from the court by . such conduct as prevents a real trial upon the issues

20  involved").

21

22    Libe NRS 200.460 NRS 200.510 NRS 12.110 Libel v. Libel, 5 Kan.App.2d 367, 616 P.2d

23  306 (1980) UFTA 3439.04, subd. (a).)

24

25   IN RE: Complaint as to the CONDUCT OF Bruce E. HUFFMAN

26  IN RE: Complaint as to the CONDUCT OF Bruce E. HUFFMAN, Accused.

27  (OSB 94-187; SC S43743)

28  Argued and Submitted Jan. 5, 1998. -- May 27, 1999

The Bar alleged that the accused's conduct, described in the first cause of complaint, violated Code of Professional Responsibility Disciplinary Rule (DR) 1-102(A)(4) (prohibiting conduct prejudicial to the administration of justice), DR 7-102(A)(1) (prohibiting a lawyer from taking legal action if the lawyer knows or when it is obvious that such action merely would serve to harass or maliciously injure another), and DR 7-102(A)(2) (prohibiting a lawyer from knowingly advancing an unwarranted claim or defense).

Fair v. Tampa Electric Co., 158 Fla. 15, 18, 27 So.2d 514, 515 (1946).    See Black's Law Dictionary 595 (rev. 5th ed.1979).    In other words, extrinsic fraud occurs where a defendant has somehow been prevented from participating in a cause.

Intrinsic fraud, on the other hand, applies to fraudulent conduct that arises within a proceeding and pertains to the issues in the case that have been tried or could have been tried.    This Court . has expressly held that false testimony given in a proceeding is intrinsic fraud.

We have stated that [i]f a judgment was obtained upon false testimony or a fraudulent instrument and the parties were heard, the evidence submitted to and received consideration by the court, then it may be said that the matter has been actually tried, or was so in issue that it might have been tried and the parties are estopped to set up an intrinsic or direct fraud to vitiate the judgment, because the judgment is the highest evidence and cannot be contradicted by the parties to it.

Johnson v. Wells, 72 Fla. 290, 299, 73 So. 188, 191 (1916) (citation omitted).

**SECOND JUDICIAL DISTRICT COURT**
**COUNTY OF WASHOE, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

RESPONSE TO MOTION ORDER TO SHOW CAUSE

FILED SEPTEMBER 20 2012

(Title of Document)

filed in case number:  FV11-04096

☑ Document does not contain the social security number of any person

-OR-

☐ Document contains the social security number of a person as required by:

☐ A specific state or federal law, to wit:

_____
(State specific state or federal law)

-or-

☐ For the administration of a public program

-or-

☐ For an application for a federal or state grant

-or-

☐ Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date:  SEPTEMBER 29 2012                    _____
                                            (Signature)

                                            LANCE DELON ALVARADO
                                            (Print Name)

                                            ACTING PRO PER
                                            (Attorney for)

Affirmation
Revised December 15, 2006

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

Jacqueline Dawn Alvarado )
)
_____ )
)
vs. )
Lance Delon Alvarado )
)
_____ )
)
_____ )

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
| --- |
| CASE NO.   FV11-04096 |
| DEPT. NO.   DM 1 |

**NOTICE:**  THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS <u>and</u> to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
| --- | --- | --- | --- |
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2.  If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3.  If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial <u>and</u> the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. |

I affirm that the answers provided on this Notice are true.

Date: _Sept 29, 2012_       Signature: _____

Print Name:    Lance Delon Alvarado

Print Address:    155 Staci Way Sun Valley Nv 89433

Telephone Number:    (775) 830-9417

Rev. 10/24/2002

1   Code: **3880**

2   Name: _Lance Delon Alvarado_

3   Address: _155 Staci Way_
        _Sun Valley Nv 89433_

4   Telephone: _(775)830-9417_

5   Appearing in Proper Person

FILED

2012 AUG -6 PM 3:42

JOEY ORNOS HASTINGS
CLERK OF THE COURT
BY_____ V. Allen
              DEPUTY

6                   IN THE FAMILY DIVISION

7      OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8                 IN AND FOR THE COUNTY OF WASHOE

9

10   _Jacqueline Dawn Alvarado_
                           Plaintiff

11      vs.                                    Case No. _FV11-04096_

12   _Lance Delon Alvarado_                    Dept. No. _DM1_
                           Defendant

13   _____/

14   **RESPONSE TO SUPPLEMENT TO APPLICANT'S ORDER TO SHOW CAUSE**

15

16   I, _Lance Delon Alvarado_        appearing in Proper Person, respond to
              (Your Name)

17

18   the Motion filed by _Jacqueline Dawn Alvarado_ on _July 24 2012_
                    (Other Party's Name)            (Date Motion was filed)

19

20   as follows:

21   | *Explain specifically why you oppose or why you agree with the Motion or Request.  If you agree with one part but disagree with another part of the Motion or Request, explain that also.* |

22

23   ADVERSE PARTY AFFIRMS sending texts as entered as exhibits 1 and 2 of APPLICANT'S SUPPLEMENT,

24   ADVERSE PARTY AGREES to Points and Authorities IN PART within APPLICANT'S MOTION Order To Show Cause,

25   ADVERSE PARTY ASKS IMMEDIATE DISMISSAL of APPLICANT'S MOTION Order To Show Cause

26   OFFICIAL MISCONDUCT UTILIZING SUPPLEMENT TO MOTION AND OMMISSION OF POINTS AND AUTHORITIES

27   ADVERSE PARTY OPOSSES FEES TO WASHOE LEGAL SERVICES FOR FILING MOTION

28   ADVERSE PARTY NOT IN VIOLATION OF (NRS22.040) OR (EPO) ISSUED DEC 8 2011

ADVERSE PARTY ASKING (ADV EXHIBITS) ATTACHED BE CONSIDERED

REV 12/21/2010 AA                    1            A3  RESPONSE TO MOTION

1   ADVERSE PARTY MOVES TO STRIKE EXHIBIT 1. TEXT CLEARLY IN REGARDS TO CHILDREN.IN COMMON

2   Acknowledgment of APPLICANTS ARGUMENT within a LEGAL HEARING over VISITATION with CHILDREN IN

3   COMMON in a "WORRIE FREE ENVIRONMENT", Family Peace Center IS WELCOMED BY ADVERSE PARTY WHILE

4   AWAITING OBJECTION to MASTERS RECOMMENDATION of SUPERVISED VISITATION AND NOTICE TO SET

5   to be heard on 3RD FLOOR OF COURTHOUSE PER INSTRUCTIONS WITHIN PACKET A-7 ATTAINED AT SELF HELP

6   CENTER. (ADV EXHIBIT 1) ( EPO 12 D LINE 16, NSC 1.1,9,20)

7

8   ADVERSE PARTY'S RIGHTS REGARDING TEXT MESSAGING  BI LATTERAL AGREEMENT BETWEEN PARTIES IN

9   REGARDS TO  PERSONAL BELONGINGS  AND REMOVAL FROM SHARED RESIDENCE OMMITTED FROM POINTS

10  AND AUTHORITIES AND MAKER'S CONTINUED NEGLECT DURING SUPPLEMENT MOTION AND EXHIBIT 2

11  ABATES ADVERSE PARTY'S RIGHT OVER TEXT MESSAGES REGARDING SUBJECT MATTER, EXCLUSION OF

12  ADV EXHIBIT 2  (EPO 12, E) WOULD WITHOUT A DOUBT MERIT A VIOLATION OF EPO ISSUED DEC 8, 2011,

13  (If you need more room you may attach additional sheets of paper.  Be sure you write only on one
    side of the paper.)

15      I _____DO_____ request a hearing on this matter.
                (Do or Do Not)

17  | *If a hearing is requested, please state why you believe a hearing is necessary.* |

19  _____"First Amendment Petition"_____

    _____CSN Section 9 of Article 1_____

20  _____NRS 34.030_____

    This document does not contain the Social Security Number of any person.

    I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is

23  true and correct.

    DATED this __6__ day of _____August_____, 20_12_ .

26  _____
                                (Your Signature)

27  _____Lance Delon Alvarado_____
                                (Your Printed Name)

APPLICANTS CONTINUED USE OF SUCH DEMONSTRATED EVIDENCE HAS CAUSED DAMAGES.

APPLICANTS USE OF HER PLACE OF EMPLOYMENT AND AFFILIATES AS WELL AS TOWNSHIPS AND

DEPARTMENTS WITHIN CONTINUE TO AID AND ABED SAID ACTIONS, BY PERSECUTION, WRONGFUL

PROSECUTION WITH CONVICTION. PROLONGING RETENTION AND ALLOWING EVASION OF OBLIGATIONS

TO DIVIDE PARTIES ACCRUED INTERESTS ACUMULATED, OVER A 14 YEAR MARRIAGE.INCLUDING BUT

NOT LIMITED TO CUSTODY, EQUITABLE INTEREST, BENEFITS AND SECURITIES PRIVATE AND

COMMUNITY PROPERTY LEAVING ADVERSE PARTY IN FORMA PAUPERIS


ADVERSE PARTY MOVES TO VACATE APPLICANTS ORDER TO SHOW CAUSE


ADVERSE PARTY RESPONDS TO APPLICANTS ORDER TO SHOW CAUSE AND SUPPLEMENT FILED JULY 24

2012

ADVERSE PARTY REPLYS TO APPLICANTS RESPONSE TO EX PARTE ORDER SHOWING CAUSE FILED

JULY 2 2012

ADVERSE PARTY WISHES A HEARING BE SET

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

Jacqueline Dawn Alvarado                        )
_____ )
_____ )
                                )
            vs.                 )
Lance Delon Alvarado            )
_____ )
_____ )
_____ )

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
|---|
| CASE NO.  FV11-04096 |
| DEPT. NO.   DM 1 |

**NOTICE:** THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS **and** to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X** | **YES** | **NO** |
|---|---|---|---|
| | **1.** Has a final decree or custody order been entered in this case?  If **yes**, then continue to Question 2.  If **no**, you do not need to answer any other questions. | | **X** |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3.  If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial **and** the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:  Aug 6    , 2012        Signature:        _____

                             Print Name:       Lance Delon Alvarado

                             Print Address:    155 Staci Way Sun Valley Nv 89433

                             Telephone Number: (775) 830-9417

Rev. 10/24/2002

# Exhibit Index

| Exhibit # | Description | Pages |
|:---:|:---:|:---:|
| 1 | PAGE 4 OF PACKET A-7<br>OBJ MASTER RECOMMEND. | 1 |
| 2 | SECTION 12 OF EXTENDED ORDER FOR<br>PROTECTION ISSUED DECEMBER 8 2011<br>PARARAPH E LINES 17, 18, 19 | 1 |
| 3 | SPARKS MUNICIPAL MOTION<br>'ORDER TO SHOW CAUSE" CLERK DENYING<br>TO FILE ACTING PRO PER AFTER COUNCEL<br>FOR APPEAL WAS AWARD | 2 |

# Exhibit

# 1

# Exhibit

# 1

**STEP 4**

FILLING IN AND FILING THE FIRST PROOF OF SERVICE

*The importance of filling out and filing the Proof of Service cannot be emphasized strongly enough! Without the proper filing of the Proof of Service, the matter cannot be set for hearing.*

The Proof of Service is to be filled in and signed by the person who either mails the copy of the Objection to the other party or personally serves the Objection on the other party.

Print your name, address and telephone number in the upper left corner and fill in the heading just as it appears on all your other documents, including the Case Number and the Department Number.

The rest of the Proof of Service must be completed by the person who serves the documents on the other party.

After the Proof of Service has been completed and signed, make one copy of the document.  Take the original and the copy of the Proof of Service to the filing clerk's office and file it in.  The Filing Clerk will keep the original and return a file stamped copy to you for your records.

**STEP 5**

APPEARING TO SET THE MATTER FOR HEARING

APPEARING IN PERSON TO SET THE MATTER

On the day and time stated in your Notice To Set, take the following documents with you:

    The Application for Setting
    Your copy of the Objection and Notice To Set
    Your copy of the Proof of Service

*[handwritten: Text Sent Statement "Take you to higher Court" reference]*

Go to the counter on the third floor of the Courthouse at One South Sierra Street and tell the clerk at the counter that you are there to set a hearing on your Objection.

On the APPLICATION FOR SETTING form, fill in the heading just as it appears on your other documents.

REV 9/2009 AA            4            A-7

*[handwritten: ADN Exhibit 1    page 1 of 1]*

# Exhibit

# 2

# Exhibit

# 2

ADV Exhibit C Pg 1 of 1

(b) ☐ **YOU ARE PROHIBITED**, either directly or through an agent, from taking possession of any animal owned or kept by the Applicant or the minor child(ren).

(c) ☐ The arrangements for the possession and care of any animal(s) referenced:

11. ☐ **YOU ARE ORDERED** to comply with the attached Firearms Addendum.

12. ☒ The following provisions and exceptions are made a part of this Order:

A. Adverse Party may have visitation with the parties' minor children on Wednesdays and alternate weekends, beginning Friday, December 9, 2011. Pickup will be after school at the children's schools and drop off will be curbside at Applicant's residence.  Drop-off on Wednesdays shall be at 8:00 p.m. and on Sundays at 5:00 p.m.

B.  Additional visitation will be from Friday, December 23, 2011, until Friday, December 30, 2011, pick up will be at the children's school and drop off will be curbsided at Applicant's residence at 8:00 pm.

C. Adverse Party is prohibited from discussing adult issues with or in the presence of the children. Failure to abide by this condition may result in suspension of visitation.

D.  Adverse Party may correspond in writing with Applicant to address divorce issues.  Adverse Party may telephone Applicant for the sole purpose of discussing any medical emergencies regarding the minor children.  The parties may text regarding the children.

E.  Adverse Party may go one time to Applicant's residence as arranged by the parties through text messaging only to obtain his undisputed personal property and property in dispute shall be addressed in another forum.

F.  The extension hearing scheduled for December 13, 2011, at 8:30 am is hereby VACATED

G.  Adverse Party's motion filed on November 28, 2011 is DENIED.

**THIS ORDER WILL REMAIN IN EFFECT UNTIL 11:59 P.M. ON THE DATE SET FORTH ON PAGE 1, UNLESS THIS COURT ORDERS OTHERWISE.**

☐ The Adverse Party is ordered to pay all previously deferred court costs and fees of $_____ payable to _____ by _____ (date).

**Pursuant to NRS 33.030(2) the Adverse Party is ordered to pay in the amount of $ and payable to   by _____(date).**

ADV Exhibit Z   Pg 1 of 1

# IN THE MUNICIPAL COURT OF THE CITY OF SPARKS
## COUNTY OF WASHOE, STATE OF NEVADA
### (PLEASE PRINT OR TYPE)

**CITY OF SPARKS**, *Plaintiff*

vs

NAME: **Lance Delon Alvarado**

ADDRESS: **155 Staci Way**

CITY / ZIP: **Sun Valley Nv 89433**

PHONE: **(775) 830-9417**

HOME          WORK

CASE NO: **12 c 000143**

ATTY BAR NO: _____

ATTORNEY: _____

ADDRESS: _____

CITY / ZIP: _____

PHONE / FAX: _____

Pursuant to NRCP 5(b) I certify that I deposited for mailing a true copy of the attached document addressed to:

⊗ City Attorney          ○ Defendant's Attorney          ○ Defendant

Has the opposing party been verbally notified of this motion?  ⊗ Yes    ○ No

Comes now the undersigned affiant and moves the court to:

○ Enter a Not Guilty Plea   ○ Waive Time for Trial        ○ Interpreter required (*Language:_____*)
○ Continue Sentence Date   ○ Continue Trial Date          ○ Continue Arraignment Date
○ Dismiss Charge           ○ Amend Charge                 ○ Forfeit Bail
⊗ Other: **Order to Show Cause**                          ○ Change of Plea

is relief is sought for the following reasons: __Judge Mcarthy granting motion filed for Production Of__
Documents by Lance Delon Alvarado in order to file taxes
r 2011, Mr. Alvarado again attempting to take leave of court, sending Jacqueline Alvarado text
questing said documents be sent by mail, has continued to ignore motion granting production to Defendant, Mr. Alvarado text
cqueline Alvarado of intent to file this Order Showing Cause if said Neglect continued, in response Mr Alvarado received letter
arding complaint filed by Jacqueline Alvarado in regards to a violation of protection order issued by Master Edmonson Dec 8
11, allowing text comunication in regards to children and personal belongings. Said documents being personal belongings of
Mr Alvarado, who offered to pay mailing costs, yet is in fear of Sparks Police to request an officer to keep the peace for personal
ieval of documents needed. Requesting ORDER TO SHOW CAUSE be granted having said documents released to Defendant

uthorization to Represent  ○ Has    ○ Has not been filed.  *(Authorization to Represent must be filed within 10 days.)*

## AUTHORIZATION TO REPRESENT

t Applicable _____, in accordance with NRS 178.388, hereby designate my attorney, **Not Applicable**

sent me in all proceedings in the Sparks Municipal Court in the above captioned matter.

: _____   SIGNED : **Not Applicable**
                                  *(Defendant)*

                                  _____
                                  *(Attorney)*

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

Jacqueline Dawn Alvarado )
_____ )
_____ )
          vs.          )
Lance Delon Alvarado   )
_____ )
_____ )
_____ )

| FAMILY COURT MOTION/OPPOSITION NOTICE (REQUIRED) |
| --- |
| CASE NO.    FV11-04096 |
| DEPT. NO.    DM 1 |

**NOTICE:**    THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B or 125C of NRS <u>and</u> to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
| --- | --- | --- | --- |
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial <u>and</u> the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date:  Aug __ 2012        Signature: _____

Print Name:    Lance Delon Alvarado

Print Address:    155 Staci Way Sun Valley Nv 89433

Telephone Number:    (775) 830-9417

*[handwritten:]* Clerk who filed motion this day moved This page being only on the Page off option clearly Says from submission other Filed Request Filed removed divider Tabs

Rev. 10/24/2002

## AFFIRMATION

Lance Delon Alvarado _____, hereby solemnly swear (affirm) and declare that the above statements are true to the best of my knowledge, belief, and made in good faith and not merely for delay.

DATED: _July 26-2012_     SIGNED: _Z D_

<div align="right">*(Defendant / Attorney)*</div>

## ORDER

Good cause appearing, it is hereby ordered this motion be: ○Granted  ○Denied  ○Other _____

_____

DATED: _____     SIGNED : _____

<div align="right">*MUNICIPAL COURT JUDGE*</div>

*Revised 3/10/05   l:worddocuments/Motion Template.doc*

ADV Exhibit 3   Page 2 of 2

1   Code: **3880**

2   Name: __Lance Delon Alvarado__

3   Address: __155 Staci Way__
    __Sun Valley Nv 89433__

4   Telephone: __(775)830-9417__

5   Appearing in Proper Person

FILED

2012 OCT -1 AM 1:39

JOEY ORDUNA HASTINGS
CLERK OF THE COURT
BY___A. Croghan___
DEPUTY

6                    IN THE FAMILY DIVISION

7   OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

8                  IN AND FOR THE COUNTY OF WASHOE

9

10  Jacqueline Dawn Alvarado
    _____
                   Plaintiff

11          vs.                          Case No. __FV11-04096__

12  Lance Delon Alvarado
    _____          Dept. No. __DM1__
                   Defendant

13  _____/

14  **RESPONSE ~~TO SUPPLEMENT~~ TO APPLICANT'S ORDER TO SHOW CAUSE**

15

16      I, __Lance Delon Alvarado_____ appearing in Proper Person, respond to
                (Your Name)

17

18  the Motion filed by __Jacqueline Dawn Alvarado__ on __SEPTEMBER 20 2012__
                         (Other Party's Name)            (Date Motion was filed)

19

20  as follows:

21  | *Explain specifically why you oppose or why you agree with the Motion or Request. If you agree with one part but disagree with another part of the Motion or Request, explain that also.* |
    |---|

22

23  ADVERSE PARTY LANCE DELON ALVARADO HEREBY RESPONDS WITH COUNTERCLAIM TO A MOTION FOR AN ORDER TO

24  SHOW CAUSE FILED SEPTEMBER 20 2012 BY CAROLYN STERNICHT OF WASHOE LEGAL SERVICES ON BEHALF OF

25  APPLICANT NAMED ABOVE JACQUELINE DAWN ALVARADO

26                  AFFIRMATIVE DEFENSE OF POINTS AND AUTHORITIES

27  SEC I   ADVERSE PARTY AFFIRMS PROCEDURAL HISTORY IN PART

28  ADVERSE PARTY AFFIRMS IN PART  COUNSEL'S CLAIM OF ACTING IN THE BEST INTEREST OF JUDICIAL ECONOMY

SEC II   ADVERSE PARTY AFFIRMS SENDING TEXT MESSAGES TO APPLICANT REGARDING CHILDREN AND PERSONAL

BELONGINGS IN PART.

(a)   APPLICANTS EXHIBITS CONFIRM SUBJECT MATTER REGARDING EPO SEC 12 (d,e)  AND COMPLY TO NRCP 9(d)

(b)  NOTICE (NRS 104.1202  Notice)  UNAUTHORIZED SIGNATURES OF DATES AND TIMES WITHIN APPLICANTS EXHIBITS

ENTERED. (EXAMPLE EXHIBIT 1 SENT JUNE 29,  7:19PM) ALTERATION OF TEXT MESSAGES SENT CONSTITUTES FURTHER

PURGERY AND FRAUD

(c)   APPLICANT USING TEXT MANIPULATION (EXAMPLE "SNAPSHOT")  OR OTHER FRAUDULENT MEANS IN RETALIATION,

GAIN ADVANTAGE, FURTHER SANCTION  AND/OR DELAY UPCOMING CASE MANAGEMENT CONFERENCE.

(d)   ADVERSE PARTY SHOWING GOOD CAUSE AND IN TRUE INTEREST OF JUDICIAL ECONOMY AND IN THE BEST

INTEREST OF APPLICANT, ADVERSE PARTY GIVING APPLICANT OPPORTUNITY TO WITHDRAWL MOTION TO SHOW CAUSE

FILED SEP 20 2012 PRIOR TO HEARING OCTOBER 17 2012 , BRINGING EVIDENCE IN SUPPORT NRS 719.320  NRS 719.330 [3(2d)]

SEC III  ADVERSE PARTY AFFIRMS. PARTIES ARE GIVEN RIGHTS UNDER NRS 22.040.

(If you need more room you may attach additional sheets of paper.  Be sure you write only on one side of the paper.)

I _____DO_____ request a hearing on this matter.
         (Do or Do Not)

> **If a hearing is requested, please state why you believe a hearing is necessary.**

APPLICANT'S ATTORNEY NOT ACTING IN GOOD FAITH OR FOR JUDICIAL ECONOMY BY BRINGING MOTION INTENDING MAYHEM AND IS AD LITEM  MALUM IN SE TO ATTAIN FEES FOR PRO BONO REPRESENTATION AND GAIN ADVANTAGE OVER ADVERSE PARTY IN UPCOMING CASE MANAGEMENT CONFERENCE
APPLICANT INCLUDING AFFILIATES NAMED THRU OUT CONTINUE TO CAUSE ADVERSE PARTY'S  DAMAGES TO ACCUMULATE AND EXCEED WELL OVER $10,000. IN EFFORTS TO ATTAIN APPLICANT A DEFAULT JUDGEMENT FOR DIVORCE.

This document does not contain the Social Security Number of any person.

I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is true and correct.

DATED this _29_ day of _September_ , 20 _12_ .

_____
(Your Signature)

_____
Lance Delon Alvarado
(Your Printed Name)

1  ADVERSE PARTY DENIES BEING IN CONTEMPT OF COURT ORDER ISSUED DECEMBER 8 2011 OR ITS

2  MODIFICATION JULY 23 2012, GRANTING MOTION IN PART AFFECTING VISITATION, EPO SEC

3  12(a,b) CLEARLY STATING, IT IS FURTHER ORDERED THAT ALL PRIOR ORDERS NOT MODIFIED BY

4  THIS ORDER REMAIN IN EFFECT. ALLOWING TEXT COMMUNICATION BETWEEN PARTIES WITHIN

5  SUBJECT MATTER TO REMAIN

6  EPO SEC 12(d,e).    NRS 123.080 NRS 123.110 **NRS 189.007(3)** NRS 194.010(4)

8  SEC IV    APPLICANT HAS DENIED GRANDMOTHER VIRGINIA MAY BLACK ANY CONTACT WITH

9  CHILDREN IN COMMON IN ADDITION TO ADVERSE PARTY. INQUIRING AS TO THE CHILDREN'S

10  INTEREST IN ATTENDING RELIGIOUS SERVICES, AND/ORHER PRESENCE REQUESTED FOR HAIRCUTS,

11  NO RESPONSE WAS RECIEVED. MS. BLACK AGREES TO TESTIFY BY PHONE (775)830-9417 (DAYS

12  OFF ARE WED AND THURS), BY LETTER, OR APPEAR AND TESTIFY IF REQUIRED BY COURT.

14  SEC V    ADVERSE PARTY SHOWING COMPLIANCE TO EPO ISSUED DECEMBER 8 2011, MODIFIED JULY

15  23 2012, APPLICANTS EXHIBITS SUBMITTED WITH MOTION FOR ORDER TO SHOW CAUSE FILED

16  SEPTEMBER 20 2012. ADVERSE PARTY DENIES IN PART DATES AND TIMES TEXT BEING SENT WITHIN

17  APPLICANTS NEXHIBITS SUBMITTED.

18  (a)  ADVERSE PARTY MOVES TO STRIKE COMPLAINT AND CONTEMPT PROCEEDINGS AGAINST ADVERSE

19  PARTY IN UPCOMING CASE MANAGEMENT CONFERENCE FOR DIVORCE SET FOR OCT 17 2012  CASE#

20  DV12-01286.

21  (b)    ADVERSE PARTY CONTESTS GRANTING FEES TO WASHOE LEGAL SERVICES FOR COSTS

22  RESULTING FROM MOTION FOR ORDER TO SHOW CAUSE FILED SEPTEMBER 20 2012.

23  (c)  ADVERSE PARTY MOVES TO DISMISS APPLICANTS MOTION FILED SEPTEMBER 20 2012 AND

24  SANCTION APPLICANT FROM FUTURE MISCONDUCT. **NRS 189.007(3)**  NRCP 11(c)

26                          COUNTER CLAIM

27  I   ADVERSE PARTY SUFFERS FROM INCLUDING BUT NOT LIMITED TO, CONTINUED DURESS, FEAR,

LOSS, BIAS, DEFAMATION OF CHARACTOR AND SLANDER BY NUMEROUS FALSE ACCUSATIONS AND

1    FRIVILOUS COMPLAINTS BY APPLICANT AND AFFILIATES ALLEDGING EPO VIOLATIONS COMMITTED,

2    BEING COERCED TO CONTINUALLY DEFEND HIS RIGHTS IN NUMEROUS COURTS, DETAINED BY

3    INCARSERATION, PREPERATION AND DRAFTING RESPONCES, COUNTER MOTIONS, AND PLEAS BEING

4    DENIED, ADVERSE PARTY CONTINUALLY RESTRAINED FROM SEEKING VISITATION, EMPLOYMENT,

5    SECURITY, HAPPINESS, AND FREEDOM, TO PURSUE TRUE SUBJECT MATTER BEING OBVIOUSLY

6    AVOIDED, THE PARTIES DIVORCE.

7

8    II   ADVERSE PARTY ENDURING POVERTY, ABATEMENT AND OPPRESSION THRU WRONGFUL

9    IMPRISONMENT, MALICIOUS PROSECUTION USING THREATS AND INTIMIDATION BY WAY OF EXCESSIVE

10    PUNISHMENTS GIVEN IF CONTESTATION OF CONVICTION CONTINUED, SANCTIONS IMPLIMENTED BY

11    APPLICANT AND/OR EMPLOYER USING AFFILIATES, TOWNSHIPS AND DEPARTMENTS WITHIN, WASHOE

12    COUNTY AND THE STATE OF NEVADA RENDERING AIDE AND ABEDDING APPLICANT USING FRIVILOUS

13    AND PURGED STATEMENTS IN COMPLAINTS, ALLOWING UNDER PRETENCE, APPLICANT A DISOLUTION

14    OF MARRIAGE, CUSTODY, ALL ASSETS, COMMUNITY AND REAL PROPERTY WITHIN SINCE DECEMBER 8

15    2011 TO DATE, BY THE AWARD OF AN EXTENDED ORDER FOR PROTECTION WITHOUT CAUSE OR MERIT.

16    THE ABUSE OF DESCRETION AND NEGLECT OF EXCEPTIONS, INCLUDING BUT NOT LIMITED TO THE

17    STATEMENTS ABOVE AND REFFERRAL TO MRS. JACQUELINE DAWN ALVARADO AS MS. ALVARADO,

18    WITHIN REPORTS FILED AND HEARINGS HELD IN A DOMESTIC VIOLENCE FORUM. ADMITTED BY

19    APPLICANT WITHIN APPLICATION FILED NOVEMBER 8, 2011, THAT NO THREATS OF VIOLENCE EVER

20    OCCURRED. WHEN DIVORCE COURT AND DIVISION OF PROPERTY REAL AND COMMUNITY BEING THE

21    THREATS OF LIFE CHANGING EVENTS APPLICANT REFFERRED TO, AND ALWAYS HAS BEEN THE PROPER

22    SUBJECT JURASTICTION OF BOTH PARTIES. YET CONTINUE USING FUNDING FOR VICTIMS OF

23    DOMESTIC VIOLENCE IN A MISAPROPRIATED AND FRAUDULENT MANNER, IN EFFORT TO AWARD

24    APPLICANT A DEFAULT JUDGEMENT FOR DIVORCE.    NRS 123.080(4) **NRS 189.007(3)**

25

26    III   ADVERSE PARTY INCLUDING BUT NOT LIMITED TO PRAYS FOR SANCTIONS ON APPLICANT AND

27    AFFILIATES FROM FURTHER FRIVILOUS COMPLAINTS AND FRAUDULENT CLAIMS OF DOMESTIC

28    VIOLENCE OR CONTEMPT OF COURT ON ANY PERSONS TO CONTINUE, THAT LACK MERIT.

IV    TO ACCOUNT FOR ANY PURGED STATMENTS RECORDED AND IGNORED, PURPOSEFUL ADMISSION

OF DOCUMENTARY, DEMONSTRATIVE, AND FRAUDULENT EVIDENCE, OMITTING ADVERSE PARTY'S

DEFENSE, RULING SOLEY IN SUPPORT OF APPLICANTS CLAIMS, WITH CONTINUED GROSS

NEGLIGENCE, ABUSE OF DISCRETION, INTRINSIC AND EXTRINSIC FRAUD BEING ALLOWED,

CONSTANTLY NEGLECTING ADVERSE PARTY'S INALEABLE RIGHTS RESULTING IN FORMA PAUPERIS

STATUS AND SUBSTANTIAL LOSS INCLUDING BUT NOT LIMITED TO A PERSONS HOME, CHILD CUSTODY

AND VISITATION, RETENTION OF EQUITABLE INTEREST, DIVISION OF COMMUNITY PROPERTY BY

JUDICIAL FRAUD AND COLLATERAL ESTOPPEL.

V    ADVERSE PARTY ACTING PRO PER PRAYS FOR TREBLE DAMAGES AWARDED FOR THE COSTS IN

INCURRED, MEANT FOR RETALIATION AND/OR TO FRAUDULENTLY APPROPRIATE FEES AND COSTS, BY

HINDERING, DELAYING, DEFFERING, CRIMINALIZING, ABATING, PROLONGING, HARRASSING,

DEFACATION OF ADVERSE PARTY'S CHARACTOR, TO GAIN ADVANTAGE AND/OR ESTOPPEL OF PENDING

AND/OR FUTURE ACTIONS FOR RELIEF BY ADVERSE PARTY, INCLUDING BUT NOT LIMITED TO THE

TRUE SUBJECT MATTER, PARTIES DIVORCE AND CASE MANAGEMENT CONFERENCE TO BE HEARD

OCTOBER 17 2012.

<div align="center">CONCLUSION</div>

ADVERSE PARTY HAS CONTINUALLY BEEN COOERSED TO DEFEND ACTIONS TAKEN SINCE HEARING

HELD DECEMBER 8 2011 ISSUING EXTENDED ORDER FOR PROTECTION, REMINDING THE COURT

REGARDING ADVERSE PARTY'S RESPONSE FILED NOVEMBER 23 2011. SAID ABUSE AND NEGLECT OF

PERSONAL AND FINANCIAL ISSUES AFFECTING CHILDREN BY APPLICANT'S CONTINUED COMPLAINTS

AND IGNORANCE OF COMMUNICATION FOR RESOLUTION CONTINUE.

ADVERSE PARTY CAN DOCUMENT SUBSTANTIAL NUMBERS OF RULES UNDER NRCP, NRS, CASE LOGS

AND TREATIES, TO ARGUE, PLEA, COUNTER AND COMPLAIN, WITH GOOD CAUSE, IN SUPPORT OF

AFFIRMATIVE DEFENSE ON ALL ISSUES ARGUED. ACTING IN PROPER PERSON ADVERSE PARTY LANCE

DELON ALVARADO CONTINUES BEING VICTIM OF ABUSE OF PROCESS WITH JUDICIAL BIAS AND

DISREGARD TO JUSTICE BEING EQUALLY ADMINISTERED.

1    ADVERSE PARTY PLEAS TO ALL INVOLVED TO STOP CRIMINALIZING INNOCENT PERSONS FOR

2  JUSTIFICATION OF ACTIONS TAKEN, WASTING THE VALUABLE RESOURCES ALLOTED FOR THE TRUE

3  VICTIMS OF DOMESTIC VIOLENCE. THESE FUNDS ARE NOT INTENDED FOR THOSE SEEKING TO LINE

4  THEIR POCKETS WITH CORPRATE DISCOUNTS FOR SERVICES RENDERRED AND FEDERAL FUNDING

5  GRANTED.

6

7  INCLUDING BUT NOT LIMITED TO

8

9  CSN ARTICLE 1 SEC 1[8(4,5), 9 ,14, 15, 20, 21], NRS 12.010 NRS 12.015 NRS 12.110 **NRS**

10  **12.105 NRS 22.010(7) NRS 18.010(2(b) NRS 123.080 NRS 179.245(4) NRS 179.255 NRS**

11  **189.007(3) NRS 194.010(4)   NRS 719.320   NRS 719.330[3(c)] NRS 197.160 NRS 197.180 NRS**

12  **197.200 NRS 197.210, NRCP RULE 11(c)**

13

14    INCLUDING BUT NOT LIMITED TO

15

16   United States v. Throckmorton, 98 U.S. 61, 66, 25 L.Ed. 93 (1878).   See Savage v.

17  Salzmann, 88 Nev. 193, 195, 495 P.2d 367, 368 (1972) (citing Throckmorton and noting

18  that fraud on the court involves situations where, as a result of the fraud, a "party

19  is kept away from the court by . such conduct as prevents a real trial upon the issues

20  involved").

21

22    Libe NRS 200.460 NRS 200.510 NRS 12.110 Libel v. Libel, 5 Kan.App.2d 367, 616 P.2d

23  306 (1980) UFTA 3439.04, subd. (a).)

24

25   **IN RE: Complaint as to the CONDUCT OF Bruce E. HUFFMAN**

26  **IN RE: Complaint as to the CONDUCT OF Bruce E. HUFFMAN, Accused.**

27  **(OSB 94-187; SC S43743)**

28 **Argued and Submitted Jan. 5, 1998. -- May 27, 1999**

1

2    The Bar alleged that the accused's conduct, described in the first cause of

3    complaint, violated Code of Professional Responsibility Disciplinary Rule (DR) 1-

4    102(A)(4) (prohibiting conduct prejudicial to the administration of justice), DR 7-

5    102(A)(1) (prohibiting a lawyer from taking legal action if the lawyer knows or when

6    it is obvious that such action merely would serve to harass or maliciously injure

7    another), and DR 7-102(A)(2) (prohibiting a lawyer from knowingly advancing an

8    unwarranted claim or defense).

9

10    Fair v. Tampa Electric Co., 158 Fla. 15, 18, 27 So.2d 514, 515 (1946).    See Black's

11    Law Dictionary 595 (rev. 5th ed.1979).    In other words, extrinsic fraud occurs where

12    a defendant has somehow been prevented from participating in a cause.

13

14    Intrinsic fraud, on the other hand, applies to fraudulent conduct that arises

15    within a proceeding and pertains to the issues in the case that have been tried or

16    could have been tried.    This Court . has expressly held that false testimony given in

17    a proceeding is intrinsic fraud.

18    We have stated that [i]f a judgment was obtained upon false testimony or a fraudulent

19    instrument and the parties were heard, the evidence submitted to and received

20    consideration by the court, then it may be said that the matter has been actually

21    tried, or was so in issue that it might have been tried and the parties are estopped

22    to set up an intrinsic or direct fraud to vitiate the judgment, because the judgment

23    is the highest evidence and cannot be contradicted by the parties to it.

24

25    Johnson v. Wells, 72 Fla. 290, 299, 73 So. 188, 191 (1916) (citation omitted).

26

27

28

**SECOND JUDICIAL DISTRICT COURT**
**COUNTY OF WASHOE, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

RESPONSE TO MOTION ORDER TO SHOW CAUSE

FILED SEPTEMBER 20 2012

(Title of Document)

filed in case number:___FV11-04096_____

☑ Document does not contain the social security number of any person

**-OR-**

☐ Document contains the social security number of a person as required by:

☐ A specific state or federal law, to wit:

_____
(State specific state or federal law)

**-or-**

☐ For the administration of a public program

**-or-**

☐ For an application for a federal or state grant

**-or-**

☐ Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date:___SEPTEMBER 29 2012_____        _____
                                            (Signature)

                                            ___LANCE DELON ALVARADO___
                                            (Print Name)

                                            ___ACTING PRO PER___
                                            (Attorney for)

Affirmation
Revised December 15, 2006

IN THE FAMILY DIVISION OF THE SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF WASHOE
* * *

Jacqueline Dawn Alvarado )
_____ )
_____ )
vs. )
Lance Delon Alvarado )
_____ )
_____ )
_____ )

| FAMILY COURT |
| :---: |
| MOTION/OPPOSITION NOTICE |
| (REQUIRED) |

| CASE NO. | FV11-04096 |
| :--- | :--- |
| DEPT. NO. | DM 1 |

**NOTICE:** THIS MOTION/OPPOSITION NOTICE **MUST BE ATTACHED AS THE
LAST PAGE** to every motion or other paper filed pursuant to chapter 125, 125B
or 125C of NRS <u>and</u> to any answer or response to such a motion or other paper.

| A. | Mark the CORRECT ANSWER with an **X**. | YES | NO |
| :--- | :--- | :---: | :---: |
| | **1.** Has a final decree or custody order been entered in this case? If **yes**, then continue to Question 2. If **no**, you do not need to answer any other questions. | | X |
| | **2.** Is this a motion or an opposition to a motion filed to change a final order? If **yes**, then continue to Question 3. If **no**, you do not need to answer any other questions. | | |
| | **3.** Is this a motion or an opposition to a motion filed only to change the amount of child support? | | |
| | **4.** Is this a motion or an opposition to a motion for reconsideration or a new trial <u>and</u> the motion was filed within 10 days of the Judge's Order? | | |
| | **IF** the answer to Question 4 is **YES**, write in the <u>filing date</u> found on the front page of the Judge's Order. | Date | |
| B. | If you answered **NO** to either Question 1 or 2 or **YES** to Question 3 or 4, you are <u>exempt</u> from the $25.00 filing fee. However, if the Court later determines you should have paid the filing fee, your motion will <u>not</u> be decided until the $25.00 fee is paid. | | |

I affirm that the answers provided on this Notice are true.

Date: _Sept 29, 2012_      Signature: _____

Print Name:   Lance Delon Alvarado

Print Address:   155 Staci Way Sun Valley Nv 89433

Telephone Number:   (775) 830-9417

Rev. 10/24/2002

# Washoe County Jail

## Inmate Booking Information Form

| Jail ID# | Booking No | Soc | MNI | Booking Date | Booking Time |
|---|---|---|---|---|---|
| P-112182 | 12-17292 | 7941 | 1054166 | 10/20/2012 | 09:14 |

**Name**
ALVARADO, LANCE

**Booking Name**
ALVARADO, LANCE

| Address | | City | State | ZIP Code |
|---|---|---|---|---|
| 155 STACI WY | | SUN VALLEY | NV | 89433 |

| Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| WHITE | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | | | | | |

**DOB**
12/16/1972

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| CONSTRUCTION | UNEMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | 10/20/2012 | 08:12 |

**Vehicle Stored At:**
NA

## Charge 1

| NOC/Charge | Charge Literal | | Level |
|---|---|---|---|
| 52909 | CONTEMPT OF COURT | 5005NV | M |

| Court | OCA # |
|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | |

| Warrant No | Warrant Agency |
|---|---|

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| | | | FV11-04096 |

**Remarks**
TO SERVE 10 C/S SAT FROM 0800-2000HRS,& FINAL SAT FROM 0800-1200.

0/27(WK#2)INCOMPLETE-1 HOUR CTS TO BE APPLIED TO FINAL(11TH), ADDED

WKND**IN 12/15/12 @0800 HRS**OUT 12/15/12 @2000HR**2 WKNDS REMAIN**

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $0.00 | $0.00 |

| Printed At | | |
|---|---|---|
| 2/15/2012 08:58:01 | | Page 1 of 1 |

shoe County Jail

Inmate Release Information Form

| Booking Name | Jail ID# | Booking No | Booking Date | Booking Time |
|---|---|---|---|---|
| ALVARADO, LANCE | P-112182 | 12-17292 | 10/20/2012 | 09:14 |

| NI | Fac | Unit | Cell | Rls Reason | Release Date | Rels Time |
|---|---|---|---|---|---|---|
| 054166 | WC | H07 | 44 | DEFAULT RELEASE REASON AT BOOK IN | | |

## Charge 1

| Authority | NOC/Charge | Charge Literal | PCN |
|---|---|---|---|
| UNDSEN | 52909 | CONTEMPT OF COURT | |

| Court |
|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY, ONE SOUTH SIERRA ST, RENO, NV 89520 |

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| | | WEEKENDER RELEASE |

| Disposition Date | Disp Time |
|---|---|
| 10/20/2012 | 20:34 |

| Remarks |
|---|
| 9.5 DYS WCJ-TO SERVE 10 C/S SATURDAYS FROM 0800 TO 2000HRS,AND FINAL |
| SAT FROM 0800 TO 1200 STARTING ON 10/20/12. WKND#3 - IN:11/03/12 @ |
| 0800HRS, OUT 11/03/12 @ 2000HRS. NOTE TO COURTS-SEE FILE LJB1910. |

If I am released on my Own Recognizance, or by bail posted, I hereby
promise to appear in the Court, and on the date and time, that are shown
on the charges indicated above with the court name, address, appearance
date, and appearance time printed with each.  I am fully aware that my
Failure to Appear to any of the above mentioned dates will result in my
arrest, and an additional charge being placed against me.  If I should
leave the Court's Jurisdiction, I hereby waive all rights and any formal
requirements that relate to extradition proceedings; and further, I will
be responsible for any and all expenses relating to my return to this
jurisdiction.

I further acknowledge that I understand that any Court of competent
jurisdiction may revoke this order of release without bail, without
notice, and may order me into custody or require me to furnish bail, or
otherwise, in order to ensure my appearance.

Release Prepared By     _____

Defendant's Signature   _____

Sergeant's Signature    _____

Washoe County Jail

# Inmate Release Information Form

| Booking Name | | | | Jail ID# | Booking No | Booking Date | Booking Time |
|---|---|---|---|---|---|---|---|
| ALVARADO, LANCE | | | | P-112182 | 12-17292 | 10/20/2012 | 09:14 |

| MNI | Fac | Unit | Cell | Rls Reason | | Release Date | Rels Time |
|---|---|---|---|---|---|---|---|
| 1054166 | WC | H07 | 36 | DEFAULT RELEASE REASON AT BOOK IN | | | |

## Charge 1

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| UNDSEN | 52909 | | CONTEMPT OF COURT | |

| Court |
|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY, ONE SOUTH SIERRA ST, RENO, NV 89520 |

| Bail Amount | Rels Condition |
|---|---|
| | |

| Court Date | Court Time | Disp Type |
|---|---|---|
| | | WEEKENDER RELEASE |

| Disposition Date | Disp Time |
|---|---|
| 10/20/2012 | 20:34 |

Remarks

9.5 DYS WCJ-TO SERVE 10 C/S SATURDAYS FROM 0800 TO 2000HRS,AND FINAL SAT FROM 0800 TO 1200 STARTING ON 10/20/12. WKND#3 - IN:11/11/12 @ 0750HRS, OUT 11/11/12 @ 1950HRS. NOTE TO COURTS-SEE FILE LJB1910.

If I am released on my Own Recognizance, or by bail posted, I hereby promise to appear in the Court, and on the date and time, that are shown on the charges indicated above with the court name, address, appearance date, and appearance time printed with each.  I am fully aware that my Failure to Appear to any of the above mentioned dates will result in my arrest, and an additional charge being placed against me.  If I should leave the Court's Jurisdiction, I hereby waive all rights and any formal requirements that relate to extradition proceedings; and further, I will be responsible for any and all expenses relating to my return to this jurisdiction.

I further acknowledge that I understand that any Court of competent jurisdiction may revoke this order of release without bail, without notice, and may order me into custody or require me to furnish bail, or otherwise, in order to ensure my appearance.

Release Prepared By _____

Defendant's Signature _____

Sergeant's Signature _____

## Inmate Booking Information Form

| Jail ID# | Booking No | Soc | MNI | Booking Date | Booking Time |
|---|---|---|---|---|---|
| P-112182 | 12-17292 | 7941 | 1054166 | 10/20/2012 | 09:14 |

**Name**
ALVARADO, LANCE

**Booking Name**
ALVARADO, LANCE

| Address | City | State | ZIP Code |
|---|---|---|---|
| 155 STACI WY | SUN VALLEY | NV | 89433 |

| Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| WHITE | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | | | | | |

**DOB**
12/16/1972

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| CONSTRUCTION | UNEMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | 10/20/2012 | 08:12 |

**Vehicle Stored At:**
NA

## Charge 1

| NOC/Charge | Charge Literal | | Level |
|---|---|---|---|
| 52909 | CONTEMPT OF COURT | 5005NV | M |

| Court | OCA # |
|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | |

| Warrant No | Warrant Agency |
|---|---|
| | |

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| | | | FV11-04096 |

**Remarks**
9.5 DYS WCJ-TO SERVE 10 C/S SATURDAYS FROM 0800 TO 2000HRS,AND FINAL
SAT FROM 0800 TO 1200 STARTING ON 10/20/12. WKND#3 - IN:11/17/12 @
0800HRS, OUT 11/17/12 @ 2000HRS. NOTE TO COURTS-SEE FILE LJB1910.

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $0.00 | $0.00 |

| Printed At | | Page 1 of 1 |
|---|---|---|
| 1/17/2012 08:37:24 | | |

Washoe County Jail

# Inmate Booking Information Form

| Jail ID# | Booking No | Soc | MNI | Booking Date | Booking Time |
|---|---|---|---|---|---|
| P-112182 | 12-17292 | 7941 | 1054166 | 10/20/2012 | 09:14 |

**Name**
ALVARADO, LANCE

**Booking Name**
ALVARADO, LANCE

| Address | City | State | ZIP Code |
|---|---|---|---|
| 155 STACI WY | SUN VALLEY | NV | 89433 |

| Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| WHITE | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | 1 | | | | |

**DOB**
12/16/1972

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| CONSTRUCTION | UNEMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | 10/20/2012 | 08:12 |

**Vehicle Stored At:**
NA

## Charge 1

| NOC/Charge | Charge Literal | | Level |
|---|---|---|---|
| 52909 | CONTEMPT OF COURT | 5005NV | M |

| Court | OCA # |
|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | |

| Warrant No | | Warrant Agency |
|---|---|---|
| | | |

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| | | | FV11-04096 |

**Remarks**
9.5 DYS WCJ-TO SERVE 10 C/S SATURDAYS FROM 0800 TO 2000HRS,AND FINAL

SAT FROM 0800 TO 1200 STARTING ON 10/20/12. WKND#6 - IN:11/24/12 @

0800HRS, OUT 11/24/12 @ 2000HRS. NOTE TO COURTS-SEE FILE LJB1910.

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $0.00 | $0.00 |

| Printed At | | |
|---|---|---|
| 11/24/2012 08:22:29 | | Page 1 of 1 |

# Washoe County Jail

## Inmate Booking Information Form

| Jail ID# P-112182 | Booking No 12-17292 | Soc 7941 | | MNI 1054166 | Booking Date 10/20/2012 | Booking Time 09:14 |
|---|---|---|---|---|---|---|

**Name**
ALVARADO, LANCE

**Booking Name**
ALVARADO, LANCE

| Address 155 STACI WY | | City SUN VALLEY | State NV | ZIP Code 89433 |
|---|---|---|---|---|

| Race WHITE | | Sex M | Height 6'01" | Weight 240# | Hair Color BRO | Eye Color BRO |
|---|---|---|---|---|---|---|

| Total Charges 1 | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|

**DOB**
12/16/1972

| Place Of Birth City SACRAMENTO | Place Of Birth State CALIFORNIA |
|---|---|
| Occupation CONSTRUCTION | Employer UNEMPLOYED |

| Arrest Agency SECOND JUDICIAL DISTRICT COURT FAMILY | Arrest Date 10/20/2012 | Arrest Time 08:12 |
|---|---|---|

**Vehicle Stored At:**
NA

## Charge 1

| NOC/Charge 52909 | Charge Literal CONTEMPT OF COURT | 5005NV | Level M |
|---|---|---|---|

| Court SECOND JUDICIAL DISTRICT COURT FAMILY | OCA # |
|---|---|

| Warrant No | Warrant Agency |
|---|---|

| PCN | Bail Amount | Bail Type | Court Case No FV11-04096 |
|---|---|---|---|

**Remarks**
9.5 DYS WCJ-TO SERVE 10 C/S SATURDAYS FROM 0800 TO 2000HRS,AND FINAL SAT FROM 0800 TO 1200 STARTING ON 10/20/12. WKND#6 - IN:12/1/12 @ 0757HRS, OUT 12/1/12 @ 1957HRS. NOTE TO COURTS-SEE FILE LJB1910.

## TOTALS

| Bail Fees $0.00 | Total Fees for All Current Charges $0.00 |
|---|---|

## ...shoe County Jail

## ...mate Booking Information Form

| D# 112182 | Booking No 12-17292 | Soc 7941 | | MNI 1054166 | Booking Date 10/20/2012 | Booking Time 09:14 |
|---|---|---|---|---|---|---|

| Name |
|---|
| ALVARADO, LANCE |

| Booking Name |
|---|
| ALVARADO, LANCE |

| Address 155 STACI WY | City SUN VALLEY | State NV | ZIP Code 89433 | |
|---|---|---|---|---|
| Race WHITE | Sex M | Height 6'01" | Weight 240# | Hair Color BRO / Eye Color BRO |

| Total Charges 1 | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|

| DOB 12/16/1972 |
|---|

| Place Of Birth City SACRAMENTO | Place Of Birth State CALIFORNIA |
|---|---|
| Occupation CONSTRUCTION | Employer UNEMPLOYED |

| Arrest Agency SECOND JUDICIAL DISTRICT COURT FAMILY | Arrest Date 10/20/2012 | Arrest Time 08:12 |
|---|---|---|

| Vehicle Stored At: NA |
|---|

## Charge 1

| NOC/Charge 52909 | Charge Literal CONTEMPT OF COURT | 5005NV | Level M |
|---|---|---|---|
| Court SECOND JUDICIAL DISTRICT COURT FAMILY | | OCA # | |
| Warrant No | Warrant Agency | | |
| PCN | Bail Amount | Bail Type | Court Case No FV11-04096 |

Remarks
SERVE 10 C/S SAT FROM 0800-2000HRS,& FINAL SAT FROM 0800-1200.

10/27(WK#2)INCOMPLETE-1 HOUR CTS TO BE APPLIED TO FINAL(11TH), ADDED

WKND. IN 12/08/12 @ 0800 HRS, OUT 12/08/12 @ 2000HRS. 3 WKNDS REMAIN

## TOTALS

| Bail Fees $0.00 | Total Fees for All Current Charges $0.00 |
|---|---|

Washoe County Jail

## Inmate Release Information Form

| Booking Name | | | | Jail ID# | Booking No | Booking Date | Booking Time |
|---|---|---|---|---|---|---|---|
| ALVARADO, LANCE | | | | P-112182 | 12-17292 | 10/20/2012 | 09:14 |

| MNI | Fac | Unit | Cell | Rls Reason | | Release Date | Rels Time |
|---|---|---|---|---|---|---|---|
| 1054166 | WC | H07 | 51 | DEFAULT RELEASE REASON AT BOOK IN | | | |

## Charge 1

| Authority | NOC/Charge | | Charge Literal | PCN |
|---|---|---|---|---|
| UNDSEN | 52909 | | CONTEMPT OF COURT | |

Court
SECOND JUDICIAL DISTRICT COURT FAMILY, ONE SOUTH SIERRA ST, RENO, NV 89520

| Bail Amount | | Rels Condition | |
|---|---|---|---|
| | | | |

| Court Date | Court Time | Disp Type | |
|---|---|---|---|
| | | WEEKENDER RELEASE | |

| Disposition Date | Disp Time |
|---|---|
| 10/20/2012 | 20:34 |

Remarks
TO SERVE 10 C/S SAT FROM 0800-2000HRS,& FINAL SAT FROM 0800-1200.

10/27(WK#2)INCOMPLETE-1 HOUR CTS TO BE APPLIED TO FINAL(11TH), ADDED

WKND**IN 12/15/12 @0800 HRS**OUT 12/15/12 @2000HR**2 WKNDS REMAIN**


     If I am released on my Own Recognizance, or by bail posted, I hereby
promise to appear in the Court, and on the date and time, that are shown
on the charges indicated above with the court name, address, appearance
date, and appearance time printed with each.  I am fully aware that my
Failure to Appear to any of the above mentioned dates will result in my
arrest, and an additional charge being placed against me.  If I should
leave the Court's Jurisdiction, I hereby waive all rights and any formal
requirements that relate to extradition proceedings; and further, I will
be responsible for any and all expenses relating to my return to this
jurisdiction.
     I further acknowledge that I understand that any Court of competent
jurisdiction may revoke this order of release without bail, without
notice, and may order me into custody or require me to furnish bail, or
otherwise, in order to ensure my appearance.


Release Prepared By      _____

Defendant's Signature    _____

Sergeant's Signature     _____

| Printed At | | |
|---|---|---|
| 12/15/2012 16:19:27 | | Page 1 of 1 |

Washoe County Jail

## Inmate Booking Information Form

| Jail ID# | Booking No | Soc | MNI | Booking Date | Booking Time |
|---|---|---|---|---|---|
| P-112182 | 12-17292 | 7941 | 1054166 | 10/20/2012 | 09:14 |

| Name |
|---|
| ALVARADO, LANCE |

| Booking Name |
|---|
| ALVARADO, LANCE |

| Address | City | State | ZIP Code |
|---|---|---|---|
| 155 STACI WY | SUN VALLEY | NV | 89433 |

| Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| WHITE | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | | | | | |

| DOB |
|---|
| 12/16/1972 |

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| CONSTRUCTION | UNEMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | 10/20/2012 | 08:12 |

| Vehicle Stored At: |
|---|
| NA |

## Charge 1

| NOC/Charge | Charge Literal | | Level |
|---|---|---|---|
| 52909 | CONTEMPT OF COURT | 5005NV | M |

| Court | OCA # |
|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | |

| Warrant No | Warrant Agency |
|---|---|
| | |

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| | | | FV11-04096 |

| Remarks |
|---|
| TO SERVE 10 C/S SAT FROM 0800-2000HRS,& FINAL SAT FROM 0800-1200. |
| 10/27(WK#2)INCOMPLETE-1 HOUR CTS TO BE APPLIED TO FINAL(11TH), ADDED |
| WKND**IN 12/22/12 @0755 HRS**OUT 12/22/12 @1955HR**1 WKND REMAINS** |

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $0.00 | $0.00 |

| Printed At | | | |
|---|---|---|---|
| 12/22/2012 08:43:58 | | | Page 1 of 1 |

# Washoe County Jail
## Inmate Booking Information Form

| Jail ID# | Booking No | Soc | MNI | Booking Date | Booking Time |
|---|---|---|---|---|---|
| P-112182 | 12-17292 | 7941 | 1054166 | 10/20/2012 | 09:14 |

**Name**
ALVARADO, LANCE

**Booking Name**
ALVARADO, LANCE

| Address | City | State | ZIP Code |
|---|---|---|---|
| 155 STACI WY | SUN VALLEY | NV | 89433 |

| Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| WHITE | M | 6'01" | 240# | BRO | BRO |

| Total Charges | Unsentenced | Sentenced | Holds | State Hold | Federal Hold |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

**DOB**
12/16/1972

| Place Of Birth City | Place Of Birth State |
|---|---|
| SACRAMENTO | CALIFORNIA |

| Occupation | Employer |
|---|---|
| CONSTRUCTION | UNEMPLOYED |

| Arrest Agency | Arrest Date | Arrest Time |
|---|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | 10/20/2012 | 08:12 |

**Vehicle Stored At:**
NA

## Charge 1

| NOC/Charge | Charge Literal | | Level |
|---|---|---|---|
| 52909 | CONTEMPT OF COURT | 5005NV | M |

| Court | OCA # |
|---|---|
| SECOND JUDICIAL DISTRICT COURT FAMILY | |

| Warrant No | Warrant Agency |
|---|---|
| | |

| PCN | Bail Amount | Bail Type | Court Case No |
|---|---|---|---|
| | | | FV11-04096 |

**Remarks**
TO SERVE 10 C/S SAT FROM 0800-2000HRS,& FINAL SAT FROM 0800-1200.

10/27(WK#2)INCOMPLETE-1 HOUR CTS TO BE APPLIED TO FINAL(11TH), ADDED

WKND**IN 12/29/12 @0800 HRS**OUT 12/29/12 @1100HR** TIME SERVED

## TOTALS

| Bail Fees | Total Fees for All Current Charges |
|---|---|
| $0.00 | $0.00 |

| Printed At | | Page 1 of 1 |
|---|---|---|
| 12/29/2012 08:50:38 | | |

## Claim Notes - BYB 08-22-21

```
    WORK ITEM ID:  156890944   RESOLVED
10-26-2021 056J8713
    ASKEDD #01931399 RCVD: 09/08/21 SUBJ: BACKDATE EFF DATE DUE TO COV19
    RE: NO ACTION TAKEN, BACKDATE IN A PROCESS
10-07-2021 024J6727
    WORK ITEM ID-WHERE IS MY PAYMENT-155175785 COMPLETED.
09-23-2021 056J717K
    DE 1326C RETURNED BY P.O. DUE TO NO SUCH NUMBER'
     ROUTED TO FILE CABINET IN INFOIMAGE
09-06-2021 602UCLMT
    FO CH FR 8530 TO 9010
09-03-2021 857J7730
    TCFC RE ID NOT CONFIRMED. CUBS DOES NOT MATCH THE ADDRESS CLMT GIVES.
    HE IS IN NV. SAYS HE HAS NOT LIVED IN CA FOR 20 YRS. ID ME NOT ACCEPTI
    NG HIS NV LICENSE. ADVISED TO SEE OUR WEBSITE FOR INSTRUCTIONS OR USE
    DE1326C MAIL FORM.
09-02-2021 056J5053
    IRR DISQ RD MI 5 D1--PROVIDED AN UNACCEPTABLE PHOTO ID
09-02-2021 056J5053    (CONT)
    IRR DISQ RD MI 5 E1--FAILURE TO PROVIDE A SECONDARY DOCUMENT
09-02-2021 056J5053
    09/03/21 (08-22-21) D   IRR #0 DISQ, IRR #0 DISQ, 13:07, IDD:082221, L
    ANG 0, SAM.
08-24-2021 379J7122
    ID ALERT PROCESS INITIATED - DE1326C & DE1326CD MLD TO CLMT, DE1326ER
    MLD TO: N/A
08-22-2021 853J3296
    CLAIMANT IMMEDIATE SUPERVISOR'S NAME GEORGE PAINE
08-22-2021 853J3296
    ER  PH# (775) 674-2820
    WORK SITE ADDRESS WORK SITE ADDRESS IS THE SAME AS THE MAILING ADDRESS
08-22-2021 853J3296
    RESIDENCE ADDRESS SAME AS MAILING ADDRESS
    C/S USUAL OCCUPATION IS CAREGIVER
08-22-2021 853J3296
    CLAIMANT STATES NO OTHER NAME OR SSNS USED
    CLAIMANT OUTSIDE CA ID IS NV: 3200140928
08-22-2021 853J3296
    CLAIM FILED VIA DE 1101I
    CLAIMANT STATES SOCIAL SECURITY CARD HAS SAME NAME AS UI CLAIM
08-22-2021 853J3296
    DL FROM NV
08-22-2021 853J3296
    ID ALERT ACTION REQUEST DE 1101I TO 056
08-22-2021 853J3296
    1173 ISS EFTV DT 082221 ISSUES: VQ
    I WENT TO VISIT MY MOTHER AND COULD NOT RETURN DUE TO COVID.
08-22-2021 853J3296
    ISSUES:
    DE429PUA MAILED TO CLMT ON 08-25-2021, WBA: $167.00 MBA: $14,362.00,
    REDUCED  0 UI WEEKS, REDUCED  0 FED-ED WEEKS, PUA WEEKS = 86
```

107

IN PROPER PERSON
Lance Delon Alvarado
Mailing address
803 Evergreen #A
City of Wheatland
County of Yuba
California 95692
(775) 899-26389
delonlavlarado@gmail.com

# United States District Court For The Eastern District of California

## Case #_____

## Plaintiff's  Ex-Parte Declaration
### 4 pages

This Declaration is meant for every single person, citizen, soldier, or worker worldwide who are
currently performing and or judging others. To remember All!
Who either gave their life voluntarily or were forced into service for their individual part now being
used for or against any individual who is under no obligation or contract seeking no approval or
wealth for their own personal gain In Stature
Who are Under duress and pressured by Peers for Approval and in saying that  then are Played, Used,
or Given While In Performance for themselves performing and acting out of commitment to their
family and neighbors no matter the Government, Corporation, and or Religion while in that Service
and doing their individual Duty in their everyday life for the good of  their Country, and Family
whether or not they believed in the cause they volunteered for or were forced in argument or fighting,
or the individual who gave all While Alive and sacrificed the only thing left being their own end
**To know that they are Not and Never Will Be Forgotten!**

Only the End Seeking That Very Knowledge that Benefits All Life while leaders seek
answers while in service within their own trials. Answers of Origin in this known Universe,
extending and encompassing All Universes numbering in Infinity seemingly now awaiting
and on the **verge of Collapse**
Thus The End of Time and Existence as GOD KNOWS it is Forever coming near and will be
over just as fast as another life is started!

The Plaintiff is very aware and very knowledgeable voicing a feeling of concern as why to merit a
**coerced  filing** of **complaint** out of the very need of the promised **financial freedom** and cause

1
2
3
4
5

by those whom obviously fumbled distribution and being tardy in its accounting nor apologetic to those affected by their mishandling and appropriating out of greed and now being easily usurped and taken away after the Plaintiff's legal leap frog over the Superior Court of California whom eagerly joined in the illegal "insider corporate trading" of "trust funds" and now again being taken by corrupt greedy lawyers! Who advertise their help to assist and hurry aid efforts of Disaster relief funding to those wronged and still await! Is there no conscious left amongst State Employed Servants while they continue robbing and Intercepting Federal Funds while raising taxes on those they lie to while in service?

6
7
8

Wondering if the Plaintiff's sacrifices have closed any chance of his enjoyment of the **fruits of his labor only in seeking peace and harmony moving forward** or will it give rise to his **ability and clear the path?  Opening new experiences including a comfortable retirement that was usurped and lost long ago?**

9
10
11

Through and by way of the **Plaintiff's own actions when eyes remained shut and bodies openly continue to  deceive the American people and the** cultures it welcomes with open arms and then enslaved every day while in service!

12
13
14
15

By the **Plaintiff's own hands and without worry and doubt now questions honesty of his Government in its offer to compensate for its intrusion and honor his claim only to once again be handcuffed and fearing further jail and the slavery within after crying out for help that was ignored and used in the past to limit** the Plaintiff's **own ability to create wealth** and the **pride generated** from a **justly earned income** that **provides for his family** and again landing in another now **unfamiliar Courtroom**

16
17
18
19
20

Where Plaintiff has **lost all faith** of giving any such **credibility to any Court** after the Plaintiff's **abrogation** in former relations within the **state judicial courtroom** walls and their **version** of **justice** being only to **inflict cruelty** to **those whom are aware** of Judicial **abuses of discretion** and made known to All within those p**ast Records of Cases** when or **if ever reviewed** leaving no question of their **deceitful attempts to hide** their true intent to grab power! When in reality the Judicial Branch's only purpose is to **balance power** given to the **Executive and Legislative** branches of Government **not over throw** them

21
22
23

The **Plaintiff's own pursuit of happiness again stopped** after securing and **protecting** his own interests while being goaded into yet another **fight in a Courtroom** where Plaintiff's **own financial freedom was promised and is yet again dangled in front of him like meat to a starving dog while others around laugh and cheer!**

24
25

**Plaintiff Demanding the intent of this Court be given or its prejudice made known to the Plaintiff while awaiting the responses of unknown Parties after being served notice of the Plaintiff's Complaint?**

26
27
28

Plaintiff's honesty, in a venue full of legal fictions,  barricading any chance in his **moving forward** in that Pursuit **of happiness,  proving that such relief is only a fairy tale written to deceive and not promised in truth!**

**Promises again at risk of their deceitful nature being unveiled. What will the scholars keep or cast aside to hide the truths written in this Declaration?**

Plaintiff **does not seek** an open **blank check**
nor will any such
**satisfaction** be obtained with the **mere insignificant amount promised** within the Plaintiff's PUA Unemployment Insurance Complaint in **record** now **before the Court** after so long a wait with not even a penny given by the Unemployment Insurance or EDD to date!

**Insurance Corporate Power** that was used to rip apart the Plaintiff's family after **Plaintiff gave notice in an effort of protection and was indeed recorded. Plaintiff's intent to take legal action if the abuses to his wife continued in Nevada many years ago.** Where Insurance began to shower his wife and the Judicial Branch with riches and private investigations were hired and reigned upon the Plaintiff within State of Nevada and abroad!

**Nevada State Government and employees throughout cities, townships, departments, including affiliates only growing stronger in their absolutism over their citizens now extending through out every state in the Union!**

Why should the Plaintiff **"accredit"** this **Court** with this knowledge of Plaintiff's in **issue complaint over culpable negligence factually caused?**

**Plaintiff is fully aware** of this **Complaints full value** to All and does hereby pledge his **unwavering support** for his **Country** yet **will voice his concerns without hesitation.**

**Plaintiff will not be played a fool** any longer **nor will The Plaintiff sit and stand aside** while awaiting the Courts decision and arrival of much needed disaster relief

**How is Plaintiff going to continue without funds and pay for his intrusion into the place the Plaintiff is located, while this Complaint can conform to the proper standards this Court expects. Plaintiff is only studying and not in practice and is merely a guest!**

**Praying for the needed disaster relief be released while debates over liability and the costs in issue or "guilt of crime or sin" go on and continue to be argued while so many still suffer financially and while Plaintiff awaits a just offer be made for early resolution having Judicial Economy in mind**

**For every individual reader including the Court while in review and reality that if indeed "SIN" did smell like smoke!**

**Every individual, every building block, element, natural or produced, artificial or giving birth to its culture and living and believing in themselves during their own free individual life and currently living WOULD INDEED STINK!**

Sincerely
Lance Delon Alvarado

Dated / 12 - 29 - 23

LANCE DELON
5719 MAYO CT
SUN VALLEY NV 89433
  • (775) 399-0045
delonlalvarado@gmail.com

## BOARD APPEAL APPLICATION AND BRIEF

### CUIAB

LANCE DELON ALVARADO

IN PROPER PERSON

vs.

CAIFORNIA UNEMOYMENT INSURANCE
BOARD (EDD)

Case No. 7471886

BOARD APPEAL

2023 MAR 14  AM 10: 14
OFFICE OF APPEALS
LOS ANGELES

This appeal is filed March 14th 2023, prior to the 30 day deadline to file. Mar 16th 2023.

Appellant above named LANCE DELON ALVARADO Objects to the indefinite failure of issue and in performance appeals the decision dated Feb 14th 2023 in case # 7471886 affirming the notice of determination dated Nov 16th 2022.

The determination found the Appellant ineligible for Federal PUA benefits under California unemployment insurance code (CUIC) section 602.

The Appellant petitions the Board to award a Bill of Exception Pro Interresse Suo Ab Initio with regard to all records relied upon either public and private, while affecting all incumbrancer for the benefit of both parties in anticipation of all future actions arising in rem including the record held CUIAB Appeal # AO-460751 as relied upon CUIC section 410, (37 Ops. Cal. Attny. Gen. 133)

Appellant objecting to the findings of facts within the decision rendered by the ALJ and mailed Feb 14, 2023. Appellant was unaware that the ALJ conducting the hearing held February 3rd 2023 was unable to reference Appellant's entire PUA CLAIM ab initio including the Appellant's prior filings and Board Appeal. Decisions

PLEADING TITLE - 1

The ALJ's February 14th 2023 decision which Infer Informal Information that creates SPEAKINFG DEMURRERS as evidenced on numerous occasions within the ALJ Finding of fact could be misinterpreted. Appellant needs the ALJ to clarify within the decision's Reason For Decision section page 5 paragraph 4 line one "ranges"? Appellant asking the ALJ if an honest clerical mistake having occurred and to edit the word to "wages" or is the Appellant to prepare an actual legal argument in defense of the definition reflecting a right to a row or tier of townships in a division of a state?

Appellant requests that the Board run the ABC and Borello tests to determine Appellants status employee or an Independent Contractor for the purpose of wages to be determined. (reliance on AO-460751 CA 410, (37 Ops. Cal. Attny. Gen. 133)

The Appellant is open to new ideas and remedies as to the ALJ's offer and referral however, according to 20 CFR section 625.12 defining applicable state as well as consequences of 20CFR 625.14(i) overpayments and fraud. Appellant wishes legal review before any such action would be considered or pursued by the Appellant and 410, (37 Ops. Cal. Attny. Gen. 133)

The ALJ referral is interpreted as an induced obreption for the Appellant to commit fraud where the Appellant DENOUNCES within his NEW WORK. Where INFERENTIAL FACTS decreed by the ALJ may be mistaken and interpreted as an acquisition of escheats under 20 CFR 625.14(i) for causing a fictitious DUA claim for retroactive benefits in Nevada. A state where Appellants unemployment was not the direct result of a disaster?

Unemployment Insurance places undue hardship upon claimants by finding claims ineligible of federal allotted funding for disaster relief using California unemployment insurance codes meant to estop and not open the doors of impediment resulting in second deliverance action after the misappropriation of PUA funding began in 2020 and still boiling over into 2023 while displaced claiments under duress continue to suffer.

PLEADING TITLE - 2

Terms underlined have the writer's meaning given them for reference in the Revised Fourth Edition Black's Law Dictionary

Appellant moves to remand back to the ALJ for editing or

reverse the decision from the hearing held February 3rd

2023, and dated March 14th 2023.  Finding the Appellant eligible for

PUA benefits payable.

0

1

2

3

of pleading here.

Dated this 14th day of March, 2023.

4

_____

5                                                             Attorney Name

6

7

8

Terms underlined have the writer's meaning given them for reference in the Revised Fourth Edition Black's Law Dictionary

PLEADING TITLE - 3

PLEADING TITLE - 4

LANCE DELON ALVARADO
In proper person
5719 Mayo ct
Sun valley NV 89433
(775) 399-0045
delonlalvarado@gmail.com

CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD

BOARD APPEAL

| | |
|---|---|
| LANCE DELON ALVARADO | Case No.: 7471886 |
| vs. | |
| CALIFORNIA UNEMPLOYMENT INSURANCE (EDD) | PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE |

In the Matter above titled:

"PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE" the

Above named appellant, **Lance Delon Alvarado**, hereby petitions the **CHIEF ADMINISTRATIVE LAW**

**JUDGE** and all those in concern and with knowledge in the above matter for an extension of time to file Board

Appeal.

An extension **NOT TO EXCEED PAST THE 14TH DAY OF APRIL 2023.**

That the Appellant acting in proper person prays that this petition is granted due to illness and IN

FIERI

Appellant believes that to deny this petition would due great harm and be a miscarriage of justice.

That the Chief Administrative Law Judge at their own discretion may grant or deny this petition

and is well within the power and duties granted them by the California Legislation to oversee and review prior

decisions of unemployment insurance cases for certification or for further hearing under **article 3 of the**

**unemployment insurance code (UIC) 406.**

An extension whereby the Appellant is acting in response to a decision of an ALJ having

jurisdiction and rendering a decision in case # 7471886. FEBRUARY 14TH 2023

The Appellant having read the ALJ decision disputes and/or disagrees with the findings of fact

within said decision and wishes to submit new evidence and respond. Yet is worried that the time to file said

response may expire prior to it's completion.
PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE - 1

1          That this petition is filed prior to the 14th day of March 2023 and Sent via e-mail to the CUIAB via

2 email for this petitions determination.

3

4          DATED THIS THE 9TH DAY of MARCH 2023 and prepared by LANCE DELON ALVARADO

5 the APPELLANT in the above stated matter.

6

7

8                                      Attorney Name

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE - 2

LANCE DELON ALVARADO
In proper person (SSI#
5719 Mayo ct
Sun valley NV 89433
(775) 399-0045
delonlalvarado@gmail.com

CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD

BOARD APPEAL

| | |
|---|---|
| LANCE DELON ALVARADO | Case No.: 7471886 |
| vs. | |
| CALIFORNIA UNEMPLOYMENT INSURANCE (EDD) | PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE |

In the Matter above titled:

"PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE" the

Above named appellant, Lance Delon Alvarado, hereby petitions the **CHIEF ADMINISTRATIVE LAW**

**JUDGE** and all those in concern and with knowledge in the above matter for an extension of time to file Board

Appeal.

An extension **NOT TO EXCEED PAST THE 14TH DAY OF APRIL 2023.**

That the Appellant acting in proper person prays that this petition is granted due to illness and IN

FIERI

Appellant believes that to deny this petition would due great harm and be a miscarriage of justice.

That the **Chief Administrative Law Judge** at their own discretion may grant or deny this petition

and is well within the power and duties granted them by the California Legislation to oversee and review prior

decisions of unemployment insurance cases for certification or for further hearing under **article 3 of the**

**unemployment insurance code (UIC) 406.**

An extension whereby the Appellant is acting in response to a decision of an ALJ having

jurisdiction and rendering a decision in case # 7471886. FEBRUARY 14TH 2023

The Appellant having read the ALJ decision disputes and/or disagrees with the findings of fact

within said decision and wishes to submit new evidence and respond. Yet is worried that the time to file said

response may expire prior to it's completion.

PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE - 1

That this petition is filed prior to the 14th day of March 2023 and Sent via e-mail to the CUIAB via email for this petitions determination.

DATED THIS THE 9TH DAY of MARCH 2023 and prepared by LANCE DELON ALVARADO the APPELLANT in the above stated matter.

_____

Attorney Name

PETITION FOR EXTENDED TIME TO FILE BOARD APPEAL WITH RESPONSE - 2



**LOS ANGELES OFFICE OF APPEALS**
300 S. Spring Street, Rm 1502 Ground Floor
**LOS ANGELES CA 90013-1204**

(213) 897-5267

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No. **7471886 (PUA)**<br><br>Issue(s): 602<br><br>Date Appeal Filed: 12/05/2022<br><br>EDD:  0250 |

**Date and Place of Hearing(s):**
(1) 02/02/2023

**Parties Appearing:**
Claimant

# DECISION

The decision in the above-captioned case appears on the following page(s).

The decision is final unless appealed within 30 calendar days from the date of mailing shown below. See the attached "Notice to Parties" for further information on how to file an appeal. If you are entitled to benefits and have a question regarding the payment of benefits, call EDD at 1-800-300-5616.

**S. Cruz-Moreno**, Administrative Law Judge

**FILE COPY**

Date Mailed:

FEB 1 4 2023

**Case No.: 7471886**              **Los Angeles Office of Appeals**
CLT/PET:  Lance D Alvarado          ALJ:  S. Cruz-Moreno
Parties Appearing:  Claimant
Parties Appearing by Written Statement:  None

---

ISSUE STATEMENT

The claimant appealed from a determination that held the claimant not eligible for benefits under Unemployment Insurance Code section 602. The issue in this case is whether the claimant performed services in California covered employment and whether the claimant's employment was localized in California.

FINDINGS OF FACT

The claimant filed a PUA claim with the EDD in California effective 8-22-21.  The claim information states that the EDD found base period wages in Nevada.

Before the claimant filed his claim he lived in California in March 2020 and left in May 2020.  He was living with his mother in California.  He left to go back to Nevada where he had been living and working since 1997.

He had been a live in caretaker for a veteran named George Paine in Nevada for 2 years from 2018 through 2020. He last worked 3-15-20. He went to go see his mother in Wheatland, California near Marysville and Yuba City to take time off work. He got paid room and board at George Paine's home and George Paine paid his tuition for the Stratford Online University. George Paine gave him funding once or twice a month to help Mr. Paine gamble at the Casino. He applied to get paid wages but the annual budget was not finalized in 2018 and 2019 which was pending and does not know if they were approved.

The EDD found wages in the base period of his claim from his Nevada employment.  He did not file a claim in Nevada because he helped his friend move in Oklahoma in June 2020 and flew back to Nevada in July 2020. The last time he filed a claim in Nevada was in 2008.

He filed a PUA claim in California because his interpretation was that he could file in the state he was affected by covid, and he was affected with the travel ban in California when he was at his mothers' home from March 2020 until May 2020.

While he was in California he applied to be a Google guide on the internet, to show where he traveled and to rate businesses where he traveled in 2021 in Northern California.  He is not a Google employee; he is an independent contractor.

He asked his Cecilia Bredesen is his mother's caretaker to do repairs at her home for payment but as an independent contractor work but he has not done any work and has not been paid because she has financial problems.

In 2021 he worked in Nevada for Sani-Hut for one week in September. He could not work more because he had a gallbladder surgery. He received a 1099 from that work for about $200.

He has not filed a PUA claim in Nevada because he was hoping the California EDD approve his claim because he read that the EDD has to pay PUA claims.

The claimant's mother was a witness at the hearing and confirmed that the claimant was living with her in 2020. She confirmed he had documents that researched to do a business and tried to find out the start up costs and food products prices. He has a tablet of about 20 pages with this information. He applied with Smart Foods but did not finish the application for credit for the proposal he was going to pitch. He left her residence because he had been there for more than 3 months from the end of April through the beginning of May 2022 and the landlord notified her that she was only allowed guests for 2 weeks. He stayed with her because he lost his employment in Nevada and there was a travel ban during the onset of the covid pandemic.

The claimant's mother's care giver Cecilia testified that she has been her caregiver for about 3 or 4 years through present, paid through the IHSS platform. She confirmed that when the claimant was in California in May 2020 off and on at his mother's she saw him working on the computer on his appeal. She confirmed that he told her he had worked in the past as a restoration specialist and he asked if he could work for her. He came to her home to see the work to be performed but she could not hire him due to financial problems. She still needs the work done. She is still waiting for him to perform the work.

The claimant contends that section 602 applies to his case on the basis that the California governor had control over his location in California when the governor ordered a travel ban in 2020 during the covid pandemic which kept the claimant in California when he was affected by the covid pandemic.

REASONS FOR DECISION

California Unemployment Insurance Code Section 602 provides:

"Employment" includes an individual's entire service performed within, or both within and without, this State if:
  (a) The service is localized in this State; or

, (b) The service is not localized in any state but some of the service is
performed in this State and (1) the base of operations, or, if there is no base of
operations, then the place from which such service is directed or controlled, is in
this State; or (2) the base of operations or place from which such service is
directed or controlled is not in any state in which some part of the service is
performed, but the individual's residence is in this State.

Except as otherwise provided by law, the burden of proof requires proof by a
preponderance of the evidence. (Evidence Code, section 115.) Preponderance
of the evidence simply requires proof that a matter in question is more likely to be
true than not true. (Precedent Decision P-T-493.)

Unemployment insurance benefits are based on wages paid in the base period of
a claim. The standard base period of a claim with a benefit year beginning in
July, August, or September is the four consecutive quarters which ended the
preceding March. (Unemployment Insurance Code, section 1275(a).)

Board, lodging, or any other payment in kind, received by an employee in
addition or in lieu of cash wages, is wages on the basis of a reasonably
estimated cash value to the employee which shall not be less than the bona fide
value stipulated in a union agreement or employment contract, or, the value
established as the basis of the employer's compliance with minimum wage law.
(California Code of Regulations, title 22, section 926-3(a)(1).)

To be eligible for Pandemic Unemployment Assistance, an individual must not be
eligible for regular unemployment compensation or extended benefits under
State or Federal law or for Pandemic Emergency Unemployment Compensation
(PEUC) under section 2107 of the CARES Act, including an individual who has
exhausted all rights to regular unemployment compensation or extended benefits
under State or Federal law and for PEUC under section 2107 of the CARES Act.
(Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136,
section 2102(a)(3)(A)(i) (March 27, 2020) 15 United States Code section
9021(a)(3)(A)(i).)

In the present matter, there is no dispute that the claimant was temporarily
residing in California in 2020 from about March or April 2020 through about May
2020. Also, the evidence shows that the claimant was researching how to start a
business when he was in California but did not finish the application. The
evidence shows that he became an internet travel host on the Google platform
while he was in California however he has not been paid and is not an employee.
The claimant offers the legal argument that since he was living in California when
he was affected by the pandemic, he meets the "service" elements in section
602. These facts and arguments were considered.

However, since the claimant did not work as a W2 employee in California during the four consecutive quarters which ended the preceding March, he does not have California wages in the base period of his claim. (Unemployment Insurance Code, section 1275(a).).

Therefore, the claimant does not meet the "service" element in the state of California under section 602, therefore, section 602 does not apply. Google does have locations in most states including California, which meet the "base of operation" element of section 602, however, since he did not perform employment "services" for Google, he does not meet the "service" element in section 602 and section 602 does not apply.

However, although the evidence shows that he was residing and searching for work in California when the pandemic began in 2020, and although this would usually be sufficient to establish a California footprint and attachment to its labor market, since the evidence shows that he performed services and had registered wages in the state of Nevada from his employment with George Paine during the four consecutive quarters which ended the preceding March, he meets eligibility to file a claim in Nevada and therefore does not meet the eligibility criteria for a PUA claim in California. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(i) (March 27, 2020) 15 United States Code section 9021(a)(3)(A)(i).)

Finally, the EDD did find registered ranges in the Nevada system; the claimant was compensated by room and board, and board, lodging, or any other payment in kind, received by an employee in addition or in lieu of cash wages, is wages on the basis of a reasonably estimated cash value to the employee which shall not be less than the bona fide value stipulated in a union agreement or employment contract, or, the value established as the basis of the employer's compliance with minimum wage law. (California Code of Regulations, title 22, section 926-3(a)(1).)

Therefore, unfortunately the PUA claim is not covered by the EDD in California under section 602.

DECISION

The notice of determination is affirmed. The claimant is not eligible for PUA benefits under California Unemployment Insurance code section 602. PUA benefits are denied.

The claimant is referred to file a claim in Nevada. He can present his filing documents for a PUA claim in California to see if he can use it to establish a retroactive claim filing date in Nevada.                    LOA:scm2/6

7471886-000000                    5

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

025 - RANCHO CORDOVA PAC
PO BOX 419132
RANCHO CORDOVA, CA 95741-9132

| | |
|---|---|
| **From:** | Lance Alvarado <delonlalvarado@gmail.com> |
| **Sent:** | Tuesday, January 24, 2023 8:40 AM |
| **To:** | CUIAB Los Angeles Info |
| **Subject:** | Case# 7471886 |
| **Attachments:** | 20230124_083240.jpg; 20230124_083213.jpg |

Attn: S Cruez - Moreno

Attached is page 88 of the record in case #'s
7172770, 7172771. A medical bill from the Marysville/ Yuba City ER following Appellants visit March 31st 2020 for an ear infection
That show Appellant's physical location within California just after the stay at home order and travel ban or quarantine. Originally Submitted with PUA application Aug 2021 as proof 1st photo is provided by EDD for that record. 2nd photo is same document above yet readable.



Medical Bill
Proving I was in
California during
that time I wrote
prior to going to
Marysville Hospital
for ear infection
due to elevation
drop from Reno to
Wheatland





CALIFORNIA UNEMPLOYMENT
INSURANCE APPEALS BOARD

**S. Cruz-Moreno**
Administrative Law Judge

# NOTICE OF HEARING

Case No. **7471886 (PUA)**

LANCE D ALVARADO
Claimant-Appellant

EDD: 0250

**HEARING TIME and PLACE**

**DATE:** **Thursday, February 2, 2023**
**TIME:** **11:30 AM (California Time)**

**INSTRUCTIONS**
**Claimant: Appear by Phone** - Call Toll Free
1-(866) 549-7022
**EDD: Appear by Phone** - Call Toll Free
1-(866) 549-7022

**PLACE:** **TELEPHONE HEARING**
**CA**

**CALL THE NUMBER ABOVE 15 MINUTES
BEFORE THE TIME SPECIFIED.**

---

* Any additional documents must be received by the Office of Appeals at the address shown on the attached page **by 01/24/2023**. If you miss this deadline, the judge may exclude your documents.

* If an interpreter or reasonable accommodation for a disability is needed, call the phone number below immediately. Si necesita un intérprete llame el numero de telefono abajo inmediatamente.

* If you are appearing in person, bring all witnesses necessary to support your case. Arrive 15 minutes early to review the appeal file.

* If you are appearing by phone and have witnesses, contact the Office of Appeals for instructions.

* The hearing room is in a secured facility. You may be screened.

* **IMPORTANT: Read the enclosed 'Hearing Information' pamphlet.**

---

**THE FOLLOWING ISSUES WILL BE CONSIDERED AT THE HEARING** (Section references are to the Unemployment Insurance Code unless otherwise noted):

602          Did the worker perform services in California covered employment.

**Direct questions to:**

LOS ANGELES OFFICE OF APPEALS
Telephone: (213) 897-5267
Fax:          (213) 897-6972



Date Mailed: 01/17/2023

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES, CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## NAMES AND ADDRESSES OF PARTIES / REPRESENTATIVES

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

# Appeal Transmittal

```
SLU220M              APPEAL TRANSMITTAL        PAGE 1 OF 2   DATE: 12/12/22
                                                            TIME: 17:42:12

TO: LA_ OAP            ***  TIMELY  ***

CLMNT SSN:
        NAME:       LANCE       D ALVARADO
        BYB/CED:    08 22 21
        PGM CD:     U           CLM HOLDING FO: 9010

DEPT REP: Y (N/Y)    CLMNT REP: N (N/Y)    NOTIFY AAO: ___    CSI: __

REFER TO FORMER CASE(s):

DEPT REQUESTS: ( _ ) NOTICE TO ATTEND  ( _ ) SUBPOENA  ( _ ) TELEPHONE HEARING
        NAME:    _____    PH:( ___ ) ___ ____
        ADDRESS: _____
        CITY:    _____ STATE: __  ZIP: ____ _____

REASON FOR REQUEST: _____
DEPT REPRESENTATIVE: J HANNON                 FO:  0250

SLU210M              APPEAL PROCESS           DATE: 12/12/22
                                              TIME: 17:41:47
FO:  0250        CLAIM HOLDING FO: 9010       REQUESTOR: J HANNON
BYB/CED: 08/22/21    PGM CD: U                APPEAL DATE: 12 / 05 / 22
CLMNT SSN:
        NAME:        LANCE      D ALVARADO
        IN CARE OF:          _____
        ADDRESS:    5719 MAYO CT
        CITY:       SUN VALLEY      STATE:  NV  ZIP: 89433 - 7036
        PHONE:    ( 775 ) 399 - 0045

ER ACCT:                     ER NAME:          _____
    REP/IN CARE OF:
    ADDRESS:                 _____
    CITY:                    STATE:    ZIP:     -

SECTIONS:     602

INTERPRETER: N (N/Y)   LANGUAGE:
APPELLANT: C           ER FS: N (N/Y)          DI SUSP: ___
                       MM   DD   YY   WK         MM   DD   YY   RSN
    6315         6315CC X 713  /    /        OP __ / __ / __  __

Document              pgs Date
DE1000/1000DC(IB-101) 11 12 05 22
CLAIM RECORD           1 12 12 22
CLAIM NOTES           01 12 12 22
de8598puad             2 11 16 22
eligiblity summary    02 12 12 22
scdb prints            1 12 12 22
```

DEC 1 2 2022



**Employment
Development
Department**
State of California

12/5



#025

un

12/5

**EDD Telephone Numbers:**
| | |
|---|---|
| ENGLISH | 1-800-300-5616 |
| SPANISH | 1-800-326-8937 |
| CANTONESE | 1-800-547-3506 |
| MANDARIN | 1-866-303-0706 |
| VIETNAMESE | 1-800-547-2058 |
| TTY (non-voice) | 1-800-815-9387 |
| website: | edd.ca.gov |

## APPEAL FORM

Inter Office Mail

If you disagree with the Notice of Determination(s) and/or Determination(s)/Rulings by the EDD, you may appeal the decision(s) to the California Unemployment Insurance Appeals Board (CUIAB) by completing this form and explaining why you disagree. You must sign the form and return it to the EDD at the office address listed on the notice that you are appealing. **YOU HAVE 30 DAYS FROM THE MAIL DATE OF THE NOTICE TO FILE A TIMELY APPEAL.** If you appeal after the 30 day period, you must include the reason for the delay. The administrative law judge (ALJ) will determine whether you had good cause for the delay. If the ALJ determines you did not have good cause to submit your appeal late, your appeal will be dismissed.

**CLAIMANTS:** While your appeal is pending, **you must continue to certify for benefits.** If you are found eligible, you can be paid only for periods for which you have certified and have met all other eligibility requirements.

NOTE: Claimants for Disaster Unemployment Assistance (DUA) have 60 days to file an appeal. Employers appealing the *Notice of Determination or Assessment* (DE 3807), have 30 days to file an appeal.

| **SECTION I** | **APPELLANT INFORMATION** |
|---|---|

**INSTRUCTIONS:** The following information must be provided by the Appellant (the claimant or employer who is appealing a notice), or by the authorized agent or representative of the Appellant. The signature of the Appellant or agent is required. Please use **BLACK INK** when filling out this form.

Claimant Name: Lance Delon Alvarado          Social Security Number:

Do you need a translator?  ☑Yes  ☐No   If yes, what language/dialect? English to English please

Appellant Address: 5719 Mayo Ct          Telephone No.: (775)399-0045
_Street No., Apt. No., or PO Box_

Sun Valley          Nv   89433          Fax No.:
_City_          _State_   _ZIP Code_

E-mail Address:   delonlalvarado@gmail.com          Cell Phone No.: (775)399-0045

☑ I authorize the CUIAB to send confidential information regarding my appeal to the e-mail address listed above.

☑ I authorize the CUIAB to send confidential information regarding my appeal by text message or voice mail to the cell phone number listed above.

**Complete this section for employer appeals only**

Employer Account Number: _____   Agent Name (if applicable): _____

Agent Address: _____
_Street No., Apt. No., or PO Box_          _City_          _State_   _ZIP Code_

| **SECTION II** | **APPELLANT STATEMENT** |
|---|---|

**INSTRUCTIONS:** Explain the reason for your appeal and why you disagree with the decision(s). If required, attach additional pages to this form and write your name and Social Security number on each page.

I disagree with the determination in the notice dated 11/16/22   because

   I would of requested an english to EDD translator however the EDD does not speak reason and they live in a dream world.

   see attached documents for reasons the Appellant disagrees with the notice dated 11/16/22 that over rules and sets aside an Appeals Board decision Case# AO-460751 and basically tells the Board where the true power resides!

Signature of
Appellant or Agent          Date: December 5th 2022

DE 1000M Rev. 8 (5-19) (INTERNET)          - Versión en español en el dorso -          CU
Page 1 of 2

6 (



**Employment Development Department**
State of California

Números de Teléfono del EDD:
INGLÉS          1-800-300-5616
ESPAÑOL        1-800-326-8937
TTY (no voz)   1-800-815-9387
sitio de Internet:   edd.ca.gov

# FORMULARIO DE APELACIÓN

Si usted no está de acuerdo con la Notificación de Decisión(es) y/o con la(s) Decisión(es)/Fallos legales por parte del Departamento del Desarrollo del Empleo, usted puede apelar la(s) decisión(es) ante la Junta de Apelaciones del Seguro de Desempleo de California (CUIB, por sus siglas en inglés) completando este formulario y explicando por qué no está de acuerdo. Usted debe firmar el formulario y devolverlo al Departamento del Desarrollo del Empleo a la dirección de la oficina que aparece en este aviso que está apelando. **USTED TIENE 30 DÍAS A PARTIR DE LA FECHA DE ENVÍO DE ESTA NOTIFICACIÓN PARA PRESENTAR UNA APELACIÓN.** Si usted presenta la apelación después del plazo de 30 días, usted debe explicar la razón por la demora. El juez de justicia administrativa determinará si usted tiene razón justificada por la demora. Si el juez de justicia administrativa determina que usted no tiene una razón justificada para presentar su petición tarde, su apelación será descartada.

**SOLICITANTES DE BENEFICIOS:** Mientras que su apelación está pendiente, usted tiene que **continuar presentando su Solicitud de Beneficios Continuos.** Si se determina que usted es elegible para beneficios, sólo se le puede pagar por los períodos para los cuales usted ha presentado su Solicitud de Beneficios Continuos y para los cuales haya reunido todos los otros requisitos de elegibilidad.

NOTA: Los solicitantes de Asistencia de Desempleo por Desastres (DUA, por sus siglas en inglés) tienen 60 días para presentar una apelación. Los empleadores que están apelando la *Notificación de Decisión o Evaluación* (DE 3807), tienen 30 días para presentar una apelación.

## SECCIÓN I · INFORMACIÓN DEL APELANTE

**INSTRUCCIONES:** La siguiente información tiene que ser proporcionada por el Apelante (el solicitante o el empleador que está apelando esta notificación), o por el agente autorizado o por el representante del Apelante. Se requiere la firma del Apelante o del agente. Favor de usar TINTA NEGRA para llenar este formulario.

Nombre del Solicitante: _____    Número de Seguro Social: _____

¿Necesita un traductor?  ☐ Sí  ☐ No    Si marcó sí, ¿para qué idioma/dialecto? _____

Dirección del Apelante: _____    Nº de Teléfono: _____
    Nº de calle, Nº de Apto., o Apartado Postal
    Nº de Fax: _____
    Ciudad    Estado    Código Postal

Dirección de Correo Electrónico: _____    Nº de Teléfono Celular: _____

☐ Autorizo a la Junta de Apelaciones del Seguro de Desempleo de California de enviar información confidencial con respecto a mi apelación a la dirección de correo electrónico que aparece arriba.

☐ Autorizo a la Junta de Apelaciones del Seguro de Desempleo de California de enviar información confidencial con respecto a mi apelación por medio de mensaje de texto o correo de voz al número de teléfono celular que aparece arriba.

**Complete esta sección para apelaciones del empleador solamente**

Número de Cuenta del Empleador: _____    Nombre del Agente (si aplica): _____

Dirección del Agente: _____
    Nº de calle, Nº de Apto., o Apartado Postal    Ciudad    Estado    Código Postal

## SECCIÓN II · DECLARACIÓN DEL APELANTE

**INSTRUCCIONES:** Explique la razón por presentar su apelación y por qué no está de acuerdo con la(s) decisión(es). Si necesita más espacio, adjunte hojas adicionales a este formulario y escriba su número de Seguro Social en cada hoja.

No estoy de acuerdo con la decisión en la notificación fechada el _____    porque

Firma del
Apelante o Agente: _____    Fecha: _____

DE 1000M Rev. 8 (5-19) (INTERNET)    - English version on the other side -
Page 2 of 2

MIC 38/CU



# California Unemployment Insurance Appeals Board
## FO Case Report
### LOS ANGELES OFFICE OF APPEALS

| Case #: | 7172770 | Status: | Board Appeal | Program Code: 50 |
|---|---|---|---|---|
| | | AO Case: | AO-460751 | |
| | | AO Case State: | Closed | |
| | | AO Decision Mail Date: | 09/21/2022 | |

Multi Case Name:

| Appellant: | Claimant | Appeal Date: | 1/20/2022 |
|---|---|---|---|
| Claimant: | LANCE D ALVARADO | Clmt Rep: | |
| | 5719 MAYO CT | | |
| | SUN VALLEY NV 89433 7036 | | |

| Phone: | (775) 399-0045  Call collect | Phone: | |
|---|---|---|---|

SSN:

| Employer: | | Emp Rep: | |
|---|---|---|---|

*CLOSED CASE*

*I AM NOT DONE WITH THE APPEALING*

*TO DO DE 1000 APPEALING*

*PET - DATED 11/16/22*

*LAOA*

| Phone: | | Phone: | |
|---|---|---|---|
| Account No: | | CHO: | 0250 |
| AAO/ACO: | | | |
| Subpoenas: | 0 | | |
| Suspense Date: | | Board Appeal: | 8/8/2022 |
| Decision Mailed: | 6/30/2022 | | |
| Issue(s): | 2102(a)(3)(A)(ii) | | |
| Split Cases: | 7172770, 7172771 | | |

Calendar Notes:
2/7 SUPP | 3/8 supp | 5/12 SUPP | EDD DECL | edd decl.

| Hearing - Date | Location | Room | ALJ | | Outcome |
|---|---|---|---|---|---|
| 06/23/2022 1:00 PM | 378 - Los Angeles Phones | MITCH | Mitchell, Faith I. | | None |

*THESE DOCS ARE FOR A PREVIOUS CASE THAT WAS REVERSED BY THE BOARD 9/21/2022.*

*LAOA*

Report Run Date - 12/5/2022 3:04:34 PM, Server: RC-SQL05 Database: eCATS

*7-1*

1   Lance Delon Alvarado
    In proper person
2   5719 Mayo Ct
    Sun Valley
3   NV 89433
    (775)399-0045 | Fax
4   delonlalvarado@gmail.com

5

6

7   LANCE DELON ALVARADO                          Case No.:

8           Appellant,

9   vs.                                           APPEAL REGARDING LETTER OF
                                                  DETERMINATION DATED 11/16/2022
10  CALIFORNIA UNEMPLOYMENT INSURANCE
    (EDD)
11          Respondent

12          Appellant above named Lance Delon Alvarado hereby objects to having to file this appeal

13  regarding a **Notice Of Determination For Pandemic Unemployment Assistance dated 11/16/22** where all but

14  one issue is **res judicata** regarding eligibility. Appellant has not filed for PUA relief in any other state or under any

15  other form other than the PUA program the Board found Appellant eligible in case # AO-460751.

16          Page 5 of the Appeals Board decision case#AO-460751. titled **FURTHER APPEAL**

17  **INFORMATION**. Clearly states "The Appeals Board decision is final and can be changed only by action of a

18  judicial court **(California Unemployment Insurance Code section 410)** The Appeals Board cannot reconsider or

19  set aside the enclosed decision (37.Cal.Attny.Gen.133). Appellant applied and was found eligible for PUA benefits

20  the EDD is still refusing to acknowledge the Boards decision and has not properly adjusted the Appellants claim

21  regarding wages accordingly. The Board's decision AO460751 page 3 paragraph 1.

22          **EDD's poor judgment and obvious abuse of discretion** by finding the Appellant ineligible for

23  pandemic assistance under the same issues the Board found the Appellant eligible.

24          Appellant has not received any pandemic assistance ab initio to date following an Appeals Board

25  decision case #AO460751 finding Appellant eligible and Benefits Payable.

26          Is the EDD making Appellant an offer within the Notice Of Determination For Pandemic

27  Unemployment Assistance dated 11/16/22?

28  APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 1

7.2

1         Appellant's filing of this response would show performance even under California

2 unemployment insurance code 602

3         Appellant asking the Board to not only expedite this appeal but this appeal also raises an issue of

4 a possible discrimination matter regarding California Unemployment Insurance Code Sec. 602 within a federal

5 disaster relief contract (PUA)

6         Mr. Alvarado has interpreted this determination letter dated 11/16/22 mailed to the Appellant

7 as discriminating in nature regarding Ca UI Code 602 and it's issue on residency within a federally funded

8 disaster assistance program.

9         Appellant's legal argument as follows:.

10         34 CFR section 77.1 defines State: *State* means any of the 50 States, the Commonwealth of

11 Puerto Rico, the District of Columbia, Guam, American Samoa, the Virgin Islands, the Northern Mariana

12 Islands, or the Trust Territory of the Pacific Islands.

13         Appellant was found eligible for benefits by the Appeals Board in case # AO-460751 on every

14 issue the Notice Of Pandemic Unemployment Assistance dated 11/16/22 found the Appellant ineligible for.

15 All but one issue is res judicata CUIAB decision# AO-460751 except California Unemployment Insurance

16 Code 602 (or CUIC 602). A code that is discriminating as to it's restriction to claimant's and every other

17 American citizen not residing within California including immigrants and foreign nationals who would not

18 qualify for any federal funding or assistance in any way including insurance claims regarding accidents and

19 at fault claims. CUIC 602 has no authority to render Appellant ineligible for federally funded disaster

20 assistance. Appellant holds California liable for Appellants damages after being directed to stay within the State

21 of California per Executive order N-33-20 put into effect by Ca Governor Gavin Newsom 03/19/20.

22         Page 88 of the record in this claim stemming from Case # AO460751 clearly shows Appellants

23 whereabouts within California.

24         Appellant's claim is for Federal PUA relief not regular unemployment insurance nor

25 extended benefits simply because no benefits have ever been sent! So how can the Appellant be ineligible when

26 found eligible by the Board with no assistance ever received? Has the EDD gone mad??? This Appeal is a waste of

27 time and money!

28

APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 2

1        The Appeals Board found Appellant eligible for benefits CUIAB #AO-460751 where this Notice

2   of Pandemic Unemployment Assistance dated 11/16/22 interpretation is as follows:

3        **That the Executive process is a complete waste of time meant to delay claimants in order for**

4   **EDD's unjust enrichment! That the EDD has power above the CUIAB by reversing the Board's decision**

5   **regarding eligibility utilizing issues of eligibility has already been determined by the Board. By adding a**

6   **single insignificant issue under the CUIC regarding a residency issue within a federally funded program for**

7   **PUA against an American citizen born in Sacramento the Appellant of Latino decent is discriminating to say**

8   **the least!**

9        Appellant hereby changes the Board decision case AO-470751 as Appellant does not adopt the

10  Findings of Fact where it adopts the administrative law judges findings of fact. And Appellant adds the following

11  Appellant certified for Benefits with an effective date March 19th 2020. Appellant now has the power over the Board

12  and over the EDD since Appellant says so!!!

13       Are the above statements erroneous? If EDD can change the Appeals Board decision why not

14  Appellant? to deny any claimant to ignore the Board would be discrimination if the EDD can?

15       "NO" assistance has ever been issued! After the Board decision AO-460751 all the issues

16  regarding eligibility amount of wages and residency should have been decided.

17       • **Angstman\* v. Dep't of Labor** *See, e.g., In re Burlington Bagel Bakery, Inc.,* <u>150 Vt.</u>

18         <u>20, 21</u> **(1988) ("To be final and appealable an order must end litigation on the merits**

19         **or conclusively determine the rights of the parties, leaving nothing for the court to**

20         **do but execute the judgment.**

21       • CUIC 602 -Employment? includes an individual's entire service, performed within,

22         or both within and without, this State if:

23       • (a)?The service is localized in this State; ?or

24       • (b)?The service is not localized in any state but some of the service is performed

25         in this State and (1) the base of operations, or, if there is no base of operations,

26         **then the place from which such service is directed or controlled, is in this State**

27       • Appellant's legal argument regarding California Unemployment Insurance Code Sec 602

28

APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 3

1

2

3    Mr Alvarado was found  ineligible for a Federal PUA claim in a Notice Of Pandemic

4  Unemployment Assistance dated 11/16/22 finding appellant ineligible for PUA assistance where the record in an

5  Appeals Board decision case# AO-460751 all these issues have already been decided.

6    Yet **NO payments** of any kind to date have been sent to Appellant.

7    An issue the Board surely considered prior to it's decision in case AO-460751.

8    Appellant's testimony of being **physically located in California** during a state of emergency and

9  executive order **quarantine or travel ban that inadvertently stranded Appellant** within the State lines of

10  California **BY ACCIDENT** is found on page 88 of the record on this claim.

11    Page 88 is a California hospital bill where the service date is March 31 2020 and is proof

12  beyond a reasonable doubt of Appellants physical location within the state of California. A location that gives

13  California control over this issue. This means one single place which was the source

14    from which there emanated a basic and general direction

15    and control which was exercised over all of the

16    individual's service. Claim of Mallia (1949), supra, 299 N.Y. 232 at pages 240 and 241, 86 N.E.

17    2d 577

18    (Governor of California Gavin Newsom executive order N-33-20 exorcised control over

19  Appellants ability to return to Nevada and is the direct cause of Appellants unemployment and Appellant being

20  homeless! Appellant now charging a fee for each time Appellant has to remind EDD or any other entity

21  besides the Board who clearly gets it, regarding this issue!

22

23    257 Vgl. § 2 Uniform Motor Vehicle Accident Reparations Act (1972): (a) If the accident

24  causing injury occurs in this State, every person suffering loss from injury arising out of maintenance or use

25  of a motor vehicle has a right to basic reparation benefits."

26    California did have absolute direct control after issuing a state of emergency and ordering a

27  quarantine and stay at home order affecting roadways and interstate travel across the state.

28

APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 4

1        Appellant resided at 803 Evergreen apt A Wheatland CA 95692 his mother's address where he

2    arrived just prior to the March 19 2020's N-33-20 executive order.

3        The Board clearly recognized this and rightfully reversed the ALJ decision finding Appellant

4    eligible for PUA benefits. The Board making no changes to the record nor disturbing the findings other than

5    wages to be determined.

6        (Which the Appellant changes as well how does $1000000.00 sound? Erroneous doesn't it!

7    Sarcasm as to EDD and notice dated 11/16/2022 and every one able to decide whatever they wish)

8

9        Wages that have never been addressed by the EDD. Nor Appellants inability to continue his

10    education.

11        Appellant whose ethnicity is Latino is appalled that EDD within the notice dated 11/16/22 and

12    w/o authority to reverse a Board decision using California Unemployment Insurance Code Sec 602. Which

13    implies In relevant part that Mr Alvarado is not a "resident" is interpreted by the Appellant as discriminatory

14    in nature alongside the threats EDD keeps sending Appellant within every letter or notice regarding federal

15    assistance and in EDD finding Appellant ineligible  The EDD attempted to intimidate Appellant using issues like

16    CFR 625.14  and it's reference to overpayments and fraud questioning Appellants Character! Being over a year

17    and 4 months and almost 3 years since the disaster.

18        Appellant seeks an investigation into the EDD and it's decisions regarding other claims

19    where travel was restricted due to the pandemic (ie passengers in airport and train departures or travel by

20    sea were stranded)  to determine if other claimants have been payed and if Appellants claim has been treated

21    any differently.

22        The Board decision is res judicata in Case AO-460751 and can be changed only by action of a

23    judicial court. California Unemployment Insurance Code section 410.

24        The appeals board cannot reconsider or set aside the enclosed decision (37

25    Ops.Cal.Atty.Gen.133.) (See decision Appeals Board case AO-460751 FURTHER APPEAL

26    INFORMATION)

27      The EDD has acted negligently and irresponsibly using poor judgment in this matter even as far as abusing

28    it's discretion by actually reversing a Board decision while sighting the same issues the Board found the

APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 5



1  Appellant eligible under after the fact without rendering any assistance in the first place?? If the EDD wishes to

2  appeal the Boards decision they may do so by seeking a review in Superior Court by filing a petition for **WRIT**

3  **OF MANDATE** against the CUIAB pursuant to section 1094.5 of the Code of Civil Procedure.

4  But cannot deny PUA eligibility of benefits by breaking the CUIC rules and reversing a Board decision in any

5  matter other than judicial review where this Notice dated 11/16/22 clearly tries to do? Appellant seeks damages·

6      The Federal Government may find that California has breeched it's contract by failing to disperse federal

7  funds to those affected by way of pocketing those funds for unjust enrichment and funding un-needed and

8  definantly poorly trained additional staff with little or no care for judicial economy by finding eligible claims

9  ineligible. Forcing excessive claimants to file appeals and overworking the Board. Where the Board's need to hire

10  new judges to handle it's new burden of appeals that flood the CUIAB. Where the Board should have power to

11  assess EDD and it's abuse of process tactics render some sort of punishment upon EDD where that

12  punishment would then bestow a benefit to the affected claimants and not to any department and let EDD

13  seek superior court review if it disagrees with the board holding the claiment harmless and not a party to the

14  superior court review if one was filed for excessive abuse of process on claims and causing undue hardship on

15  California Avoiding needless reviews in future Appeals Board appeals and superior court filings. Where

16  these negative actions by EDD are obvious within aa board appeal.

17  Appellant has "NOT" received one payment after filing his PUA claim over a year and 4 months ago. It is almost

18  3 years since the pandemic began.

19      Appellant is literally using hand sanitizer as a fuel to keep warm where he remains legally homeless since

20  losing his live in caregiving position!

21      Appellant will send any undefinable pages of the record that Appellant submitted to the EDD if requested.

22      The  EDD's microfiche Copies of the record bring many doubts of the true intentions for further review of

23  any evidence in support of claimants claims. Are the unreadable copies purposely printed in an unlegable manner

24  to sway the opinions for further review by the CUIAB?

25      20 CFR Section 625.7 disaster unemployment assistance Shall be payable to an eligible unemployed worker

26  or eligible self employed individual for all weeks of unemployment which began during a disaster assistance

27  period.

28

APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 6

1    Section 3304(a)(8), of the Federal Unemployment Tax Act (FUTA), provides that a claimant
2   in an approved training course be allowed to receive UI benefits and not be denied UI based
    on the claimant's availability for work, active search for work, or refusal of work. The intent of
3   the federal statute is to enable claimants to participate in training programs while
4   unemployed so that they may gain new job skills or upgrade existing job skills to be able to
    return to work quickly following training.
5
6   Federal law provides that each state is generally free to determine what training is
    appropriate and what criteria are established for the approval of training. However, states are
7   required to apply "reasonable criteria" which have been established for the approval of
    training. Examples of such "reasonable criteria" include:
8

9       • The claimant's skills must be either obsolete or employment opportunities for the claimant in that
          labor market are minimal and not likely to improve.
10      • The claimant possesses aptitudes or skills which can be usefully supplemented within a short time by
          retraining.
11      • The training must be for an occupation for which there is a substantial and recurring demand.
        • The claimant must produce evidence of continued attendance and satisfactory progress.
12

13  **Furthermore, federal law provides that states may not refuse to approve training solely**
    **because the training is conducted in another state.** To do so would inhibit a claimant's
14  mobility because claimants cannot reasonably be expected to commute to training in a state
15  in which they do not reside. **To do so would also be inconsistent with the expressed intent**
    **of Congress which was to "remove the impediments to training which remain in our**
16  **unemployment insurance system."**

17
    California Unemployment Insurance Code 602 therefore would also be deemed an
18  impediment as well as discriminating in nature when Federal PUA claims are filed with the
    EDD over issues of eligibility when claimants for PUA assistance reside outside of California.
19

20  Has Appellant demonstrated he is capable of continued training within a legal forum
    demonstrated by his continued defense within this PUA claim?
21

22  Res Ipsa loquitur!

23    Appellant reserves any and all rights to issues and remedies in any and all civil action for damages beyond the

24  amount of PUA benefits claiming that: Appellant may have received enough education to have applied for and

25  passed the Bar Exam to date if not for the pandemic disaster. A direct cause of Appellant's expulsion from a

26  paralegal course of study due to tuition requirements not being fulfilled after Appellant became unemployed. In

27  conjunction with any further education and experience working within a new profession in which Appellant would

28  have aquired after completion of the curriculum being studied prior to executive order N-33-20. Including but not

    APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 7

    $7 - 8$

1  | limited to attorneys fees and costs in any and all civil actions for remedies including any and all Federal Issues and

2  | remedies in Federal Court. Seeking damages and remuneration of losses sustained post March 19 2020.

3

4  | Reference regarding problems facing states and federal disaster assistance:

5  | AMANDA SHARUM v. DIRECTOR, ARKANSAS DEPARTMENT OF COMMERCE, DIVISION OF

6  | WORKFORCE SERVICES

7

8  |             LANCE DELON ALVARADO

9  |             In proper person

10 |             Dated this 5th day of December 2022.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   | APPEAL REGARDING LETTER OF DETERMINATION DATED 11/16/2022 - 8

7 -9

California Unemployment Insurance Appeals Board

## FO Case Report
### LOS ANGELES OFFICE OF APPEALS

| | | | | |
|---|---|---|---|---|
| Case #: | 7172770 | Status: | **Board Appeal** | Program Code: **50** |
| | | AO Case: | **AO-460751** | |
| | | AO Case State: | **Closed** | |
| | | AO Decision Mail Date: | **09/21/2022** | |

Multi Case Name:

| | | | |
|---|---|---|---|
| Appellant: | **Claimant** | Appeal Date: | **1/20/2022** |
| Claimant: | **LANCE D ALVARADO** | Clmt Rep: | |
| | **5719 MAYO CT** | | |
| | **SUN VALLEY NV 89433 7036** | | |
| Phone: | **(775) 399-0045 Call collect** | Phone: | |
| SSN: | | | |
| Employer: | | Emp Rep: | |
| Phone: | | Phone: | |
| Account No: | | CHO: | **0250** |
| AAO/ACO: | | | |
| Subpoenas: | **0** | | |
| Suspense Date: | | Board Appeal: | **8/8/2022** |
| Decision Mailed: | **6/30/2022** | | |
| Issue(s): | **2102(a)(3)(A)(ii)** | | |
| Split Cases: | **7172770, 7172771** | | |

Calendar Notes:
**2/7 SUPP | 3/8 supp | 5/12 SUPP | EDD DECL | edd decl.**

| Hearing - Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|
| **06/23/2022 1:00 PM** | **378 - Los Angeles Phones** | **MITCH** | **Mitchell, Faith I.** | **None** |

7.10

Report Run Date – 12/5/2022 2:37:32 PM, Server: RC-SQL05 Database: eCATS

SACRAMENTO ADJUDICATION CENTER
PO BOX 419132
RANCHO CORDOVA, CA 95741



**Employment
Development
Department**
State of California

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

**EDD TELEPHONE NUMBERS**

| | |
|---|---|
| ENGLISH | 1-800-300-5616 |
| SPANISH | 1-800-326-8937 |
| CANTONESE | 1-800-547-3506 |
| MANDARIN | 1-866-303-0706 |
| VIETNAMESE | 1-800-547-2058 |
| TTY (NON-voice) | 1-800-815-9387 |

EDD INTERNET SITE: **edd.ca.gov**

**Mail Date: 11/16/2022**
**Social Security No.:**

## Notice of Determination for Pandemic Unemployment Assistance

You are receiving this notice because you applied for Pandemic Unemployment Assistance (PUA). This program is available under the federal CARES Act of 2020 due to the COVID-19 public health emergency.

You **do not** qualify for federal PUA benefits for the reason(s) listed below.

### You Do Not Live or Work in California

You applied for PUA benefits in California, but it was determined based on available information that you do not live in California, nor have you recently performed work as an employee or self-employed individual in California. Therefore, you do not meet the legal requirements for payment of PUA benefits. (Public Law 116-136 § 2102; 20 Code of Federal Regulations § 625.11 and § 625.14; California Unemployment Insurance Code Sec. 602)

DE 8598PUA-D Rev. 4 (3-22) (MACRO)

## Federal Law Authorizing the PUA Program

Coronavirus Aid, Relief, and Economic Security (CARES) Act of 2020 [Public Law (PL) 116-136 Section 2102, as amended by the *Continued Assistance for Unemployed Workers Act of 2020* (PL 116-260) and the American Rescue Plan Act of 2021 (PL 117-2)], and Title 20 Code of Federal Regulations Part 625.

## Appeal Rights

If you disagree with this determination, you **must** appeal by 12/16/2022.

This determination is final unless appealed to an administrative law judge of the California Unemployment Insurance Appeals Board within 30 days of the date this notice was mailed to you. (Unemployment Insurance Program Letter No. 16-20 Attachment I and California Unemployment Insurance Code §1328). Appeals should be sent to the address listed on this notice. Appeal forms are available on our website at **edd.ca.gov/pdf_pub_ctr/de1000m.pdf**.

In your appeal, you must state the reasons why you do not agree with this determination. While an appeal is pending, continue to certify for benefits each week. If the California Unemployment Insurance Appeals Board decides you are eligible, you will only be paid for the weeks you certified for and met all eligibility requirements.

8.2

```
  NEXT ____ UISF01M        PRE-CLAIM COMPUTATION
DATE: 12-12-22 FOR CLAIM EFFECTIVE DATE 12 11 22
SSN:                 NAME LANCE      D ALVARADO          FO:   025
XREF SSN:            BP: SBP  MAX AWARD  $  00    WEEKLY AWARD  $ 00
EMPLOYEE      EMPLOYEE WAGES FOR THE QUARTER ENDING     EMPLOYER  ACCT   BR
  NAME      SEPT 21     DEC 21      MAR 22     JUNE 22    NAME    NUM
             0.00        0.00        0.00       0.00   ADD ENTRY 0000000
TOTALS:      0.00        0.00        0.00       0.00   QUAL WAGE=      0.00




P = WAGES PREVIOUSLY USED           N = WAGES NOT COVERED FOR INSURANCE
OTHER CLAIMS: DUA-082221-S,
FEI-(U/)/T-IND-DUA, MC-05/31/92-00545,
```

```
  NEXT ____ UISF01M        429 RECALL          SK WRK PLN:  A
DATE: 08/22/21 FOR CLAIM EFFECTIVE DATE 08 22 21  FEMA #: 999999
SSN:                 NAME LANCE      D ALVARADO          FO:   853
XREF SSN:            BP: SBP  MAX AWARD $14362    WEEKLY AWARD  $167
          EARNINGS/WAGES FOR THE QUARTER ENDING              ACCT
  NAME      MAR 19     JUNE 19     SEPT 19     DEC 19         NUM
             0.00        0.00        0.00       0.00   ADD ENTRY
TOTALS:      0.00        0.00        0.00       0.00   QUAL WAGE=      0.00




MC-05/31/92-00545,
```

9

## Claim Information - BYB 082221

```
   SSA          FIRST    M     LAST NAME      CHO  EFF DATE END DATE LANG
              LANCE      D ALVARADO        09010 08-22-21 09-04-21   0
       STREET ADDRESS                TELEPHONE     REQUESTOR  REQ DATE LOCATION
5719 MAYO CT                      775 399 0045    HANNON     12-12-22  00250
   CITY        ST    ZIP   CNTRY  PROGRAM CODE   FIPS      ST OFF  PETITION #
SUN VALLEY     NV 894337036     DUA-U-SE       32 031
  BIRTH    SW PER UNION  DOT SIC ER  WP  CIT SEX      SPECIAL COMMENTS
12-16-72 A  99        201 73  5 REQ   1   1
   A W A R D   I N F O R M A T I O N         O T H E R   A W A R D S  BP  P
 86 WEEKS AT 167 WBA 14362 MBA BAL  14362.00                         SBP U


FLAGS FEI-(U/)/T-IND-DUA, MC-05/31/92-00545, APPL-12/12/22, DUA-08/22/21-999999
-2001,


  TAKEN- EFF OR  W/E DT- AMT  PAID-  FO  INTER/ TIME SERIAL  CK  PAY
AUTH DT ISS DT  ACTION  ERN REASON      AUTHOR      NUMBER  STS IND  COMMENTS
 112122 000000  090421      DISQ    0060  1358 1027          0
 112122 000000  082821      DISQ    0060  1358 1027          0
 050422 082221  RC                  0250  3413 1429
```

10 ·(

## Claim Information - BYB 082221

```
*********  ADDRESS CHANGE SCREEN *********
   SSN                NAME LANCE      D ALVARADO              REASON
                                      CURRENT CLAIM: 08/22/21 U  DUA
   STREET 5719 MAYO CT
   CITY   SUN VALLEY      STATE NV  ZIP CODE 89433 7036  08/22/21 U  DUA
   PHONE  775 399 0045      FIPS 32 031        CHO 9010
   OPERID 602UCLMT      REASON NO REASN
   EFFECTIVE 01/30/22   TIME 15:29:07
********************************************************************************
                    PRIOR ADDRESSES AND RELATED CLAIMS


   NEXT: _____ UISP05M           PAY INPUT      12-12-22  17:43:10
   SSA:                    CLM EFF DATE: 08-22-21      PROG CODE: U
   CLMT NAME: LANCE       D ALVARADO           WBA: 167   BAL: 14362
```

```
ER NAME:              STREET ADDRESS:              CITY:
DUA                   5672 LUPIN                   SUN VALLEY
ST: NV ZIP: 89433     LDW: 030520 SEP REASON: D I WENT TO VISIT MY MOTHER AND
  COULD NOT RETURN DUE TO COVID.
```

## Claim Notes - BYB 082221

```
12-12-2022 025J6994
   APPEAL FILED ON THE FOLLOWING ISSUES: MONETARY
12-12-2022 025J6994
   12/05/22 DE 713 #3 TO CLMNT JHA
   12/05/22 CLMNT TIMELY APPEAL      LA -OAP JHA
12-07-2022 186J8680
   CUBS BURNDOWN WI:167972223 WC-APPL-I WON MY APPEAL RESOLVED
12-07-2022 186J8680
   CUBS BURNDOWN WI:167962125 WC-APPL-I WON MY APPEAL RESOLVED
11-21-2022 006J1358
   PER CUBS BURNDOWN LIST- CLMT HAS UN DISQ.
11-17-2022 006J8348
   WORK ITEM ID#167784911 CUBS BURNDOWN LIST WI RESOLVED
11-14-2022 025J3068
   TCTC, CLMT HAS BEEN ADVISED THAT AN APPEAL NEEDS TO BE FILED REGARDING
   UN DISQ - NO CA FOOTPRINT (TR15).
11-14-2022 025J6994
   TCFC RE STATUS OF PYMT;TOLD CLMT ALTHOUGH THERE WAS A REVERSED PUA DEC
   ISION,THE CLAIM HAS A NEWER CURRENT DISQ BASED ON CA FOOTPRINT OR WORK
11-14-2022 025J6994     (CONT)
   AND MUST FILE AN APPEAL RE THIS SPECIFIC ISSUE.CLMT DISAGREED AS HE
   STS PER LAW, WE ARE TO RELEASE HIS PYMTS AND MAY FILE A BD;CLMT WAS
   EXPLAINED THAT IS NOT CORRECT AND TO REFER TO LAST PARAGRAH OF ALJ DEC
   CLMT REQUESTED TO SPEAK WITH SUPV. AND HUNG UP.
11-14-2022 019J9935
   TCFC IS FOLLOWING UP ON A DECISION FROM THE OFFICE OF APPEALS
   RECEIVED A NOTICE DATED 091922 WILL CONTACT CHO 0901
11-10-2022 049J1881
   WI#167685597PER REVIEW OF CLAIM THE CLMT HAS NO LABOR ATTACHMENT TO C
   A. PER BOARD OF APPEAL DECISION THE CLMT WAS FOUND TO HAVE RECEIVED CO
   MPENSATION FOR PERSONAL SERVICES IN THE FORM OF ROOM AND BOARD AND PYM
   T OF TUITION IN THE STATE OF NEVADA. CLMT PROVIDED CAREGIVING SERVICES
   ONLY IN THE STATE OF NEVADA. CLMT HAS NOT WORKED IN CA. CLMT WAS ONLY
11-10-2022 049J1881     (CONT)
   LIVING WITH HIS MOTHER IN CA.
11-10-2022 049J1881
   DE 8598PUA-D MAILED TO CLMT ON 11/16/22. ITEM K: NO RECENT ATTACHMENT
   TO CA LABOR MARKET. CLAIMANT DOES NOT MEET PUA ELIGIBILITY
   REQUIREMENTS DUE TO CURRENTLY OUT OF STATE AND NO CA FOOTPRINT (TR15).
11-01-2022 853J2355
   ASKED CLMT WHAT ASSOCIATION HE HAS WITH CA, WHO DID HE WORK FOR?, CLMT
   GOT ANGRY AND STATED "HE DID NOT WANT TO GO OVER THIS AGAIN WITH
   ANOTHER "F" PERSON REP STATED TO HAVE A NICE DAY.
10-25-2022 853J1530
   TCFC RECVD NOTICE ON HIS EDD ONLINE ACCOUNT TO CONTACT THE DEPARTMENT
   TO CONFIRM HIS ADDRESS, THERE IS A RETURN MAIL IN CUBS THAT STATES DO
   NOT REMOVE OUT OF STATE ADDRESS, MUST CONFIRM CLAIMANTS ASSOCIATION WI
10-25-2022 853J1530     (CONT)
   TH CALIFORNIA, EMAIL SENT TO SUPERVISOR FOR ASSISTANCE
10-25-2022 853J1530
   C/S IS CALLING FROM NV, AT THE TIME OF THE PANDEMIC HE WAS IN CA IN WH
   EATLAND AT THIS MOTHER'S HOUSE, AND WAS UNABLE TO RETURN HOME AT THE T
   IME
10-25-2022 006J5464
   CUBS BURN LIST- WI:167384998; PREVIOUSLY RESOLVED, NO ACTION TAKEN.
10-19-2022 049J7844
   CUBS BURNDOWN LIST: MISSING WAGES FROM CLAIM
```

## Claim Notes - BYB 082221

```
   RESOLVED WITH NO REPLY
10-17-2022 025J9086
   D   VQ  #0 ELIG, 15:49, RLL.
10-12-2022 857J3860
   CUBS BURNDOWN LIST WI#167147050 PREV RESOLVED NO ACTION NEEDED
10-11-2022 024J9268
   WI# 167147050 RESOLVED.
09-29-2022 040J9168
   CUBS BURN DOWN LIST, WC# 167041099 RE: APPEAL AND BACKDATING AND PAYME
   NT. CLMT ADV TO CALL IN AS APPEAL DOCS NEED TO BE REVIEWED TO SEE IF J
   UDE DETERMINED BACKDATING
09-27-2022 USSB140
   DE4800 MAILED 09/27/22 - VQ .
   DET APPT SCHEDULED FOR 10/14/2022 - 08:00AM TO 10:00AM DE4800STD.
09-26-2022 857J2238
   TCFC RE: CLMT INQ ABOUT STATUS OF PAYMENT AND INFORMED ME THAT UN DISQ
   HAS BEEN LIFTED. INFORMED CLMT ABOUT PENDING VQ ISSUE. CLMT UPSET WIT
09-26-2022 857J2238    (CONT)
   H NEWS. REQUESTED DET.
09-22-2022 025J1464
   BD AO-460751 MLD 092122 RCV 092222: REV TO UN ELIG UNDER SECTION
   2102(A)(3)(A)(II)
08-19-2022 025J8140
   REC'D 4012 FROM CUIAB MAIL DATE 08/08/2022 BD APPL AO-460751(ALJ 71727
   70)
07-19-2022 040J2955
   WI 165804685; PUA SEES SUB 21 DAY; UPLOADED DOCS DO NOT SUBSTANTIATE
   LABOR FORCE ATTACHMENT. UN DISQ ALREADY COMP.
07-06-2022 017J2933
   TCFC RE:BACKDATE,C/S HE RQST BACKDATE TO 03/20 XFER TO CLMS
07-06-2022 021J6647
   TCFC RE ID: CLAIM IS IDC. ADVS CLMT UN DISQ X2 AFFIRMED BY ALJ
   TRANSFER TO UICSC
07-06-2022 853J2355
   TCFC RE: APPEAL STATUS, JUDGE RETURNED TO BE PROCESSED. COULD NOT
   HEAR ANYTHING ELSE, STATIC-CLMT HUNG-UP OR WAS DISCONNECTED.
07-06-2022 653T444K
   TCFC RE ID, CLMT IS IDC 7/1/2022 TRANSF TO CLM DEPT FOR OTHER CLM ISSU
   ES ON ACCT.
07-04-2022 PUASUNST
   DE 6331EN-PUA MLD TO CLMT 07/07/2022
07-03-2022 UIPL5R1
   PUA RE-ATTESTATION REQUEST WITH EXPANDED COVID-19 REASONS SENT TO CLMT
   VIA UIO.
07-03-2022 PUASUNST
   DE 6331EN-PUA MLD TO CLMT 07/07/2022
07-02-2022 PUASUNST
   DE 6331EN-PUA MLD TO CLMT 07/07/2022
07-01-2022 UISBPUAD
   PUA SEES SUBSTANTIATION REQUEST TO CLMT VIA EMAIL 07/01/2022
   ADVISING PROOF OF EMPLOYMENT/SELF-EMPLOYMENT OR SCHED COMMENCEMENT
   THEREOF IS REQUIRED.
   IF NO RESPONSE BEFORE SUSP ENDS, DISQ WILL BE ISSUED PER CONTINUED
   ASSISTANCE ACT OF 2020 [PL 116-260].
   21 DAY SUSP TO 07/23/2022.
07-01-2022 PUASUNST
   DE 6331EN-PUA MLD TO CLMT 07/07/2022
```

Appeal Documents for LANCE-XXX-XX

## Claim Notes - BYB 082221

```
07-01-2022 025J8254
   ALJ LA 7172770 MLD 063022 REC 070122. AFF 2102(A)(3)(A)(II) DISQ.
07-01-2022 056J3499
   ID IRR DISQ REVERSED TO ID IRR ELIG PER ALJ IAD/IDV
07-01-2022 056J3499
   ID IRR DISQ REVERSED TO ID IRR ELIG PER ALJ IAD/IDV
07-01-2022 025J1007
   EMAIL SENT TO CHO 056 TO MODIFY ELIGIBILITY DECISION TO ELIGIBLE. PER
   ALJ DECISION 7172771, CLAIMANT IS ELIGIBLE UNDER SECTION CODE 1253A
   FOR ID ISSUE.
07-01-2022 025J1007
   APPL-02/02/22 INACTIVATED
07-01-2022 025J1007
   ALJ LA-7172771 MLD 063022 RCVD 070122 REVERSED TO IRR ELIG
06-07-2022 056J1137
   APPEAL DECLARATION LETTER SENT WITH CODE 11, 12 AND 9 TO LOS ANGELES O
   FFICE OF APPEAR REGARDING TO CUIAB CASE 7172771
05-04-2022 025J3413
   SUPPL DE2403-IRR TO LOS ANGELES OAP
02-21-2022 041J0055
   WI 162509654 CLMNT IS WAITING FOR COPIES. PER PREVIOUS NOTE. WAITING
   FOR A RESPONSE FROM A MANAGER FROM 041 OFFICE.
02-18-2022 85J7850
   WI 162390640 RE COPIES OF MESSAGES SENT IN AUG AND SEPT 2021. UNABLE T
   O PRINT THE MESSAGES. CONTACT MANAGER FOR ADVISE AND WAITING ON RESPON
   SE. ADV CLMT TO RESUBMIT THE REQUEST IN WRITTING TO THE CHO 041.
02-16-2022 056J9143
   APPEAL DECLARATION LETTER SENT WITH CODE 3,8 TO LA-OAP
02-11-2022 019J4392
   WI 162227705 RESOLVED ADVSD CLMT DET CANNOT BE SCHEDULED UNTIL APPEAL
   IS COMPLETED AND IDENTITY CONFIRMS
02-07-2022 041J3205
   TCFC RE: CLAIM STATUS
   VCC CALL CLMT NEEDS CHANGE ADDDRESS CLAIM ON FILE
02-04-2022 056J9143
   DE2403 AND DE1080 SENT TO LA-OAP
02-04-2022 056J9143
   DE2403 SENT TO CHO #901
02-04-2022 056J9143
   ID PRE-APPEAL REVIEW WAS COMPLETED. DET IRR DISQ IS AFFIRMED DUE TO
   THE FOLLOWING REASON(S): PROVIDED AN UNACCEPTABLE PHOTO ID, PROVIDED
   AN UNACCEPTABLE SECONDARY DOCUMENT
02-02-2022 041J9711
   DISREGARD 2ND DE8598PUA-D ENTRY, ENTERED IN ERROR WHEN TRYING TO RECRE
   ATE DOCUMENT FOR APPEAL
02-02-2022 041J9711
   DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT
   CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ
   EFFECTIVE 08/22/2021.
02-02-2022 041J9711
   APPEAL FILED ON THE FOLLOWING ISSUES: IRR NOT A QUALIFYING COVID-19 LI
   STED REASON PUA NOT ALLOWED.
02-02-2022 041J9711
   01/20/22 DE 713 #3 TO CLMNT MLO
   01/20/22 CLMNT UNTIMELY APPEAL IRR  LA -OAP MLO
02-02-2022 041J9711
   DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT
```

## Claim Notes - BYB 082221

```
CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ
EFFECTIVE 08/22/2021.
02-02-2022 180J434A
   TCFC RE: CLMNT ANGRY ABOUT IDNC AND WANTS TO KNOW WHY HE KEEPS GETTING
   ID DISQ. CLMNT OOS AND HAS PUA FUTHER INVESTIGATION
01-25-2022 853J9768
   WI 161561370 RESOLVED - RESPONSE TO FILED A CLAIM NO RESPONSE.
01-19-2022 056J1952
   THE ADDITIONAL DOCUMENTS WERE REVIEWED AND THE REASON FOR THE DISQ
   IS STILL IN EFFECT FOR THE FOLLOWING REASON: DISQ DUE TO UNACCEPTABLE
   DOCS. COPY OF DE1080CZ DATED 09/13/21 DE1000M AND DE713 #7 TO CLMT:
   UNABLE TO USE THE DOCUMENTS CLMT PROVIDED TO VERIFY THE IDENTITY.
01-19-2022 056J1952    (CONT)
   ID DOCS TO BATCH FILE
01-13-2022 180J5812
   WI161134410 RSLVD
01-08-2022 853J4737
   ADD TO NOTE: MESS SENT TO CLMT TO ADV DE1080 MLD.
01-08-2022 853J4737
   WBCR NEVER RECVD DENIAL LETTER: DE1080 PRINTED AND MLD.
12-24-2021 040J3547
   WORK ITEM ID: 160324586 CLMT WAS SENT DETERMINATION LETTER 9/3/21 ABO
   UT IDENTITY. SAYS HE DIDNT GET AND DENIAL LETTER. SENT EMAIL
11-29-2021 853J9543
   VQ CLAIRIFICATION- TCTC INFORMED CLMT NO VQ DET DUE TO IDNC. ADVD OF A
   PPEAL RIGHTS & ONCE IDC, VQ DET WILL BE SCHEDULED.
11-29-2021 853J9543
   ASKED CLMT ABOUT BIRTH CERTIFICATE: SAID CERTIFICATE NUMBER IS
        . KAISER FOUNDATION HOSPITAL, ADDRESS 2025 MORSE AVE., SACRAMENT
   O, CA. CA DL#:
11-23-2021 USSB140
   DE4800 MAILED 11/23/21 - VQ .
   DET APPT SCHEDULED FOR 11/29/2021 - 08:00AM TO 10:00AM DE4800STD.
11-22-2021 025J7393
   HAS WAGES IN NV/ADDRESS FROM ICON IS PO BOX 7455 RENO NV 89510
11-22-2021 025J7393
   BIRTH CERTIFICATE IS FAKE/KAISER ON MORSE AVENUE WASN'T EVEN BUILT UNT
   IL 1975
11-22-2021 025J7393
   WI 158883469 RESOLVED
11-12-2021 056J1952
   THE ADDITIONAL DOCUMENTS WERE REVIEWED AND THE REASON FOR THE DISQ
   IS STILL IN EFFECT FOR THE FOLLOWING REASON: DISQ DUE TO UNACCEPTABLE
   DOCS. COPY OF DE1080CZ DATED 09/03/21 DE1000M AND DE713 #7 TO CLMT:
   UNABLE TO USE THE DOCUMENTS CLMT PROVIDED TO VERIFY THE IDENTITY.
   ID DOCS TO BATCH FILE
11-03-2021 006J9459
   DE5617 RTRND BY USPS. NO ACTION TAKEN. ID NOT CONFIRMED
11-01-2021 853J0893
   WORK ITEM ID: 156890944  RESOLVED
10-26-2021 056J8713
   ASKEDD #        RCVD: 09/08/21 SUBJ: BACKDATE EFF DATE DUE TO COV19
   RE: NO ACTION TAKEN, BACKDATE IN A PROCESS
10-07-2021 024J6727
   WORK ITEM ID-WHERE IS MY PAYMENT-155175785 COMPLETED.
09-23-2021 056J717K
   DE 1326C RETURNED BY P.O. DUE TO NO SUCH NUMBER'
```

## Claim Notes - BYB 082221

```
    ROUTED TO FILE CABINET IN INFOIMAGE
09-06-2021 602UCLMT
    FO CH FR 8530 TO 9010
09-03-2021 857J7730
    TCFC RE ID NOT CONFIRMED. CUBS DOES NOT MATCH THE ADDRESS CLMT GIVES.
    HE IS IN NV. SAYS HE HAS NOT LIVED IN CA FOR 20 YRS. ID ME NOT ACCEPTI
    NG HIS NV LICENSE. ADVISED TO SEE OUR WEBSITE FOR INSTRUCTIONS OR USE
    DE1326C MAIL FORM.
09-02-2021 056J5053
    IRR DISQ RD MI 5 D1--PROVIDED AN UNACCEPTABLE PHOTO ID
09-02-2021 056J5053    (CONT)
    IRR DISQ RD MI 5 E1--FAILURE TO PROVIDE A SECONDARY DOCUMENT
09-02-2021 056J5053
    09/03/21 (08-22-21) D   IRR #0 DISQ, IRR #0 DISQ, 13:07, IDD:082221, L
    ANG 0, SAM.
08-24-2021 379J7122
    ID ALERT PROCESS INITIATED - DE1326C & DE1326CD MLD TO CLMT, DE1326ER
    MLD TO: N/A
08-22-2021 853J3296
    CLAIMANT IMMEDIATE SUPERVISOR'S NAME GEORGE PAINE
08-22-2021 853J3296
    ER  PH# (775) 674-2820
    WORK SITE ADDRESS WORK SITE ADDRESS IS THE SAME AS THE MAILING ADDRESS
08-22-2021 853J3296
    RESIDENCE ADDRESS SAME AS MAILING ADDRESS
    C/S USUAL OCCUPATION IS CAREGIVER
08-22-2021 853J3296
    CLAIMANT STATES NO OTHER NAME OR SSNS USED
    CLAIMANT OUTSIDE CA ID IS NV: 3200140928
08-22-2021 853J3296
    CLAIM FILED VIA DE 1101I
    CLAIMANT STATES SOCIAL SECURITY CARD HAS SAME NAME AS UI CLAIM
08-22-2021 853J3296
    DL FROM NV
08-22-2021 853J3296
    ID ALERT ACTION REQUEST DE 1101I TO 056
08-22-2021 853J3296
    1173 ISS EFTV DT 082221 ISSUES: VQ
    I WENT TO VISIT MY MOTHER AND COULD NOT RETURN DUE TO COVID.
08-22-2021 853J3296
    ISSUES:
    DE429PUA MAILED TO CLMT ON 08-25-2021, WBA: $167.00 MBA: $14,362.00,
    REDUCED  0 UI WEEKS, REDUCED  0 FED-ED WEEKS, PUA WEEKS = 8
```

| 0 7

## Claimant Information

Name: **LANCE D ALVARADO**           SSN/ECN:

EDD Customer Account Number:               Date of Birth: **12/16/1972**

EDD Employee ARU: **N/A**

## Eligibility Summary

| | |
|---|---|
| Current Work Search Requirement: **A - You must be able and available for work and look for full-time work each week.** | Update Claimant Circumstances |
| Current Citizenship Status: **1 – U.S. Citizenship or National** | Update Citizenship Status |
| Work Authorization Expiration Date: | |
| Workshop Exemption: | Update Workshop Exemption |
| Certification Type: **4581** | Update Certification Type Details |
| Identity Status: **Confirmed** | |
| Recomp Pending: **No** | |
| Disaster Affected: **Yes** | Update Waiting Period Condition and/or Disaster Details |
| DI: | |
| PFL: | |
| School EE: **No** | Update School Employee Details |

## Pending Issues

No Results Found

[ Create Issue ]

## Completed Decisions

| Decision Type | Processed Status | BYB | Outcome | Effective Date | End Date | Decision Date | Eligibility Issue | Appeal Status | Action |
|---|---|---|---|---|---|---|---|---|---|
| Reprocess | Complete | 08/22/2021 | Disqualified | 08/22/2021 | | 11/21/2022 | | | Modify |
| UN | Complete | 08/22/2021 | Disqualified | 08/22/2021 | | 11/10/2022 | | | Modify |
| Reprocess | Complete | 08/22/2021 | Eligible | 08/22/2021 | | 10/17/2022 | | | Modify |
| IDC | Complete | 08/22/2021 | Eligible | 08/22/2021 | 09/04/2021 | 10/17/2022 | Reversed | | Modify |
| VQ | Complete | All Claims | Issue Removal | 10/17/2022 | 10/17/2022 | 10/17/2022 | | | Modify |
| UN | Complete | 08/22/2021 | Eligible | 03/15/2020 | | 10/17/2022 | Reversed | | Modify |
| UN | Complete | 08/22/2021 | Eligible | 08/22/2021 | | 10/17/2022 | Reversed | | Modify |

-Select One-   ▾   [ New Decision ]

## Reprocess Weeks Pending

Weeks are set to be reprocessed today: **NO**    [ Cancel ]

## Recomputation Pending

No Results Found

## Stop Pay Alert (SPA)

No Results Found

[ Create SPA ]

## Associated Work Items

1 2 3 ... >>

| Work Item ID | Claim Effective Date | Subject | Priority | Status | Week Ending Date | Work Queue | Owner ARU |
|---|---|---|---|---|---|---|---|
| 151650111 | | ID Initial Response | Low | Resolved | None | ID Initial Response | Unemployment Insurance Integrity & Accounting Division (UIIAD) |
| 154335154 | | Phone Interview Eligibility and Payment Status | Low | Resolved | None | WC-DET-Interview/Payment Status Queue | UIC San Francisco |
| 155175785 | | Where is my Payment? | Low | Resolved | None | WC-Payments-Where is my Payment Queue | UIC Sacramento |
| 155587630 | | Where is my Payment? | Low | Resolved | None | WC-Payments-Where is my | UIC San |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Payment Queue | Francisco |
| 156599622 | Phone Interview Eligibility and Payment Status | Low | Resolved | None | | WC-DET-Interview/Payment Status Queue | UIC San Francisco |
| 156764941 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 156890944 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC Oakland |
| 156962014 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 158125147 | Process ID Redetermination | Low | Resolved | None | | ID Redetermination | Unemployment Insurance Integrity & Accounting Division (UIIAD) |
| 158126416 | Where is my Payment? | Low | Resolved | None | | WC-Payments-Where is my Payment Queue | UIC Redlands |
| 158883469 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC Rancho Cordova |
| 159092609 | Phone Interview Eligibility and Payment Status | Low | Resolved | None | | WC-DET-Interview/Payment Status Queue | UIC Pacific Center |
| 159966067 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160105635 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160324586 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 160391338 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160398050 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160643647 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160816737 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160816996 | Filed a Claim, No Response | Low | Resolved | None | | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |

## Revision History

1 2 3 ... >>

| Updated Date | Update | Updated By |
|---|---|---|
| 12/09/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 12/08/2022 | Claimant has read the The EDD has Received Your Question dated 12/08/2022 22:45:42 | 602CLMT |
| 12/08/2022 | Claimant has read the Re: I Won my Appeal dated 12/07/2022 16:58:00 | 602CLMT |
| 12/08/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 12/07/2022 | Claimant has read the The EDD has Received Your Question dated 12/07/2022 16:35:06 | 602CLMT |
| 12/07/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 12/07/2022 | Claimant has read the Re: I Won my Appeal dated 12/07/2022 13:39:06 | 602CLMT |
| 12/07/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/30/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/29/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/29/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/29/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/28/2022 | Claimant has read the Messages for Week Ending Date(s) : 08/28/2021, 09/04/2021 dated 11/22/2022 21:16:50 | 602CLMT |
| 11/28/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/22/2022 | Stub messages for week ending date(s) 9/4/2021 8/28/2021 have been posted | 602T001 |
| 11/21/2022 | Reprocess - GENERIC DECISION FOR REPROCESSING entered..Comment: reprocess weeks | 006J1358 |
| 11/21/2022 | Stop Pay Alert deleted: Return Mail - Other - 8/22/2021.Comment: **** DO NOT REMOVE OUT OF STATE ADDRESS, M UST CONFIRM CLAIMANTS ASSOCIATION WITH CALIFORNIA | 006J1358 |
| 11/19/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 11/17/2022 | Claimant has read the The EDD has Received Your Question dated 11/17/2022 18:06:27 | 602CLMT |
| 11/17/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |

Return

Copyright © 2018 State of California



**Employment
Development
Department**
State of California

EDD TELEPHONE NUMBERS:
ENGLISH          1-800-300-5616
SPANISH          1-800-326-8937
CANTONESE        1-800-547-3506
MANDARIN         1-866-303-0706
VIETNAMESE       1-800-547-2058
TTY (NON VOICE)  1-800-815-9387

## ACKNOWLEDGMENT OF LETTER

•

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY  NV  89433

•

Mail Date: 12-12-2022

Name: LANCE D ALVARADO

Office Address:

Employment Development Department

UI CENTER RANCHO CORDOVA
PO BOX 419132
Rancho Cordova, CA 95741

Your correspondence regarding a recent decision by the EDD about your Unemployment Insurance (UI) claim has been received.

Your appeal has been processed and forwarded to the Los Angeles Office of Appeals. You will receive a hearing notice from that office giving you the day, time and place of your hearing. . If you have any questions regarding your appeal hearing or want to withdraw your appeal, you must contact the Office of Appeals at (213) 897-5267 . The EDD cannot legally withdraw your appeal on your behalf. If you have other questions concerning your UI claim, please send an online message through the "Contact EDD" website at www.edd.ca.gov or call one of the toll-free numbers listed above.

DE 713 Rev. 30 (3-18) (INTRANET)

CU

# REGISTER – Office of Appeals

**C·U·I·A·B**

| MAILING RECORD | CLAIMANT | CLT REP | EMPLOYER | ER REP | EDD | OTHER-SPECIFY |
|---|---|---|---|---|---|---|
| HEARING NOTICE & APPEAL PAMPHLET | R R   JUN 0 6 2022 | | | | | |
| PHONE HEARING DOCUMENTS | R R   JUN 0 6 2022 | | | | – | |
| HEARING NOTICE REMAILED | | | | | | |
| POSTPONEMENT/ AMENDED HEARING NOTICES | | | | | | |
| SUBPOENA SDT - NTA - NTP | | | | | | |
| DECISION DE 6401 & DE 1430 | RC  JUN 3 0 2022 | | | | | |
| DECISION REMAILED | | | | | | |
| AMENDED DECISION | | | | | | |
| DIGITAL HEARING COPY | | | | | | |
| OTHER | | | | | | |
| MAIL ADDITIONAL: | TO: | | | | | |

INTERPRETER: _____   DATE NOTIFIED: _____

| PARTY/WITNESS NAME: | APPEARING FOR | | | INTERP | CAPACITY | | | HEARING NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CL | ER/PET | EDD | | REP | WIT | OBS | 1 | 2 | 3 |
| *Lance Alvarado* | ✓ | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**IF** DISMISSAL for UNTIMELY APPEAL, or DENIAL OF REOPENING, was all evidence on these issues taken at the START of the hearing?

| HRS | YES | NO |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

| DATE | FROM | INFORMATION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

mCUIAB-BOARD APPEAL
Case# 7172770
Decided: 06/30/22

LANCE DELON ALVARADO
Appellant in proper Person
5719 Mayo
Sun Valley Nv 89433
(775) 399-0045

# CUIAB - BOARD APPEAL

Appellant Lance Delon ALvarado Hereby Files a timely Appeal Contesting the decision dated 06/30/22 case# 7172770 Affirming denial of PUA claim Finding the Appellant ineligible as determined under code section 2102 (a)(3)(A)(ii) Public Law 116-136

Appellant moves to STRIKE DECISION in entire. Informing the Board that the decision made 06/30/22 having been made from Findings of Fact that are in error

Whereas the effective date on record being August 22, 2021 is in question

That the true effective date for Appellant's PUA claim for relief is March 19th, 2020 and qualifies Appellant under code section 2102(a)(3)(A)9ii) public law 116-136

That the record before the BOARD is incomplete and Appellant request that New evidence to be admitted into the record for review in support of Appellants accusations of EDD's constant estoppel of Appellant's PUA relief including but not limited to fraud, evidence and document tampering, perjury, just naming a few.

EDD's testimony was not only deceptive and misleading in nature but was in fact successful in its manipulation and directly influenced the Executive Magistrates decision dated 08/30/22 after hearing held 08/23/22.

A decision that adversely affected Appellant's legal and just claim in equity for the purpose of EDD's unjust enrichment under color of law..

1

**Kannavos v. Annino, 247 N.E. 2d 708 (Mass 1969)**

EDD misrepresentation due to non disclosure of documents, and withholding of Appellant's true effective retroactive date for PUA assistance and qualifying under code 2102(a)(3)(A)(ii)

**Subjective Impossibility scionable clause**
**Restatement (first) §454; UCC2-615**

That Appellant's performance of retroactive date MARCH 19, 2020 could not be done within the EDD website certification page although retroactive timeframe allowed in performance from February 2020 thru SEPTEMBER 2021 for retroactive effective dates claiming PUA relief. Dates presumed and reflected in the writings within the COVID 19 Economic Relief Act and Pandemic Assistance Programs. Unavailable dates using EDD certification for weekly benefits and employment status update webpage

**UNCONSCIONABILITY INCORPORATED BY REFERENCE**
UCC 2-302(1b) Effective date gained by a required certification date not allowing retroaction may enforce remainder of contract without unconscionable clause

**UCC 2-302 Substantive Procedural unconscionability** of certification effective date using certification of weekly benefits on a PUA retroactive claim for PUA relief where retroactive dating was not an option. The Board's discretion in application of  award.
Appellant seeking enforcement in total with damages.

**Performance excused**
**Waldinger Corp v. CRS GROUP ENGINEERS, INC., 775 F.2d 781**
**(7th Cir. 1985)**

In relevant part where performance is excused due to inability to meet contract specifications that are applied in a restrictive manner. Appellant unable to and restricted from applying retroactive March 19, 2020 as effective date for claimed PUA relief

**Crenshaw County Hospital Board v. St. Paul Fire and Marine Insurance Co 412 F.2d 213 (5th Cir. 1969)**

EDD error in judgment was fully aware of Appellant's requested retroactive effective date and instead applied Appellant's required 08/22/2021 date of certification for weekly benefits and employment status update as effective date on record

EDD ignoring Appellant's request to backdate claim submitted and took no action to correct or admit request into record before the Board, another EDD error in judgment

**DUICK v. TOYOTA MOTORS SALES. USA INC 198 Cal. App. 4th 1316.131 Cal.Rptr. 3d 514 (2011)**

Relevant in terms of electronic agreements where all the terms and conditions are not made available and understood by both parties and why Fraud in the Inception is a proper application over fraud in inducement.

**Hochster v. De la Tour, 2 Ellis & Bl. (Q.B. 1853) UCC 2-609**
Anticipatory Repudiation of performance and Breach
Appellant requesting assurance of performance
Appellant seeking immediate damages.

Appellant reserving issues Including any and all provisional remedies not listed
Appellant reserves any and all issues in action including but not limited to federal issues and actions including but not limited to federal court

That the true effective date of Appellant's claim is retroactive March 19, 2020 and is within the Federal dates allowing for retroaction being February 2020 thru September 2021 for PUA RELIEF.

Appellant having directly been affected on March 19th, 2020 and qualifies under section 2102(a)(3)(A)(ii) public law 316-136 becoming unemployed after complying with Executive Order N-33-20 put into effect by California Governor Gavin Newsom in response to the State of Emergency arising from COVID-19 and

3

not being able to reach his place of employment. And upon returning was locked out from his place of employment due to the employer being at a higher risk.

Appellant applied for PUA relief prior to the deadline to file for PUA relief and is well within PUA regulations allowing a backdated or retroactive effective date to be applied.

Appellant only becoming aware of the existence of PUA relief just prior to, and possible qualification for PUA relief while attending an in person interview to verify Appellant's identity at the IRS in July 2021.

Appellant filed for PUA relief Aug 2021. Seeking relief for having been directly affected on a retroactive date of March 19, 2020 as his effective date of claim.

NOT AUGUST 22, 2021 the date of Appellant's required certification for weekly notification of employment status and update.

## UCC1-203
## Legal value, detriment apparent

Appellant consent and in compliance to imposed weekly certification was in full belief of certification made was to notify EDD that APPELLANT was still unemployed as of August 22, 2021..

By failing to redirect Appellant to a retroactive PUA relief date webpage or enabling Appellant to enter a retroactive date to be applied to Appellant's claim and not making all the terms and conditions available on the certification webpage resulted in a fraudulent effective date applied.

Fraud in the inception.

Nowhere on EDD certification website informed Appellant that the dates Appellant submitted for certification were to be used as the dates under code section 2102 on record as having been directly affected and date unemployment began?

Appellant's answer of "NO" to a direct question during the hearing held 06/23/22 may have been in error.

4

Appellant requests a copy of the record including all recordings and transcripts be sent.

Appellant requests the following  3  documents be admitted as new evidence

## 1. NOTICE OF ONLINE ACCOUNT REGISTRATION

## 2. REQUEST TO BACKDATE CLAIM

## 3. END OF THE FEDERAL PANDEMIC UNEMPLOYMENT ASSISTANCE AND PANDEMIC ADDITIONAL COMPENSATION

1.        Titled: **Notice of  Online Account Registration**

Appellant finding this notice FOLLOWING HEARING HELD 06/23/22 where Appellant's answer of "NO" to a direct question during hearing held WAS IN ERROR.
Notice in relevance as to EDD having true address 08/21/22 on file in preclusion to any notices of determination as having been mailed and returned by USPS to EDD.

2.                    Request to Backdate claim

Appellant DEMANDS that Appellant's REQUEST TO BACKDATE CLAIM be produced by EDD and admitted into the RECORD before THE BOARD.
That the above request was submitted following Appellant certification of benefits. 08/22/2021 and has not been made part of the record before The Board
During the Appellant's Eligibility interview, held 11/29/22 the Appellant questioned the Interviewer conducting the interview regarding the request
Where the Interviewer affirmed the request as having been submitted.

Appellant taking immediate action to remind EDD that Appellant was not only informing EDD that he was still unemployed as of the date of certification but also that the effective date of March 19th 2020 was to be applied as being the date Appellant was directly affected and qualified under code section 2102 (a)(3)(A)(ii) public law 116-136.

### 3.          End of the Federal Pandemic Unemployment Assistance and Pandemic Additional Compensation Programs

Appellant  submitting 1 of 4 letters above titled. 1 alongside Decision made after hearing held dated 8/30/2022.  A week after Appellant received the decision 3 duplicate letters arrived on same day a week after arrival of decision

The relevance to the number of duplicated letters Appellant received  being 4 total letters after decision made 08/30/22 and to its final sentence located on bottom line of letter reading ``This notice cannot be appealed and there is no need to contact us."

Letter misleading Appellant as to legal remedies within Appellant's rights in claim for PUA relief still being made and evidenced making this APPEAL BEFORE THE BOARD

## RES IPSA LOQUITUR.

**ESTIMATED DAMAGES INCURRED BY APPELLANT AFTER BEING DIRECTLY AFFECTED BY THE PANDEMIC**

**1. Room and Board 2020 CAL STATE STUDENT average costs $36000.00** Appellant Application for PUA relief under salary while employed being room and board and a paralegal student enrolled in an online paralegal course to be determined by The Board

**2. EDD claim amount for PUA benefits allotted in claim above 16000.00** Pandemic additional Compensation amounts added to weekly benefit amounts $600.00 a week with any and all other adjustments made and  total to be determined by The Board

**3. Average Attorney Fees and costs awarded and determined by The Board**

4. Award of One full year and one half of year added for Average Paralegal annual salary working in California being anywhere between $65000.00 and $100,000.00 and determined by The Board.

5. Any other relief The Board feels an award would be used to set an example of deceitful actions that shed a negative opinion on the executive process will not be tolerated.

# EXHIBIT INDEX

## 1.    Notice of online Account Registration

### Draft date reads 08/21/2021
Edd having Appellants true address on file  claiming numerous letters of determination were returned.  EDD having no envelopes to substantiate the post date of letters even being sent .

7

# **Your Social Security Statement**

LANCE D. ALVARADO

June 23, 2022

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is **67**, based on your date of birth: December 16, 1972. As shown in the chart, you can start your benefits at any time between **ages 62** and **70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.**

These personalized estimates are based on your earnings to date and assume you continue to earn $1,569 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html* :

## Disability Benefits

To get benefits if you become disabled right now, you need 28 credits of work, and 20 of these credits had to be earned in the last 10 years. Your record shows you do not have enough credits at this time to receive disability benefits. Learn more at *ssa.gov/disability*.

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

| | |
|---|---|
| Minor child: | **$995** |
| Spouse, if caring for a disabled child or child younger than age 16: | **$995** |
| Spouse, if benefits start at full retirement age: | **$1,327** |
| Total family benefits cannot be more than: | **$2,013** |

Your spouse or minor child may be eligible for an additional one-time death benefit of **$255**. Learn more at *ssa.gov/survivors*.

## Personalized Monthly Retirement Benefit Estimates (Depending on the Age You Start)



| Age Retirement Benefits Start | Monthly Benefit Amount |
|---|---|
| 62 | $767 |
| 63 | $817 |
| 64 | $871 |
| 65 | $944 |
| 66 | $1,017 |
| 67 | $1,089 |
| 68 | $1,097 |
| 69 | $1,184 |
| 70 | $1,351 |

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need to sign up for Medicare within 3 months of your 65th birthday to **avoid a lifetime late enrollment penalty.** Special rules may apply if you are covered by certain group health plans through work.

For more information about Medicare, visit *medicare.gov*  or *ssa.gov/medicare* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes. Learn more about Social Security's future at *ssa.gov/ThereForMe*.

**Earnings Record**

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1981-1990 | $6,659 | $6,659 |
| 1991-2000 | $109,614 | $109,614 |
| 2001-2005 | $142,948 | $142,948 |
| 2006 | $24,790 | $24,790 |
| 2007 | $31,377 | $31,377 |
| 2008 | $27,949 | $27,949 |
| 2009 | $14,643 | $14,643 |
| 2010 | $5,715 | $5,715 |
| 2011 | $0 | $0 |
| 2012 | $0 | $0 |
| 2013 | $0 | $0 |
| 2014 | $0 | $0 |
| 2015 | $0 | $0 |
| 2016 | $0 | $0 |
| 2017 | $13,525 | $13,525 |
| 2018 | $0 | $0 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | $1,569 | $1,569 |

**Taxes Paid**

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $23,567
Employer(s): $23,373

**Medicare taxes**
You paid: $5,504
Employer(s): $5,459

**Earnings Not Covered by Social Security**

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. To find out more, visit *ssa.gov/gpo-wep* .

**Important Things to Know about Your Social Security Benefits**

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/ applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.



# STRATFORD CAREER INSTITUTE

Mailing/Shipping Address:
1 Conception Commons, Unit 1, PO Box 1560
St. Albans VT  05478-5560

**********************SNGLP

Lance Alvarado                          9249 T2 335
5672 Lupin Dr
Sun Valley NV  89433-7419

# CHOOSE ONLY ONE PAYMENT PLAN

Main Office:
5675 Darnley Rd. Mount-Royal, QC  H4T 1X2
1-800-435-5338

## Your Tuition Balance

Cash Balance: $449.00

Installment Payments: 14 at $31.93
and one final payment of $1.98

Student No.: G245748

Date: January 20, 2020

## *Please complete and return within 7 days.*

## Direct Bank Payment Service
Student # G245748

☐ Please charge my bank account with **14** monthly payments of **$31.93** each and one final payment of **$1.98**.

Bank Name _____    Date _____

Branch Address _____    Signature _____

_____ State _____    Signature _____

Your Account No. _____    Signature _____
(For joint accounts both signatures must appear above.)

**IMPORTANT** – For verification purposes, please enclose one of your personal checks marked "VOID".

### *Payments will be processed at 30 day intervals from the enrollment date.*

## Direct Credit Card Payment Service
Student # G245748

☐ Please charge **14** monthly payments of **$31.93** each and one final payment of **$1.98** to my Credit Card.

☐ VISA   ☐ MasterCard   ☐ AMERICAN EXPRESS   ☐ DISCOVER    Card Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Expiry Date  Mo. [ ][ ]  Yr. [ ][ ]    Signature _____

## Payment In Full          $449.00 (I save all interest charges)
Student # G245748

☐ Enclosed is a Check or Money Order payable to Stratford.

☐ Please charge my Credit Card.   ☐ VISA   ☐ MasterCard   ☐ AMERICAN EXPRESS   ☐ DISCOVER

Card Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Expiry Date  Mo. [ ][ ]  Yr. [ ][ ]    Signature _____

To complete your student file, please enclose a *photocopy* of a government issued photo ID.
Acceptable forms of ID include: state driver's license, state ID card, passport, or military ID.

Direct Bank or Credit Card Payment may be cancelled at any time. All you have to do is notify us.
Please return this payment plan in the enclosed postage-paid envelope or fax it to us at 1-888-486-9428.

LTR6000N_PP2

 **EDD** Employment Development Department
State of California

08-21-2021

LANCE DELON ALVARADO ALVARADO
5719 MAYO CT # A
SUN VALLEY NV 89433-7036

Notice of Online Account Registration

The Employment Development Department (EDD) is sending this notice as a security measure.

LANCE DELON ALVARADO ALVARADO has registered for an EDD online account. This user may now log in to the EDD online account anytime by typing the following link in their browser: www.edd.ca.gov

Note: Please keep the e-mail address and mailing address current on this account to receive any notifications about changes made to this account. If the e-mail address and or mailing address changes, please remember to update the account profile.

If this user account should not have been created, or if you have questions regarding this notification, please notify the EDD at 1-800-480-3287 immediately. The EDD staff is available from 8 a.m. to 5 p.m. (PT), Monday through Friday, except on state holidays.

Employment Development Department
State of California

This mail was sent to LANCE DELON ALVARADO ALVARADO and contents are confidential to the EDD account. This message (including any attachments) contains information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, please delete this message.

P.O. Box 826880, MIC 29  ·  Sacramento, CA 94280-0001  ·  1-800-480-3287  ·  www.edd.ca.gov
· Versión en español en el dorso ·

DE 8509 Rev. 1 (12-11)

## 2.    Demand for EDD Production of Document:
## Titled: Request to Back Date Claim

Document verifies immediate redaction of certification for weekly benefits and employment status update made 08/22, 2021 and misapplied as effective date of Appellant's retroactive PUA claim for relief.

During Appellant's November 29, 2021 recorded eligibility interview the interviewer confirmed the request to backdate the claim as having been received.

EDD error in judgment has excluded request from record

## 3.    End of the Federal Pandemic Unemployment Assistance and Pandemic Compensation Programs

Bottom line of the final sentence reads " This notice cannot be appealed and there is no reason to contact us."
Misleading as to Appellant's legal remedies.

Employment Development Department
PO BOX 826880
SACRAMENTO CA 94280-0001



**EDD** Employment
Development
Department
State of California

EDD TELEPHONE NUMBERS:
ENGLISH:                1 800 300 5616
SPANISH:                1 800 326 8937
CANTONESE:              1 800 547 3506
MANDARIN:               1 866 303 0706
VIETNAMESE:             1 800 547 2058
TTY (NON VOICE):        1 800 815 9387
EDD INTERNET SITE:      edd.ca.gov

22000 / 24021 / 0023 / 111

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY NV 89433-7036

### End of the Federal Pandemic Unemployment Assistance and Pandemic Additional Compensation Programs

According to the CARES Act of 2020, these federal unemployment programs ended September 4, 2021:

- Pandemic Unemployment Assistance (PUA)
- Pandemic Additional Compensation (PAC), also known as Federal Pandemic Unemployment Compensation (FPUC)

**How Does This Affect You?**

You currently have a PUA claim with a balance remaining. Federal law does not allow PUA benefits to be paid for weeks of unemployment after September 4, 2021, even if there is a balance remaining on your claim and you remain unemployed.

In addition, the $300 PAC payments are no longer payable for any weeks after September 4, 2021.

**Additional Resources**

California offers many benefit programs to help you:

- **GetCalFresh.org:** Offers up to $234 per person per month in food assistance whether you are working or not. For more information call 1-877-847-3663 (FOOD).
- **HousingIsKey.com:** Offers rental assistance including 100 percent back rent and future rent. You can also call the Rent Relief Call Center at 1-833-430-2122.
- **BenefitsCal.org:** Californians can apply directly to the county human services agency for food assistance (CalFresh), cash aid and services for families with children (CalWORKs), and free health insurance (Medi-Cal) through this portal.
- **CoveredCA.com:** Find affordable health insurance for as low as $1 per month. For more information call 1-800-300-1506.

Visit the Additional Resources page at edd.ca.gov/resources.htm for a full list of resources.

For help finding gainful work, job training, and other employment services, we encourage you to access the following:

- **CalJOBS.ca.gov:** Visit the state's online, no-cost virtual job center that includes over a million job listings from private job boards and recruitment sites.
- **America's Job Center of California℠ (AJCC):** Find job search assistance, resume writing, interview preparation, and access to job training at locations throughout the state. Visit edd.ca.gov/office_locator to find an AJCC near you.

For more information about job seeker services, visit edd.ca.gov/ReturnWork.htm.

This notice cannot be appealed and there is no need to contact us.

DE 6331EN-PUA (9-21)

10



CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD

**LOS ANGELES OFFICE OF APPEALS**
**300 S. Spring Street, Rm 1502 Ground Floor**
**LOS ANGELES CA 90013-1204**

**(213) 897-5267**

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No. **7172770 (PUA)**<br><br>Issue(s): 2102(a)(3)(A)(ii)<br><br>Date Appeal Filed: 01/20/2022<br><br>EDD: 0250 |

| Date and Place of Hearing(s):<br>(1) 06/23/2022 | Parties Appearing:<br>Claimant |
|---|---|

# DECISION

The decision in the above-captioned case appears on the following page(s).

The decision is final unless appealed within 30 calendar days from the date of mailing shown below. See the attached "Notice to Parties" for further information on how to file an appeal. If you are entitled to benefits and have a question regarding the payment of benefits, call EDD at 1-800-300-5616.

**Faith I. Mitchell**, Administrative Law Judge

**FILE COPY**

Date Mailed:
RC  JUN 3 0 2022

**Case No.: 7172770**                    **Los Angeles Office of Appeals**
CLT/PET: Lance D. Alvarado          ALJ: Faith I. Mitchell
Parties Appearing: Claimant
Parties Appearing by Written Statement: None

---

## ISSUE STATEMENT

The claimant appealed from a determination that held the claimant was not eligible for Pandemic Unemployment Assistance under the Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(ii) (March 27, 2020), 15 United States Code section 9021(a)(3)(A)(ii). The issue in this case is whether the claimant is unemployed, partially unemployed, or unable to or unavailable for work as a direct result of at least one of the Covid-19 criteria specified in federal law.

## FINDINGS OF FACT

The claimant certified for benefits on this claim with an effective date of August 22, 2021, and a weekly benefit of $167.

The claimant was staying with an elderly vet in Sun Valley, Nevada and providing caregiving in exchange for room and board, but no compensation. He went to visit his mother in California the first week that stay-at-home orders were in effect, and when he returned to Sun Valley at some unknown time later, he was unable to continue his previous arrangement with the gentleman and became homeless.

## REASONS FOR DECISION

The term Covid-19 means the 2019 Novel Coronavirus or 2019-nCov. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(1) (March 27, 2020), 15 United States Code section 9021(a)(1).)

The term Covid-19 public health emergency means the public health emergency declared by the Secretary of Health and Human Services on January 27, 2020, with respect to the 2019 Novel Coronavirus. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(2) (March 27, 2020), 15 United States Code section 9021(a)(2).)

To be eligible for Pandemic Unemployment Assistance, an individual must not be eligible for regular unemployment compensation or extended benefits under State or Federal law or for Pandemic Emergency Unemployment Compensation (PEUC) under section 2107 of the CARES Act, including an individual who has

exhausted all rights to regular unemployment compensation or extended benefits under State or Federal law and for PEUC under section 2107 of the CARES Act. (Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136, section 2102(a)(3)(A)(i) (March 27, 2020) 15 United States Code section 9021(a)(3)(A)(i).)

Section 2102(a)(3)(A)(ii) of the Coronavirus Aid, Relief, and Economic Security Act, Public Law 116-136 (March 27, 2020), 15 United States Code section 9021(a)(3)(A)(ii), provides that an individual shall provide a self-certification that either:  (1) he or she is otherwise able to work and available for work, except that the individual is unemployed, partially unemployed, or unable to or unavailable for work because of the Covid-19 public health emergency, or that (2) he or she is self-employed, is seeking part-time employment, does not have sufficient work history, or otherwise would not qualify for regular unemployment or extended benefits under State or Federal law and meets the criteria specified under the CARES Act.

Section 2102(a)(3)(A)(ii) of the Coronavirus Aid, Relief, and Economic Security Act (March 27, 2020), Public Law 116-136, 15 United States Code section 9021(a)(3)(A)(ii), provides that to be eligible for PUA, an individual must be unemployed, partially unemployed, or unable to or unavailable for work as a direct result of one of the following:

aa. the individual has been diagnosed with Covid-19 or is experiencing symptoms of Covid-19 and seeking a medical diagnosis;

bb. a member of the individual's household has been diagnosed with Covid-19;

cc. the individual is providing care for a family member or a member of the individual's household who has been diagnosed with Covid-19;

dd. a child or other person in the household for which the claimant has primary caregiving responsibility is unable to attend school or another facility that is closed as a direct result of the Covid-19 public health emergency and such school or facility is required for the individual to work;

ee. the individual is unable to reach the place of employment because of a quarantine imposed as a direct result of the Covid-19 public health emergency;

ff. the individual is unable to reach the place of employment because the individual has been advised by a health care provider to self-quarantine due to concerns related to Covid-19;

gg. the individual was scheduled to commence employment and does not have a job or is unable to reach the job as a direct result of the Covid-19 public health emergency;

hh.   the individual has become the breadwinner or major support for a household because the head of household has died as a direct result of Covid-19;

ii. the individual has to quit his or her job as a direct result of Covid-19;

jj. the individual's place of employment is closed as a direct result of the Covid-19 public health emergency; or

kk. the individual meets any additional criteria established by the Secretary of the Department of Labor for unemployment assistance under this section.

Individuals who are self-employed (including independent contractors and gig workers) with reportable income may qualify for benefits under section 2102(a)(3)(A)(ii)(I)(kk) of the Coronavirus Aid, Relief, and Economic Security Act (March 27, 2020), Public Law 116-136, 15 United States Code section 9021(a)(3)(A)(ii)(I)(kk), if they are unemployed, partially employed, or unable to or unavailable for work because the Covid-19 public health emergency severely limited their ability to continue performing their customary work activities and they were either forced to suspend such activities or they experienced a significant diminution in their customary or usual services, even absent a suspension of services.    (Unemployment Insurance Program Letter 16-20 (April 5, 2020); Unemployment Insurance Program Letter 16-20, Change 2 (July 21, 2020); Unemployment Insurance Program Letter 16-20, Change 4 (January 8, 2021).)

In this instance, the claimant's unemployment is not due to any of criteria specified in federal law for payment of benefits.   The claimant is ineligible as determined under code section 2102(a)(3)(A)(ii), Public Law 116-136, and benefits are denied.

DECISION

The department's determination is affirmed.   The claimant is ineligible as determined under code section 2102(a)(3)(A)(ii), Public Law 116-136, and benefits are denied.

FIM 2, 6

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

025 - RANCHO CORDOVA PAC
PO BOX 419132
RANCHO CORDOVA, CA 95741-9132



**CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD**

**LOS ANGELES OFFICE OF APPEALS**
**300 S. Spring Street, Rm 1502 Ground Floor**
**LOS ANGELES CA 90013-1204**

**(213) 897-5267**

| | |
|---|---|
| LANCE D ALVARADO<br>Claimant-Appellant | Case No. **7172771 (PUA)**<br><br>Issue(s): 1253(a), LATE 1<br><br>Date Appeal Filed: 01/20/2022<br><br>EDD: 0250 |

**Date and Place of Hearing(s):**
(1) 06/23/2022

**Parties Appearing:**
Claimant

# DECISION

The decision in the above-captioned case appears on the following page(s).

The decision is final unless appealed within 30 calendar days from the date of mailing shown below. See the attached "Notice to Parties" for further information on how to file an appeal. If you are entitled to benefits and have a question regarding the payment of benefits, call EDD at 1-800-300-5616.

**Faith I. Mitchell**, Administrative Law Judge

**FILE COPY**

Date Mailed:

RC JUN 3 0 2022

**Case No.: 7172771**                    **Los Angeles Office of Appeals**
CLT/PET: Lance D. Alvarado               ALJ: Faith I. Mitchell
Parties Appearing: Claimant
Parties Appearing by Written Statement: None

---

ISSUE STATEMENT

The claimant appealed from a department determination holding the claimant ineligible for benefits under California Unemployment Insurance Code section 1253(a) beginning August 22, 2021. The issue in this case is whether the claimant has provided sufficient documentation to verify the claimant's identity.

An additional issue is whether the appeal was timely filed, and, if not, whether there is good cause to extend the filing deadline.

FINDINGS OF FACT

The claimant certified for benefits on this claim with an effective date of August 22, 2021, and a weekly benefit of $167.

The department requested that the claimant provide documentation sufficient to establish the claimant's identity as the individual who filed the claim and earned the wage credits on which it was based. The claimant failed to comply with that request within a reasonable period, and the department issued the adverse determination.

The claimant has submitted to the office of appeals a valid photo identification document consisting of a Nevada Identification Card, and at least one other supporting document, consisting of a birth certificate. Each of these meets the identity verification requirements of the California Code of Regulations.

The department mailed the claimant an adverse notice of determination to his address of record on September 3, 2021. The address was incorrect, and the claimant did not receive the notice as it was returned by the U.S. Postal Service as indicated in the claim note date November 3, 2021. On November 29, 2021, a call was made to the claimant about the determination and the claimant gave information about his birth certificate and a California Driver License number. stated that he did not get the letter. On December 24, 2021, a work item shows that the claimant had sent an email and said he did not receive the determination on his identity. A letter was printed and mailed on January 8, 2020. On January 19, 2022, the claim notes indicate that the identification document were review and a copy of the determination and appeal form were sent to the claimant. He

sent a letter to the department dated January 20, 2022 which was treated as his appeal.

REASONS FOR DECISION

The issue of timeliness of appeal is jurisdictional.  Unless an appeal is filed timely, or unless it is found that there is "good cause" under the statute for a late filing, an administrative law judge has no jurisdiction to decide the case on the merits and must dismiss the appeal. (Precedent Decision P-B-348.)

An appeal from a determination must be filed within 30 days of mailing or personal service of the notice.  The time to appeal may be extended for good cause, which includes, but is not limited to, mistake, inadvertence, surprise, or excusable neglect. (Unemployment Insurance Code, section 1328.)

An appeal is deemed filed on the date it is sent in writing to the applicable office of the appeals board or department branch office. It may be mailed, shipped by express service common carrier, electronically transmitted or physically delivered. (California Code of Regulations, title 22, sections 5000(gg) and (zz).)

In Precedent Decision P-T-35 the appeals board held that the postmark date, rather than an earlier postal meter date, was the date of filing of the petitioner's petition as there was not substantial evidence to support the postal meter date as the filing date.

In determining whether good cause exists for the late appeal, all factors should be considered, including: (1) the length of delay; (2) the reason for the delay; (3) the diligence of the appellant in acting to protect his or her rights; and (4) what prejudice, if any, may result for the other parties or the department if relief is granted. (Precedent Decision P-B-348.)

The more substantial the delay, the more substantial must be the reason demonstrated for the delay. (Precedent Decision P-B-348.)

In this instance, the claimant has good cause for his untimely appeal due to excusable neglect as he never received the letter that was sent to an incorrect address and returned by the Post Office.  The time for filing the appeal is extended.

The department may require a claimant to submit information to establish the identity of the claimant and to verify the wages reported under the social security number provided by the claimant. (California Code of Regulations, title 22, section 1326-3(a).)

The claimant shall have a reasonable opportunity to provide the information requested pursuant to section 1326-3(b)(1). The claimant shall have the right to request additional time to provide the requested information to the department. (California Code of Regulations, title 22, section 1326-3(d).)

If, within ten days from the mailing date of the request, the claimant has not supplied the requested information, and has not contacted the department to request additional time to provide the requested information, the department shall grant or deny benefits based on the information available to the department pursuant to section 1253(a) of the code. (California Code of Regulations, title 22, section 1326-3(e).)

California Code of Regulations, title 22, section 1326-3(b)(1) provides that if the information provided to the department by the claimant does not sufficiently establish the identity of the claimant, or if the department cannot verify that the wages reported under the Social Security number provided belong to the claimant, the department shall require the claimant to verify his or her identity by presenting a photo identification and one of the following documents:

    (A)  Social Security number verification.

    (B)  Date of birth verification.

    (C)  Address verification.

    (D)  Employment data.

"Photo identification" means an official document issued by a local, state, or federal agency, or a foreign government, which contains the individual's photograph, first and last name, and date of birth. (California Code of Regulations, title 22, section 1251-1(l).)

"Social Security Number Verification" means verification of the social security number, received by the department from the claimant, by either submission of a copy of the claimant's annual statement issued to him or her by the Social Security Administration, or by verification of that individual's social security number submitted to the department directly from the Social Security Administration. (California Code of Regulations, title 22, section 1251-1(k).)

"Date of Birth Verification" means a birth certificate issued by a local, state, or federal agency, or a foreign government, or other official certification of that individual's birth. (California Code of Regulations, title 22, section 1251-1(m).)

"Address Verification" means an original utility bill, bill for cable TV, telephone bill, insurance document or other correspondence from a bank or similar institution, a current statement, provided the document shows the individual's name and residence. If the individual does not have a residential address but does have a Post Office Box or a Personal Mailbox, address verification will be satisfied by providing proof he or she is the renter or authorized user of the box. (California Code of Regulations, title 22, section 1251-1(n))

"Employment Data" means a copy of that individual's Wage and Tax Statement, issued with the last 12 months, or a check stub or pay statement issued by that individual's employer within one year prior to the date that individual first filed a claim for unemployment compensation. The check stub or pay statement must contain the individual's first name or initial, last name, social security number, the name of the employer, and the date issued or the pay period for which the check stub or pay statement was issued. (California Code of Regulations, title 22, section 1251-1(o))

In this instance, the documents submitted sufficiently establish that the claimant is the individual who filed the claim at issue and earned the wage credits on which the claim is based. The claimant is not ineligible as determined under code section 1253(a) and benefits are payable, provided the claimant is otherwise eligible.

DECISION

The time for filing the appeal is extended.

The department's determination is reversed. The claimant is not ineligible as determined under code section 1253(a) and benefits are payable, provided the claimant is otherwise eligible.

FIM 1,6

LOS ANGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## DECISIONS SENT TO

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

025 - RANCHO CORDOVA PAC
PO BOX 419132
RANCHO CORDOVA, CA 95741-9132

| | |
|---|---|
| **From:** | Lance Alvarado <delonlalvarado@gmail.com> |
| **Sent:** | Monday, June 13, 2022 4:53 PM |
| **To:** | CUIAB Los Angeles Info |
| **Subject:** | Revised response to upcoming hearing to be held June 23rd @ 1.pm where dates of hearing to be held were in error and revised. |

On Mon, Jun 13, 2022, 3:46 PM Lance Alvarado <delonlalvarado@gmail.com> wrote:
To Faith Mitchell. Regarding cases 7172770, 7172771.

Upon reviewing the record of Appeal sent to Appellant. The Appellant wishes to review the following issues written within this response at the hearing to be held on the 23rd day of June 2022 @ 1pm.
 1. the benefit amount on record sent to Appellant notifying him of the upcoming hearing seems to be in error and conflicts the amount given within the Appellant's UI online account.
1. That UI's intentional malum in se actiions toward the Appellant can be shown within the record and its obvious delay in reviewing his claim has caused Appellant to suffer and Appellant ask the Court to consider awarding the following.
2 Appellant argues his termination being a caregiver and the ammount Appellant submitted with his Benefit Application ( room and board) should equal to or around $36,000 annually.
(Figure procured from average CA student room and board costs in 2020 from Cal State website)
 That his expulsion from his paralegal studies caused by the pandemic and travel ban issued by Govoner Newsom regarding health concerns would be w/o a doubt working in that profession under an Attorney or firm todayl. And prays for the court to award a further review before the final benefit amount if awarded.

That since.his termination Mar 2020 the Appellant has in fact suffered undue
 hardship in the following area's
medical bills, past due rent as well as small loans granted by friends and family need to be paid and Appellants education furthered to re enter the workforce in the profession the Appellant was studying pre pandemic.

That the Appellant can prove beyond a reasonable doubt that the UI intentionally has caused this delay. That record received by the Appellant notifying him of the above.mentioned hearing has acted with malicious behavior and has acted in such a manner as to warrant his request.

That the claim again be backdated to Mar 2020 when the Appellant was unable to return home. through and/or exceeding the date UI received the Appellant's claim for benefits. Not the date beginning Aug 2021 as the claim continues to reflect.

 That the Court remind the UI that they are here to serve the public not there to rob the public. That the public trusts .their public servants the UI Deparrment. Yet actions such as these bring that public trust to question in a negative way. The funds that UI distribute are not their own to make decisions based on speculation and feelings and then have the audacity to call it factual when their findings contradicts the facts all together! (Fraud called fact)

Not to put claims on low priority and delaying the claimant but to address in the order they are received. (Discrimination and bias)

That when a possible fraud investigation is started that it is expedited to save the public funds.not drag it out it out until the last possible date!
 (Purposeful delay in claim being processed causing undue hardship)

1


 **Employment Development Department** State of California

**SSN:**
**BYB: 08/22/21**

**IRR-ID**

## RECORD OF CLAIM STATUS INTERVIEW IDENTITY VERIFICATION (IRR-ID)
### Documents Submitted, Claimant Disqualified

**Date of Determination:** 09/02/21    **BYB:** 08/22/21    **ID Alert Suspense Date:** 09/03/21

1. **SSN:** ,    **XSSNs/ECNs:** _ - _ - _,    **Claim moved to SSN/ECN:** _ - _ -

2. **Claimant's Last Name:** ALVARADO,    **First Name:** LANCE    3. **First Week Affected:** 08/28/21

4. **Potentially Disqualifying Facts:** IRR – IDENTITY OF INDIVIDUAL CLAIMING BENEFITS IN QUESTION

5. **Check if Applicable:** ☐Unscheduled Issue/Written Due Process Provided ☒Information Only ☒Pre-Appeal ☐Re-Det

6. **Documents Made Part of Record:**    ☒DE 1000 rc'd: 02/02/22
   ☒**Other:** N/A

**7. CLAIMANT INFORMATION**

   A. DE 1326C mailed to claimant 08/24/21 .

   B. Was the claimant given at least 10 days to provide requested documents? ☒ Yes ☐ No

   C. Were legible documents provided (see attached copies of document)? ☒ Yes ☐ No DE 4365RID Suspense Date: _____

   D. Photo Identification Document (see attached copies of printouts and/or documents submitted by the claimant):
   - ☐ None submitted ☐ Illegible Document or ☒ Unacceptable Document; Document Type: POTENTIAL FRAUD
   - ☐ California or Other State Driver's License or Identification Card or USA Passport Number: _____
     Does the claimant's name and DOB on the document match Claim Record and DMV records? ☐ Yes ☐ No
   - ☐ Other Acceptable Photo ID: Document Type: _____ Document Number (if applicable): _____
     Does the claimant's name and DOB on the document match Claim Record? ☐ Yes ☐ No

   E. Additional Documents (see attached copies of printouts and/or documents submitted by the claimant):
   - ☐ None submitted ☐ Illegible Document or ☒ Unacceptable Document; Document Type: BIRTH CERT APPEARS ALTERED
   - ☐ SSN Verification from the SSA and/or annual statement:
     Does the Name, SSN, and DOB (if available) on the SSA document match Claim Record (see attached copies of documents)? ☐ Yes ☐ No
   - ☐ Address verification information:
     Does the name and address on the address verification document match Claim Record (see attached copies of documents)? ☐ Yes ☐ No
   - ☐ P.O. Box registration verification information:
     Does the name and P.O. Box verification match Claim Record (see attached copies of documents)? ☐ Yes ☐ No
   - ☐ Current W2 and/or Pay Stub(s) information:
     Does the name and SSN (if W-2) match Claim Record (see attached copies of documents)? ☐ Yes ☐ No
   - ☐ Birth Certificate or other official certification of birth:
     Does the first name and DOB match Claim Record (see attached copies of documents)? ☐ Yes ☐ No
   - ☐ Other Acceptable Photo ID: Document Type: _____ Document Number (if applicable): _____
     Does the claimant's name and DOB on the document match Claim Record? ☐ Yes ☐ No

   F. Is there a DOB discrepancy on the document with DMV, SSA or both? ☐ Yes ☒ No

*Left margin: 056J5053    09/02/21*


**EDD** Employment
Development
Department
State of California

Did the claimant provide an acceptable form of DOB verification? ☐ Yes   ☐ No--DE 4365RID Suspense Date: _____

## 8. DE 1326ER/DE 1326E INFORMATION

**A.** DE 1326ER mailed to employer _____ on _____.

Did the employer provide a current address for the individual/employee that is different from the claimant's address in Department records? ☐Yes  ☐No

**B.** DE 1326E sent based on a telephone call or correspondence from another individual claiming to own the identity ☐ Yes ☐ No

## 9. ADDITIONAL FACTS:

_____

## 10. SUMMARY OF MATERIAL FACTS AND REASONING:

The Department received information that the identity used to file this claim may not belong to the claimant filing the claim. The claimant was mailed written notices, the DE 1326C and DE 1326CD on **08/24/21**, requesting identity verification information. The claimant's last employer and base period employer(s) were also mailed a written notice, the DE 1326ER on _____, requesting identity verification information regarding the claimant.

Evidence indicates:

**D.** ☒  **Requested Identity Documents Not Provided**
The claimant did not provide some or all of the requested documents to verify his/her identity as required by CCR, Title 22, Section 1326-3. The Department was unable to verify that the claimant owns the identity under which the claim was filed.

## 11. LEGAL RESULTS

**IRR Disqualification Reason for Decisions**

**C.** ☒ Available information indicates the claimant failed to provide the requested documents required to verify his/her identity as required under CCR, Title 22, Section 1326-3. The Department is unable to verify the claimant's identity, therefore, the claimant is determined to be ineligible for UI benefits under Section 1253a of the UI Code effective **08/22/21**.

Under Section 1253A of the UI Code claimant is ☐IRR Eligible  ☒IRR Disqualified; RD MI 5 D1, G1 _____

Decision made on date: **02/04/22** at time: **14:32**.      LNG _____
                                                              Department Representative

7

## California Unemployment Insurance Appeals Board
### FO Case Report

**LOS ANGELES OFFICE OF APPEALS**

| Case #: | **7172770** | Status: | | **Unverified** | Program Code: **50** |
|---|---|---|---|---|---|

Multi Case Name:

| Appellant: | **Claimant** | | Appeal Date: | **1/20/2022** |
|---|---|---|---|---|

| Claimant: | **LANCE D ALVARADO**<br>**5719 MAYO CT**<br>**SUN VALLEY NV 89433 7036** | Clmt Rep: |
|---|---|---|

| Phone: | **(775) 399-0045  Call collect** | Phone: |
|---|---|---|

SSN:

| Employer: | | Emp Rep: |
|---|---|---|

| Phone: | | Phone: |
|---|---|---|

| Account No: | | CHO: | **0250** |
|---|---|---|---|

AAO/ACO:

| Subpoenas: | **0** |
|---|---|

| Suspense Date: | | Board Appeal: |
|---|---|---|

Decision Mailed:

| Issue(s): | **2102(a)(3)(A)(ii), LATE 1** |
|---|---|

| Split Cases: | **7172770, 7172771** |
|---|---|

Calendar Notes:
   **2/7 SUPP | edd decl.**

| Hearing – Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|

*RECV'D CLMT EMAIL (UNVERIFIED)*

**@CUIAB**

| | |
|---|---|
| **From:** | Lance Alvarado <delonlalvarado@gmail.com> |
| **Sent:** | Monday, March 7, 2022 3:13 PM |
| **To:** | CUIAB Los Angeles Info |
| **Subject:** | Appeal Regarding Notification of Determination Letter Sent 02/07/2022 |
| **Attachments:** | 20220307_145804.jpg; ALVARADO VS THE STATE OF CALIFORNIA UNEMPLOYMENT INSURANCE (1).pdf |

Attached is appeal form and 5 page brief regarding Mr. Lance Alvarado's claim for backdated relief.

Appellant will also be mailing true copies via certified letter.

*9*

**EDD** Employmen. Development Department State of California

EDD Telephone Numbers:
ENGLISH        1-800-300-5616
SPANISH        1-800-326-8937
CANTONESE      1-800-547-3506
MANDARIN       1-866-303-0706
VIETNAMESE     1-800-547-2058
TTY (non-voice) 1-800-815-9387
website:       edd.ca.gov

# APPEAL FORM

If you disagree with the Notice of Determination(s) and/or Determination(s)/Rulings by the EDD, you may appeal the decision(s) to the California Unemployment Insurance Appeals Board (CUIAB) by completing this form and explaining why you disagree. You must sign the form and return it to the EDD at the office address listed on the notice that you are appealing. **YOU HAVE 30 DAYS FROM THE MAIL DATE OF THE NOTICE TO FILE A TIMELY APPEAL.** If you appeal after the 30 day period, you must include the reason for the delay. The administrative law judge (ALJ) will determine whether you had good cause for the delay. If the ALJ determines you did not have good cause to submit your appeal late, your appeal will be dismissed.

**CLAIMANTS:** While your appeal is pending, you must continue to certify for benefits. If you are found eligible, you can be paid only for periods for which you have certified and have met all other eligibility requirements.

NOTE: Claimants for Disaster Unemployment Assistance (DUA) have 60 days to file an appeal. Employers appealing the *Notice of Determination or Assessment* (DE 3807), have 30 days to file an appeal.

| SECTION I    APPELLANT INFORMATION |
|---|

**INSTRUCTIONS:** The following information must be provided by the Appellant (the claimant or employer who is appealing a notice), or by the authorized agent or representative of the Appellant. The signature of the Appellant or agent is required. Please use **BLACK INK** when filling out this form.

Claimant Name: Lance Alvarado          Social Security Number:

Do you need a translator?  ☐ Yes  ☑ No   If yes, what language/dialect? _____

Appellant Address: 4719 Mayo Court
_Street No., Apt. No., or PO Box_          Telephone No.: (775) 399-0045

Sun Valley                Nv   89433      Fax No.:
_City_          _State_  _ZIP Code_

E-mail Address: delonlalvarado@gmail.com    Cell Phone No.: (775) 399-0045

☑ I authorize the CUIAB to send confidential information regarding my appeal to the e-mail address listed above.

☑ I authorize the CUIAB to send confidential information regarding my appeal by text message or voice mail to the cell phone number listed above.

**Complete this section for employer appeals only**

Employer Account Number: _____   Agent Name (if applicable): _____

Agent Address: _____
_Street No., Apt. No., or PO Box_          _City_      _State_   _ZIP Code_

| SECTION II    APPELLANT STATEMENT |
|---|

**INSTRUCTIONS:** Explain the reason for your appeal and why you disagree with the decision(s). If required, attach additional pages to this form and write your name and Social Security number on each page.

I disagree with the determination in the notice dated 02/02/2022 because
*SEE ATTACHED* Including but not limited to any other remidies.

Claim should be backdated to March 2020 not August 2022

FFCRA - Coverage over paid sick leave section 2629 of the Code

ULCA Code 1259 A-F Olvier vs The Sate of California Unemployment

CIV 66215 May 23. 1983 Sec 621 of the code independent contractor post employment

California Welfare and instructions code WIC 14454 VA Health Plan

Signature of Appellant or Agent: _____          Date: 3-7-22



**EDD** Employment Development Department
State of California

EDD Telephone Numbers
ENGLISH        1-800-300-5616
SPANISH        1-800-326-8937
CANTONESE      1-800-547-3506
MANDARIN       1-866-303-0706
VIETNAMESE     1-800-547-2058
TTY (non voice) 1-800-815-9387
website:       edd.ca.gov

# APPEAL FORM

If you disagree with the Notice of Determination(s) and/or Determination(s)/Ruling(s) by the EDD, you may appeal the decision(s) to the California Unemployment Insurance Appeals Board (CUIAB) by completing this form and explaining why you disagree. You must sign the form and return it to the EDD at the office address listed on the notice that you are appealing. **YOU HAVE 30 DAYS FROM THE MAIL DATE OF THE NOTICE TO FILE A TIMELY APPEAL.** If you appeal after the 30 day period, you must include the reason for the delay. The administrative law judge (ALJ) will determine whether you had good cause for the delay. If the ALJ determines you did not have good cause to submit your appeal late, your appeal will be dismissed.

**CLAIMANTS:** While your appeal is pending, you **must continue to certify for benefits.** If you are found eligible, you can be paid only for periods for which you have certified and have met all other eligibility requirements.

NOTE: Claimants for Disaster Unemployment Assistance (DUA) have 60 days to file an appeal. Employers appealing the Notice of Determination or Assessment (DE 3807), have 30 days to file an appeal.

## SECTION I    APPELLANT INFORMATION

**INSTRUCTIONS:** The following information must be provided by the Appellant (the claimant or employer who is appealing a notice), or by the authorized agent or representative of the Appellant. The signature of the Appellant or agent is required. Please use **BLACK INK** when filling out this form.

Claimant Name: Lance Alvarado                     Social Security Number:

Do you need a translator?  ☐ Yes  ☑ No   If yes, what language/dialect? _____

Appellant Address: 4719 Mayo Court
_____   Telephone No.: (775) 399-0045
                Street No., Apt. No., or PO Box
Sun Valley              Nv   89433     Fax No.: _____
       City             State  ZIP Code

E-mail Address: delonlalvarado@gmail.com          Cell Phone No.: (775) 399-0045

☑ I authorize the CUIAB to send confidential information regarding my appeal to the e-mail address listed above.

☑ I authorize the CUIAB to send confidential information regarding my appeal by text message or voice mail to the cell phone number listed above.

**Complete this section for employer appeals only**

Employer Account Number: _____   Agent Name (if applicable): _____

Agent Address: _____
                Street No., Apt. No., or PO Box              City        State   ZIP Code

## SECTION II    APPELLANT STATEMENT

**INSTRUCTIONS:** Explain the reason for your appeal and why you disagree with the decision(s). If required, attach additional pages to this form and write your name and Social Security number on each page.

I disagree with the determination in the notice dated 02/02/2022  because
*SEE ATTACHED* Including but not limited to any other remedies,

Claim should be backdated to March 2020 not August 2022

FPCRA - Coverage over paid sick leave section 2629 of the Code

ULOX Code 1259 A-5-Olvier vs The Sate of California Unemployment

CIV 66215 May 23, 1983 Sec 621 of the code Independent contractor post employment

California Welfare and Instructions code WIC 14454 VA Health Plan

Signature of
Appellant or Agent: _____         Date: 3-7-22

DE 1000M Rev. 8 (5-19) (INTERNET)        Versión en español al dorso        CU
                                          Page 1 of 2

ALVARADO VS THE STATE OF CALIFORNIA UNEMPLOYMENT INSURANCE

• Appeal to the California Unemployment Appeals Board arising from a Notice of Determination received by Appellant via US postal service February 2022 denying benefits for BACKDATED PUA CLAIM filed August 2021 Requesting unemployment benefits and tuition costs beginning Mar 2020

1. HISTORY

2017 Appellant accepted employment as a full-time live-in caregiver to George Paine, a disabled United States Veteran.

Mr Paine had recently terminated a caregiver who worked for a licensed provider and came to Mr. Paine's home twice a week. Mr. Paine, in charge of his own finances, had never discussed how his previous caregiver was compensated to Appellant.

In 2017 Mr. Paine scheduled an appointment to attend a meeting with the Appellant at the Veterans Regional Office located at 5460 Reno Corporate Drive in Reno Nevada. The purpose of this meeting was to secure compensation for the Appellants' services.

During the meeting the VA Representative informed Mr. Paine and Appellant the following information:

The VA had approved all disabled veterans who qualified for in-home care to be able to choose their own caregivers. Mr. Paine currently is qualified for in-home care. The policy currently funded post-gulf war veteran caregivers while pre-gulf war veteran funding was approved and in the process of being drafted within the VA's annual budget. The VA advised they would notify Mr. Paine once the funding became available. The Appellant, believing compensation was due to arrive and now being the approved caregiver for Mr. Paine, continued to provide services for Mr. Paine. Which included but not limited to, accompanying him to and from all VA appointments, doctor appointments, basic checkups, and nutrition appointments.

As time passed the Appellant and Mr. Paine had numerous discussions regarding the continued delay in receiving back compensation for the Appellants completed services. These discussions brought no resolution, and would at times become negative and adversely affect Mr Paine's health, so Appellent would discontinue the subject matter until a later date.

The Appellant then proposed taking an online paralegal course whose curriculum would not interfere with Appellants daily duties and Appellant would prepare to reenter the workforce in a new career once Appellants service was no longer needed.



Mr. Paine accepted the Appellants proposal and paid $200 out of the $500 total cost of tuition. Promising the remainder of the cost when the Appellant showed progress in the course. Appellant enrolled and became an online student (distanced learning) at Stratford University.

Appellant requested time off by giving proper notice and arranged for Mr. Paine's cousin, who visited Mr. Paine's home frequently, to fill in for Appellant while away. Time off is required through the VA caregiver program and is highly recommended for the mental health of both veterans and live-in caregivers who had to be available 24/7. Appellant had to reschedule this time off twice to accommodate Mr Paine. The Appellant was finally able to arrange time off in March 2020 to travel to visit Appellant's elderly mother who resides in Wheatland California. The California State Governor, Gavin Newsom, issued a stay-at-home order March 19, 2020.

Due to the coronavirus pandemic starting just after the Appellant arrived at his mother's residence, the pandemic's quarantine or stay at home order and travel ban placed by California's governor on recommendations issued by the CDC for public health concerns to help slow the spread of the disease and is the direct cause of Appellants delayed return to care for Mr. Paine who maintains that the Appellant had abandoned him and quit.

The Appellant was unable to return to Nevada until May 2020.

Upon return to Nevada the Appellant found his belongings outside of Mr. Paine's residence along with a posted notice of no entry (lock out) over concerns of the coronavirus. Mr. Paine is at higher risk due to having medical issues. Appellant, now homeless and unemployed, resided in his vehicle and volunteered at Hands for Hope Food Bank to be able to feed himself as well as serve his impacted community.

In June, Appellant had an opportunity to make a new start in Oklahoma, while helping a friend move. Due to the COVID-19 restrictions, lightened yet still in place, Appellants work opportunities were still limited. Appellant returned to Nevada July 2020.

Appellant completing first phase of circulume, grew concerned by not obtaining second phase of circulume from Stratford University via United States Postal Service.

Appellant telephoned Stratford University regarding the second phase of circulume and was advised that tuition payments were not being paid. Appellant pleaded that his current inability to pay was due to the pandemic. The University offered no deferred payments.T he Appellant was then expelled from the program.

The Appellant continued to donate time to the Food Bank until the doors closed due to restrictions concerning Covid 19 still being in effect.

Appellant, having to prove his identity to receive his 2020 tax return, attended a July 2021 appointment at the IRS Federal building in Reno Nevada, at which point he learned that he could qualify for the PUA relief having been directly affected by the pandemic. The Appellant therefore applied for PUA relief through the California EDD August 2021 and requested the benefit be backdated to March 2020 due to the Appellant being physically located in California at the time his unemployment began and due to the quarantine the pandemic restrictions put in place.

November 29, 2021 Appellant had an eligibility interview and mentioned his backdated benefits request and interviewer confirmed the request as having been submitted.

On November 30, 2021 Appellant received a letter of an interview to be held on November 29, 2021 between 8 AM and 10 AM one day after Appellant attended the above stated eligibility interview.

EDD sent notice of determination February 2, 2022, denying benefits beginning August 22, 2021, finding that none of the federally approved covid 19 reasons apply under The Cares Act.

Appellant now appeals that finding and has no doubt that he would have graduated and been employed and working as a paralegal for an attorney or firm by now if not for the pandemic restrictions being put in place.

## 2. APPELLANT'S ADVERSE ARGUMENT

The Appellant argues he **IS** partially unemployed or **WAS** unavailable to work due to more than one of the reasons related to Covid 19 as stated on the Notice of Determination. Therefore Appellant **DOES MEET** the legal requirements for payments beginning **March 22, 2020 NOT August 22, 2021** as the notice of determination states. The notice of determination is an error regarding dates of benefits requested. The EDD failed to apply the backdated request submitted by the Appellant and was confirmed during the eligibility interview held November 29, 2021 by the interviewer.

If the EDD correctly applied the backdated request for benefits March 2020, the Appellant meets numerus legal requirements to receive PUA benefits and this issue would not be pleaded before you.

Appellant argues who "wasn't affected by the pandemic?" that the Corona and Covid 19 viruses kept the entire nation in a state of emergency since the outbreak. Many businesses in California, including all government buildings in and surrounding Wheatland were closed. Restrictions regarding wearing masks just recently have been lifted. To claim that none of the federal reasons applied to the appellant is as

Page 3

preposterous as claiming the "Ebola" virus is harmless to humans.

## 3. LEGAL RATIONALE

Rule: Families First CoronaVirus Response Act or
FFCRA, an employee-based states "where a provider of healthcare, (appellant) who has a direct result of a quarantine (stay at home order/travel ban) was not allowed to care for someone (Mr. Paine) who expects care to be provided and whose relationship creates that expectation and who resides at the place of care is covered under the act for POAD family leave. The appellant's legal address listed on his current state of Nevada issued Identification Card is Mr. Paine's address in Nevada.

Appellant accepted employment under Mr. Paine until his termination appellant was an "employee" unable to fulfill Mr. Paine's expectation of having his caregiver present even through the coronavirus pandemic restrictions and concerns of Mr. Paine being at a higher risk.

Whom after termination would be considered an out of work self-employed or sub contractor under The Cares Act and focused on employer-based relief where the appellant whom was seeking other professional remedies prior to the pandemic while employed under Mr. Paine was enrolled as a paralegal student looking to change his profession and could not maintain the cost of tuition post-employment is also granted relief under the cares act due to his inability financially to pay for cost of tuition at any university and the collective bargaining agreement held between the two parties.

Why is the Appellant not receiving benefits on his PUA claim?

Appellant argues that The Cares Act is meant to help all citizens affected by the pandemic, not just a few.

The Appellant being obviously affected by the pandemic is well within his rights to receive the PUA benefits being physically located in California at the time of the quarantine and is established in the timeline and that can be proven beyond reasonable doubt.

EDD needs to correct the benefit dates on Appellants claim and their failure to do so, has caused this delay and is the issue before the appeal board that under UICA code 1259 no work or employment shall be deemed suitable and benefits **"shall not be denied"** for refusing new work under the following conditions:
a. lockout
b. pre-available wages and no license
c. no workers compensation paid
d. no trust or contributions nor transmission of disability as required

Appellant is questioning why benefits have not been received under UICA code 1259 while this issue is being resolved.

Appellant prays for an immediate writ of mandate for benefits to be paid retroactive to **March 2020**. Appellant is in hardship and is fully in need of money to enroll back into a legal program to further his education and get back into the workforce as soon as possible.

Appellant cites including but not limited to the following, as reasons that he qualifies and the reason why the Appeal board should issue an immediate writ of mandate that remands his claim back to unemployment. The Appeal board reverse and remand the unemployment denial benefits from August 22, 2021 immediately and retroactively reinstate benefits beginning March 2020.

Appellant sites including but not limited to the following:

- Sections 2629 and 621 of the Code
- Citing Oliver v California unemployment civ 66215 May 23, 1983, and its resulting appeal
- FFRCA AND THE CARES ACT
- UICA 1259
- **CA WIC CODE 14454**

Oliver vs The State of California Unemployment Appeals Board CIV 66215 May 23, 1983 Judgment denied for a writ of mandate Court of Appeal, Second District, Division 4, California.

Gwendolyn Oliver, plaintiff and appellant, vs California Unemployment Insurance Appeals Board, defendant, and respondent.
CIV 66215 decided: May 23, 1983

The judgment is reversed. Kingsley, Associate Justice.
Woods, P.J., and McClosky, J., concur.

| Case #: | **7172770** | Status: | **Unverified** | Program Code: **50** |
|---|---|---|---|---|

Multi Case Name:

| Appellant: | **Claimant** | Appeal Date: | **1/20/2022** |
|---|---|---|---|

| Claimant: | **LANCE D ALVARADO** | Clmt Rep: |
|---|---|---|

**5719 MAYO CT**
**SUN VALLEY NV 89433 7036**

| Phone: | **(775) 399-0045  Call collect** | Phone: |
|---|---|---|

SSN:

| Employer: | | Emp Rep: |
|---|---|---|

| Phone: | | Phone: |
|---|---|---|

| Account No: | | CHO: | **0250** |
|---|---|---|---|

AAO/ACO:

| Subpoenas: | **0** |
|---|---|

| Suspense Date: | | Board Appeal: |
|---|---|---|

Decision Mailed:

| Issue(s): | **2102(a)(3)(A)(ii), LATE 1** |
|---|---|

| Split Cases: | **7172770, 7172771** |
|---|---|

Calendar Notes:
**2/7 SUPP / edd decl.**

| Hearing - Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
800 Capitol Mall
Sacramento, CA 95814

## BEFORE THE CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD
## LOS ANGELES OFFICE OF APPEALS

In the Matter of:

Lance D Alvarado,

        *Petitioner*

CUIAB Case No(s). N/A

DECLARATION
IN LIEU OF
APPEARANCE OF
RESPONDENT,
EMPLOYMENT
DEVELOPMENT
DEPARTMENT

I, Lan N, declare as follows:

1. I am authorized to submit this declaration on behalf of Employment Development Department (EDD) in lieu of appearance of the above appeal pursuant to section 5061 of Title 22 of the California Code of Regulations (CCR).

2. I am employed by the EDD as an Appeals Representative within the Unemployment Insurance Branch. My duties include reviewing, processing, and transmitting appeals. I am competent in the administration and application of the Unemployment Insurance (UI) program.

3. I make this declaration based on my own personal knowledge, having reviewed the records, to the best of my knowledge, prepared or compiled by staff at EDD, in the ordinary course of business, at or near the time of the acts, conditions or events recorded, except where stated on information and belief, and if called to testify on these matters, I could do so competently.

*Lb*

4. On, September 3, 2021, EDD issued a determination of eligibility finding the Petitioner disqualified from receiving benefits under California Unemployment Insurance Code section 1253(a) for failing to provide sufficient information to establish their identity.

5. Upon information included in EDD's records, the following issue(s) prevented the EDD from being able to verify the petitioner's identity and process their claim in accordance with authorized regulations:

   Evidence indicates that the address on this claim is not associated with the true owner.

   The evidence indicates the claimant submitted altered or fraudulent documents.

   Based on this, I believe the determination disqualifying the Petitioner from unemployment insurance benefits should be affirmed.

6. Attached as Exhibit A is a true and correct copy of Potential fraud: Birth certificate appears altered; addresses in claim's records not match with CLEAR source for true SSN's owner.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 16th day of February, 2022, at Sacramento, California.

Lan N

Appeals Representative

Unemployment Insurance Branch

(7

## California Unemployment Insurance Appeals Board

### FO Case Report
#### LOS ANGELES OFFICE OF APPEALS

| Case #: | **7172770** | Status: | **Unverified** | Program Code: **50** |
|---|---|---|---|---|

Multi Case Name:

| Appellant: | **Claimant** | | Appeal Date: | **1/20/2022** |
|---|---|---|---|---|

| Claimant: | **LANCE D ALVARADO** | Clmt Rep: |
|---|---|---|

**5719 MAYO CT**
**SUN VALLEY NV 89433 7036**

Phone: **(775) 399-0045  Call collect**          Phone:

SSN:

Employer:                                        Emp Rep:

Phone:                                           Phone:

Account No:                                      CHO:          **0250**

AAO/ACO:

Subpoenas:  **0**

Suspense Date:                                   Board Appeal:

Decision Mailed:

Issue(s):  **2102(a)(3)(A)(ii), LATE 1**

Split Cases:  **7172770, 7172771**

Calendar Notes:
**2/7 SUPP**

| Hearing - Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|

Report Run Date - 2/7/2022 8:42:03 AM, Server: RC-SQL05 Database: eCATS

The UI had two physical addresses given by the Appellant a mailing and a physical.address. the Appellent asks for excused neglect of the misprinted mailing address.  Appellant being under duress at that time after losing his job and residence and had filled out his application in his vehicle typing on his phone. And forgive this error  for it did not cause this delay. But that  UI had failed to notify the Appellant of this error and in fact had a second address to Mail any paperwork that had been returned. As well as a phone number to call the Appellant and finally The Appellant's attempts at contacting the Ui were ignored. The UI having the options and yet doing nothing to resolve their speculation are the real cause of this claim.

UI showing no envelopes with any postage stamped dates to verify their returned letters only  alleged contents. where letters  containing dates may of been altered! One letter of determination not even having a header or footer with the UI letter head not being present at all and anybody not working for the UI could have typed up and submitted?

The Appellant can and will bring up further issues in his defense at the upcoming hearing to be held on the 23rd day of June 2022 at 1pm if required.  And reserves the.right to be heard concerning possible illegal activity being practiced by the UA department if needs be.
The above response to the record received on the 10th day of June 2022

Submitted to the LA appeals office e-mail address this 13th day of March 2022

By Lance Delon Alvarado
Pro Se

2

*l●●*

**Blanco, Rebecca@CUIAB**

| | |
|---|---|
| **From:** | Lance Alvarado <delonlalvarado@gmail.com> |
| **Sent:** | Monday, June 13, 2022 3:47 PM |
| **To:** | CUIAB Los Angeles Info |
| **Subject:** | Contested Benefit Amounts in record received by Appellant |

To Faith Mitchell. Regarding cases 7172770, 7172771.

Upon reviewing the record of Appeal sent to Appellant. The Appellant wishes to review the following issues written within this response at the hearing to be held on the 23rd day of March 2022 @ 1pm.
1. the benefit amount on record sent to Appellant notifying him of the upcoming hearing seems to be in error and conflicts the amount given within the Appellant's UI online account.
1. That UI's intentional malum in se actiions toward the Appellant can be shown within the record and its obvious delay in reviewing his claim has caused Appellant to suffer and Appellant ask the Court to consider awarding the following.
2 Appellant argues his termination being a caregiver and the ammount Appellant submitted with his Benefit Application ( room and board) should equal to or around $36,000 annually.
(Figure procured from average CA student room and board costs in 2020 from Cal State website)
That his expulsion from his paralegal studies caused by the pandemic and travel ban issued by Govoner Newsom regarding health concerns would be w/o a doubt working in that profession under an Attorney or firm todayi. And prays for the court to award a further review before the final benefit amount if awarded.

That since.his termination Mar 2020 the Appellant has in fact suffered undue
hardship in the following area's
medical bills, past due rent as well as small loans granted by friends and family need to be paid and Appellants education furthered to re enter the workforce in the profession the Appellant was studying pre pandemic.

That the Appellant can prove beyond a reasonable doubt that the UI intentionally has caused this delay. That record received by the Appellant notifying him of the above.mentioned hearing has acted with malicious behavior and has acted in such a manner as to warrant his request.

That the claim again be backdated to Mar 2020 when the Appellant was unable to return home. through and/or exceeding the date UI received the Appellant's claim for benefits. Not the date beginning Aug 2021 as the claim continues to reflect.

That the Court remind the UI that they are here to serve the public not there to rob the public. That the public trusts .their public servants the UI Deparrment. Yet actions such as these bring that public trust to question in a negative way. The funds that UI distribute are not their own to make decisions based on speculation and feelings and then have the audacity to call it factual when their findings contradicts the facts all together! (Fraud called fact)

Not to put claims on low priority and delaying the claimant but to address in the order they are received. (Discrimination and bias)

That when a possible fraud investigation is started that it is expedited to save the public funds.not drag it out it out until the last possible date!
(Purposeful delay in claim being processed causing undue hardship)

The UI had two physical addresses given by the Appellant a mailing and a physical.address. the Appellent asks for excused neglect of the misprinted mailing address. Appellant being under duress at that time after losing his job and residence and had filled out his application in his vehicle typing on his phone. And forgive this error for it did not cause

1

this delay. But that UI had failed to noury the Appellant of this error and in fact hau a second address to Mail any paperwork that had been returned. As well as a phone number to call the Appellant and finally The Appellant's attempts at contacting the Ui were ignored. The UI having the options and yet doing nothing to resolve their speculation are the real cause of this claim.

UI showing no envelopes with any postage stamped dates to verify their returned letters only alleged contents. where letters containing dates may of been altered! One letter of determination not even having a header or footer with the UI letter head not being present at all and anybody not working for the UI could have typed up and submitted?

The Appellant can and will bring up further issues in his defense at the upcoming hearing to be held on the 23rd day of March 2022 at 1pm if required. And reserves the.right to be heard concerning possible illegal activity being practiced by the UA department if needs be.
The above response to the record received on the 10th day of March 2022

Submitted to the LA appeals office e-mail address this 13th day of March 2022

By Lance Delon Alvarado
Pro Se

2

| | |
|---|---|
| **From:** | Lance Alvarado <delonlalvarado@gmail.com> |
| **Sent:** | Monday, June 13, 2022 12:56 PM |
| **To:** | CUIAB Los Angeles Info |
| **Subject:** | To Faith Mitchell for upcoming hearing to be held 06/23/22 @ 1pm case numbers 7172770, 7172771. Confirmation numbers of ID documents sent by Appellant prior to UI deadlines |

**Aug 30th 2021**
**R20210830U001050**
**Nov 10th 2021**
**R20211110U004517**
**Jan 13th 2022**
**R20220117U005425**

1

**California Unemployment Insurance Appeals Board**
**FO Case Report**
**LOS ANGELES OFFICE OF APPEALS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case #: | **7172770** | Status: | | **Opened** | | Program Code: **50** |

Multi Case Name:

| | | | |
|---|---|---|---|
| Appellant: | **Claimant** | Appeal Date: | **1/20/2022** |
| Claimant: | **LANCE D ALVARADO** **5719 MAYO CT** **SUN VALLEY NV 89433 7036** | Clmt Rep: | |
| Phone: | **(775) 399-0045  Call collect** | Phone: | |
| SSN: | | | |
| Employer: | | Emp Rep: | |
| Phone: | | Phone: | |
| Account No: | | CHO: | **0250** |
| AAO/ACO: | | | |
| Subpoenas: | **0** | | |
| Suspense Date: | | Board Appeal: | |
| Decision Mailed: | | | |
| Issue(s): | **2102(a)(3)(A)(ii)** | | |
| Split Cases: | **7172770, 7172771** | | |

Calendar Notes:
   **2/7 SUPP | 3/8 supp | 5/12 SUPP | EDD DECL | edd decl.**

| Hearing - Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|
| **06/23/2022 1:00 PM** | **378 - Los Angeles Phones** | **MITCH** | **Mitchell, Faith I.** | **None** |

*RECVD BY EMAIL*
*PRINTED DOCS.*

EXECUTIVE DEPARTMENT
STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

ORDER OF THE STATE PUBLIC HEALTH OFFICER
March 19, 2020

To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

**ATTEST:**

ALEX PADILLA
Secretary of State

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

**ATTEST:**

ALEX PADILLA
Secretary of State

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
800 Capitol Mall
Sacramento, CA 95814

## BEFORE THE CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD
## LOS ANGELES OFFICE OF APPEALS

In the Matter of:

Lance D Alvarado,

     *Petitioner*

CUIAB Case No(s). 7172771

DECLARATION
IN LIEU OF
APPEARANCE OF
RESPONDENT,
EMPLOYMENT
DEVELOPMENT
DEPARTMENT

I, ThanhV Huynh, declare as follows:

1. I am authorized to submit this declaration on behalf of Employment Development Department (EDD) in lieu of appearance of the above appeal pursuant to section 5061 of Title 22 of the California Code of Regulations (CCR).

2. I am employed by the EDD as an Appeals Representative within the Unemployment Insurance Branch. My duties include reviewing, processing, and transmitting appeals. I am competent in the administration and application of the Unemployment Insurance (UI) program.

3. I make this declaration based on my own personal knowledge, having reviewed the records, to the best of my knowledge, prepared or compiled by staff at EDD, in the ordinary course of business, at or near the time of the acts, conditions or events recorded, except where stated on information and belief, and if called to testify on these matters, I could do so competently.

*4/3*

4. On, September 3, 2021, EDD issued a determination of eligibility finding the Petitioner disqualified from receiving benefits under California Unemployment Insurance Code section 1253(a) for failing to provide sufficient information to establish their identity.

5. Upon information included in EDD's records, the following issue(s) prevented the EDD from being able to verify the petitioner's identity and process their claim in accordance with authorized regulations:

   The evidence indicates the claimant submitted altered or fraudulent documents.

   The evidence indicates information provided at claim filing does not match information provided to verify the claimant is the true owner.

   The evidence indicates information provided at claim filing is suspicious and an indicator of potential fraud.

   Based on this, I believe the determination disqualifying the Petitioner from unemployment insurance benefits should be affirmed.

6. Attached as Exhibit A is a true and correct copy of ID status remains ID not confirmed ( Unacceptable birth certificate).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 7th day of June, 2022, at Sacramento, California.

ThanhV Huynh

Appeals Representative

Unemployment Insurance Branch

CALIFORNIA UNEMPLOYMENT
INSURANCE APPEALS BOARD

**Faith I. Mitchell**
Administrative Law Judge

# NOTICE OF HEARING

Case No. **7172770 (PUA)**

LANCE D ALVARADO
Claimant-Appellant

EDD: 0250

| **HEARING TIME and PLACE** |
| --- |
| **DATE:** **Thursday, June 23, 2022** |
| **TIME:** **1:00 PM (California Time)** |
| |
| **INSTRUCTIONS** |
| **Claimant: Appear by Phone** - Call Toll Free |
| 1-(866) 549-7022 |
| **EDD: Appear by Phone** - Call Toll Free |
| 1-(866) 549-7022 |
| |
| **PLACE:** **TELEPHONE HEARING** |
| **CA** |
| |
| **CALL THE NUMBER ABOVE 15 MINUTES** |
| **BEFORE THE TIME SPECIFIED.** |

---

* Any additional documents must be received by the Office of Appeals at the address shown on the attached page **by 06/13/2022**. If you miss this deadline, the judge may exclude your documents.

* If an interpreter or reasonable accommodation for a disability is needed, call the phone number below immediately. Si necesita un intérprete llame el numero de telefono abajo inmediatamente.

* If you are appearing in person, bring all witnesses necessary to support your case. Arrive 15 minutes early to review the appeal file.

* If you are appearing by phone and have witnesses, contact the Office of Appeals for instructions.

* The hearing room is in a secured facility. You may be screened.

* **IMPORTANT: Read the enclosed 'Hearing Information' pamphlet.**

---

**THE FOLLOWING ISSUES WILL BE CONSIDERED AT THE HEARING** (Section references are to the Unemployment Insurance Code unless otherwise noted):

2102(a)(3)(A)(ii)   CARES Act (Public Law 116-136) Is the claimant unemployed, partially unemployed, or unable to or unavailable for work as a direct result of at least one of the Covid-19 criteria specified in federal law.

**Direct questions to:**

LOS ANGELES OFFICE OF APPEALS
Telephone: (213) 897-5267
Fax:       (213) 897-6972

Date Mailed: 06/06/2022

/

LOS  NGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES, CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## NAMES AND ADDRESSES OF PARTIES / REPRESENTATIVES

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

CALIFORNIA UNEMPLOYMENT
INSURANCE APPEALS BOARD

**Faith I. Mitchell**
Administrative Law Judge

# NOTICE OF HEARING

Case No. **7172771  (PUA)**

LANCE D ALVARADO
Claimant-Appellant

EDD: 0250

**HEARING TIME and PLACE**

**DATE:**   **Thursday, June 23, 2022**
**TIME:**   **1:00 PM (California Time)**

**INSTRUCTIONS**
**Claimant: Appear by Phone** - Call Toll Free
  1-(866) 549-7022
**EDD: Appear by Phone** - Call Toll Free
  1-(866) 549-7022

**PLACE:**   **TELEPHONE HEARING**
      **CA**

      **CALL THE NUMBER ABOVE 15 MINUTES
      BEFORE THE TIME SPECIFIED.**

---

* Any additional documents must be received by the Office of Appeals at the address shown on the attached page **by 06/13/2022**. If you miss this deadline, the judge may exclude your documents.

* If an interpreter or reasonable accommodation for a disability is needed, call the phone number below immediately.  Si necesita un intérprete llame el numero de telefono abajo inmediatamente.

* If you are appearing in person, bring all witnesses necessary to support your case.  Arrive 15 minutes early to review the appeal file.

* If you are appearing by phone and have witnesses, contact the Office of Appeals for instructions.

* The hearing room is in a secured facility.  You may be screened.

* **IMPORTANT: Read the enclosed 'Hearing Information' pamphlet.**

---

**THE FOLLOWING ISSUES WILL BE CONSIDERED AT THE HEARING** (Section references are to the Unemployment Insurance Code unless otherwise noted):

1253(a)      Does the claim for benefits comply with regulations.

LATE 1      Was the appeal timely filed. If not, is there good cause for any delay (UI sections 1030(c), 1328, 1377, 2707.2, 2737, 2707.4)

**Direct questions to:**

LOS ANGELES OFFICE OF APPEALS
Telephone: (213) 897-5267
Fax:      (213) 897-6972

Date Mailed: 06/06/2022

LOS    IGELES OFFICE OF APPEALS
300 S. Spring Street, Rm 1502 Ground Floor
LOS ANGELES, CA 90013-1204
Telephone: (213) 897-5267
Fax: (213) 897-6972

## NAMES AND ADDRESSES OF PARTIES / REPRESENTATIVES

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

# California Unemployment Insurance Appeal Board

## FO Case Report
### LOS ANGELES OFFICE OF APPEALS

| | | | | |
|---|---|---|---|---|
| Case #: | **7172770** | Status: | **Opened** | Program Code: **50** |

**Multi Case Name:**

| | | | |
|---|---|---|---|
| Appellant: | **Claimant** | Appeal Date: | **1/20/2022** |

Claimant: **LANCE D ALVARADO**
**5719 MAYO CT**
**SUN VALLEY NV 89433 7036**    Clmt Rep:

Phone: **(775) 399-0045  Call collect**    Phone:

SSN:

Employer:    Emp Rep:

Phone:    Phone:

Account No:    CHO:    **0250**

AAO/ACO:

Subpoenas:    **0**

Suspense Date:    Board Appeal:

Decision Mailed:

Issue(s):    **2102(a)(3)(A)(ii)**

Split Cases:    **7172770, 7172771**

Calendar Notes:
**2/7 SUPP | 3/8 supp | 5/12 SUPP | edd decl.**

| Hearing – Date | Location | Room | ALJ | Outcome |
|---|---|---|---|---|


**EDD** Employment
Development
Department
State of California

Did the claimant provide an acceptable form of DOB verification? ☐ Yes  ☐ No--DE 4365RID Suspense Date: _____

**8.  DE 1326ER/DE 1326E INFORMATION**

**A.**  DE 1326ER mailed to employer _____ on _____.

Did the employer provide a current address for the individual/employee that is different from the claimant's address in Department records? ☐Yes  ☐No

**B.**  DE 1326E sent based on a telephone call or correspondence from another individual claiming to own the identity ☐ Yes ☐ No

**9.  ADDITIONAL FACTS:**

_____

**10.  SUMMARY OF MATERIAL FACTS AND REASONING:**

The Department received information that the identity used to file this claim may not belong to the claimant filing the claim.  The claimant was mailed written notices, the DE 1326C and DE 1326CD on **08/24/21**, requesting identity verification information.  The claimant's last employer and base period employer(s) were also mailed a written notice, the DE 1326ER on _____, requesting identity verification information regarding the claimant.

Evidence indicates:

**D. ☒**  **Requested Identity Documents Not Provided**
The claimant did not provide some or all of the requested documents to verify his/her identity as required by CCR, Title 22, Section 1326-3.  The Department was unable to verify that the claimant owns the identity under which the claim was filed.

**11.  LEGAL RESULTS**

**IRR Disqualification Reason for Decisions**

**C. ☒**  Available information indicates the claimant failed to provide the requested documents required to verify his/her identity as required under CCR, Title 22, Section 1326-3.  The Department is unable to verify the claimant's identity, therefore, the claimant is determined to be ineligible for UI benefits under Section 1253a of the UI Code effective **08/22/21**.

Under Section 1253A of the UI Code claimant is ☐IRR Eligible ☒IRR Disqualified; RD MI 5 **D1, G1** _____

Decision made on date: **02/04/22** at time: **14:32**.     LNG_____
                                                    Department Representative

PAGE 1 OF 5

EMPLOYMENT DEVELOPMENT DEPT
UI CENTER OAKLAND
PO BOX 2044
OAKLAND        CA 94604-2044

N O T I C E   O F   D E T E R M I N A T I O N

DATE MAILED        09/03/21
BENEFIT YEAR BEGAN 08/22/21

L D ALVARADO           8530
541 MAYO
SUN VALLEY       NV 89433-

EDD TELEPHONE NUMBERS:
ENGLISH      1-800-300-5616
SPANISH      1-800-326-8937
CANTONESE    1-800-547-3506
MANDARIN     1-866-303-0706
VIETNAMESE   1-800-547-2058
TTY          1-800-815-9387

FOR OFFICE USE ONLY 003329985376

PAGE 2 OF 5

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1253A BEGINNING 08/22/21 AND ENDING WHEN THE
DISQUALIFYING CONDITIONS NO LONGER EXIST, AND YOU CONTACT THE ABOVE OFFICE
TO REOPEN YOUR CLAIM.

THE PHOTO IDENTIFICATION YOU SUBMITTED IS NOT ONE OF THE ACCEPTABLE
IDENTITY VERIFICATION DOCUMENTS REQUESTED BY THE DEPARTMENT TO CONFIRM YOUR
IDENTITY AS REQUIRED BY REGULATIONS.  UNTIL A COPY OF A GOVERNMENT ISSUED
PHOTO IDENTIFICATION WHICH CONTAINS YOUR PHOTOGRAPH, FIRST AND LAST NAME,
AND DATE OF BIRTH IS RECEIVED, THE DEPARTMENT FINDS THAT YOU DO NOT MEET
THE LEGAL REQUIREMENTS FOR PAYMENT OF BENEFITS.  SECTION 1253A PROVIDES -
AN INDIVIDUAL IS ELIGIBLE FOR BENEFITS IN A WEEK ONLY IF THE DEPARTMENT
FINDS HE FILED A CLAIM ACCORDING TO REGULATIONS.

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1253A BEGINNING 08/22/21 AND ENDING WHEN THE
DISQUALIFYING CONDITIONS NO LONGER EXIST, AND YOU CONTACT THE ABOVE OFFICE
TO REOPEN YOUR CLAIM.

YOU FAILED TO SUBMIT AN ADDITIONAL IDENTITY VERIFICATION DOCUMENT TO
CONFIRM YOUR IDENTITY AS REQUIRED BY REGULATIONS.  UNTIL A COPY OF ONE
ADDITIONAL IDENTITY VERIFICATION DOCUMENT WHICH CONTAINS EITHER YOUR
EMPLOYMENT DATA VERIFICATION, ADDRESS VERIFICATION, SOCIAL SECURITY NUMBER

VERIFICATION, OR DATE OF BIRTH VERIFICATION IS RECEIVED, THE DEPARTMENT
FINDS THAT YOU DO NOT MEET THE LEGAL REQUIREMENTS FOR PAYMENT OF BENEFITS.
SECTION 1253A PROVIDES - AN INDIVIDUAL IS ELIGIBLE FOR BENEFITS IN A WEEK
ONLY IF THE DEPARTMENT FINDS HE FILED A CLAIM ACCORDING TO REGULATIONS.

APPEAL:

YOU HAVE THE RIGHT TO FILE AN APPEAL IF YOU DO NOT AGREE WITH ALL OR PART
OF THIS DECISION.

TO APPEAL, YOU MUST DO ALL OF THE FOLLOWING:

A. COMPLETE THE ENCLOSED APPEAL FORM (DE 1000M) OR WRITE A LETTER STATING
THAT YOU WANT TO APPEAL THIS DECISION.  IF YOU WRITE A LETTER TO APPEAL,
EXPLAIN THE REASON WHY YOU DO NOT AGREE WITH THE DEPARTMENT'S DECISION.
WRITE YOUR SOCIAL SECURITY NUMBER ON EACH DOCUMENT YOU SUBMIT TO THE
DEPARTMENT.  (TITLE 22, CALIFORNIA CODE OF REGULATIONS (CCR), SECTION
5008).

B. MAIL THE DE 1000M OR YOUR LETTER TO THE ADDRESS OF THE OFFICE LISTED ON
THE FIRST PAGE OF THIS DECISION.

C.  FILE YOUR APPEAL WITHIN SIXTY (60) DAYS OF THE MAIL DATE  OF THIS

NOTICE OR NO LATER THAN 11/02/21.

YOUR HANDBOOK, "A GUIDE TO BENEFITS AND EMPLOYMENT SERVICES," GIVES MORE
INFORMATION ABOUT APPEALS. IF YOU DO NOT HAVE A HANDBOOK, YOU CAN READ OR
ORDER THE HANDBOOK ONLINE BY VISITING THE DEPARTMENT'S WEBSITE AT
WWW.EDD.CA.GOV. TO ORDER A HANDBOOK, VISIT WWW.EDD.CA.GOV/FORMS, ENTER
PUBLICATION NUMBER "DE 1275A" IN THE FORM LOCATOR, AND FOLLOW THE ONLINE
INSTRUCTIONS.

APPEAL INFORMATION:

WHEN YOUR APPEAL IS RECEIVED, YOUR CASE WILL BE REVIEWED. IF THE DECISION
REMAINS THE SAME, WE WILL SEND YOUR APPEAL TO THE OFFICE OF APPEALS. IF YOU
APPEAL AFTER THE 60 DAYS, YOU MUST INCLUDE THE REASON FOR THE DELAY. THE
ADMINISTRATIVE LAW JUDGE WILL DETERMINE WHETHER YOU HAD GOOD CAUSE FOR THE
DELAY.  IF THE ADMINISTRATIVE LAW JUDGE DETERMINES YOU DID NOT HAVE GOOD
CAUSE FOR SUBMITTING YOUR APPEAL LATE, YOUR APPEAL WILL BE DISMISSED.

THE OFFICE OF APPEALS WILL SEND YOU A LETTER WITH THE DATE, PLACE, AND TIME
OF YOUR HEARING AND A PAMPHLET EXPLAINING APPEAL HEARING PROCEDURES.  AT
THE HEARING, THE ADMINISTRATIVE LAW JUDGE WILL LISTEN TO YOU, EXAMINE THE
FACTS, AND ISSUE  A DECISION. YOU MAY HAVE A REPRESENTATIVE OR SOMEONE ELSE
HELP YOU DURING THE HEARING.

24

CONTINUING CERTIFICATION:

IF YOU ARE ELIGIBLE TO CONTINUE TO CERTIFY FOR BENEFITS WHILE YOU WAIT FOR
THE ADMINISTRATIVE LAW JUDGE'S DECISION, THE DEPARTMENT WILL ISSUE
CONTINUED CLAIM FORMS AND YOU MUST CONTINUE TO CERTIFY FOR BENEFITS ON
TIME. IN SOME CASES, YOU WILL NOT BE ABLE TO CERTIFY FOR BENEFITS UNTIL THE
ADMINISTRATIVE LAW JUDGE ISSUES A DECISION. IF THE ADMINISTRATIVE LAW JUDGE
DECIDES YOU ARE ELIGIBLE FOR BENEFITS, THE DEPARTMENT WILL ISSUE CONTINUED
CLAIM FORMS. **BENEFITS CAN ONLY BE PAID FOR WEEKS THAT YOU HAVE CERTIFIED
FOR BENEFITS AND ARE OTHERWISE ELIGIBLE TO RECEIVE BENEFIT PAYMENTS.**

OTHER SERVICES:
VISIT WWW.EDD.CA.GOV FOR INFORMATION ABOUT (1) JOB REFERRALS,
(2) DISABILITY INSURANCE, (3) OTHER EDD SERVICES (4) SERVICES OFFERED BY
OTHER AGENCIES.

DE1080 CZ  REV. 2 (08-21)              (SAM)

5

25

**Appeal Transmittal**

```
SLU220M              APPEAL TRANSMITTAL        PAGE 1 OF 2   DATE: 02/02/22
                                                            TIME: 09:43:20

TO: LA_ OAP        *** UNTIMELY ***

CLMNT SSN:
     NAME:          LANCE      D ALVARADO
     BYB/CED:       08 22 21
     PGM CD:        U            CLM HOLDING FO: 9010

DEPT REP: Y (N/Y)  CLMNT REP: N (N/Y)    NOTIFY AAO: ___   CSI: __

REFER TO FORMER CASE(s):

DEPT REQUESTS: ( _ ) NOTICE TO ATTEND  ( _ ) SUBPOENA  ( _ ) TELEPHONE HEARING
     NAME: _____    PH:( ___ ) ___ ____
     ADDRESS: _____
     CITY: _____ STATE: ___ ZIP: _____ ____

REASON FOR REQUEST: _____
DEPT REPRESENTATIVE: M LOVEMAN            FO:  0410

SLU210M              APPEAL PROCESS          DATE: 02/02/22
                                             TIME: 09:43:02
FO:  0410          CLAIM HOLDING FO: 9010    REQUESTOR: M LOVEMAN
BYB/CED: 08/22/21  PGM CD: U          APPEAL DATE: 01 / 20 / 22
CLMNT SSN:
     NAME:          LANCE      D ALVARADO
     IN CARE OF: _____
     ADDRESS:    / 5719 MAYO CT
     CITY:         SUN VALLEY    STATE:  NV  ZIP: 89433 - 7036
     PHONE:        ( 775 ) 399 - 0045

ER ACCT:                    ER NAME: _____
     REP/IN CARE OF:
     ADDRESS:              _____
     CITY:                 STATE:      ZIP:      -

SECTIONS:    late  1253A /    2102a3Aii /

INTERPRETER: N (N/Y)  LANGUAGE:
APPELLANT: C          ER FS: N (N/Y)        DI SUSP: ___
                      MM   DD   YY  WK           MM   DD   YY  RSN
     6315       6315CC  X 713    /   /        OP __ / __ / __   __
```

| Document | pgs | Date |
|---|---|---|
| LETTER OF APPEAL | 10 | 01 20 22 |
| DE1080 | 02 | 09 03 21 |
| **CLAIM RECORD** | 1 | 02 02 22 |
| CLAIM NOTES | 01 | 02 02 22 |
| Corr To Follow_____ | __ | __ __ |
| ID Request after IDN | 0 | 01 17 22 |
| DE2403 ID_____ | 02 | 09 02 21 |
| DE8598PUA-D_____ | | |
| Initial ID Request___ | 10 | 08 30 21 |
| DE429 RECALL_____ | | |
| ID Request after IDNC | 12 | 11 10 21 |

Appeal Documents for LANCE-XXX-XX-

## Appeal Transmittal

CLAIM APPLICATION____   _ __ __ __

Alvarado   1-20-22

To Whom it May Concern

Contained within this letter
are 3 forms of Identity Verification
documents copied with a notary stamp
authenticating that I am Lance Delon Alvarado.

These documents not only sent online but
now certified mailed to your office after
you claim I failed to send them electronically.

This transaction # or Confirmation # is the
latest attempt to confirm to your requirements
to release my Covid relief package that I
qualify for.

Confirmation # R20220117U005425

please process immediately and send
my relief money

Thank you

FEB 1

Sincerely Lance Delon Alvarado



# SACRAMENTO COUNTY

### SACRAMENTO, CALIFORNIA

104-72-285605

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

3400    09750

| | | |
|---|---|---|
| THIS CHILD | 1a. NAME OF CHILD—FIRST NAME: **Lance** — 1b. MIDDLE NAME: **Delon** — 1c. LAST NAME: **Alvarado** | |
| | 2. SEX: **Male** — 3a. THIS BIRTH SINGLE, TWIN: **Single** — 3b. IF TWIN: — 7a. DATE OF BIRTH: **December 16, 1972** — 4b. HOUR: **4:36a.m.** | |
| PLACE OF BIRTH | 5a. PLACE OF BIRTH—NAME OF HOSPITAL: **Kaiser Foundation Hospital** — 6a. STREET ADDRESS: **2025 Morse Avenue** — 6b. INSIDE CITY CORPORATE: **No** | |
| | 5b. CITY OR TOWN: **SACRAMENTO** — 5c. COUNTY: **SACRAMENTO** | |
| MOTHER OF CHILD | 6a. MAIDEN NAME OF MOTHER—FIRST NAME: **Virginia** — 6b. MIDDLE NAME: **May** — 6c. LAST NAME: **Nash** — 6d. BIRTHPLACE: **Utah** | |
| | 8a. AGE OF MOTHER: **29** — 8b. SOCIAL SECURITY NUMBER: — 8c. COLOR OR RACE: **White** — 10a. RESIDENCE OF MOTHER: **Route 1 Box 2640** — BIRTHPLACE CITY CORPORATE: **No** | |
| | 10a. RESIDENCE OF MOTHER—CITY OR TOWN: **Roseville** — **95678** — 10b. COUNTY: **Placer** — 10c. RESIDENCE OF MOTHER—STATE: **California** | |
| FATHER OF CHILD | 11a. NAME OF FATHER—FIRST NAME: **James** — 11b. MIDDLE NAME: **Alton** — 11c. LAST NAME: **Alvarado** — 12. BIRTHPLACE: **California** | |
| | 13a. AGE OF FATHER: **31** — 13b. SOCIAL SECURITY NUMBER: — 14. COLOR OR RACE: **White** — 15a. PRESENT OR LAST OCCUPATION: **Aircraft Mech** — 15b. KIND OF INDUSTRY OR BUSINESS: **Military** | |
| INFORMANT'S CERTIFICATION | 16a. PARENT OR OTHER INFORMANT—SIGNATURE: *Virginia May Alvarado* — 16b. DATE: *Dec. 18 1972* | |
| ATTENDANT'S CERTIFICATION | 17a. PHYSICIAN—SIGNATURE: — 17b. AND NAME AND TITLE: **Bryant R. Lapus M. D.** — **O-0.** — 18. DATE: **12-16-72** | |
| | 17c. ADDRESS: **2025 Morse Avenue** — 17d. PHYSICIAN'S CALIFORNIA LICENSE NUMBER: **A-24168** | |
| LOCAL REGISTRAR | 18. — 19. LOCAL REGISTRAR—SIGNATURE: *Chas Herrman* — 20. DATE: **DEC 2 2 1972** | |

### CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SACRAMENTO COUNTY CLERK-RECORDER.



*001019329*

DATE ISSUED: **MAY 0 7 2008**

CRAIG KRAMER, CLERK-RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on engraved border displaying date, seal and signature of the County Clerk-Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

29

```
                                              1485011111
                    June 17, 2021   LTR 5071C   B0
                    *                  202012 30
                                             00103027
```



LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY  NV  89433

042767

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that helps taxpayers and protects taxpayers' rights.
TAS can offer you help if your tax problem is causing a financial
difficulty, you've tried but been unable to resolve your issue with
the IRS, or you believe an IRS system, process, or procedure isn't
working as it should. If you qualify for TAS assistance, which is
always free, TAS will do everything possible to help you. To learn
more, visit www.taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help
you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons
before the IRS or in court. LITCs can also help persons who speak
English as a second language. Any services provided by an LITC must be
for free or a small fee. To find an LITC near you:

  - Go to www.taxpayeradvocate.irs.gov/litcmap;
  - Download IRS Publication 4134, Low Income Taxpayer Clinic List,
    available at www.irs.gov/forms-pubs; or
  - Call the IRS toll-free at 800-829-3676 and ask for a copy of
    Publication 4134.

State bar associations, state or local societies of accountants or
enrolled agents, or other nonprofit tax professional organizations may
also be able to provide referrals.

Keep a copy of this letter for your records.

Thank you for your cooperation.


                         Sincerely yours,



                     INTEGRITY & VERIFICATION
                            OPERATIONS
                     Integrity & Verification Operations
                     Program Manager, I&VO


            * Notary Cert Attached *
```

This certificate is attached to a ___1___ page document dated _6-17-21_ entitled _Taxpayer Advocate Services_

## CERTIFICATION OF COPY

State of _NEVADA_

County of _WASHOE_

On this _20th_ day of _Jan_, _2022_, I certify that the preceding or attached document, and the duplicate retained by me as a notarial record, are true, exact, complete, and un-altered photocopies made by me of _Taxpayer Advocate Services_
<p align="right">Description of document</p>

presented to me by the document's custodian, _Lance Alvarado_ and that, to the best of my knowledge, the photocopied document is neither a public record nor a publicly recordable document, certified copies of which are available from an official source other than a Notary.

_____
Notary Public's Signature

**JD EVANS**
Notary Public-State of Nevada
APPT. NO. 16-3447-2
My Appt. Expires 09-07-2024

(Seal)

**Signer's Identity verified in the following manner.**

☑ Personally known to me

☐ Identity proven on the oath _____
<p align="right">Name of credible witness</p>

☐ Identity proven on the basis of _____
<p align="right">Description of Identity card or other document</p>

Copyright ©2011 American Association of Notaries. PO Box 630601 Houston, TX 77263 1-800-721-2663 www.usnotaries.com

35

1-20-2022





* Notary Cert Attached *

32

*This certificate is attached to a* ___1___ *page document dated* 1-20-22 *entitled* Nevada ID Card

## CERTIFICATION OF COPY

State of NEVADA

County of WASHOE

On this 20ᵗʰ day of Jan , 2022 , I certify that the preceding or attached document, and the duplicate retained by me as a notarial record, are true, exact, complete, and un-altered photocopies made by me of Nevada ID Card

*Description of document*

presented to me by the document's custodian, Lance Alvarado and that, to the best of my knowledge, the photocopied document is neither a public record nor a publicly recordable document, certified copies of which are available from an official source other than a Notary.

_____
Notary Public's Signature

**Signer's Identity verified in the following manner.**

☑ *Personally known to me*

☐ *Identity proven on the oath* _____
Name of credible witness

☐ *Identity proven on the basis of* _____
Description of identity card or other document

**JD EVANS**
Notary Public-State of Nevada
APPT. NO. 16-3447-2
My Appt. Expires 09-07-2024

(Seal)

Copyright ©2011 American Association of Notaries . PO Box 630601 Houston, TX 77263 1-800-721-2663 . www.usnotaries.com

# Social Security Administration
## Important Information

SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 89502

# 000003199  I=000800  0813 11 NT2

31071 MB 0.447

Date:  August 13, 2021



LANCE DELON ALVARADO
5672 LUPUN
N/A
SUN VALLEY NV 89433-7419

Thank you for using Social Security's online services.  On August 13, 2021, you successfully started the process of creating an online account with the Social Security Administration.  Please follow the steps below to finish setting up your online account.

1.  Visit our site at www.socialsecurity.gov/setup
2.  Review and accept the Terms of Service by selecting the check box at the bottom of the page.
3.  Enter the following information to confirm your identity:
    - Your name,
    - Your 9-digit Social Security Number,
    - Your date of birth, and
    - **Your one-time Account Activation Code:          This Activation Code expires on October 12, 2021.**
4.  Choose either text message or email as the way you want to receive your security code.
5.  Retrieve the 8-digit security code that we sent to your selection in step 4.  Enter your security code on the Internet screen.  This security code expires after 10 minutes and is good for only one use.
6.  Follow the directions to create your username, password and password reset questions.  If you chose email to receive your security code in step 4, we will not ask for it again.
7.  Select Next.

### You have successfully created an online account.

**Each time you sign in to your online Social Security account** at www.socialsecurity.gov/myaccount **we will send an 8-digit security code to you.**  You will enter that 8-digit security code as part of your sign in process.  This 8-digit security code is only valid for 10 minutes.  If you do not use it within 10 minutes, you must request another security code from the website.  If applicable, text messaging charges may apply depending on your plan.

Please keep your information safe.  Do not share your password with anyone.

### See Next Page

*Notary Cert Attached*

34

ALVARADO

Page 2 of 3

## Important Information

Your Activation code will expire on October 12, 2021. If the code expires or is lost, the registration process will need to be completed again at www.socialsecurity.gov/myaccount

If you did not request an online account with Social Security, please contact us immediately at 1-800-772-1213 or visit your local Social Security office. If you are deaf or hard of hearing, our toll-free TTY number is 1-800-325-0778.

Social Security may use an Identity Services Provider to help verify your identity and protect your privacy when you register to do business with us online. When we verify your account, our Identity Services Provider may use information from your credit report to help confirm your identity. As a result, you may see a "soft inquiry" entry with the Identity Services Provider on your credit report. This entry shows that we made an inquiry at your request, and the date of that request. This soft inquiry will not appear on a credit report from any other provider.

Soft inquiries are not reported to lenders and do not affect your credit score. You do not incur any charges related to them. Soft inquiries appear only on a credit report issued to you and are generally removed from your credit report within 12 months.

Once you have registered for an online account, you will not create new soft inquiries when you sign in to access our services.

For more information about our Identity Services Provider, please visit www.socialsecurity.gov/myaccount/verifyandprotectid.html online.

## If You Have Questions

If you have questions, please:

- Visit our website at www.ssa.gov to find general information about Social Security.

- Call us toll-free at **800-772-1213**. We can answer specific questions from 8 a.m. to 7 p.m., Monday through Friday. Generally, you will have a shorter wait time if you call during the week after Tuesday. If you are deaf or hard of hearing, you may call our TTY number, **800-325-0778**. You also may call your local office at 1-888-808-5481.

- Write or visit any Social Security office. If you plan to visit an office, you may call ahead to make an appointment. The office that serves your area is located at:

SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 89502

*Notary Cert Attached*

ALVARADO                                              Page  3 of 3

If you live outside the United States, please contact your nearest Federal
Benefits Unit (FBU).  Visit www.ssa.gov/foreign/foreign.htm for a list of
FBUs.  If you are in Canada, visit www.ssa.gov/foreign/canada.htm to find the
office that services your area.  You may also write the Social Security
Administration at:

                    P.O. Box 17775
                    Baltimore, Maryland, 21235-7775 USA.

Please have this letter with you if you call or visit an office.  If you write,
please include a copy of this letter.  It will help us answer your questions.

                    *Social Security Administration*



✳ Notary Cert Attached ✳

36

This certificate is attached to a __3__ page document dated __8·13·21__ entitled __Social Security Administration__

## CERTIFICATION OF COPY

State of __NEVADA__

County of __WASHOE__

On this __20th__ day of __Jan__, __2022__, I certify that the preceding or attached document, and the duplicate retained by me as a notarial record, are true, exact, complete, and un-altered photocopies made by me of __Social Security Administration__

*Description of document*

presented to me by the document's custodian, __Lorre Alvarado__ and that, to the best of my knowledge, the photocopied document is neither a public record nor a publicly recordable document, certified copies of which are available from an official source other than a Notary.

_____
Notary Public's Signature

**Signer's Identity verified in the following manner.**

☑ Personally known to me

☐ Identity proven on the oath _____
Name of credible witness

☐ Identity proven on the basis of _____
Description of identity card or other document

**JD EVANS**
Notary Public-State of Nevada
APPT. NO. 16-3447-2
My Appt. Expires 09-07-2024

(Seal)

Copyright ©2011 American Association of Notaries . PO Box 630601 Houston, TX 77263 1-800-721-2663 . www.usnotaries.com

37

EMPLOYMENT DEVELOPMENT DEPT
UI CENTER OAKLAND
PO BOX 2044
OAKLAND          CA 94604-2044

N O T I C E   O F   D E T E R M I N A T I O N

DATE MAILED          09/03/21
BENEFIT YEAR BEGAN 08/22/21

L D ALVARADO          8530
541 MAYO
SUN VALLEY          NV 89433-

| EDD TELEPHONE NUMBERS: | |
| --- | --- |
| ENGLISH | 1-800-300-5616 |
| SPANISH | 1-800-326-8937 |
| CANTONESE | 1-800-547-3506 |
| MANDARIN | 1-866-303-0706 |
| VIETNAMESE | 1-800-547-2058 |
| TTY | 1-800-815-9387 |

FOR OFFICE USE ONLY 024821649035

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1253A BEGINNING 08/22/21 AND ENDING WHEN THE
DISQUALIFYING CONDITIONS NO LONGER EXIST, AND YOU CONTACT THE ABOVE OFFICE
TO REOPEN YOUR CLAIM.

THE PHOTO IDENTIFICATION YOU SUBMITTED IS NOT ONE OF THE ACCEPTABLE
IDENTITY VERIFICATION DOCUMENTS REQUESTED BY THE DEPARTMENT TO CONFIRM YOUR
IDENTITY AS REQUIRED BY REGULATIONS. UNTIL A COPY OF A GOVERNMENT ISSUED
PHOTO IDENTIFICATION WHICH CONTAINS YOUR PHOTOGRAPH, FIRST AND LAST NAME,
AND DATE OF BIRTH IS RECEIVED, THE DEPARTMENT FINDS THAT YOU DO NOT MEET
THE LEGAL REQUIREMENTS FOR PAYMENT OF BENEFITS. SECTION 1253A PROVIDES -
AN INDIVIDUAL IS ELIGIBLE FOR BENEFITS IN A WEEK ONLY IF THE DEPARTMENT
FINDS HE FILED A CLAIM ACCORDING TO REGULATIONS.

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1253A BEGINNING 08/22/21 AND ENDING WHEN THE
DISQUALIFYING CONDITIONS NO LONGER EXIST, AND YOU CONTACT THE ABOVE OFFICE
TO REOPEN YOUR CLAIM.

YOU FAILED TO SUBMIT AN ADDITIONAL IDENTITY VERIFICATION DOCUMENT TO
CONFIRM YOUR IDENTITY AS REQUIRED BY REGULATIONS. UNTIL A COPY OF ONE
ADDITIONAL IDENTITY VERIFICATION DOCUMENT WHICH CONTAINS EITHER YOUR
EMPLOYMENT DATA VERIFICATION, ADDRESS VERIFICATION, SOCIAL SECURITY NUMBER
VERIFICATION, OR DATE OF BIRTH VERIFICATION IS RECEIVED, THE DEPARTMENT
FINDS THAT YOU DO NOT MEET THE LEGAL REQUIREMENTS FOR PAYMENT OF BENEFITS.
SECTION 1253A PROVIDES - AN INDIVIDUAL IS ELIGIBLE FOR BENEFITS IN A WEEK
ONLY IF THE DEPARTMENT FINDS HE FILED A CLAIM ACCORDING TO REGULATIONS.

APPEAL:

YOU HAVE THE RIGHT TO FILE AN APPEAL IF YOU DO NOT AGREE WITH ALL OR PART
OF THIS DECISION.

TO APPEAL, YOU MUST DO ALL OF THE FOLLOWING:

A. COMPLETE THE ENCLOSED APPEAL FORM (DE 1000M) OR WRITE A LETTER STATING
THAT YOU WANT TO APPEAL THIS DECISION.  IF YOU WRITE A LETTER TO APPEAL,
EXPLAIN THE REASON WHY YOU DO NOT AGREE WITH THE DEPARTMENT'S DECISION.
WRITE YOUR SOCIAL SECURITY NUMBER ON EACH DOCUMENT YOU SUBMIT TO THE
DEPARTMENT.  (TITLE 22, CALIFORNIA CODE OF REGULATIONS (CCR), SECTION
5008).

B. MAIL THE DE 1000M OR YOUR LETTER TO THE ADDRESS OF THE OFFICE LISTED ON
THE FIRST PAGE OF THIS DECISION.

C.  FILE YOUR APPEAL WITHIN SIXTY (60) DAYS OF THE MAIL DATE  OF THIS
NOTICE OR NO LATER THAN 11/02/21.

YOUR HANDBOOK, "A GUIDE TO BENEFITS AND EMPLOYMENT SERVICES," GIVES MORE
INFORMATION ABOUT APPEALS. IF YOU DO NOT HAVE A HANDBOOK, YOU CAN READ OR
ORDER THE HANDBOOK ONLINE BY VISITING THE DEPARTMENT'S WEBSITE AT
WWW.EDD.CA.GOV. TO ORDER A HANDBOOK, VISIT WWW.EDD.CA.GOV/FORMS, ENTER
PUBLICATION NUMBER "DE 1275A" IN THE FORM LOCATOR, AND FOLLOW THE ONLINE
INSTRUCTIONS.

APPEAL INFORMATION:

WHEN YOUR APPEAL IS RECEIVED, YOUR CASE WILL BE REVIEWED. IF THE DECISION
REMAINS THE SAME, WE WILL SEND YOUR APPEAL TO THE OFFICE OF APPEALS. IF YOU
APPEAL AFTER THE 60 DAYS, YOU MUST INCLUDE THE REASON FOR THE DELAY. THE
ADMINISTRATIVE LAW JUDGE WILL DETERMINE WHETHER YOU HAD GOOD CAUSE FOR THE
DELAY. IF THE ADMINISTRATIVE LAW JUDGE DETERMINES YOU DID NOT HAVE GOOD
CAUSE FOR SUBMITTING YOUR APPEAL LATE, YOUR APPEAL WILL BE DISMISSED.

THE OFFICE OF APPEALS WILL SEND YOU A LETTER WITH THE DATE, PLACE, AND TIME
OF YOUR HEARING AND A PAMPHLET EXPLAINING APPEAL HEARING PROCEDURES.  AT
THE HEARING, THE ADMINISTRATIVE LAW JUDGE WILL LISTEN TO YOU, EXAMINE THE
FACTS, AND ISSUE  A DECISION. YOU MAY HAVE A REPRESENTATIVE OR SOMEONE ELSE
HELP YOU DURING THE HEARING.
CONTINUING CERTIFICATION:

IF YOU ARE ELIGIBLE TO CONTINUE TO CERTIFY FOR BENEFITS WHILE YOU WAIT FOR
THE ADMINISTRATIVE LAW JUDGE'S DECISION, THE DEPARTMENT WILL ISSUE
CONTINUED CLAIM FORMS AND YOU MUST CONTINUE TO CERTIFY FOR BENEFITS ON
TIME. IN SOME CASES, YOU WILL NOT BE ABLE TO CERTIFY FOR BENEFITS UNTIL THE
ADMINISTRATIVE LAW JUDGE ISSUES A DECISION. IF THE ADMINISTRATIVE LAW JUDGE
DECIDES YOU ARE ELIGIBLE FOR BENEFITS, THE DEPARTMENT WILL ISSUE CONTINUED
CLAIM FORMS. BENEFITS CAN ONLY BE PAID FOR WEEKS THAT YOU HAVE CERTIFIED
FOR BENEFITS AND ARE OTHERWISE ELIGIBLE TO RECEIVE BENEFIT PAYMENTS.

OTHER SERVICES:
VISIT WWW.EDD.CA.GOV FOR INFORMATION ABOUT (1) JOB REFERRALS,
(2) DISABILITY INSURANCE, (3) OTHER EDD SERVICES (4) SERVICES OFFERED BY
OTHER AGENCIES.

DE1080 CZ  REV. 2 (08-21)                      (SAM)

SACRAMENTO ADJUSTION CENTER
PO BOX 419132
RANCHO CORDOVA, CA 95741

**EDD**
**Employment**
**Development**
**Department**
S t a t e   o f   C a l i f o r n i a

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY, NV 89433-7036

| EDD TELEPHONE NUMBERS | |
|---|---|
| ENGLISH | 1-800-300-5616 |
| SPANISH | 1-800-326-8937 |
| CANTONESE | 1-800-547-3506 |
| MANDARIN | 1-866-303-0706 |
| VIETNAMESE | 1-800-547-2058 |
| TTY (NON-voice) | 1-800-815-9387 |

EDD INTERNET SITE: **edd.ca.gov**

**Mail Date: 02/07/2022**
**Social Security No.: XXX-XX-**

## Notice of Determination for Pandemic Unemployment Assistance

You are receiving this notice because you applied for Pandemic Unemployment Assistance (PUA). This program is available under the federal CARES Act of 2020 due to the COVID-19 public health emergency.

You **do not** qualify for federal PUA benefits for the reason(s) listed below.

### None of the Federally Approved COVID-19 Reasons Apply to You

You are not unemployed, partially unemployed, or unable or unavailable to work due to at least one of these COVID-19 reasons. Therefore, you do not meet the legal requirements for payment of PUA benefits beginning 08/22/2021 until one of the COVID-19 reasons apply to you, and you contact us to reopen your claim. (Public Law 116-136 § 2102[a][3][A][ii])

- You have been diagnosed with COVID-19 or are experiencing symptoms of COVID-19 and are seeking a medical diagnosis.
- A member of your household has been diagnosed with COVID-19.
- You are providing care for a family member or a member of your household who has been diagnosed with COVID-19.
- A child or other person in the household for whom you have primary caregiving responsibility is unable to attend school or another facility that is closed as a direct result of the COVID-19 public health emergency and the school or facility care is required for you to work.
- You are unable to reach the place of employment because of a quarantine imposed as a direct result of the COVID–19 public health emergency.
- You are unable to reach your place of employment because you have been advised by a health care provider to self-quarantine due to concerns related to COVID-19.
- You were scheduled to start employment and do not have a job or are unable to reach the job as a direct result of the COVID-19 public health emergency.
- You have become the breadwinner or major financial support for your household because the head of your household has passed away as a direct result of COVID-19.
- You had to quit your job as a direct result of COVID-19.
- Your place of employment is closed as a direct result of COVID-19.
- You are self-employed and experienced a significant reduction of services because of COVID-19.
- You were denied continued unemployment benefits because you refused to return to work or accept an offer of work at a worksite that, in either instance, is not in compliance with local, state, or national health and safety standards directly related to COVID-19. This includes but is not limited to, those related to facial mask wearing, physical distancing measures, or the provision of personal protective equipment consistent with public health guidelines.
- You provided services to an educational institution or educational service agency and are unemployed or partially unemployed because of volatility in the work schedule that is directly caused by the COVID-19 public health emergency. This includes, but is not limited to, changes in schedules and partial closures.
- You are an employee and your hours have been reduced or you were laid off as a direct result of the COVID-19 public health emergency.

DE 8598PUA-D Rev. 3 (9-21) (MACRO)

**Federal Law Authorizing the PUA Program**

Coronavirus Aid, Relief, and Economic Security (CARES) Act of 2020 [Public Law (PL) 116-136 Section 2102, as amended by the *Continued Assistance for Unemployed Workers Act of 2020* (PL 116-260) and the American Rescue Plan Act of 2021 (PL 117-2)], and Title 20 Code of Federal Regulations Part 625.

## Appeal Rights

If you disagree with this determination, you **must** appeal by 03/09/2022.

This determination is final unless appealed to an administrative law judge of the California Unemployment Insurance Appeals Board within 30 days of the date this notice was mailed to you. (Unemployment Insurance Program Letter No. 16-20 Attachment I and California Unemployment Insurance Code §1328). Appeals should be sent to the address listed on this notice. Appeal forms are available on our website at **edd.ca.gov/pdf_pub_ctr/de1000m.pdf**.

In your appeal, you must state the reasons why you do not agree with this determination. While an appeal is pending, continue to certify for benefits each week. If the California Unemployment Insurance Appeals Board decides you are eligible, you will only be paid for the weeks you certified for and met all eligibility requirements.

DE 8598PUA-D Rev. 3 (9-21) (MACRO)

LANCE D ALVARADO SSN:

## PRE-CLAIM COMPUTATION SCREEN

```
DATE:  02-02-22 FOR CLAIM EFFECTIVE DATE 01 30 22              000000
SSN:                  NAME  LANCE      D ALVARADO              FO:   041
XREF SSN:             BP: SBP    MAX AWARD  $   00   WEEKLY AWARD  $ 00
EMPLOYEE   EMPLOYEE WAGES FOR THE QUARTER ENDING      EMPLOYER  ACCT    BR
  NAME     DEC 20    MAR 21    JUNE 21    SEPT 21      NAME     NUM
           0.00      0.00      0.00       0.00   ADD ENTRY  0000000
TOTALS:    0.00      0.00      0.00       0.00   QUAL WAGE=          0.00
```

```
P = WAGES PREVIOUSLY USED              N = WAGES NOT COVERED FOR INSURANCE
OTHER CLAIMS: DUA-082221-S,
FEI-(U/)/T-IND-DUA, MC-05/31/92-00545,

NO EARNINGS. UI AWARD CANNOT BE COMPUTED.
```

LANCE D ALVARADO SSN:

## 429 RECALL SELECTION SCREEN

```
                                                          09:36:45
SSN:                  NAME  LANCE        D ALVARADO          FO: 853
FOR BENEFIT YEAR BEGAN DATE:  08/22/21            PROGRAM: U  DUA
XREF SSN:

     SEND RECOMP   RECOMP              REAS                 PRIOR     PRIOR
     HNBK DATE     TIME      OPR ID    CODE  LANG  WBA   MBA BYB DATE  PGM CD
 _    N  08/22/21  10:36:58  8533296    00    0  $167  $14362 08/22/21  U
```

SELECT AN AWARD BY PLACING A NON-BLANK CHARACTER IN COLUMN 1 OR BY
CHANGING LANG CODE IN THE LANG FIELD.  SEND HANDBOOK Y=YES N=NO

### 429 RECALL

```
DATE:  08/22/21 FOR CLAIM EFFECTIVE DATE 08 22 21   FEMA #:  999999
SSN:                    NAME  LANCE       D ALVARADO          FO:  853
XREF SSN:                BP: SBP  MAX AWARD  $14362   WEEKLY AWARD  $167
          EARNINGS/WAGES FOR THE QUARTER ENDING                   ACCT
NAME      MAR 19     JUNE 19     SEPT 19     DEC 19               NUM
          0.00        0.00        0.00        0.00   ADD ENTRY
TOTALS:   0.00        0.00        0.00        0.00   QUAL WAGE=      0.00
```

MC-05/31/92-00545,

Macro version 8.0                    Page 2 of 3

4/3

**LANCE D ALVARADO SSN:**

`ORIGINAL PRINT WAS ENGLISH - PF11 TO CHANGE PRINT TO A DIFFERENT LANGUAGE`



**Macro version 8.0**          **Page 3 of 3**



I WHITE INDEX FORM

| | | |
|---|---|---|
| SSN | EDDCAN | CLAIM EFFT DATE | MM/DD/YYYY |
| BYB | MM/DD/YYYY | DATE SCANNED | |
| DATE RECEIVED 8/18/2021 | BCIS CASE # | DOCUMENT TYPE UIFAX |
| FORM ID DE1101I | | LANGUAGE |
| ROUTE TO | | SIGNATURE ☐ (DE5617 ONLY) |
| DOC DESCRIPTION | | PAPER CHECK ☐ (DE5617 ONLY) |
| BATCH NUM 0004 | | ATTACHMENTS ☐ |
| DLN 21230UI010004011 | | |
| DOCUMENT STATUS FILED | | |
| PROGRAM CODE | | |
| WORKITEM PRIORITY 1 | | |



**EDD** Employment Development Department
State of California

# Request for Identity Verification Documents

LANCE D ALVARADO

541 MAYO

SUN VALLEY, NV, 89433

* Required Field

## Step 1: Confirm You Applied

* Did you apply for unemployment insurance benefits?

x    **Yes**, I did apply for unemployment with the EDD. (Go to **Step 2**.)

**No**, I did **not** apply for unemployment with the EDD. (Go to **Step 5**.)

## Step 2: Upload a Photo Identification Document

* Select photo identification document to upload.
State identification (ID) card



## Step 3: Upload Another Identity Document

* Select an identity document to upload.

**Important:** A Social Security card is **not** a valid document for meeting this requirement.
Birth certificate (with translation, if any)



## Step 4: Upload Additional Identity Documents

**Optional:** Select up to three additional identity documents to upload.

Utility bill or financial statement



W-2 from last year

*1/6*

ON FEDERAL OFFI A

IDENTIFIC

RADO
E DELON
PIN DR
LLEY NV 89433 7414

601    250    BRO

12/16/1972

47



# STATE OF CALIFORNIA

## CERTIFICATION OF VITAL RECORD

# ACRAMENTO COUNTY

### SACRAMENTO, CALIFORNIA

05

### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

3400    09750

| | | |
|---|---|---|
| FIRST NAME | Nolan | Alvarado (LAST NAME) |
| ance | DATE OF BIRTH: December 16, 1972 | 4:26 a |
| Singh | 2025 Morse Avenue | No |
| Foundation Hospital | SACRAMENTO | |
| CRAMENTO | | |
| MOTHER MIDDLE NAME: May | LAST NAME: Nash | Utah |
| 95678 | White | Route 1 Box 2640 | No |
| | Placer | California |
| Alton | Alvarado | California |
| White | Aircraft Mech | Military |

PARENT OR OTHER INFORMANT — SIGNATURE

Virginia Mae Alvarado      Dec 18 1972

Bayani R. Lapuz M. D.      12-16-72

ADDRESS: 2025 Morse Avenue      A-26168

DEC 22 1972

Case 2:11-cv-03524-TLN-SK   Document 1   Filed 12/29/11   Page 290 of 366

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
### SACRAMENTO, CALIFORNIA



CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

3400     09750

Delos      Alvarado

December 16, 1972

2025 Morse Avenue

SACRAMENTO

White

95678

Alton

Aircraft Mech

Placer

Alvarado

California

California

Military

12-16-72

DEC 2 2 1972

cash to the checkout inside, show the clerk the Netspend Reload on the back of your card, and ask for a Netspend Reload.[4]

# Two ways to track your mo

## PayPal Prepaid Mobile App[5]

M... your Card Account wherever you are with the PayPal Prepaid Mobile App.

## Accou

Sign up to
alerts by t

Download on the

GET IT ON

...is form and give it to your employer or government payments provider.

FORM 6/1

...for purposes of Direct Deposit. Direct deposit capability is ... with your ... when the direct deposit of funds will ...

Routing Number

Account Number
MetaBank®, N.A.
Bank Name

...Direct Deposited to my PayPal Prepaid Mastercard account ...ectronic and, if necessary, debit entries and adjustments for ...pay period. This authority will remain in effect until I notify my ...ecified by my employer or payor.

SIGNATURE

DATE

Choose deposit amount (per pa...
(Government payments require 100% of c...

- ☐ 100% of check
- ☐ ________% of check
- ☐ Set amount $________

cash to the checkout inside, show the clerk the Netspend Reload on the back of your card, and ask for a Netspend Reload.[4]

# Two ways to track your mo

## PayPal Prepaid Mobile App[5]

Manage your Card Account wherever you are with the PayPal Prepaid Mobile App.

## Accou

Sign up to alerts by te

Download on the

GET IT ON

...Direct Deposited to my PayPal Prepaid Mastercard account ...and, if necessary, debit entries and adjustments for ...pay period. This authority will remain in effect until I notify my ...ected by my employer or payer.

Bank Name

MetaBank®, N.A.

Account Number

[redacted]

Routing Number

[redacted]

Choose deposit amount (can pa...

(Government payments require 100% of...

☐ 100% of check

☐ ____% of check

☐ Set amount $______

...is form and give it to your employer or government payments provider.

1485011111

June 17, 2021   LTR 5071C   BO
*                     202012 30

00103027

$3

te Service (TAS) is an independent organization
helps taxpayers and protects taxpayers' rights.
elp if your tax problem is causing a financial
tried but been unable to resolve your issue with
ieve an IRS system, process, or procedure isn't
d. If you qualify for TAS assistance, which is
ll do everything possible to help you. To learn
payeradvocate.irs.gov or call 877-777-4778 and

o are independent from the IRS, may be able to help

Clinics (LITCs) can represent low-income persons
court. LITCs can also help persons who speak
languages. Any services provided by an LITC must be
fee. To find an LITC near you:

yeradvocate.irs.gov/litcmap;

blication 4134, Low Income Taxpayer Clinic List,
w.irs.gov/forms-pubs; or
ll-free at 800-829-3676 and ask for a copy of
4.

ns, state or local societies of accountants or   5U
other nonprofit tax professional organizations may

1485011111
June 17, 2021   LTR 5071C   BO
*                202012 30

00103027

33

te Service (TAS) is an independent organization
helps taxpayers and protects taxpayers' rights.
elp if your tax problem is causing a financial
tried but been unable to resolve your issue with
ieve an IRS system, process, or procedure isn't
d. If you qualify for TAS assistance, which is
ll do everything possible to help you. To learn
payeradvocate.irs.gov docall 877-777-4778

ho are independent from the IRS, may be able to help

Clinics (LITCs) can represent low-income persons
court. LITCs can also help persons who speak
languages. Any services provided by an LITC must be
fee. To find an LITC near you:

yeradvocate.irs.gov/litcmap;
iblication 4134, Low Income Taxpayer Clinic List,
w.irs.gov/forms-pubs; or
ll-free at 800-829-3676 and ask for a copy of
4.

ns, state or local societies of accountants or
other nonprofit tax professional organizations may

1485011111

June 17, 2021   LTR 5071C   80
202012 30
00103026

...for the year shown above (Form 1040, 1040A,
1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form
...return.

...tax return...than the year shown above.
...income tax return.

...tax return (e.g., Form
...for each year's income
Schedule C, Schedule F, etc.) that you filed with
...return...

...return, Form 1040, for
DO NOT VERIFY IMMEDIATELY
...to process your income tax
...payments to your account.

...your identity online or over the phone, we will ask
appointment and bring the documents listed above to
...ce to verify in person.

...thorize someone to represent you before the IRS,
...Power of Attorney and Declaration of
...encourage you to be available with your authorized
...the call. If you choose to have someone else assist
...u must call us together and you must participate on
...information about Form 2848, visit our website at
...pubs or call 800-829-1040.

...sfully authenticated your identity, it may take up
...to receive your refund or a credit of any
...account. However, if there are other issues, you

1485011111
June 17, 2021   LTR 5071C   BO
202012 30
00103026

turn for the year shown above (Form 1040, 1040A,
1040-NR, 1040-SR, etc.). Note: A Form W-2 or Form
return.

come tax return other than the year shown above.
your income tax return.

six for each year's income tax return (e.g., Form
schedule C, Schedule F, etc.) that you filed with
return.

return, Form 1040, for
DO NOT VERIFY IMMEDIATELY

to process your income tax
payments to your account.

your identity online or over the phone, we will ask
appointment and bring the documents listed above to
ce to verify in person.

thorize someone to represent you before the IRS,
Power of Attorney and Declaration of
encourage you to be available with your authorized
the call. If you choose to have someone else assist
ou must call us together and you must participate on
information about Form 2848, visit our website at
pubs or call 800-829-1040.

sfully authenticated your identity, it may take up
to receive your refund or a credit of any
account. However, if there are other issues, you

**DocuSign**

## Certificate Of Completion

Envelope Id: ED6F65160802426A966848B510F55464                                   Status: Completed
Subject: Electronic DE 1326C for LANCE D ALVARADO
DocumentUploadRequestID: 4891315
ClaimantID: 16022839
Source Envelope:
Document Pages: 6                    Signatures: 1                                Envelope Originator:
Certificate Pages: 4                 Initials: 0                                  State of California, EDD
AutoNav: Enabled                                                                  800 Capital Mall
EnvelopeId Stamping: Disabled                                                     Sacramento, CA  95814
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                 UIODocuSign@edd.ca.gov
                                                                                  IP Address: 67.157.227.98

## Record Tracking

Status: Original                     Holder: State of California, EDD             Location: DocuSign
        8/29/2021 2:30:26 AM                 UIODocuSign@edd.ca.gov
Security Appliance Status: Connected Pool: StateLocal
Storage Appliance Status: Connected  Pool: Employment Development Department       Location: DocuSign

## Signer Events                     Signature                                    Timestamp

LANCE D ALVARADO                     DocuSigned by:                               Sent: 8/29/2021 2:30:29 AM
delonlalvarado@gmail.com                                                          Viewed: 8/30/2021 10:05:11 AM
Security Level:                      FF3B9CAACBF544E...                           Signed: 8/30/2021 10:16:06 AM
  EDD.CA.GOV.Password
  ID: 8c337e94-29f7-4f6c-a2b7-8f08f3a9908d
  8/30/2021 10:04:16 AM              Signature Adoption: Drawn on Device
                                     Using IP Address: 172.58.35.94
Electronic Record and Signature Disclosure:  Signed using mobile
  Accepted: 8/30/2021 10:05:11 AM
  ID: 21222d06-f734-4c4f-b413-86be0452b85d
Sections:                            Steps 2 – 4: Upload Documents (5f573a91)     Expanded: 8/30/2021 10:05:40 AM

## In Person Signer Events          Signature                                    Timestamp

## Editor Delivery Events           Status                                       Timestamp

## Agent Delivery Events            Status                                       Timestamp

## Intermediary Delivery Events     Status                                       Timestamp

## Certified Delivery Events        Status                                       Timestamp

## Carbon Copy Events               Status                                       Timestamp

## Witness Events                   Signature                                    Timestamp

## Notary Events                    Signature                                    Timestamp

## Envelope Summary Events          Status                                       Timestamps

Envelope Sent                        Hashed/Encrypted                             8/29/2021 2:30:29 AM
Certified Delivered                  Security Checked                             8/30/2021 10:05:11 AM
Signing Complete                     Security Checked                             8/30/2021 10:16:06 AM
Completed                            Security Checked                             8/30/2021 10:16:06 AM

## Payment Events                   Status                                       Timestamps

# e-Consent Agreement

The Employment Development Department (EDD) requires your consent to receive certain documents in an electronic format. With your consent, you will also be able to electronically sign and authorize documents related to your application for Unemployment Insurance (UI) benefits.

It is important that you understand your rights and responsibilities. Please review the following, and if you agree with the e-Consent Agreement (agreement), follow the directions at the bottom of this page to certify your consent.

## Your Consent

If you consent to this agreement, you agree to receive and sign documents and other disclosures electronically with the EDD and DocuSign, Inc. (DocuSign). If a document related to your claim is not available in electronic format, a paper copy will be mailed to you. It is your responsibility to ensure any items you sign or submit electronically are accurate and complete. Any incomplete submissions may cause processing delays or a denial of benefits.

If you do not consent to this agreement, you will not be able to submit electronically signed documents to the EDD and must use the provided paper copies related to your UI benefits claim.

## Withdrawal of Your Consent

You have the right to withdraw your consent at any time.

To withdraw your consent:

1. Select Personal Profile from the main menu.
2. In the Personal Preferences section, select the Personal Preferences link.
3. Change your Correspondence Method to "Paper."

You will not be required to pay a fee to receive paper copies of your UI benefits claim documents.

## System Requirements

In order to receive documents and other disclosures electronically, you must have a computer with internet access. Additionally, it is your responsibility to ensure your computer meets the minimum system requirements for DocuSign. These requirements may change over time, and it is your responsibility to maintain the hardware and software requirements while your UI benefits claim remains active or until you withdraw your consent to this agreement.

## Obtaining Paper Copies

52

You can obtain a paper copy of any communication or document by printing it yourself or by
contacting the EDD . There is no fee for requesting paper copies of items, but processing times
may vary before paper copies are mailed to you. The EDD also maintains discretion to provide
you with paper copies of any documents related to your claim at any time.

# Acknowledgement

By consenting to this agreement, you acknowledge that:

- You have read and understood the terms and conditions previously described.
- You intend to transact electronically with the EDD.
- You will maintain current contact information with the EDD while your UI benefits
  claim remains active.

You should save or print a copy of this agreement for your records.

To consent to this agreement, go to the previous screen and select I agree to use electronic
records and signatures, then select Continue.

53

 **EDD** Employment
Development
Department
State of California

# Request for Identity Verification Documents

LANCE D ALVARADO

5719 MAYO N/A

Sun Valley, NV, 89433

* Required Field

## Step 1: Confirm You Applied

* Did you apply for unemployment insurance benefits?

   x   **Yes,** I did apply for unemployment with the EDD. (Go to **Step 2**.)

       **No,** I did **not** apply for unemployment with the EDD. (Go to **Step 5**.)

## Step 2: Upload a Photo Identification Document

* Select photo identification document to upload.
State identification (ID) card



## Step 3: Upload Another Identity Document

* Select an identity document to upload.

**Important:** A Social Security card is **not** a valid document for meeting this requirement.
Birth certificate (with translation, if any)



## Step 4: Upload Additional Identity Documents

Optional: Select up to three additional identity documents to upload.

Social Security statement (all pages)



Utility bill or financial statement





NEVADA

NOT FOR FEDERAL OP...

IDENTIFICA...

1 ALVARADO
2 LANCE DELON
8 5672 LUPIN DR
SUN VALLEY, NV 89433-741...

15 Sex M    16 Hgt 6'...

NEVADA

NOT FOR FEDERAL OFF

IDENTIFICA

1 ALVARADO
2 LANCE DELON
8 5672 LUPIN DR
SUN VALLEY, NV 89433-7419

15 Sex M    16 Hgt 6'01"    17 Wgt 2

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# RAMENTO COUNTY
## SACRAMENTO, CALIFORNIA

### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

3400   09750

| | |
|---|---|
| 1a. CHILD NAME | Dalon |
| 1b. LAST NAME | Alvarado |
| 7a. DATE OF BIRTH | December 16, 1972 |
| | 4:36a·m |
| 5a. STREET ADDRESS | 2025 Morse Avenue |
| 5c. COUNTY | SACRAMENTO |
| | No |

Hospital

TO

| 6a. MOTHER NAME | May | Nash |
| | White |
| 10a. RESIDENCE | Route 1 Box 2640 |
| | 95678 | Placer |
| | California |
| 7. BIRTHPLACE | Utah |
| 10c. RESIDENCE OF MOTHER—STATE | California |
| 12. BIRTHPLACE | California |

| FATHER NAME | Alton | Alvarado |
| | White | Aircraft Mech |

Bayani R. Lupuz M. D.

12-16-72

A-24168

DEC 2 2 1972

2025 Mor  Agr

Case 2:23-cv-03041-TLN-CSK    Document 1    Filed 12/29/23    Page 305 of 366



STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
## SACRAMENTO, CALIFORNIA

CERTIFICATE OF LIVE BIRTH    3400    09750

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

Belen · Alvarado

Single    December 16, 1972    41364-

Hospital    2025 Morte Avenue    No

SACRAMENTO

Mary    Wash    Utah

White    Route 1 Box 2640    No

95678    Placer    California

Alton    Alvarado    California

White    Aircraft Mech    Military

Virginia Mae Alvarado    Dec 18 1972

64-0    12-16-72

ROBERT E. LEROK M. D.    A-24168

DEC 2 2 1972



hty Administration

mation

SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 89502

Date   August 13, 2021

ON ALVARADO

Y NV 89433-7419

g Social Security's online services   On August 13, 2021, you
the process of creating an online account with the Social
ution   Please follow the steps below to finish setting up

site at www.socialsecurity.gov setup
nd accept the Terms of Service by selecting the check box at
m of the page
following information to confirm your identity
name,
9-digit Social Security Number,
date of birth, and
**one-time Account Activation Code:**          **This**
**vution Code expires on October 12, 2021.**
ther text message or email as the way you want to receive
rity code
he 8-digit security code that we sent to your selection in
nter your security code on the Internet screen   Th

5 1

...ity Administration

...rmation

SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 80502

Date:  August 13, 2021

...ON ALVARADO

...Y NV 89433-7419

...g Social Security's online services.  On August 13, 2021, you
...the process of creating an online account with the Social
...ation.  Please follow the steps below to finish setting up
...

...site at www.socialsecurity.gov/setup
...nd accept the Terms of Service by selecting the check box at
...m of the page.
...following information to confirm your identity.
...name,
...9-digit Social Security Number,
...date of birth, and
...r one-time Account Activation Code: [REDACTED]  This
...vation Code expires on October 12, 2021.
...nar text message or email as the way you want to receive
...ity code.
...he 8-digit security code that we sent to your selection in
...nter your security code on the Internet screen.  This is



58





Page 3 of 3

United States, please contact your nearest Federal
visit www.ssa.gov/foreign/foreign.htm for a list of
canada, visit www.ssa.gov/foreign/canada.htm to find the
area. You may also write the Social Security

P.O. Box 17775
Baltimore, Maryland, 21235-7775 USA

will you if you call or visit an office. If you write,
this letter. It will help us answer your questions.

*Social Security Administration*

In reply refer to:
June 17, 2021   LTR
#         202012

cation number:
Tax year
any purpose other than for issuing a SSN
number: 50710

ome tax return, Form 1040, for the tax year
ime and Social Security number (SSN) or individual
ation number (ITIN). To protect you from poss
need to verify your identity before we proces
issue a refund or credit any overpayments

HAT YOU NEED TO DO IMMEDIATELY

verification service website at
ov. If you did not file an income tax return, you
n the website. It's quick, secure, and available

most up-to-date instructions to assist in
the identity



> 4579 AUSC
0059

In reply refer to:  14858[]]]]
June 17, 2021  LTR 5071C  85
*                   202012 30

00105025
BODC: WI

1435

cation number: *
Tax year: 2020

number: 5071C

ome tax return, Form 1040, for the tax year
ame and Social Security number (SSN) or individual
ation number (ITIN). To protect you from
n ed to verify your identity before we pro
issue a refund or apply any overpayment

HAT YOU NEED TO DO IMMEDIATELY

verification service website at
ov. If you did not file an income tax return, you
n the website. It's quick, secure, and available

most up-to-date instructions to assist in
the identity ver

**DocuSign**

## Certificate Of Completion

Envelope Id: 67E3B7E319F7453490AD22E2A5799283                                       Status: Completed
Subject: Electronic DE 1326C for LANCE D ALVARADO
DocumentUploadRequestID: 5117320
ClaimantID: 16022839
Source Envelope:
Document Pages: 8                          Signatures: 1                            Envelope Originator:
Certificate Pages: 4                       Initials: 0                              State of California, EDD
AutoNav: Enabled                                                                    800 Capital Mall
EnvelopeId Stamping: Disabled                                                       Sacramento, CA  95814
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                   UIODocuSign@edd.ca.gov
                                                                                    IP Address: 67.157.227.98

## Record Tracking

Status: Original                           Holder: State of California, EDD         Location: DocuSign
         11/1/2021 1:45:26 PM                      UIODocuSign@edd.ca.gov
Security Appliance Status: Connected       Pool: StateLocal
Storage Appliance Status: Connected        Pool: Employment Development Department   Location: DocuSign

## Signer Events                            Signature                                Timestamp

LANCE D ALVARADO                                                                     Sent: 11/1/2021 1:45:36 PM
delonlalvarado@gmail.com                                                             Viewed: 11/10/2021 4:27:51 PM
Security Level:                            ―FF389CAACBF044E...                       Signed: 11/10/2021 4:43:03 PM
  EDD.CA.GOV.Password
  ID: 217d5ae3-a891-4e62-8f12-1104caa74826  Signature Adoption: Drawn on Device
  11/10/2021 4:27:06 PM                    Using IP Address: 71.94.24.79
                                           Signed using mobile

Electronic Record and Signature Disclosure:
  Accepted: 8/30/2021 10:05:11 AM
  ID: 21222d06-f734-4c4f-b413-86be0452b85d
Sections:                                  Steps 2 – 4: Upload Documents (0d084db1)  Expanded: 11/10/2021 4:29:45 PM

## In Person Signer Events                  Signature                                Timestamp

## Editor Delivery Events                   Status                                   Timestamp

## Agent Delivery Events                    Status                                   Timestamp

## Intermediary Delivery Events             Status                                   Timestamp

## Certified Delivery Events                Status                                   Timestamp

## Carbon Copy Events                       Status                                   Timestamp

## Witness Events                           Signature                                Timestamp

## Notary Events                            Signature                                Timestamp

## Envelope Summary Events                  Status                                   Timestamps

Envelope Sent                              Hashed/Encrypted                         11/1/2021 1:45:36 PM
Certified Delivered                        Security Checked                         11/10/2021 4:27:51 PM
Signing Complete                           Security Checked                         11/10/2021 4:43:03 PM
Completed                                  Security Checked                         11/10/2021 4:43:03 PM

## Payment Events                           Status                                   Timestamps

Electronic Record and Signature Disclosure

# e-Consent Agreement

The Employment Development Department (EDD) requires your consent to receive certain documents in an electronic format. With your consent, you will also be able to electronically sign and authorize documents related to your application for Unemployment Insurance (UI) benefits.

It is important that you understand your rights and responsibilities. Please review the following, and if you agree with the e-Consent Agreement (agreement), follow the directions at the bottom of this page to certify your consent.

## Your Consent

If you consent to this agreement, you agree to receive and sign documents and other disclosures electronically with the EDD and DocuSign, Inc. (DocuSign). If a document related to your claim is not available in electronic format, a paper copy will be mailed to you. It is your responsibility to ensure any items you sign or submit electronically are accurate and complete. Any incomplete submissions may cause processing delays or a denial of benefits.

If you do not consent to this agreement, you will not be able to submit electronically signed documents to the EDD and must use the provided paper copies related to your UI benefits claim.

## Withdrawal of Your Consent

You have the right to withdraw your consent at any time.

To withdraw your consent:

1. Select Personal Profile from the main menu.
2. In the Personal Preferences section, select the Personal Preferences link.
3. Change your Correspondence Method to "Paper."

You will not be required to pay a fee to receive paper copies of your UI benefits claim documents.

## System Requirements

In order to receive documents and other disclosures electronically, you must have a computer with internet access. Additionally, it is your responsibility to ensure your computer meets the minimum system requirements for DocuSign. These requirements may change over time, and it is your responsibility to maintain the hardware and software requirements while your UI benefits claim remains active or until you withdraw your consent to this agreement.

## Obtaining Paper Copies

You can obtain a paper copy of any communication or document by printing it yourself or by contacting the EDD . There is no fee for requesting paper copies of items, but processing times may vary before paper copies are mailed to you. The EDD also maintains discretion to provide you with paper copies of any documents related to your claim at any time.

# Acknowledgement

By consenting to this agreement, you acknowledge that:

- You have read and understood the terms and conditions previously described.
- You intend to transact electronically with the EDD.
- You will maintain current contact information with the EDD while your UI benefits claim remains active.

You should save or print a copy of this agreement for your records.

To consent to this agreement, go to the previous screen and select I agree to use electronic records and signatures, then select Continue.

64


**EDD** Employment
Development
Department
State of California

# Request for Identity Verification Documents

LANCE D ALVARADO

5719 Mayo Ct

Sun Valley, NV, 89433 7036

* Required Field

## Step 1: Confirm You Applied

* Did you apply for unemployment insurance benefits?

   X   **Yes**, I did apply for unemployment with the EDD. (Go to **Step 2**.)

      **No**, I did not apply for unemployment with the EDD. (Go to **Step 5**.)

## Step 2: Upload a Photo Identification Document

* Select photo identification document to upload.
State identification (ID) card



## Step 3: Upload Another Identity Document

* Select an identity document to upload.

**Important:** A Social Security card is **not** a valid document for meeting this requirement.
Birth certificate (with translation, if any)



## Step 4: Upload Additional Identity Documents

Optional: Select up to three additional identity documents to upload.

Social Security statement (all pages)



65

ALVARADO
LANCE DELON
672 LUPIN DR
SUN VALLEY, NV 89433-7419

Sex M   15 Hgt 6'01"   17 Wgt 250   18 Eyes BRO

18 Hair BRO   4x Iss 04/04/201%

5  DD 00000789203055/491924



4d ID NO.

3  DOB   **12/16/1972**

4b Exp   **12/16/2024**

ALVARADO
LANCE DELON
672 LUPIN DR
SUN VALLEY, NV 89433-7419

Sex M    16 Hgt 6'01"    17 Wgt 250    18 Eyes BRO    4a Iss 04/04/2017

19 Hair BRO

5  DD 000D0789203D6557491924

4d ID NO.

3  DOB    12/16/1972

4b Exp    12/16/2024

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CRAMENTO COUNTY
## SACRAMENTO, CALIFORNIA

CERTIFICATE OF LIVE BIRTH    3400    09750

STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

Dulon ............................................ Alverado

Single ............ Liverboti ........... December 16, 1972 .......... 4:36a

Inflation Hospital ......... 2025 Morse Avenue ......... No

SACRAMENTO ......... SACRAMENTO

..... Hay ..... Utah

..... Walta ..... Route 1, Box 2640 ..... No

..... 95678 ..... Placer ..... California

..... Alfen ..... Alverado ..... California

..... White ..... Aircraft Mech. ..... Military

..... O. O. ..... Dec 18 1972

Sayant R. Lupus M. D. ..... 12-16-72

2025 Morse Avenue ..... A-24168

..... DEC 2 2 1972

in the United States, please contact your nearest [...]
[...] Visit www.ssa.gov/foreign/foreignlist for [...]
In Canada, visit www.ssa.gov/foreign/canadalist [...]
your area. You may also write the Social [...]

          P.O. Box 17775
          Baltimore, Maryland, 21235-7775 USA

letter with you if you call or visit an office. If you [...]
copy of this letter. It will help us answer your question[...]

                    *Social Security Administration*

...le the United States, please contact your nearest Federal
...ffice. Visit www.ssa.gov/foreign/foroffu.htm for a list of
... in Canada, visit www.ssa.gov/foreign/canada.htm to find the
... your area.  You may also write the Social Security

        P.O. Box 17775
        Baltimore, Maryland, 21235-7775 USA.

...letter with you if you call or visit an office.  If you write,
...opy of this letter.  It will help us answer your questions.

### Social Security Administration

the United States, please contact your nearest [...]
[...]. Visit www.[...].gov/foreign/foreign.htm for a [...]
in Canada, visit www.ssa.gov/foreign/canad[...]
us your area. You may also write the Social [...]

> P.O. Box 17775
> Baltimore, Maryland, 21235-7775 USA.

letter with you if you call or visit an office. If you [...]
copy of this letter. It will help us answer your que[...]

*Social Security Administration*



**Employment Development Department** State of California

**SSN:**
**BYB: 08/22/21**

## IRR-ID

### RECORD OF CLAIM STATUS INTERVIEW IDENTITY VERIFICATION (IRR-ID)

#### Documents Submitted, Claimant Disqualified

Date of Determination: <u>09/02/21</u>  BYB: <u>08/22/21</u>  **ID Alert Suspense Date:** <u>09/03/21</u>

1. SSN: _____ ,  **XSSNs/ECNs:** __ - __ - ____ ,  Claim moved to SSN/ECN: __ - __ - _____

2. Claimant's Last Name: <u>ALVARADO</u>,  **First Name:** <u>LANCE</u>  **3. First Week Affected:** <u>08/28/21</u>

3. 

4. Potentially Disqualifying Facts:  <u>IRR – IDENTITY OF INDIVIDUAL CLAIMING BENEFITS IN QUESTION</u>

5. Check if Applicable: ☐Unscheduled Issue/Written Due Process Provided  ☒Information Only  ☒Pre-Appeal  ☐Re-Det

6. **Documents Made Part of Record:**  ☒DE 1000 rc'd: <u>02/02/22</u>
   ☒Other: <u>N/A</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### 7. CLAIMANT INFORMATION

A. DE 1326C mailed to claimant <u>08/24/21</u> .

B. Was the claimant given at least 10 days to provide requested documents? ☒ Yes  ☐ No

C. Were legible documents provided (see attached copies of document)? ☒ Yes  ☐ No DE 4365RID Suspense Date: _____

D. Photo Identification Document (see attached copies of printouts and/or documents submitted by the claimant):

  ☐ None submitted  ☐ Illegible Document or ☒ Unacceptable Document; Document Type: <u>POTENTIAL FRAUD</u>

  ☐ California or Other State Driver's License or Identification Card or USA Passport Number: _____

  Does the claimant's name and DOB on the document match Claim Record and DMV records?  ☐ Yes  ☐ No

  ☐ Other Acceptable Photo ID: Document Type: _____  Document Number (if applicable): _____

  Does the claimant's name and DOB on the document match Claim Record?  ☐ Yes  ☐ No

E. Additional Documents (see attached copies of printouts and/or documents submitted by the claimant):

  ☐ None submitted  ☐ Illegible Document or ☒ Unacceptable Document; Document Type: <u>BIRTH CERT APPEARS ALTERED</u>

  ☐ SSN Verification from the SSA and/or annual statement:

  Does the Name, SSN, and DOB (if available) on the SSA document match Claim Record (see attached copies of documents)?  ☐ Yes  ☐ No

  ☐ Address verification information:

  Does the name and address on the address verification document match Claim Record (see attached copies of documents)?  ☐ Yes  ☐ No

  ☐ P.O. Box registration verification information:

  Does the name and P.O. Box verification match Claim Record (see attached copies of documents)?  ☐ Yes  ☐ No

  ☐ Current W2 and/or Pay Stub(s) information:

  Does the name and SSN (if W-2) match Claim Record (see attached copies of documents)?  ☐ Yes  ☐ No

  ☐ Birth Certificate or other official certification of birth:

  Does the first name and DOB match Claim Record (see attached copies of documents)?  ☐ Yes  ☐ No

  ☐ Other Acceptable Photo ID: Document Type: _____  Document Number (if applicable): _____

  Does the claimant's name and DOB on the document match Claim Record?  ☐ Yes  ☐ No

F. Is there a DOB discrepancy on the document with DMV, SSA or both? ☐ Yes  ☒ No

05BJ5053

09/02/21

**DocuSign**

## Certificate Of Completion

Envelope Id: 07124786010F4636B404D8C7AD698CD3
Subject: Electronic DE 1326C for LANCE D ALVARADO
DocumentUploadRequestID: 6788855
ClaimantID: 16022839
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 6 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | State of California, EDD |
| AutoNav: Enabled | | 800 Capital Mall |
| EnvelopeId Stamping: Disabled | | Sacramento, CA  95814 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | UIODocuSign@edd.ca.gov |
| | | IP Address: 67.157.227.98 |

Status: Completed

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: State of California, EDD | Location: DocuSign |
| 1/13/2022 11:30:25 AM | UIODocuSign@edd.ca.gov | |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: Employment Development Department | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| LANCE D ALVARADO | DocuSigned by: | Sent: 1/13/2022 11:30:28 AM |
| delonlalvarado@gmail.com | | Viewed: 1/17/2022 1:30:12 AM |
| Security Level: | FF398CAAC8F044E... | Signed: 1/17/2022 8:48:22 PM |
| EDD.CA.GOV.Password | | |
| ID: f80605fd-3025-4c10-a437-5104f4f86443 | Signature Adoption: Drawn on Device | |
| 1/17/2022 1:29:49 AM | Using IP Address: 71.94.24.79 | |
| | Signed using mobile | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 8/30/2021 10:05:11 AM | | |
| ID: 21222d06-f734-4c4f-b413-86be0452b85d | | |
| Sections: | Steps 2 – 4: Upload Documents (370e61d0) | Expanded: 1/17/2022 1:30:47 AM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/13/2022 11:30:28 AM |
| Certified Delivered | Security Checked | 1/17/2022 1:30:12 AM |
| Signing Complete | Security Checked | 1/17/2022 8:48:22 PM |
| Completed | Security Checked | 1/17/2022 8:48:22 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

7/

Electronic Record and Signature Disclosure

# e-Consent Agreement

The Employment Development Department (EDD) requires your consent to receive certain documents in an electronic format. With your consent, you will also be able to electronically sign and authorize documents related to your application for Unemployment Insurance (UI) benefits.

It is important that you understand your rights and responsibilities. Please review the following, and if you agree with the e-Consent Agreement (agreement), follow the directions at the bottom of this page to certify your consent.

## Your Consent

If you consent to this agreement, you agree to receive and sign documents and other disclosures electronically with the EDD and DocuSign, Inc. (DocuSign). If a document related to your claim is not available in electronic format, a paper copy will be mailed to you. It is your responsibility to ensure any items you sign or submit electronically are accurate and complete. Any incomplete submissions may cause processing delays or a denial of benefits.

If you do not consent to this agreement, you will not be able to submit electronically signed documents to the EDD and must use the provided paper copies related to your UI benefits claim.

## Withdrawal of Your Consent

You have the right to withdraw your consent at any time.

To withdraw your consent:

1. Select Personal Profile from the main menu.
2. In the Personal Preferences section, select the Personal Preferences link.
3. Change your Correspondence Method to "Paper."

You will not be required to pay a fee to receive paper copies of your UI benefits claim documents.

## System Requirements

In order to receive documents and other disclosures electronically, you must have a computer with internet access. Additionally, it is your responsibility to ensure your computer meets the minimum system requirements for DocuSign. These requirements may change over time, and it is your responsibility to maintain the hardware and software requirements while your UI benefits claim remains active or until you withdraw your consent to this agreement.

## Obtaining Paper Copies

You can obtain a paper copy of any communication or document by printing it yourself or by contacting the EDD . There is no fee for requesting paper copies of items, but processing times may vary before paper copies are mailed to you. The EDD also maintains discretion to provide you with paper copies of any documents related to your claim at any time.

# Acknowledgement

By consenting to this agreement, you acknowledge that:

- You have read and understood the terms and conditions previously described.
- You intend to transact electronically with the EDD.
- You will maintain current contact information with the EDD while your UI benefits claim remains active.

You should save or print a copy of this agreement for your records.

To consent to this agreement, go to the previous screen and select I agree to use electronic records and signatures, then select Continue.



**EDD**
**Employment**
**Development**
**Department**
State of California



1101I01   0521

# UNEMPLOYMENT INSURANCE APPLICATION

## FILING INSTRUCTIONS

Complete this application including any applicable attachment(s). Print or type the information. Use blue or black ink only.

Answer all questions on each page. Review your application thoroughly for completeness. An incomplete application may delay or prevent the filing of your claim, or cause benefits to be denied. If the Employment Development Department (EDD) needs to verify any of the information you provide while filing a claim, you will receive additional forms by mail and will be asked to provide additional information and/or documentation.

## APPLICATION QUESTIONS

The answers you give to the questions on this application must be true and correct. You may be subject to penalties if you make a false statement or withhold information.

| | | |
|---|---|---|
| 1. | Did you work in a state other than California during the last 18 months? AND / OR | 1. ☐ Yes ☒ No · If yes, check the applicable box(es) below: ☐ State(s) Outside California, specify state(s): _____ |
| | Did you work in Canada during the last 18 months? | ☐ Canada |
| 2. | What is your Social Security number as given to you by the Social Security Administration? | 2. |
| | a) If the EDD assigned you an EDD Client Number (ECN), please provide the ECN here. (An ECN is a 9-digit number beginning with 999 or 990.) | a) ☐☐☐-☐☐-☐☐☐☐ |
| 2A. | List any other Social Security numbers you have used. | 2A. ☐☐☐-☐☐-☐☐☐☐     ☐☐☐-☐☐-☐☐☐☐ |
| 3. | What is your full name? | 3. Last _Alvarado_ First _Lance_ Middle Initial _D_ |
| 4. | Is this the name that appears on your Social Security card? a) If no, provide the name that appears on your Social Security card. | 4. ☒ Yes ☐ No a) Last _____ First _____ Middle Initial _____ |
| 5. | List any other names you have used. | 5. _N/A_ |
| 6. | What is your birth date? | 6. _12/16/1972_ (mm/dd/yyyy) |
| 7. | What is your gender? | 7. ☒ Male ☐ Female |
| 8. | Would you prefer your written material in English or Spanish? a) What is your preferred spoken language? | 8. ☒ English ☐ Spanish a) _____ |
| 9. | Have you filed a California Unemployment Insurance or a Disability Insurance claim in the last two years? a) If yes, list each type of claim and the most recent date(s) of when the claim(s) was filed. | 9. ☐ Yes ☒ No a) Unemployment Claim Date(s) (mm/dd/yyyy) _____ a) Disability Claim Date(s) (mm/dd/yyyy) _____ |

1101I02

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number:

| | |
|---|---|
| 10. Do you have a Driver License issued to you by a State/entity? | 10. ☐ Yes  ☒ No |
| a) If yes, provide the name of the issuing State/entity and your Driver License number. | a) Name of issuing State/entity: Nevada<br>Driver License Number: |
| If no, answer questions b-d: | If no, answer questions b-d: |
| b) Do you have an Identification Card issued to you by a State/entity? | b) ☒ Yes  ☐ No |
| c) If yes, provide the name of the issuing State/entity and your Identification Card number. | c) Name of issuing State/entity: Nevasa<br>Identification Card Number: |
| d) How do you look for work and, if you have work, how do you get to work? | d) Please Explain: I am a live in caregiver law student food bank volunteer crrently unemployed due to covid 19 and ca travel ban 2020 |
| 11. What is your telephone number? | 11. |
| a) If you are deaf, hard of hearing, or have a speech disability and use TTY or California Relay to communicate, check the appropriate box. | a) ☐ TTY (Non-voice)  ☐ California Relay Service |
| 12. What is your mailing address? (Include your city, State, and ZIP code) | 12. Street: 541 Mayo                    Apt.: _____<br>City: Sun Valley<br>State: Nv    ZIP Code: 89433 |
| 13. Is your residence address the same as your mailing address? | 13. ☐ Yes  ☒ No |
| a) If no, enter your residence address. (Include your city, State, ZIP code and apartment number.) A residence address cannot be a P.O. Box. Please provide a street address. | a) Street: 5840 Applegate              Apt.: _____<br>City: Sun Valley<br>State: Nv    ZIP Code: 89433 |
| 14. If you do not live in California, what is the name of the County in which you live? | 14. Washoe County |

15. What race or ethnic group do you identify with? Check one of the following:

☐ White                 ☐ Black not Hispanic          ☐ Hispanic
☐ Asian                 ☐ American Indian/Alaskan Native  ☐ Chinese
☐ Cambodian             ☐ Filipino                    ☐ Other Pacific Islander
☐ Guamanian             ☐ Asian Indian                ☐ Japanese
☐ Korean                ☐ Laotian                     ☐ Samoan
☐ Vietnamese            ☐ Hawaiian                    ☒ I choose not to answer

| | |
|---|---|
| 16. Do you have a disability? (A disability is a physical or mental impairment that substantially limits one or more life activities, such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, or working.) | 16. ☐ Yes  ☐ No  ☒ I choose not to answer |

17. What is the highest grade of school you have completed? Check only one box.

☐ Did not complete High School     ☐ High School Diploma or GED     ☒ Some college or vocational school
☐ Associate of Arts                ☐ Bachelor of Arts or Science    ☐ Masters or Doctorate

| | |
|---|---|
| 18. Are you a Military Veteran? | 18. ☐ Yes  ☒ No |

1101I03

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number: 

19. Provide your employment and wages information for the past 18 months. If you worked for a temporary agency, a labor contractor, an agent for actors or actresses, or an employer where wages are reported under a corporate name, your wages may have been reported under that employer name. You may want to refer to your check stub(s) or W-2(s) to obtain the name of your employer.

   a) Name and mailing address of all employers you worked for in the last 18 months.
   b) Period of employment (Dates Worked).
   c) Total Wages earned for each employer in the last 18 months.
   d) How you were paid (specify hourly, weekly, monthly, annually, commission, or at piece rate).
   e) Specify if you worked full-time or part-time.
   f) How many hours you worked per week.
   g) Check the appropriate "Yes/No" box if the employer is (or is not) a school or educational institution or a public or nonprofit employer where you performed school-related work.

NOTE:  It is important that you report the employer name(s) and mailing address(es), period(s) of employment, and wages correctly. Failure to provide complete information will result in your benefits being delayed or denied.

| a) Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g.,weekly, monthly, etc.)? |
|---|---|---|---|
| Name: George Paine | From: 2018 | $ NA | room and board |
| Mailing Address: | To: 2020 | | |
| Street: 5672 Lupin | | | |
| City: Sun Valley | | | |
| State: Nv    ZIP Code: 89433 | | | |

e) Did you work full-time or part-time? ☒F/T ☐P/T    f) How many hours did you work per week? 168
g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work? ☐Yes ☒No
   If yes, provide phone number: 

| a) Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g.,weekly, monthly, etc.)? |
|---|---|---|---|
| Name: Hands For Hope Food Bank | From: july 2020 | $ 0.00 | in food when needed |
| Mailing Address: | To: may 2021 | | |
| Street: closed | | | |
| City: non profit no school related | | | |
| State: _____    ZIP Code: _____ | | | |

e) Did you work full-time or part-time? ☐F/T ☒P/T    f) How many hours did you work per week? 10
g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work? ☐Yes ☒No
   If yes, provide phone number: clo - sed - down

| a) Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g.,weekly, monthly, etc.)? |
|---|---|---|---|
| Name: Hands For Hope Was Shut down | From: _____ | $ _____ | |
| Mailing Address: | To: _____ | | |
| Street: locked out of valley road location | | | |
| City: due to Covid 19 and rent not paid | | | |
| State: _____    ZIP Code: _____ | | | |

e) Did you work full-time or part-time? ☐F/T ☒P/T    f) How many hours did you work per week? _____
g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work? ☐Yes ☐No
   If yes, provide phone number: _____ - _____ - _____

| a) Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g.,weekly, monthly, etc.)? |
|---|---|---|---|
| Name: Hands for Hope | From: may 2020 | $ _____ | in food when needed |
| Mailing Address: | To: july 2020 | | |
| Street: 2360 Valley Rd | | | |
| City: Reno | | | |
| State: NV    ZIP Code: 89512 | | | |

e) Did you work full-time or part-time? ☐F/T ☒P/T    f) How many hours did you work per week? 10
g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work? ☐Yes ☒No
   If yes, provide phone number: _____ - _____ - _____

**1101I04**

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number: _

**19. Continued**

| | | | |
|---|---|---|---|
| a) | Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g., weekly, monthly, etc.)? |

Name: na

Mailing Address:

Street: _____

City: _____

State: _____  ZIP Code: _____

From: _____

To: _____

$ _____

_____

e) Did you work full-time or part-time?  ☐F/T  ☐P/T     f) How many hours did you work per week? _____

g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work?  ☐Yes  ☐No

If yes, provide phone number: _____ - _____ - _____

| | | | |
|---|---|---|---|
| a) | Employer Name and Mailing Address | b) Dates Worked | c) Total Wages | d) How were you paid? (e.g., weekly, monthly, etc.)? |

Name: na

Mailing Address:

Street: _____

City: _____

State: _____  ZIP Code: _____

From: _____

To: _____

$ _____

_____

e) Did you work full-time or part-time?  ☐F/T  ☐P/T     f) How many hours did you work per week? _____

g) Is this employer a school employer or a public or nonprofit employer where you performed school-related work?  ☐Yes  ☐No

If yes, provide phone number: _____ - _____ - _____

---

**20.** During the past 18 months did you work for any other employers not listed in question 19?

20 ☐Yes  ☒No

If yes, list the employer information for questions 19 a-g on a separate sheet of paper. Attach the additional sheet of paper to this application.

---

**21.** If the EDD finds that you do not have sufficient wages in the Standard Base Period to establish a valid claim, do you want to attempt to establish a claim using the Alternate Base Period?

For additional information about the Standard Base Period and the Alternate Base Period, visit the EDD website www.edd.ca.gov.

21 ☒Yes  ☐No

---

**22.** During the past 18 months, which employer did you work for the longest?

a) What type of business was operated by the employer? (Please be specific. For example, restaurant, dry cleaning, construction, book store.)

b) How long did you work for that employer?

c) What type of work did you do for that employer?

22. Employer name: George Paine

a) Type of business:
i was a live in caregiver for a disablwd veteran

b) Years: __2__  Months: _2|_

c) cooked cleaned laundry took to VA appointments

---

**23.** What is your usual occupation?

23. live in caregiver, law student, food bank volunteer

---

**24.** Is your usual work seasonal?

If yes, answer questions a-c:

a) When does the season usually begin?

b) When does the season usually end?

c) What other work-related skills do you have?

24. ☐Yes  ☒No

If yes, answer questions a-c:

a) _____ (mm/dd/yyyy)

b) _____ (mm/dd/yyyy)

c) restoration specialist but cant perform duties medica

---

77

1101I05

21230UI010004011

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number:

Please provide information about your **very last employer**. This is the employer you last worked for regardless of the length of time you worked at that job, the type of work you did for that employer, or whether or not you have been paid.

If you worked for a temporary agency, a labor contractor, an agent for actors or actresses, or an employer where wages are reported under a corporate name, your wages may have been reported under that employer name. If you worked for In-Home Supportive Services (IHSS), the welfare recipient for whom you provided the in-home supportive service is your employer, not the county. You may want to refer to your check stub(s) or W-2(s) to obtain the name of your employer.

Reminder: To file a claim, individuals must be out of work or working less than full time. You must provide information about the last employer you worked for as an employee. Do not include self-employment unless you have elective coverage.

| | |
|---|---|
| 25. What is the last date you actually worked for your very last employer? | 25. 03/05/20            (mm/dd/yyyy) |
| a) What are your gross wages for your last week of work? For Unemployment Insurance purposes, a week begins on Sunday and ends the following Saturday. | a) $ rm/board |
| b) What is the complete name of your very last employer? | b) Name: George Paine |
| c) What is the mailing address of your very last employer? | c) Mailing address: Street: 5672 Lupin City: Sun Valley State: Nv   ZIP Code: 89433 |
| d) Is the physical address of your very last employer the same as their mailing address? (A physical address cannot be a P.O. Box. Please provide a street address.)  If no, what is the physical address of your very last employer? | d) ☒Yes ☐No   Physical address: Street: as above City: State: _____ ZIP Code: _____ |
| e) What is the telephone number of your very last employer at their physical address? | e) |
| f) What is the name of your immediate supervisor? | f) George Paine |
| g) Briefly explain in your own words the reason you are no longer working for your very last employer, within the space provided. Please do not include any attachments. | g) Reason: i went to visit my mother in Wheatland Ca where i couldnt return due to a travel ban caused by covid 19. return to Nv i was replaced and homeless |
| 26. Are you (directly or indirectly) out of work with any employer (last employer or any employer in the last 18 months) due to a trade dispute, such as a strike or a lockout? | 26. ☐Yes ☒No |
| If yes and a union was/is involved, answer questions a-b: | If yes and a union was not/is not involved, answer questions c-e: |
| a) What is the name and telephone number of the union? Name: na Phone: __ - __ - __ | c) How many employees left work? _____ d) Was there a spokesperson for the employees? ☐Yes ☐No e) If yes, what is his/her name and telephone number? Name: _____ |
| b) Are you going to receive strike benefits? ☐Yes ☐No | Phone: __ - __ - __ |

DE 1101I Rev. 12 (6-21) (INTERNET)         21230UI010004011         Page 5 of 11

78

1101I06

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number: ___ ___

| | |
|---|---|
| 27. Are you currently working for or do you expect to work for any school or educational institution or a public or nonprofit employer performing school-related work? | 27. ☒Yes ☐No |
| If yes, answer questions a-e: | If yes, answer questions a-e: |
| a) Provide the following information for the school or educational institution(s) or the public or nonprofit employer(s). | a) Name: Hands For Hope <br> Mailing Address: <br> Street: if reopened i will volunteer again <br> City: _____ <br> State: _____ ZIP Code: _____ <br> Phone: _____ ___ ___ <br><br> Name: NA <br> Mailing Address: <br> Street: NA <br> City: _____ <br> State: _____ ZIP Code: _____ <br> Phone: _____ ___ ___ |
| b) Are you a substitute teacher for Los Angeles Unified School District (LAUSD)? | b) ☐Yes ☒No |
| c) Are you currently in a recess period or off track? | c) ☐Yes ☒No |
| d) Do you have reasonable assurance to return to work after the recess period or the off track period with any school or educational institution? | d) ☐Yes ☒No <br> If yes, when? NA _____ (mm/dd/yyyy) |
| e) What is the beginning date of your next recess or the next off track period? | e) NA _____ (mm/dd/yyyy) |
| 28. Do you expect to return to work for any former employer? | 28. ☐Yes ☒No |
| 29. Do you have a date to start work with any employer? | 29. ☐Yes ☒No |
| If yes, answer question a: | If yes, answer question a: |
| a) What date will you start work? | a) _____ (mm/dd/yyyy) |
| 30. Are you a member of a union or non-union trade association? | 30. ☐Yes ☒No |
| If yes, answer questions a-f: | If yes, answer questions a-f: |
| a) What is the name of your union or non-union organization? | a) NA |
| b) What is your union local number? | b) _____ (Enter zero "0" for non-union trade association.) |
| c) What is the telephone number of your union or non-union trade association? | c) _____ ___ ___ |
| d) Does your union or non-union trade association find work for you? | d) ☐Yes ☒No |
| e) Does your union or non-union trade association control your hiring? | e) ☐Yes ☒No |
| f) Are you registered with your union or non-union trade association as out of work? | f) ☐Yes ☒No |

DE 1101I Rev. 12 (5-21) (INTERNET)       21230UI010004011       Page 6 of 11

21230UI010004011

# UNEMPLOYMENT INSURANCE APPLICATION

1101I07

Social Security number: _

| | | | |
|---|---|---|---|
| 31. | Are you currently attending, or do you plan on attending school or training? | 31. ☒Yes ☐No | |
| | If yes, answer question a-g: | If yes, answer questions a-g: | |
| | a) What is the starting date of the school or training? | a) 12/15/2019 (mm/dd/yyyy) | |
| | b) What is the ending date of the current session? | b) 20 (mm/dd/yyyy) | |
| | c) What is the name of the school? | c) Stratford Online Acadamy | |
| | d) What is the telephone number of the school? | d) Phone: 800 – 435 – 5338 | |
| | e) What are the days and hours you are attending, or plan to attend, school? | e) Days and hours: online at ones pace. yet discharged for failure to pay tution due to covid 19. re enroll yes | |
| | f) Is your school or training program authorized or funded by one of the programs listed in section f? | f) ☐Yes ☒No | |
| | | If yes, check only one box. | |
| | NOTE: If you are in a State Approved Apprenticeship training, you must mail your training completion certificate with your *Continued Claim Form*, DE 4581, for the week(s) of training. | ☐ Workforce Investment Act (WIA) | |
| | | ☒ Employment Training Panel (ETP) | |
| | | ☐ Trade Adjustment Assistance (TAA) | |
| | | ☐ California Work Opportunity and Responsibility to Kids (CalWORKS) | |
| | | ☐ State Approved Apprenticeship | |
| | | ☐ Union or Non-union Journey Level | |
| | | ☐ None of the above | |
| | g) If you had a job, or were offered a job in your usual occupation, would the days and hours you attend school prevent you from working full time? | g) ☐Yes ☒No | |
| 32. | Are you available for immediate full-time work in your usual occupation? | 32. ☐Yes ☒No | |
| | a) If no, please explain why you are not available for full-time work. | a) Explanation: i was hired by George Paine without any certifications for caregiving or medical care | |
| 33. | Are you available for immediate part-time work in your usual occupation? | 33. ☐Yes ☒No | |
| | a) If no, please explain why you are not available for part-time work. | a) Explanation: see above question 32 a. answer is same | |
| 34. | Are you currently self-employed, or do you plan to become self-employed? (Self-employment means you have your own business or work as an independent contractor.) | 34. ☒Yes ☐No | |
| 35. | Are you now, or have you been in the last 18 months an officer of a corporation or union or the sole or major stockholder of a corporation? | 35. ☐Yes ☒No | |
| | a) If yes, include name of organization and your title or position. | a) Name of Organization: NA | |
| | | Title/Position: NA | |
| 36. | Did you serve as an elected public official or Governor-exempt appointee in the last 18 months? | 36. ☐Yes ☒No | |

21230UI010004011

1101I08

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number:

| | | |
|---|---|---|
| 37. Are you currently receiving a pension? | 37. ☐ Yes ☒ No | |
| If yes, answer question a: | If yes, answer question a: | |
| a) Are you currently receiving more than one pension? | a) ☐ Yes ☐ No | |
| If yes, proceed to question 38. If no, answer questions b-f: | If yes, proceed to question 38. If no, answer questions b-f: | |
| b) What is the name of the pension provider? | b) NA | |
| c) Is the pension based on another person's work or wages? | c) ☐ Yes ☐ No | |
| d) Is the pension a union pension or a pension funded by more than one employer? | d) ☐ Yes ☐ No | |
| e) What is the name of the employer(s) paying into the pension? | e) NA | |
| f) Did you work for that employer in the last 18 months? | f) ☐ Yes ☐ No | |

| | |
|---|---|
| 38. Will you receive any additional pension(s) in the next 12 months? | 38. ☐ Yes ☒ No |
| If yes, answer questions a-b: | If yes, answer questions a-b: |
| a) What is the name of the pension provider(s)? | a) NA |
| b) When will you receive the pension(s)? | b) NA _____ (mm/dd/yyyy) _____ (mm/dd/yyyy) |

| | |
|---|---|
| 39. Are you receiving, or do you expect to receive, Workers' Compensation? | 39. ☐ Yes ☒ No |
| If yes, answer questions a-d: | If yes, answer questions a-d: |
| a) Who is the insurance carrier? | a) NA |
| b) What is the insurance carrier's telephone number? | b) Phone: ____ — ____ — ____ |
| c) What is the case number, if known? | c) NA |
| d) What are the dates of your claim, if known? | d) From: NA _____ (mm/dd/yyyy) To: _____ (mm/dd/yyyy) |

40. Have you received or do you expect to receive, any payments from your last employer, other than your regular salary? (Example: holiday pay, vacation pay, severance pay, in-lieu-of-notice pay, etc.)     ☐ Yes ☒ No

If yes, provide the information in sections A-D. If you received severance pay as a lump sum, complete sections A-C (in section C, report the date the lump-sum payment was made).

| A. TYPE OF PAYMENT (Example: vacation pay) | B. AMOUNT OF PAYMENT (Example: $600) | C. PAID FROM (Date: mm/dd/yyyy) | D. PAID TO (Date: mm/dd/yyyy) |
|---|---|---|---|
| George Paine promised to pay for my | N/A | NA | |
| tuition to Stratford where he paid | | | |
| $300. i do not expect any remaining | | | |

1101I09

21230UI010004011

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number:

| | |
|---|---|
| **41.** Are you a U. S. Citizen or National? | **41.** ☒ Yes  ☐ No |
| If no, answer question a: | If no, answer question a: |
| a) Are you registered with the United States Citizenship and Immigration Services (USCIS, formerly INS) and authorized to work in the United States? | a) ☐ Yes  ☒ No |
| b) Were you legally entitled to work in the United States for the last 19 months? | b) ☒ Yes  ☐ No |

**IMPORTANT: If you answered "yes" to question "a" above, you must select one of the USCIS documents listed in 41A through 41H below and provide the applicable document information.**

| | |
|---|---|
| **41A.** ☐ Permanent Resident Card (I-551) | **41A.** ☐ Permanent Resident Card (I-551) |
| 1) Alien Registration Number (A#) | 1) A# NA |
| | The Alien Registration Number must be 7 to 9 digits long. Enter numeric digits only. |
| 2) Permanent Resident Card Number (CARD#) | 2) NA |
| | The CARD# must be 13 characters long. Enter 3 alphabetic characters followed by 10 numeric digits. If your current card was issued to you before December 1997, leave this blank. |
| NOTE: The CARD# is on the back of the card, next to your photo, under the DOB and the EXP date. | |
| 3) Expiration Date (EXP) | 3) NA _____ (mm/dd/yyyy) |
| **41B.** ☐ Employment Authorization Card (I-766) | **41B.** ☐ Employment Authorization Card (I-766) |
| 1) Alien Registration Number (A#) | 1) A# NA |
| | The Alien Registration Number must be 7 to 9 digits long. Enter numeric digits only. |
| 2) Expiration Date | 2) NA _____ (mm/dd/yyyy) |
| **41C.** ☐ Refugee Travel Document (I-571) | **41C.** ☐ Refugee Travel Document (I-571) |
| 1) Alien Registration Number (A#) | 1) A# NA |
| | The Alien Registration Number must be 7 to 9 digits long. Enter numeric digits only. |
| 2) Expiration Date | 2) NA _____ (mm/dd/yyyy) |

1101I10

# UNEMPLOYMENT INSURANCE APPLICATION

Social Security number: _

| | |
|---|---|
| **41D.** ☐ Arrival/Departure Record (I-94) | **41D.** ☐ Arrival/Departure Record (I-94) |
| 1) Arrival/Departure Number | 1) NA<br>The Arrival/Departure Number must be 11 digits long. Enter numeric digits only. |
| 2) Expiration Date | 2) NA _____ (mm/dd/yyyy) |
| **41E.** ☐ Re-entry Permit (I-327) | **41E.** ☐ Re-entry Permit (I-327) |
| 1) Alien Registration Number (A#) | 1) A# NA<br>The Alien Registration Number must be 7 to 9 digits long. Enter numeric digits only. |
| 2) Expiration Date | 2) _____ (mm/dd/yyyy) |
| **41F.** ☐ Unexpired Foreign Passport | **41F.** ☐ Unexpired Foreign Passport |
| 1) Arrival/Departure Number | 1) _____<br>The Arrival/Departure Number must be 11 digits long. Enter numeric digits only. |
| 2) Passport Number | 2) NA<br>The passport number must be 6 to 12 alphanumeric characters. It is usually found on the top right corner of the document. |
| 3) Visa Number | 3) NA<br>The Visa Number must be 8 numeric digits. |
| 4) Expiration Date | 4) _____ (mm/dd/yyyy) |
| **41G.** ☐ Arrival/Departure Record (I94) in Unexpired Foreign Passport | **41G.** ☐ Arrival/Departure Record (I94) in Unexpired Foreign Passport |
| 1) Arrival/Departure Number | 1) NA<br>The Arrival/Departure Number must be 11 digits long. Enter numeric digits only. |
| 2) Passport Number | 2) NA<br>The passport number must be 6 to 12 alphanumeric characters. It is usually found on the top right corner of the document. |
| 3) Visa Number | 3) NA<br>The Visa Number must be 8 numeric digits. |
| 4) Expiration Date | 4) NA _____ (mm/dd/yyyy) |
| **41H.** ☐ Other Document (not listed in Section A to G) | **41H.** ☐ Other Document (not listed in Section A to G) |
| 1) Alien Registration Number (A#) | 1) A# NA<br>The Alien Registration Number must be 7 to 9 digits long. Enter numeric digits only. |
| 2) Arrival/Departure Number | 2) NA<br>The Arrival/Departure Number must be 11 digits long. Enter numeric digits only. |
| 3) Expiration Date | 3) NA _____ (mm/dd/yyyy) |
| 4) Document Description | 4) Document Description: NA |

To whom it may concern                                08-13

I was recently informed after receiving my
documentation that I should be eligible to
file for the PUA claim. I have not filed for any
benefits prior to this application. And immediately
filled out this enclosed application upon the above information
that I should qualify. Along with the application I
have enclosed all documents that should be required
proving that I was stuck in California caused by
the Covid 19 travel ban that not only cost me
caregiving position but also caused me to be
___ where I volunteered at a local food Bank
___ to eat, please feel free to contact me
___ documents needed and I will explicitly
___ Thank you for your service and
___ to hearing from you in the future.

                    Sincerly
                    Lance Delon Alvarado

To whom it may concern                    08-13-2?

I was recently informed after receiving my
denial letter return that I should be eligible to
file for the PUA claim. I have not filed for any
benefits prior to this application. And immediately
filled out this enclosed application upon the above information
that I should qualify. Along with the application I
have enclosed all documents that should be required
proving that I was stuck in California caused by
the Covid 19 travel ban that not only cost me
caregiving position but also caused me to be
__ where I volunteered at a local food Bank
__ to eat. Please feel free to contact me
__ documents needed and I will explictly
__ Thank you for your Service and
__ to hearing from you in the future

        Sincerley

        Lance Delon Alvarado

gff



# SACRAMENTO COUNTY
### SACRAMENTO, CALIFORNIA





MAY 07 2008



STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORDS

# SACRAMENTO COUNTY
SACRAMENTO, CALIFORNIA

MAY 0 7 2008

2123OUI010004011



Esther M. Maccarron
17___
Spanishville - 1441

18 July 2020

re Lance Armand

Dear Warden,

My name is Esther M. Maccarron. I am
currently the Operations Manager at the Home
_____
____, NV ___. I am a ____ _____.
Thank you for handwriting this letter

Mr. Lance Alvarado has been ___ ___ ___.
works ___ here for the past ____ ___
works hard and is very dependable. ___.
___ things / questions I'd like ____ ___ ___.
___ that ___ to him not making ___
in ___ to utilize him in ___ ___ ___.

_____
_____
_____
_____
_____

86



If approved for hardware
relief please deposit any
expedited funds directly
to here. Thank you

Sincerely
Lance D Alvarado



Just fill out this form and give it to your employer or government payments provider.

DIRECT DEPOSIT FORM
This form serves as your voided check for purposes of Direct Deposit. Direct Deposit capability is subject to payer's support of this feature. Check with your payer to find out when the direct deposit of funds will start.

Choose depos
Get minimum amount
☐ 100%   of my
☐
☐ Set amount

LANCE ALVARADO
NV 89433

Routing Number

Account Number
MetaBank®, N.A.
Bank Name

check or government payments Direct Deposited to my PayPal Prepaid Mastercard account.
(payer or payor) to initiate electronic and, if necessary, debit entries and adjustments to
to my account each pay period. This authority will remain in effect until I notify my
or as otherwise specified by my employer or payer.

HOLDER SIGNATURE

DATE

GIFT OR ON

Sign up to receive alerts by text, or email



Office of Enrollment Services
1-800-566-4058

# STRATFORD
## CAREER INSTITUTE

Legal Assistant/Paralegal

# SAVE $300!
When you enroll by
December 2020

STRATFORD CAREER INSTITUTE     Main Office:
1-800-435-5836

May 27, 2020

Student No.: G245748

Lance Alvarado
1672 Lupin Dr
Sun Valley NV 89433-7419

*[handwritten notes]*

Dear Lance Alvarado,

Your account is now 30 days PAST DUE in the amount of $63.86.

We have previously corresponded with you regarding your now delinquent account. To date, our attempts to recover the overdue amount have proven unsuccessful.

In order to continue your studies, your account must be up-to-date. Please make payment immediately by mailing in the coupon below, online at www.scipayments.com, or via our automated phone line at 1-800-435-5838.

As an educational institution, we do not involve ourselves in the collection of delinquent accounts. Therefore, if we do not hear from you promptly, we will have no recourse but to refer your account to an outside agency.

Please make your payment immediately or call us at 1-800-435-5838 so that we can work together to avoid any disruption of your studies. Your studies are our primary concern.

Thank you,

*Linda Ruben*

Linda Ruben
Student Accounts

cc: Diana Martin
Senior Collection Officer

Please cut along dotted line and return this coupon with your payment.

## PAYMENT COUPON

Name: Lance Alvarado          Student No.: G245748

| Account Balance | Current Amount Due | Total Amount Due | Due Date |
|---|---|---|---|
| $409.00 | $31.93 | $63.86 | UPON RECEIPT |

| Payment Method | PAYMENT AMOUNT |
|---|---|
| ☐ I have enclosed my check or money order | |
| ☒ Please charge my credit card below | |

We accept: VISA MasterCard

Card Number: _____

Expiration Date: _____ / _____

*Automatic Monthly Payment Options:*
☐ Charge my credit card each month.     ☐ I have enclosed a voided check. Debit my bank account each ____

Date: _____

Signature: _____

21230UI010004011

99

**STRATFORD CAREER INSTITUTE**

*********AUTO**MIXED AADC 054

Lance Alvarado
5072 Lupin Dr
Sun Valley NV  89433-7419

Student No.  G245748

Assignment No   BHC1-C

Date Graded  April 27, 2020

Reference No  PKG2020427

Overall Grade:  70%

Dear Lance Alvarado,

I have reviewed your work for  Legal Asst/Paralegal Exam 3 Module 1

The following results outline your answers for each question .

| Question Number | Your Answer | Correct Answer | Reference |
|---|---|---|---|
| 1 | A | (D) | See P. 118 |
| 2 | B | | Correct |
| 3 | C | D | Correct |
| 4 | D | O | Correct |
| 5 | A | A | Correct |
| | B | B | Correct |
| | C | O | Correct |
| | O | C | Correct |
| | A | (B) | See P. 120 |
| | A | A | Correct |
| | D | D | Correct |
| | B | B | Correct |
| | D | (B) | See P. 123 |
| | D | | Correct |
| | | | Correct |
| | | (C) | See P. 89 |
| | | D | Correct |
| | | (A) | See P. |
| | | C | Correct |
| | | (B) | See P. 94 |

these examinations with a comfortable margin. Now we
best on the next one. If you challenge yourself to
out of the program.

Notify us within 30 days if you have any questions about

Date.

*handwritten in right margin:*
Test 1: 100%
Test 2: 100%
could affect
my court and
worried about
losing my
and being
homeless
living in my
car

21230U01000401

June 17, 2021  LTR 5071C  NO
202012 50
DB195824

LANCE D ALVARADO
5719 MAYO CT
SUN VALLEY  NV  89433

... year shown above (Form 1040, 1040A,
... -etc.). Note: A Form W-2 or Form
...

... than the year shown above.
... income tax return.

... tax return (e.g., Form
... or Schedule(s) etc.) that you filed with
...

... process your income tax
... payments to your account.

If we can't verify your identity online or over the phone, we will ask
you to schedule an appointment and bring the documents listed above to
your local IRS office to verify in person.

If you choose to authorize someone to represent you before the IRS,
complete Form 2848, Power of Attorney and Declaration of
Representative. We encourage you to be available with your authorized
representative on the call. If you choose to have someone else assist
you on the call, you must call us together and you must participate on
the call. For more information about Form 2848, visit our website at
www.irs.gov/forms-pubs or call 800-829-1040.

After you've successfully authenticated your identity, it may take up
to 9 weeks for you to receive your refund or a credit of any
overpayment to your account. However, if there are other issues, we
may send you a notice asking for more information, and this may delay
your refund.

WHERE YOU CAN GO FOR ADDITIONAL INFORMATION

Usted puede solicitar una copia de esta carta en español, llamando al
número de teléfono indicado abajo.

Para obtener más información sobre esta carta, visite
www.irs.gov/ltr5071sp.

Visit www.irs.gov/ltr5071c for information about this letter.

Visit www.irs.gov/id for information about identity theft.

*q1*

**Pending Document Upload Request(s)**

| Document Request Type | Request Date | Status | Days Elapsed | Action | Request More Time |
|---|---|---|---|---|---|
| ID request after IDNC | 01/18/2022 | EnvelopeCreated | 15 | Cancel Request | |

**Initiate Document Upload Request(s)**

*Document Request Type: -Select One-

Select Claim: 8/22/2021

Submit

**Document Request History**

| Claim BYB | Document Request Type | Document Submitted Date | Status | Receipt Number | IDV Image |
|---|---|---|---|---|---|
| 08/22/2021 | ID request after IDNC | 01/17/2022 | UploadedByClaimant | R20220117U005425 | |
| 08/22/2021 | ID request after IDNC | 11/10/2021 | UploadedByClaimant | R20211110U004517 | |
| 08/22/2021 | Initial ID request | 08/30/2021 | UploadedByClaimant | R20210830U001050 | |

Return

Copyright © 2018 State of California

92

*Required Field

**Claimant Information**

Name: **LANCE D ALVARADO**                                      SSN/ECN:

EDD Customer Account Number:                                   Date of Birth: **12/18/1972**

EDD Employee ARU: **N/A**

**Eligibility Decision Details**

*Eligibility Decision Type:  IDNC      ∨   [Refresh]

Secondary Issue Type:  ID NOT CONFIRMED                    ∨

*Select Claim:  8/22/2021-DUA ∨                          ·Outcome: [Disqualified ∨]

*Decision Effective Date:  08/22/2021   🔲  (MM/DD/YYYY)      End Date: |            🔲  (MM/DD/YYYY)

Retroactive Certification: ☐

Continue To Certify: ☐ (Select this box if the disqualification being assessed should not prevent payment or has been set asside or vacated by an appeal. Refer to UIM 300-28 for more information.)

*Comments:  02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq
IRR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID
IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document
111221 Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952
011922 Mailed DE713 to clmt, Disq still in effect for unacceptable documents provided J1952

**Penalties**

*Penalty Assessed?  No Issue     ∨

Penalty:  -Select One- ∨

Penalty Effective Date:          🔲  (MM/DD/YYYY)

Penalty Weeks:  None ∨

SD Weeks:  None ∨

**Appeal**

Eligibility Issue Appeal  Claimant Appeal                        ∨      Penalty Appeal Status: |-Select One-               ∨
Status:

☐ Untimely Appeal

[ Submit ]      [ Cancel ]

Copyright © 2018 State of California

93

Case 2:23-cv-03041-TLN-CSK    Document 1    Filed 12/29/23    Page 354 of 366

*Required Field

## Claimant Information

Name: **LANCE D ALVARADO**               SSN/ECN:

EDD Customer Account Number:               Date of Birth: **12/16/1972**

    EDD Employee ARU: **N/A**

## Eligibility Decision Details

*Eligibility Decision Type:   IDNC     ∨   [ Refresh ]

Secondary Issue Type:   ID NOT CONFIRMED         ∨

*Select Claim:   8/22/2021-DUA ∨                  *Outcome:   Disqualified ∨

*Decision Effective Date:   08/22/2021   ▦   (MM/DD/YYYY)      End Date:        ▦   (MM/DD/YYYY)

Retroactive Certification: ☐

Continue To Certify: ☐ (Select this box if the disqualification being assessed should not prevent payment or has been set asside or vacated by an appeal. Refer to UIM 300-28 for more information.)

*Comments:   02022022 filed  CLMT Untimely Appeal dated 01/20/22 for IDNC Disq
           IRR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID
           IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document
           111221  Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952
           011922  Mailed DE713 to clmt, Disq still in effect for unacceptable documents provided J1952

## Penalties

*Penalty Assessed?   No Issue    ∨

Penalty:   -Select One- ∨

Penalty Effective Date:      ▦   (MM/DD/YYYY)

Penalty Weeks:   None ∨

SD Weeks:   None ∨

## Appeal

Eligibility Issue Appeal Status:   Claimant Appeal         ∨     Penalty Appeal Status:   -Select One-     ∨

☐ Untimely Appeal

[ Submit ]    [ Cancel ]

Copyright © 2018 State of California

*Required Field

## Claimant Information

Name: **LANCE D ALVARADO**                                         SSN/ECN:

EDD Customer Account Number:                                    Date of Birth: **12/16/1972**

    EDD Employee ARU: **N/A**

## Eligibility Decision Details

*Eligibility Decision Type: IDNC    ∨    [ Refresh ]

Secondary Issue Type: ID NOT CONFIRMED                    ∨

*Select Claim: 8/22/2021-DUA ∨                              *Outcome: Disqualified ∨

*Decision Effective Date: 08/22/2021    ▦ (MM/DD/YYYY)          End Date:            ▦ (MM/DD/YYYY)

Retroactive Certification: ☐

Continue To Certify: ☐ (Select this box if the disqualification being assessed should not prevent payment or has been set asside or vacated by an appeal. Refer to UIM 300-28 for more information.)

*Comments: 02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq
IRR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID
IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document
111221 Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952
011922 Mailed DE713 to clmt, Disq still in effect for unacceptable documents provided J1952

## Penalties

*Penalty Assessed? No Issue    ∨

Penalty: -Select One- ∨

Penalty Effective Date:            ▦ (MM/DD/YYYY)

Penalty Weeks: None ∨

SD Weeks: None ∨

## Appeal

Eligibility Issue Appeal Status: Claimant Appeal                    ∨    Penalty Appeal Status: -Select One-    ∨

☐ Untimely Appeal

[ Submit ]    [ Cancel ]

Copyright © 2018 State of California

*Required Field

## Claimant Information

Name: **LANCE D ALVARADO**        SSN/ECN:

EDD Customer Account Number:        Date of Birth: **12/16/1972**

      EDD Employee ARU: **N/A**

## Eligibility Decision Details

*Eligibility Decision Type: IDNC ⌄ | Refresh |

Secondary Issue Type: ID NOT CONFIRMED ⌄

*Select Claim: 8/22/2021-DUA ⌄        *Outcome: | Disqualified ⌄

*Decision Effective Date: 08/22/2021  ▦ (MM/DD/YYYY)     End Date: |   ▦ (MM/DD/YYYY)

Retroactive Certification: ☐

Continue To Certify: ☐ (Select this box if the disqualification being assessed should not prevent payment or has been set asside or vacated by an appeal. Refer to UIM 300-28 for more information.)

*Comments: 02022022 filed  CLMT Untimely Appeal dated 01/20/22 for IDNC Disq
IRR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID
IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document
111221  Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952
011922  Mailed DE713 to clmt, Disq still in effect for unacceptable documents provided J1952

## Penalties

*Penalty Assessed?  No Issue ⌄

Penalty: -Select One- ⌄

Penalty Effective Date:   ▦ (MM/DD/YYYY)

Penalty Weeks:  None ⌄

SD Weeks:  None ⌄

## Appeal

Eligibility Issue Appeal Status:  Claimant Appeal ⌄        Penalty Appeal Status: | -Select One- ⌄

☐ Untimely Appeal

| Submit | | Cancel |

Copyright © 2018 State of California

**Pending Document Upload Request(s)**

| Document Request Type | Request Date | Status | Days Elapsed | Action | Request More Time |
|---|---|---|---|---|---|
| ID request after IDNC | 01/18/2022 | EnvelopeCreated | 15 | Cancel Request | |

**Initiate Document Upload Request(s)**

*Document Request Type:  -Select One-      ▾

Select Claim:  8/22/2021      ▾

Submit

**Document Request History**

| Claim BYB | Document Request Type | Document Submitted Date | Status | Receipt Number | IDV Image |
|---|---|---|---|---|---|
| 08/22/2021 | ID request after IDNC | 01/17/2022 | UploadedByClaimant | R20220117U005425 | |
| 08/22/2021 | ID request after IDNC | 11/10/2021 | UploadedByClaimant | R20211110U004517 | |
| 08/22/2021 | Initial ID request | 08/30/2021 | UploadedByClaimant | R20210830U001050 | |

Return

Copyright © 2018 State of California

**Pending Document Upload Request(s)**

| Document Request Type | Request Date | Status | Days Elapsed | Action | Request More Time |
|---|---|---|---|---|---|
| ID request after IDNC | 01/18/2022 | EnvelopeCreated | 15 | Cancel Request | |

**Initiate Document Upload Request(s)**

*Document Request Type: -Select One- ⌄

Select Claim: 8/22/2021 ⌄

Submit

**Document Request History**

| Claim BYB | Document Request Type | Document Submitted Date | Status | Receipt Number | IDV Image |
|---|---|---|---|---|---|
| 08/22/2021 | ID request after IDNC | 01/17/2022 | UploadedByClaimant | R20220117U005425 | |
| 08/22/2021 | ID request after IDNC | 11/10/2021 | UploadedByClaimant | R20211110U004517 | |
| 08/22/2021 | Initial ID request | 08/30/2021 | UploadedByClaimant | R20210830U001050 | |

Return

Copyright © 2018 State of California

## Claimant Information

| | |
|---|---|
| Name: **LANCE D ALVARADO** | SSN/ECN: |
| EDD Customer Account Number: | Date of Birth: **12/16/1972** |
| EDD Employee ARU: **N/A** | |

## Eligibility Summary

| | |
|---|---|
| Current Work Search Requirement: **A - You must be able and available for work and look for full-time work each week.** | Update Claimant Circumstances |
| Current Citizenship Status: **1 – U.S. Citizenship or National** | Update Citizenship Status |
| Work Authorization Expiration Date: | |
| Workshop Exemption: | Update Workshop Exemption |
| Certification Type: **4581** | Update Certification Type Details |
| Identity Status: **Not Confirmed** | |
| Recomp Pending: **No** | |
| Disaster Affected: **Yes** | Update Waiting Period Condition and/or Disaster Details |
| DI: | |
| PFL: | |
| School EE: **No** | Update School Employee Details |

## Pending Issues

☐ Select All
☐

| Issue Type | First Affected Week Ending Date | Issue Detection Date |
|---|---|---|
| VQ | 08/28/2021 | 08/22/2021 |

-Select One- ⌄ [ Resolve Issue(s) ] [ Create Issue ]

## Completed Decisions

| Decision Type | Processed Status | BYB | Outcome | Effective Date | End Date | Decision Date | Eligibility Issue Appeal Status | Action |
|---|---|---|---|---|---|---|---|---|
| UN | Pending | 08/22/2021 | Disqualified | 08/22/2021 | | 02/02/2022 | Claimant Appeal | Modify |
| UN | Pending | 08/22/2021 | Disqualified | 03/15/2020 | | 02/02/2022 | Claimant Appeal | Modify |
| IDNC | Pending | 08/22/2021 | Disqualified | 08/22/2021 | | 02/02/2022 | Claimant Appeal | Modify |

-Select One- ⌄ [ New Decision ]

## Reprocess Weeks Pending

Weeks are set to be reprocessed today: **NO**    [ Cancel ]

## Recomputation Pending

No Results Found

## Stop Pay Alert (SPA)

| Type | Start Date | End Date | Action |
|---|---|---|---|
| Return Mail | 08/22/2021 | | Modify |
| Voluntary Quit | 08/22/2021 | | Modify |

[ Create SPA ]

## Associated Work Items

1 2 3

| Work Item ID | Claim Effective Date | Subject | Priority | Status | Week Ending Date | Work Queue | Owner ARU |
|---|---|---|---|---|---|---|---|
| 151650111 | | ID Initial Response | Low | Resolved | None | ID Initial Response | Unemployment Insurance Integrity & Accounting Division (UIIAD) |
| 154335154 | | Phone Interview Eligibility and Payment Status | Low | Resolved | None | WC-DET-Interview/Payment Status Queue | UIC San Francisco |
| 155175785 | | Where is my Payment? | Low | Resolved | None | WC-Payments-Where is my Payment Queue | UIC Sacramento |
| 155587830 | | Where is my Payment? | Low | Resolved | None | WC-Payments-Where is my Payment Queue | UIC San Francisco |

Eligibility Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| 156599622 | Phone Interview EL... and Payment Status | Low | Resolved | None | WC-DET-Interview/Payment Status Queue | UIC San Francisco |
| 156764941 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 156890944 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC Oakland |
| 156962014 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 158125147 | Process ID Redetermination | Low | Resolved | None | ID Redetermination | Unemployment Insurance Integrity & Accounting Division (UIIAD) |
| 158126416 | Where is my Payment? | Low | Resolved | None | WC-Payments-Where is my Payment Queue | UIC Redlands |
| 158883469 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC Rancho Cordova |
| 159092609 | Phone Interview Eligibility and Payment Status | Low | Resolved | None | WC-DET-Interview/Payment Status Queue | UIC Pacific Center |
| 159966067 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160105635 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160324586 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC Riverside |
| 160391338 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160396050 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160643647 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160816737 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |
| 160816996 | Filed a Claim, No Response | Low | Resolved | None | WC-CQ-Filed a Claim No Response Queue | UIC San Francisco |

## Revision History

1 2 3 ... >>

| Updated Date | Update | Updated By |
|---|---|---|
| 02/02/2022 | UN - UNEMPLOYED DUE TO DISASTER modified..Comment: 02022022 filed CLMT Timely Appeal dated 02/02/22 for U N Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINTE DISQ EFFECTIVE 08/22/2021. | 041j9711 |
| 02/02/2022 | Claimant Appeal modified.Comment: 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq DE 8598PUA-D M AILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINTE DISQ EFFECTIVE 08/22/2021. | 041j9711 |
| 02/02/2022 | UN - UNEMPLOYED DUE TO DISASTER modified..Comment: 02022022 filed CLMT Timely Appeal dated 02/02/22 for U N Disq 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/ 22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 041j9711 |
| 02/02/2022 | Claimant Appeal modified.Comment: 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq 02022022 filed CL MT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOY MENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 041j9711 |
| 02/02/2022 | UN - UNEMPLOYED DUE TO DISASTER modified..Comment: 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 041j9711 |
| 02/02/2022 | Claimant Appeal modified.Comment: 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-1 9 REASONS. | 041j9711 |
| 02/02/2022 | IDNC - ID NOT CONFIRMED modified..Comment: 02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq l RR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Docu ment 111221 Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952 011922 Mailed DE7 13 to clmt, Disq still in effect for unacceptable documents provided J1952 | 041j9711 |
| 02/02/2022 | Claimant Appeal modified.Comment: 02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq IRR DISQ RD MI 5 D1--Provided an Unacceptable Photo ID IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document 111221 Mailed DE713#7 to clmt, Disq still in effect for unacceptable documents provided J1952 011922 Mailed DE713 to clmt, Dis q still in effect for unacceptable documents provided J1952 | 041j9711 |
| 02/02/2022 | UN - UNEMPLOYED DUE TO DISASTER entered to resolve UN issue(s).Comment: DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 041j9711 |
| 02/02/2022 | UN - UNEMPLOYED DUE TO DISASTER entered..Comment: DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B 2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ EFFEC TIVE 08/22/2021. | 041j9711 |
| 02/02/2022 | UN: Unemployed Due to Disaster (DUA) issue created..Comment: ****DO NOT REMOVE/RESOLVE ***** DNR UN PEND ING ISSUE (TR15) - UNDER REVIEW | 041j4672 |
| 02/02/2022 | Claimant has read the Notification of UI Account Preferences Change dated 01/30/2022 15:28:43 | 602CLMT |
| 02/02/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 01/31/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 01/30/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 01/30/2022 | Claimant has read the The EDD Has Received Your Question dated 01/29/2022 21:16:48 | 602CLMT |
| 01/30/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 01/29/2022 | Claimant has read the Re: Filed a Claim, No Response dated 01/29/2022 09:13:37 | 602CLMT |
| 01/29/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |
| 01/28/2022 | Claimant successfully logs into the system.Comment: Claimant has logged into the system | 602CLMT |

Return

*100*

**Claimant Information**

Name: **LANCE D ALVARADO**                                   **SSN/ECN:**
EDD Customer Account Number:                                  Date of Birth: **12/16/1972**
EDD Employee ARU: **N/A**

**Claim Information**

| | |
|---|---|
| Benefit Year Begin: **08/22/2021** | Benefit Year End: **09/04/2021** |
| Extension Effective Date: **N/A** | Claim Type: **DUA** |
| Extension End Date: **N/A** | Claim Status: **Active** |
| Program Type: **DUA** | Base Period Type: **Standard** |
| Last Employer: **GEORGE PAINE** | Last Employer LDW: **03/05/2020** |
| Special Program: **N/A** | Claim Holding Office: **9010** |
| Stop Pay Alert(s): **Yes** | Pending Work Item(s): **No** |
| DNCP/X-Ref: **N/A** | Child Support Intercept: **No** |
| SCDB Program Code: | Pending Issue(s): **Yes** |

View New / Additional / Reopened Claim Details

**Benefits Available by Program**

| Claim Status | Program Type | Benefit Year Begin | Benefit Year End | Weekly Benefit Amount | Balance |
|---|---|---|---|---|---|
| Active | DUA | 08/22/2021 | 09/04/2021 | $167.00 | $14,362.00 |

**Search Certification Details**

BYB-Program Type:  -Select One-

Certification Status:  -Select One-

From:  ▦ (MM/DD/YYYY)                To: ▦ (MM/DD/YYYY)

[ Search ]    [ Reset ]

**Certification Details**

| Benefit Week Ending Date | Program Type | Certification Type | Confirmation Number | Filing Method | Certification Status | Current Authorized Amount | Reported Earnings | View |
|---|---|---|---|---|---|---|---|---|
| 09/04/2021 | DUA | 4581 | 20210906W0256166 | UI Online | Pending | $0.00 | $0.00 | Transaction Certification |
| 08/28/2021 | DUA | 4581 | 20210906W0256166 | UI Online | Pending | $0.00 | $0.00 | Transaction Certification |

[ Return ]

Copyright © 2018 State of California

BPO History

⊗ Validation Error(s)

- More than 100 records match your search criteria. The first 100 records are displayed. Please refine your search to improve results.

## Claimant Information

Name: **LANCE D ALVARADO**      SSN/ECN:

EDD Customer Account Number:      Date of Birth: **12/18/1972**

EDD Employee ARU: **N/A**

## Event Log Search

Process: -Select One-      Reason:     ☑ Contains

Action: -Select One-      Message:     ☑ Contains

Created On:   🔳 (MM/DD/YYYY)      To:   🔳 (MM/DD/YYYY)

View Transactions For: ○ This Claim ● All Claims

[ Search ]    [ Reset ]

## Search Results

1 2 3 ... >>

| Process | Action | Message | Reason | Created On | Created By |
|---|---|---|---|---|---|
| Modify Existing Decision | Update | UN - UNEMPLOYED DUE TO DISASTER modified. | 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ EFF | 02-02-2022 09:54:37 | 041j9711 |
| Appeals | Add | Claimant Appeal modified | 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ EFF | 02-02-2022 09:54:37 | 041j9711 |
| Appeals | Update | Claimant Appeal modified | 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CA | 02-02-2022 09:54:14 | 041j9711 |
| Modify Existing Decision | Update | UN - UNEMPLOYED DUE TO DISASTER modified. | 02022022 filed CLMT Timely Appeal dated 02/02/22 for UN Disq 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CA | 02-02-2022 09:54:14 | 041j9711 |
| Modify Existing Decision | Update | UN - UNEMPLOYED DUE TO DISASTER modified. | 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 02-02-2022 09:54:07 | 041j9711 |
| Appeals | Add | Claimant Appeal modified | 02022022 filed CLMT Untimely Appeal dated 01/20/22 for UN Disq DE | 02-02-2022 09:54:07 | 041j9711 |

| | | | | | |
|---|---|---|---|---|---|
| | | | 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | | |
| Appeals | Add | Claimant Appeal modified | 02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq IRR DISQ RD MI 5 D1-- Provided an Unacceptable Photo ID IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document 111221 Mailed | 02-02-2022 09:54:00 | 041j9711 |
| Modify Existing Decision | Update | IDNC - ID NOT CONFIRMED modified. | 02022022 filed CLMT Untimely Appeal dated 01/20/22 for IDNC Disq IRR DISQ RD MI 5 D1-- Provided an Unacceptable Photo ID IRR DISQ RD MI 5 E1--Failure to Provide a Secondary Document 111221 Mailed | 02-02-2022 09:54:00 | 041j9711 |
| Enter New Decision | Add | UN - UNEMPLOYED DUE TO DISASTER entered to resolve UN issue(s) | DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. | 02-02-2022 09:41:30 | 041j9711 |
| Enter New Decision | Add | UN - UNEMPLOYED DUE TO DISASTER entered. | DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ EFFECTIVE 08/22/2021. | 02-02-2022 09:38:55 | 041j9711 |
| Create Issue | Add | UN: Unemployed Due to Disaster (DUA) issue created. | ****DO NOT REMOVE/RESOLVE ***** DNR UN PENDING ISSUE (TR15) - UNDER REVIEW | 02-02-2022 09:03:28 | 041j4672 |
| Correspondence Read | Process | Claimant has read the Notification of UI Account Preferences Change dated 01/30/2022 15:28:43 | | 02-02-2022 08:04:14 | 602CLMT |
| CCR Claimant Log In | Process | Claimant successfully logs into the system | Claimant has logged into the system | 02-02-2022 08:04:06 | 602CLMT |
| Resolved work item | No Reply | Work Item resolved on 1/31/2022 1:31:41 PM - Resolved without reply | Work item was resolved by the EPR without any correspondence with the claimant | 01-31-2022 13:30:49 | 021J2637 |
| CCR Claimant Log In | Process | Claimant successfully logs into the system | Claimant has logged into the system | 01-31-2022 12:36:11 | 602CLMT |
| CCR Claimant Log In | Process | Claimant successfully logs into the system | Claimant has logged into the system | 01-30-2022 15:31:10 | 602CLMT |
| Phone Number Update | Update | Claimant has updated their phone number(s) | | 01-30-2022 15:28:43 | 602CLMT |
| Correspondence Read | Process | Claimant has read the The EDD has Received Your Question dated 01/29/2022 21:16:48 | | 01-30-2022 15:25:08 | 602CLMT |
| CCR Claimant Log In | Process | Claimant successfully logs into the system | Claimant has logged into the system | 01-30-2022 15:24:57 | 602CLMT |
| Correspondence Read | Process | Claimant has read the Re: Filed a Claim, No Response dated 01/29/2022 09:13:37 | | 01-29-2022 21:13:46 | 602CLMT |

Return

Copyright © 2018 State of California

103

## Claim Information - BYB 08-22-21

```
SSA           FIRST    M     LAST NAME         CHO   EFF DATE END DATE LANG
              LANCE      D ALVARADO            09010 08-22-21 09-04-21   0
     STREET ADDRESS              TELEPHONE     REQUESTOR  REQ DATE LOCATION
5719 MAYO CT                    775 399 0045   LOVEMAN    02-02-22  00410
   CITY      ST    ZIP  CNTRY  PROGRAM CODE    FIPS       ST OFF  PETITION #
SUN VALLEY      NV 894337036    DUA-U-SE       32 031
BIRTH   SW PER UNION  DOT SIC ER  WP  CIT SEX        SPECIAL COMMENTS
12-16-72 A  99       201 73  5  REQ   1   1
    A W A R D   I N F O R M A T I O N          O T H E R   A W A R D S  BP  P
86 WEEKS AT 167 WBA 14362 MBA BAL  14362.00                             SBP U

FLAGS FEI-(U/)/T-IND-DUA, MC-05/31/92-00545, APPL-02/02/22, DUA-08/22/21-999999
-2001,

TAKEN- EFF OR  W/E DT- AMT  PAID-  FO  INTER/ TIME SERIAL   CK  PAY
AUTH DT ISS DT ACTION  ERN REASON       AUTHOR     NUMBER   STS IND  COMMENTS
```

Appeal Documents for LANCE-XXX-XX-

184

## Claim Information - BYB 08-22-21

```
********* ADDRESS CHANGE SCREEN *********
   SSN              NAME LANCE      D ALVARADO              REASON
                                  CURRENT CLAIM: 08/22/21 U  DUA

STREET 5719 MAYO CT
CITY   SUN VALLEY      STATE NV  ZIP CODE 89433 7036
PHONE  775 399 0045       FIPS 32 031        CHO 9010
OPERID 602UCLMT      REASON NO REASN
EFFECTIVE 01/30/22  TIME 15:29:07
***************************************************************************
            PRIOR ADDRESSES AND RELATED CLAIMS


NEXT: _____  UISP05M          PAY INPUT      02-02-22  09:46:09
SSA:                   CLM EFF DATE: 08-22-21     PROG CODE: U
CLMT NAME: LANCE      D ALVARADO          WBA: 167   BAL:  14362
```

```
ER NAME:                STREET ADDRESS:         CITY:
DUA                        5672 LUPIN            SUN VALLEY
ST: NV ZIP: 89433    LDW: 030520 SEP REASON: D I WENT TO VISIT MY MOTHER AND
COULD NOT RETURN DUE TO COVID.
```

Appeal Documents for LANCE-XXX-XX-

## Claim Notes - BYB 08-22-21

02-02-2022 041J9711
   APPEAL FILED ON THE FOLLOWING ISSUES: IRR NOT A QUALIFYING COVID-19 LI
   STED REASON PUA NOT ALLOWED.
02-02-2022 041J9711
   01/20/22 DE 713 #3 TO CLMNT MLO
   01/20/22 CLMNT UNTIMELY APPEAL IRR  LA -OAP MLO
02-02-2022 041J9711
   DE 8598PUA-D MAILED TO CLMT ON 02/07/22. ITEM B2: UNEMPLOYMENT NOT
   CAUSED BY ONE OF THE ACCEPTABLE COVID-19 REASONS. INDEFINITE DISQ
   EFFECTIVE 08/22/2021.
02-02-2022 180J434A
   TCFC RE: CLMNT ANGRY ABOUT IDNC AND WANTS TO KNOW WHY HE KEEPS GETTING
   ID DISQ. CLMNT OOS AND HAS PUA FUTHER INVESTIGATION
01-25-2022 853J9768
   WI 161561370 RESOLVED - RESPONSE TO FILED A CLAIM NO RESPONSE.
01-19-2022 056J1952
   THE ADDITIONAL DOCUMENTS WERE REVIEWED AND THE REASON FOR THE DISQ
   IS STILL IN EFFECT FOR THE FOLLOWING REASON: DISQ DUE TO UNACCEPTABLE
   DOCS. COPY OF DE1080CZ DATED 09/13/21 DE1000M AND DE713 #7 TO CLMT:
   UNABLE TO USE THE DOCUMENTS CLMT PROVIDED TO VERIFY THE IDENTITY.
01-19-2022 056J1952     (CONT)
   ID DOCS TO BATCH FILE
01-13-2022 180J5812
   WI161134410 RSLVD
01-08-2022 853J4737
   ADD TO NOTE: MESS SENT TO CLMT TO ADV DE1080 MLD.
01-08-2022 853J4737
   WBCR NEVER RECVD DENIAL LETTER: DE1080 PRINTED AND MLD.
12-24-2021 040J3547
   WORK ITEM ID:  160324586 CLMT WAS SENT DETERMINATION LETTER 9/3/21 ABO
   UT IDENTITY. SAYS HE DIDNT GET AND DENIAL LETTER. SENT EMAIL
11-29-2021 853J9543
   VQ CLAIRIFICATION- TCTC INFORMED CLMT NO VQ DET DUE TO IDNC. ADVD OF A
   PPEAL RIGHTS & ONCE IDC, VQ DET WILL BE SCHEDULED.
11-29-2021 853J9543
   ASKED CLMT ABOUT BIRTH CERTIFICATE: SAID CERTIFICATE NUMBER IS 104-72-
   285605. KAISER FOUNDATION HOSPITAL, ADDRESS 2025 MORSE AVE., SACRAMENT
   O, CA. CA DL#:
11-23-2021 USSB140
   DE4800 MAILED 11/23/21 - VQ .
   DET APPT SCHEDULED FOR 11/29/2021 - 08:00AM TO 10:00AM DE4800STD.
11-22-2021 025J7393
   HAS WAGES IN NV/ADDRESS FROM ICON IS PO BOX 7455 RENO NV 89510
11-22-2021 025J7393
   BIRTH CERTIFICATE IS FAKE/KAISER ON MORSE AVENUE WASN'T EVEN BUILT UNT
   IL 1975
11-22-2021 025J7393
   WI 158883469 RESOLVED
11-12-2021 056J1952
   THE ADDITIONAL DOCUMENTS WERE REVIEWED AND THE REASON FOR THE DISQ
   IS STILL IN EFFECT FOR THE FOLLOWING REASON: DISQ DUE TO UNACCEPTABLE
   DOCS. COPY OF DE1080CZ DATED 09/03/21 DE1000M AND DE713 #7 TO CLMT:
   UNABLE TO USE THE DOCUMENTS CLMT PROVIDED TO VERIFY THE IDENTITY.
   ID DOCS TO BATCH FILE
11-03-2021 006J9459
   DE5617 RTRND BY USPS. NO ACTION TAKEN. ID NOT CONFIRMED
11-01-2021 853J0893