UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE DELON ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD, et al.,<br><br>Defendants. | No. 2:23-cv-3041-TLN-KJN<br><br><br>**ORDER** |

Plaintiff proceeds in this matter without counsel. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2024, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 4.) On February 29, 2024, plaintiff filed objections to the findings and recommendations. (ECF No. 5.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on February 16, 2024 (ECF No. 4) are ADOPTED IN FULL;
2. The action is DISMISSED with prejudice;
3. Plaintiff's Motion for E-Filling Access (ECF No. 3) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: March 11, 2024

Troy L. Nunley
United States District Judge