## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**LANCE DELON ALVARADO,**

JUDGMENT IN A CIVIL CASE

v.

CASE NO: **2:23–CV–03041–TLN–KJN**

**CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD (CUIAB), ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/12/2024**

**Keith Holland**
Clerk of Court

ENTERED: **March 12, 2024**

by: /s/ A. Woodson
Deputy Clerk